

## DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

Mr. Michael Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745                 11-18-05

Complaint of Michael Buesgens
And John W. Snow, Secretary of the Treasury,
TD Case Number: 05-2291

Dear Mr. Buesgens:

This is in response to your letter dated November 8, 2005 which listed 16 reasons why you wanted a 90 day extension to obtain a Representative. Your request is denied.

We have assigned an EEO Investigator who is scheduled to work the claim accepted for processing in our November 4, 2005 letter. The EEO Investigator will be contacting you soon in order to provide you with a number of questions which require a written response as well as a Privacy Act release. She is tentatively scheduling said case to begin investigation on or about December 12, 2005.

Our acceptance letter of November 4, 2005, notified you that your cooperation during the investigative phase of TD Case Number 05-2291 is required and what can happen to a complaint when a Complainant fails to cooperate. The EEO Investigator requires a signed and dated written response to the questions that will be forwarded to you in order to address the claim accepted for processing. If she does not receive said document and the Privacy Act statement back from you by the deadline she provides, we will either move forward with the investigation without your response or we may dismiss the remaining claim for failure to cooperate. My email is Cheryl.I.Vuilleumier@irs.gov and my direct phone line is (972) 308-1313.

05 2334

Sincerely,

Cheryl Vuilleumier
EEO Specialist
TCMC

FILED

DEC 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT