OCTOBER 4, 2005

1

<u>INJUNCTION</u> <u>REQUEST</u>
<u>FOR</u> <u>FAILURE</u> <u>TO</u> <u>GRANT RELIEF</u>

✓ 1. TO:   E E O C
           OFFICE OF FEDERAL OPERATIONS
           P. O. BOX 19848
           WASHINGTON, DC   20036

✓ 2.       E E O C
           FEDERAL SECTOR PROGRAMS
           1801 L. STREET, N.W.
           WASHINGTON, DC   20507

✓ 3.       MARCIA H. COATES, DIRECTOR
           OFFICE OF EQUAL OPPORTUNITY PROGRAM
           DEPARTMENT OF THE TREASURY
           ROOM 5110, TREASURY ANNEX
           WASHINGTON, DC   20220

05 2334
**FILED**
DEC 0 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

11 PAGES AND MICHAEL BUESGENS ADDRESS

## INJUNCTION REQUEST

FROM:    MICHAEL L. BUESGENS
         500 E. STASSNEY
         APT 1023
         AUSTIN, TX 78745
         DATE: OCTOBER 4, 2005
         TELEPHONE: 512-447-7031

CASE NO.    TREASURY COMPLAINT MEGA
            CENTER, DALLAS, TEXAS
            <u>05-2291</u>

<u>1.</u> MICHAEL L. BUESGENS FILED A COMPLAINT WITH THE EEOC, OFFICE OF FEDERAL OPERATIONS ON JULY 31, 2005

<u>2.</u> MICHAEL L. BUESGENS FILED A COMPLAINT WITH EEOC, FEDERAL SECTOR PROGRAMS ON SEPTEMBER 22, 2005.

<u>3.</u> MICHAEL L. BUESGENS FILED A FOLLOWUP LETTER WITH EEOC, OFFICE OF FEDERAL OPERATIONS ON SEPTEMBER 23, 2005

## INJUNCTION REQUEST

MICHAEL L. BUESGENS HAS NEVER RECEIVED A RESPONSE FROM ANYONE.

MICHAEL L. BUESGENS FILED A FORMAL EEO COMPLAINT WITH THE DEPARTMENT OF TREASURY IN MARCH, 2005.

MARCIA H. COATES HAS FAILED TO ACCEPT AND PROCESS COMPLAINT.

MARCIA H. COATES, DIRECTOR HAS NOT DENIED THE FORMAL COMPLAINT.

THE ISSUE IS THE TIME LIMIT FOR FILING A CHARGE WITH THE EEOC

EEOC COMPLIANCE MANUAL § 2-IV
2. CONTINUING VIOLATIONS
   a. SERIAL VIOLATIONS.
   b. SYSTEMIC VIOLATIONS

## INJUNCTION REQUEST

"WHERE A CHARGE RAISES A <u>CONTINUING VIOLATION</u>, ALL OF THE EVENTS FORMING PART OF THE CONTINUING VIOLATION, INCLUDING THOSE THAT TRANSPIRED OUTSIDE THE FILING PERIOD, ARE CONSIDERED TIMELY, AND RELIEF MAY BE OBTAINED FOR ALL OF THE DISCRIMINATORY EVENTS."

SINCE JANUARY, 2005, MICHAEL L. BUESGENS HAS PRESENTED CLEAR AND CONVINCING EVIDENCE THAT QUALIFIED <u>CONTINUING VIOLATION</u>S HAVE OCCURRED.

IN THIS <u>INSTANT CASE</u>, MICHAEL L. BUESGENS REQUESTS <u>IMMEDIATE INJUNCTIVE RELIEF</u>

## INJUNCTIVE RELIEF

THIS MEANS ACCEPT THE FORMAL COMPLAINT AND PROCESS THE FORMAL COMPLAINT.

FOR THE FOLLOWING REASONS INJUNCTIVE RELIEF BY THE EEOC SHOULD BE GRANTED

1. MICHAEL L. BUESGENS, LOSS OF SUBSTANTIAL DUE PROCESS RIGHTS

2. MICHAEL L. BUESGENS HAS PRESENTED CLEAR AND CONVINCING EVIDENCE OF CONTINUING VIOLATIONS THAT MEET EEOC REGULATION FOR EXTENDING TIME LIMITATION

3. DIRECTOR MARCIA H. COATES, HAS NEVER PRODUCED ANY EVIDENCE THAT CONTRADICTS OR DISPUTES CONTINUING VIOLATIONS.

6

## INJUNCTIVE RELIEF

4. MARCIA H. COATES, DIRECTOR HAS NEVER DENIED THAT QUALIFYING CONTINUING VIOLATIONS OCCURRED.

5. MARCIA H. COATES, DIRECTOR HAS INTENTIONALLY AND MALICIOUSLY NEGLECTED HER OFFICIAL DUTIES BY CAUSING THIS DELAY IN THE PROCESSING OF MICHAEL L. BUESGENS FORMAL COMPLAINT.

6. MARCIA H. COATES, DIRECTOR, ADVERSE ACTIONS HAVE PUT MICHAEL L. BUESGENS IN HARMS WAY.

7. MARCIA H. COATES, DIRECTOR, ADVERSE ACTIONS, HAVE SUBSTANTIALLY HARMED MICHAEL L. BUESGENS DUE PROCESS RIGHTS AND ARE IN DIRECT CONFLICT WITH THE ADA AND REHABILITATION ACT AND EEOC REGULATIONS.

7

# INJUNCTIVE RELIEF

## REMEDY

1. PROCESS FORMAL COMPLAINT
2. OTHER REMEDIES THAT THE LAW ALLOWS FOR MICHAEL L. BUESGENS ALLEGATIONS
3. AN EEOC REVIEW OF DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE EEO PROGRAMS, TO BRING THEM INTO COMPLIANCE WITH TITLE VII, ADA, REHABILITATION ACT, EEOC REGULATIONS AND GUIDELINES, AND OPM REGULATIONS
4. MAKE THE DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE A MODEL AGENCY UNDER EEOC MANAGEMENT DIRECTIVE 715, AND PART A SECTION 717 OF TITLE VII, AND PART B SECTION 501 OF THE REHABILITATION ACT – PROACTIVE PREVENTION OF UNLAWFUL DISCRIMINATION, AND PART C, EEOC OVERSIGHT AND TECHNICAL ASSISTANCE FOR MANAGEMENT DIRECTIVE 715 (PARTS A & B)

8

## INJUNCTIVE RELIEF

### 11. TRAINING AND TECHNICAL ASSISTANCE

"THE EEOC IS AVAILABLE TO PROVIDE TRAINING AND TECHNICAL ASSISTANCE TO FACILITATE AGENCY COMPLIANCE WITH THIS DIRECTIVE."

5. HAS THE DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE EVER REQUESTED EEOC ASSISTANCE FOR TRAINING?

IF EEOC HAS PROVIDED TRAINING TO DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; IT WOULD BE HELPFUL IF EEOC DID IT AGAIN.

<u>INJUNCTIVE RELIEF</u>

<u>EEO MD-110, CH 2</u>
<u>29 C.F.R. PART 1614</u>

<u>6.</u> <u>EEO COUNSELOR TRAINING REQUIREMENTS</u>

DOES <u>MARCIA H. COATES</u>, DIRECTOR REQUIRE CONTINUING EDUCATION AND TRAINING FOR DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE EEO EMPLOYEES?

MINIMUM REQUIREMENT - NEW EEO COUNSELORS 32 HOURS, I THINK THEY WILL NEED ALOT MORE THAN THAT

"AGENCIES HAVE THE DISCRETION TO DETERMINE WHETHER THIS TRAINING <u>SHOULD</u> BE MADE AVAILABLE TO CURRENT COUNSELING STAFF."

WILL EEOC PLEASE CHANGE THIS LANGUAGE FROM <u>SHOULD</u> TO <u>MUST</u>?

10

## INJUNCTIVE RELIEF

How did MARCIA H. COATES, Director exercise her discretion on this issue? Will you please ask her?

("EEO COUNSELORS ARE REQUIRED, HOWEVER, TO RECEIVE AT LEAST 8 HOURS' OF CONTINUING EEO COUNSELING TRAINING EVERY YEAR.")

It will take more than 8 hours.

Will EEOC verify that DIRECTOR MARCIA H. COATES has required and fulfilled the 8 hour minimum?

### 1. CONTINUING TRAINING

"ALL COUNSELORS ARE REQUIRED TO RECEIVE AT LEAST EIGHT HOURS OF CONTINUING TRAINING EVERY YEAR TO KEEP COUNSELORS INFORMED

INJUNCTIVE RELIEF

OF DEVELOPMENTS IN EEO PRACTICE, LAW, AND GUIDANCE, AS WELL TO ENHANCE AND DEVELOP COUNSELING SKILLS. ACCORDINGLY, AGENCIES SHOULD CONDUCT A NEEDS ASSESSMENT TO DETERMINE SPECIFIC AREAS FOR TRAINING. THE COMMISSION ANTICIPATES THAT THIS TRAINING WILL INCLUDE SEGMENTS ON LEGAL AND POLICY UPDATES, REGULATORY AND STATUTORY CHANGES, AND COUNSELING SKILLS DEVELOPMENT."

WILL EEOC CHANGE THIS LANGUAGE FROM SHOULD TO MUST?

THE COMMISSION ANTICIPATES

WILL THE EEOC VERIFY THEIR ANTICIPATION WITH DIRECTOR MARCIA H. COATES?

## INJUNCTIVE RELIEF

Will the EEOC do a psychological and sociological investigation of the Department of Treasury, Internal Revenue Service, management and EEO culture?

Not that it would help, but at least the EEOC would be able to evaluate the EEO program at the Department of Treasury, Internal Revenue Service from the proper perspective?

By doing this the EEOC could assume the alter ego of the EEO complainant and view the situation free from obscurity.

Michael H Burgess
October 4, 2005