November 9, 2005

RE: Department of Treasury Complaints

1. TD 05-2291
2. TD 05-2291 S

Dear Miss Caldwell:

It appears that this matter is properly before the Office of Federal Operations.

The following complaint letters against the Department of Treasury were sent to the Office of Federal Operations on.

1. July 31, 2005
2. September 22, 2005
3. September 23, 2005
4. September 29, 2005
5. October 4, 2005 — Injunctive Relief

05 2334

FILED
DEC 0 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

TO 05-2291
TO 05-2291 S

1. NOVEMBER 7, 2005
2. NOVEMBER 8, 2005

THESE COMPLAINT LETTERS WERE AGAINST MARCIA H. COATES DIRECTOR, OFFICE OF EQUAL OPPORTUNITY PROGRAM, DEPARTMENT OF TREASURY.

LETTER DATED SEPTEMBER 23, 2005
I AM BEGGING YOU FOR A RESPONSE

LETTER DATED OCTOBER 4, 2005
I AM REQUESTING **OFO** PROVIDE INJUNCTIVE RELIEF, BECAUSE OF MY LOSS IN SUBSTANTIAL DUE PROCESS RIGHTS.

3

TD 05-2291
TD 05-2291 S

ALL THESE LETTERS YOU HAVE.

BECAUSE **OFO** WOULD NOT RESPOND, I CONTACTED SUPERVISORY EEOC ADMINISTRATIVE JUDGE KATYE DODERSTADT, SAN ANTONIO, TEXAS.

I AM ENCLOSING COPIES OF HER LETTERS DATED FROM DECEMBER 31, 2003 TO NOVEMBER 1, 2005.

THE LETTER DATED DECEMBER 31, 2003 IS THE DECEMBER 16, 2003 EEOC ADMINISTRATIVE HEARING MESS.

I AM ALSO ENCLOSING LETTERS FROM EEOC INVESTIGATOR DIANE WEBB.

4

TD 05-2291
TD 05-2291S

THE CENTRAL THEME IN YOUR LETTER, AND EEOC SUPERVISORY ADMINISTRATIVE JUDGE KATYE DUDERSTADT AND EEOC INVESTIGTOR DIANE WEBB LETTERS IS:

THERE IS NOTHING WE WILL DO.

BUT WE HOPE THIS INFORMATION IS HELPFUL TO YOU.

ENCLOSED IS ANOTHER COPY OF MY INJUNCTIVE RELIEF REQUEST DATED OCTOBER 4, 2005.

5

TA 05-2291
TA 05-2291 S

My first letter to you at the EEOC Office of Federal Operations (OFO) was dated July 31, 2005 and I don't get a response from you until November 1, 2005.

WHY IS THAT?

I, MICHAEL L. BUESGENS DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING LETTER AND ENCLOSURES HAS BEEN SERVED BY PLACING SAME IN THE UNITED STATES MAIL, CERTIFIED RETURN RECEIPT REQUESTED POSTAGE PAID ON THIS THE 16TH DAY OF NOVEMBER, 2005 ADDRESSED TO:

6

<u>TA 05-2291</u>
<u>TA 05-2291 S</u>

ELIZABETH P. CALDWELL, EQUAL
EMPLOYMENT SPECIALIST
COMPLIANCE AND CONTROL DIVISION
OFFICE OF FEDERAL OPERATIONS
P.O. BOX 19848
WASHINGTON, DC   20036

CC:
U.S. SENATOR KAY BAILEY HUTCHINSON
961 FEDERAL BUILDING
300 EAST 8TH STREET
AUSTIN, TEXAS  78701

*Michael R. Buergas*
November 9, 2005

NOVEMBER 9, 2005

U.S. SENATOR KAY BAILEY HUTCHINSON
961 FEDERAL BUILDING
300 EAST 8TH STREET
AUSTIN, TX 78701

DEAR SENATOR HUTCHINSON:

I AM REQUESTING YOUR ASSISTANCE IN THE FOLLOWING EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) ISSUE.

*Michael L. Buesgens*
November 9, 2005

MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745
512-447-7031