

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036

November 1, 2005

Michael L. Buesgens
500 E Stassney, #1023
Austin, Texas 78745

Dear Mr. Buesgens:

This is in reference to your letter postmarked September 23, 2005.

According to the Department of Treasury, it appears that this matter is not properly before the Office of Federal Operations (OFO), since you have not received the agency's final action/order, nor does it appear that more than forty (40) days have passed from the issuance of an Administrative Judge's decision. If you believe that you have an appealable matter, please send us a copy the final action/order, return your attached letter and the envelope showing the postmark date.

You may review the EEOC's revised regulations found at 64 Federal Regulations 37,644 (1999) (to be codified at 29 C.F.R. Part 1614), on the EEOC's web site at www.EEOC.Gov. Enclosed is a fact sheet which outlines the complaint adjudication process under 29 C.F.R. Part 1614.

Your correspondence is being returned to you for your use. We hope this information is helpful to you.

Sincerely,

Elizabeth P. Caldwell
Equal Employment Specialist
Compliance and Control Division

Enclosures

05 2334

FILED
DEC 0 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT