2393
6188   /
2469

November 8, 2005

1   TO CASE NUMBER: 05-2291
2   TO CASE NUMBER: 05-2291 S

JAMES C. PARKER
OPERATIONS DIRECTOR
TREASURY COMPLAINT MEGA-CENTER-
DALLAS
AWSS EEO AND DIVERSITY FIELD
SERVICES
4050 ALPHA ROAD, MS 1010 MSRO
DALLAS, TX 75244-4203

05-2334
COMPLAINT OF MICHAEL L.
BUESGENS AND MARCIA H.
COATES, DIRECTOR, OFFICE
OF EQUAL OPPORTUNITY PROGRAM
DEPARTMENT OF TREASURY AND
ET AL.

FILED
DEC 0 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TD CASE NUMBER: 05-2291
TD CASE NUMBER: 05-2291S

MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745
512-447-7031

DEAR MR. PARKER:

THANK YOU FOR YOUR LETTER DATED NOVEMBER 4, 2005. I RECEIVED IT ON NOVEMBER 7, 2005.

IN ACCORDANCE WITH THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (E.E.O.C.) REGULATIONS AT 29 CFR SECTIONS 1614.108(e), 1614.108(e)(2), AND 1614.606

TQ CASE NUMBER : 05-2291
<u>TQ CASE NUMBER : 05-2291S</u>

I AM REQUESTING A NINETY (90) DAY EXTENSION OF TIME FOR THE FOLLOWING REASONS:

<u>1.</u> CONTINUING VIOLATIONS, 29 CFR SECTION 1614.107(a)(2)

<u>2.</u> FRAGMENTATION OF COMPLAINT, 29 CFR PART 1614, EEO MD-110, CH. 2

<u>3.</u> MIXED CASE, 29 CFR PART 1614, EEO MD-110, CH. 2 AND CH. 9

<u>4.</u> CLASS ACTION COMPLAINTS, 29 CFR 1614.204, EEO MD-110, CH. 8.

<u>5.</u> EMPLOYMENT DISCRIMINATION BASED ON DISABILITY SECTION 504 OF THE REHABILITATION ACT, 29 CFR SECTION 1640.12, CHAPTER <u>XIV</u> EEOC

T.D CASE NUMBER: 05-2291
T.D CASE NUMBER: 05-22915

6. SANCTIONS FOR FAILURE TO DEVELOP AN IMPARTIAL AND APPROPRIATE FACTUAL RECORD, 29 CFR SECTION 1614.109(f)(3).

7. TIME LIMITS FOR APPEALS TO THE COMMISSION, 29 CFR SECTION 1614.402 AND 1614.401(a), AND 1614.402(a), AND 1614.204(g)(4).

8. MODEL AGENCY TITLE VII AND REHABILITATION ACT PROGRAMS E.E.O.C. MANAGEMENT DIRECTIVE 715.

9. PROACTIVE PREVENTION OF UNLAWFUL DISCRIMINATION, PART B E.E.O.C. MANAGEMENT DIRECTIVE 715. SECTION 501 OF THE REHABILITATION ACT

T.O. CASE NUMBER: 05-2291
T.O. CASE NUMBER: 05-2291S

**10.** E.E.O.C. OVERSIGHT AND TECHNICAL ASSISTANCE TO MARCIA H. COATES, ET AL., E.E.O.C. MANAGEMENT DIRECTIVE 715 PART C.

**11.** MENTAL INCAPACITY, EQUITABLE TOLLING, AND LEGAL REMEDIES, E.E.O.C. COMPLIANCE MANUAL s 2-IV

**12.** EQUITABLE ESTOPPEL
  A. FEAR AND THREAT OF RETALIATION
  B. CONCEALMENT AND MISREPRESENTATION

BY MARCIA H. COATES, DIRECTOR TREASURY EEO, ET AL.

E.E.O.C. COMPLIANCE MANUAL s 2-IV

TO CASE NUMBER: 05-2291
TO CASE NUMBER: 05-2291S
_____

13. DISABILITY - REASONABLE ACCOMMODATION PRIMA FACIE CASE, 29 CFR PART 1614, EEO MANAGEMENT DIRECTIVE 110, APPENDIX L-5

14. SPIN-OFF COMPLAINT

15. AMENDED COMPLAINT

16. ADMINISTRATIVE HEARING


AS YOU CAN SEE FROM THE FOREGOING I REQUIRE A REPRESENTATIVE WITH SIGNIFICANT KNOWLEDGE SKILLS AND ABILITIES IN E.E.O.C. PRACTICE.

TO CASE NUMBER: 05-2291
TO CASE NUMBER: 05-22915

I AM SEARCHING VARIOUS SOURCES FOR REPRESENTATION. TO DEMONSTRATE THIS I AM ENCLOSING A LETTER TO NATIONAL TREASURY EMPLOYEES UNION (NTEU) DEPUTY GENERAL COUNSEL BARBARA A. ATKIN.

---

## CONCLUSION

EEOC DOC 01A01372

RUSSELL C. HOLLAND, COMPLAINANT
V.
JO ANNE B. BARNHART, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, AGENCY.
APPEAL NO. 01A01372
AGENCY NO. SSA-568-93
HEARING NO. 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X
OCTOBER 2, 2003

TO  CASE NUMBER: 05-2291
TO  CASE NUMBER: 05-22915

APPEAL NO. 01941772
AGENCY NO. SSA-568-93
AUG 19, 1994

REQUEST NO. 05A40191
APPEAL NO. 01A01372
AGENCY NO. SSA-568-93
JUNE 29, 2004

## 10 YEARS OF MENTAL ANGUISH

ENCLOSURES:

1. MY LETTER DATED NOVEMBER 8, 2005 TO NTEU DEPUTY GENERAL COUNSEL BARBARA A. ATKIN.

TD CASE NUMBER: 05-2291
TD CASE NUMBER: 05-22915

I, MICHAEL L. BUESGENS, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING MICHAEL L. BUESGENS AND MARCIA H. COATES, DIRECTOR, TREASURY EEO HAS BEEN SERVED BY PLACING SAME IN THE UNITED STATES MAIL, CERTIFIED RETURN RECEIPT REQUESTED POSTAGE PREPAID ON THIS THE 8TH DAY OF NOVEMBER, 2005, ADDRESSED TO:

1. JAMES C. PARKER, OPERATIONS DIRECTOR TREASURY COMPLAINT MEGA-CENTER-DALLAS AWSS EEO AND DIVERSITY FIELD SERVICES
4050 ALPHA ROAD; MS 1010 MSRO
DALLAS, TX 75244-4203

TQ CASE NUMBER: 05-2291
TQ CASE NUMBER: 05-2291S

2. MARCIA H. COATES, DIRECTOR
OFFICE OF EQUAL OPPORTUNITY
PROGRAM
DEPARTMENT OF TREASURY
ROOM 5110 TREASURY ANNEX
WASHINGTON, DC 20220

3. BARBARA A. ATKIN
DEPUTY GENERAL COUNSEL
NTEU
1750 H. STREET, NW
WASHINGTON, DC 20006

4. ELIZABETH P. CALDWELL, EQUAL
EMPLOYMENT SPECIALIST
COMPLIANCE AND CONTROL DIVISION
OFFICE OF FEDERAL OPERATIONS
P.O. BOX 19848
WASHINGTON, DC 20036

11

TO CASE NUMBER: 05-2291
TO CASE NUMBER: 05-2291S

cc:

U.S. SENATOR KAY BAILEY HUTCHINSON
961 FEDERAL BUILDING
300 EAST 8TH STREET
AUSTIN, TX  78701

F.L.R.A.
ATTN: JOHN BATES
525 S. GRIFFIN ST.
SUITE 926, LB 107
DALLAS, TX  75202-5093
CASE NO. DA-CO-05-0505

SINCERELY
Michael Buergas
November 8, 2005

NTEO MEMBER NUMBER 0000225963