OCTOBER 26, 2005

TO O5-2291S

RE: MARCIA H. COATES, DIRECTOR,
OFFICE OF EQUAL OPPORTUNITY
PROGRAM, DEPARTMENT OF TREASURY
LETTER DATED OCTOBER 14, 2005.

SHE CAN BE FOUND AT ROOM 5110,
TREASURY ANNEX, WASHINGTON, DC.
20220

MICHAEL L. BUESGENS V. MARCIA
H. COATES, DIRECTOR OFFICE OF
EQUAL OPPORTUNITY PROGRAM

CLASS ACTION V. MARCIA H.
COATES, DIRECTOR OFFICE OF
EQUAL OPPORTUNITY PROGRAM

05 2334

FILED

DEC 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARCIA H. COATES ADVERSE ACTIONS
WHILE ACTING WITHIN THE SCOPE
OF HER OFFICIAL DUTIES.

THE CLASS IS EEO COMPLAINANTS
AND REASONABLE ACCOMMODATION REQUESTS

THE SCOPE IS NATIONWIDE, SYSTEMIC,
MANAGEMENT CONDONED (MARCIA H. COATES),
AND PUTS EEO COMPLAINANTS IN
HARMS WAY.

THE HARM TO COMPLAINANTS IS
PSYCHOLOGICAL, MENTAL, PHYSICAL
AND ECONOMIC.

THE HARM CAUSES EEO COMPLAINANTS
A SUBSTANTIAL LOSS IN DUE PROCESS
RIGHTS.

MARCIA H. COATES DIRECTORSHIP
OF TREASURY'S EEO PROGRAM
IS THE FOLLOWING:

1. ABUSE OF POWER
2. ABUSE OF PROCESS
3. ABUSE OF KNOWLEDGE
4. ABUSE OF RELATIONSHIPS

AS THE DIRECTOR, MARCIA H. COATES
SETS THE TONE FOR THE ENTIRE
ORGANIZATION, AND ITS SIGNIFICANT,
SEVERE, AND PERVASIVE EEO POLICIES
AS PATTERN AND PRACTICE.

THE PATTERN AND PRACTICE IS DISCRIMINATION,
RETALIATION, AND REPRISAL BY EEO
PERSONNEL UNDER THE DIRECTORSHIP
OF MARCIA H. COATES.

OFTEN ALONE   EEO COMPLAINANTS
ARE    PEDESTRIANS IN HELL
UNDER MARCIA H. COATES MANIPULATION
AND REFUSAL TO COMPLY WITH
THE FOLLOWING:

1. REHABILITATION ACT
2. AMERICANS WITH DISABILITIES ACT
3. EEOC REGULATIONS
4. EEOC GUIDELINES
5. OPM REGULATIONS
6. A STANDARD OF ETHICS

UNDER THE LEADERSHIP OF MARCIA
H. COATES   EEO COMPLAINANTS
ARE SUBJECT TO THE FOLLOWING:

1. BUREAUCRATS ON PERSONAL POLITICAL
   MISSIONS EMPLOYING ABUSIVE TACTICS

2. MULTIPLE OVERLAPPING FEDERAL
   AND ADMINISTRATIVE ACTIONS

3. VOLUMES OF OVERLAPPING AND CONFUSING PRINCIPLES THAT SHAPE THE BODY OF LAW, LAYERS OF THE LAW, AND THE INTERACTION OF SUCH LAW, AND THE ADMINISTRATION OF LAW BY VARIOUS AGENCIES.

4. AFFIRMATIVE ACTS OF CONCEALMENT BY EEO PERSONNEL

5. BIASED AND PREJUDICED EEO PERSONNEL WHO DECLARE THEY ARE NEUTRAL.

6. EEO COMPLAINANTS MAKE A COMPLAINT AGAINST THE DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE AND THE TREASURY INVESTIGATES ITSELF.

7. THE TREASURY DECIDES WHEN AND WHETHER THEY WILL COMPLY ANY RULE OF LAW WITH IMPUNITY.

MARCIA H. COATES, OCTOBER 14, 2005 LETTER IS 'A DIRECT RESPONSE TO MICHAEL L. BUESGENS LETTER DATED OCTOBER 4, 2005 REQUESTING INJUNCTIVE RELIEF FOR HIS FORMAL EEO COMPLAINT. (EXHIBIT I)

MARCIA H. COATES LETTER IS YET ANOTHER EXAMPLE OF EEO BOILERPLATE OF ERRORS, OMISSIONS AND MISREPRESENTATIONS.

## PROCEDURAL CHRONOLOGY

1. MARCIA H. COATES PROCEDURAL CHRONOLOGY ERROR IS HER REFUSAL TO INCLUDE THE EVENTS IN THE COMPLAINT PROCESS PRIOR TO APRIL 7, 2005

MARCIA H. COATES DOES HAVE
A FOOTNOTE AT THE BOTTOM OF
THE PAGE

FOOTNOTE - WEBSTER'S DICTIONARY

A MINOR EVENT SUBORDINATED TO
MAIN STATEMENT.

HERE MARCIA H. COATES IS
MISREPRESENTING THE SIGNIFICANCE
OF THE PROCEDURAL CHRONOLOGY BY
OMITTING MATERIAL FACTS.

1. ON JANUARY 5, 2005 I CONTACTED
EEO SUPERVISOR MELINDA ESTRADA
AUSTIN, TEXAS WITH MY CONTINUING
VIOLATIONS COMPLAINT.
(EXHIBIT 2)

2. THERE IS A SERIES OF MY
CONTACTS BY FAX WITH MELINDA
ESTRADA AND LABOR RELATIONS
FROM JANUARY 5, 2005 THROUGH
JANUARY 29, 2005
(EXHIBIT 2)

MELINDA ESTRADA AND LABOR RELATIONS
REFUSED TO RESPOND. NO ONE
CONTACTED ME.

3 MY FAXES DATED JANUARY 21,
2005 TO EEO SUPERVISOR TERESA
DICKERSON AND EEO COUNSELOR
YVONNE JEFFERSON, JACKSONVILLE,
FLORIDA, DATED JANUARY 21 THROUGH MARCH 3, 2005

I ONLY RECEIVED ONE RESPONSE TO
THESE AND THAT WAS FROM
SUPERVISOR DICKERSON

HER LETTER DATED JANUARY 28, 2005
REFUSING MY REQUEST FOR APPOINTMENT
OF COUNSEL.
(EXHIBIT 3)

(EXHIBIT 4)

4. YVONNE JEFFERSON EEO
COUNSELING REPORT PART II
SECTION 19 COMMENTS 6 PAGES

JANUARY 20, 2005, MICHAEL L. BUESGENS
REQUESTS APPOINTMENT OF ATTORNEY
DUE TO HIS MENTAL DISABILITY
(BIPOLAR), (ATTENTION DEFICIT DISORDER)

MICHAEL L. BUESGENS REQUESTS AN
EEO COUNSELOR FROM A DIFFERENT
FEDERAL AGENCY NOT TREASURY.

FEBRUARY 1, 2005, TERRITORY MANAGER
DICKERSON HAS SENT CERTIFIED LETTER
DENYING MICHAEL L. BUESGENS APPOINTMENT
OF COUNSEL

MICHAEL L. BUESGENS STATES HE DID
NOT PREVAIL IN PREVIOUS EEO COMPLAINTS
BECAUSE HE DID NOT HAVE AN ATTORNEY.

MICHAEL L. BUESGENS STATES THERE
IS NO OTHER OPTION.

MICHAEL L. BUESGENS STATES IRS SUPERVISOR
MARY E CARROLL HARASSED HIM THROUGHOUT
2004.

EEO COUNSELOR YVONNE JEFFERSON
STATES THAT SOME OF MICHAEL L.
BUESGENS ISSUES MAY NOT BE CONSIDERED
TIMELY.

EEO COUNSELOR DOES NOT ADVISE MICHAEL
L. BUESGENS OF THE CONTINUING VIOLATION
EXCEPTION TO THE 45 DAY LIMITION
AS REQUIRED BY EEOC REGULATIONS
AND GUIDLINES.

MICHAEL L. BUESGENS STATES HE DID NOT
BECOME AWARE OF THESE ISSUES UNTIL
JANUARY 2005, BECAUSE FROM 2002
THROUGH 2005 HE WAS IN THE DEPRESSIVE
PHASE OF THE BIPOLAR.

MICHAEL L. BOESGENS DESCRIBES THE
EEO PROCESS AS THE FOX GUARDING
THE HEN HOUSE, BUT HE FEELS
THERE IS NOWHERE ELSE TO GO.

MICHAEL L. BOESGENS SIGNS NOTICE
OF RIGHTS AND RESPONSIBILITIES.
THIS NOTICE HAS NO MENTION OF
CONTINUING VIOLATIONS EXCEPTION
AND 45 DAY LIMITATION.
(EXHIBIT 5)

EEO COUNSELOR JEFFERSON GIVES
MICHAEL L. BOESGENS TREASURY
FORM TDF 62-03.5 (REV. 01/03 EDITION)
GENERAL COMPLAINT PROCESSING INSTRUCTIONS

NOTICE OF WHEN TO FILE COMPLAINT HAS
3 OPTIONS FOR EXTENSION

1. NOT NOTIFIED OF TIME LIMIT

2. YOU WERE PREVENTED BY CIRCUMSTANCES BEYOND YOUR CONTROL.

3. FOR OTHER REASONS CONSIDERED SUFFICIENT BY MARCIA H COATES, DIRECTOR OF TREASURY EEO

WHAT ARE THOSE REASONS?

(EXHIBITS)

5 MICHAEL L. BUESGENS FAXES AND LETTERS DATED JANUARY 9 THROUGH JANUARY 20, 2005 TO THE FOLLOWING :

1. JERRY ARMSTRONG, TREASURY COMPLAINT CENTER, DALLAS, TEXAS HE WAS NO LONGER THERE, SO GREG JENSEN RECEIVED THESE AND GAVE THEM TO LYNN SWANSON

2. ERIC ABERNATHY  JANUARY 31, 2005
HE IS MELINDA ESTRADA SUPERVISOR.

HE NEVER RESPONDED TO MICHAEL
L. BUESGENS COMPLAINT AGAINST
MELINDA ESTRADA, EEO SUPERVISOR
AUSTIN, TEXAS

3. MICHAEL L. BUESGENS NEVER
GOT A RESPONSE FROM EEOC
OFFICE OF FEDERAL OPERATIONS
ON HIS REQUEST FOR EXTENSION
OF TIME BECAUSE OF ILLNESS
DATED JANUARY 9, 2005.

THIS WAS IN REGARD TO HIS
RECONSIDERATION REQUEST ON THE
DECEMBER 16, 2003 ADMINISTRATIVE
HEARING.

(EXHIBIT 7)

MICHAEL L. BUESGENS NEVER GOT A
RESPONSE FROM ERIC ABERNATHY,
SUPERVISOR TO MELINDA ESTRADA

IT IS INTERESTING TO NOTE THAT
IN MARCIA H. COATES LETTER DATED
OCTOBER 14, 2005 (PAGE 3) SHE
STATES THAT A PRIOR COMPLAINT
WAS PROCESSED WITH NO PROBLEM.

THE PRIOR COMPLAINT SHE IS
REFERRING TO WENT TO THE
EEOC ADMINISTRATIVE JUDGE ROBERT
POWELL AND SUPERVISORY ADMINISTRATIVE
JUDGE KATYE NUDERSTART ON
DECEMBER 16, 2003 AT SAN ANTONIO,
TEXAS.

MICHAEL L. BUESGENS WAS REPRESENTED
BY CHAPTER 247 NTEU STEWARD
RUSSELL BOKELMAN.

MR BOKELMAN IS NOT AN ATTORNEY,
DOES NOT KNOW EEOC LEGAL PRACTICE,
AND DOES NOT POSSESS THE SIGNIFICANT
LEGAL SKILLS REQUIRED.

TREASURY WAS REPRESENTED BY
ATTORNEY MICHAEL SALYARDS,
GLS, DALLAS, TEXAS.

MARCIA H. COATES EEO COMPLAINT
WAS ILL DEFINED, AND TREASURY
WITHHELD EVIDENCE AT THE
HEARING.

EEOC ADMINISTRATIVE JUDGE ROBERT
POWELL PRESIDED OVER THIS FIASCO.

TREASURY WAS FOUND TO BE ABOVE
REPROACH AND COMPLETELY INNOCENT
OF ANY WRONGDOING.

MICHAEL L. BOESGENS, ALONE, A
PEDESTRIAN IN HELL MADE AN APPEAL
TO EEOC, OFFICE OF FEDERAL
OPERATIONS.

BASED ON MARCIA H. COATES DEVELOPMENT
OF MICHAEL L. BOESGENS PRIOR COMPLAINT
THE EEOC SAID GO TO U.S. FEDERAL
DISTRICT COURT.

MICHAEL L. BUESGENS IS NOW IN
THE 5TH CIRCUIT COURT OF APPEALS
ON A REQUEST FOR APPOINTMENT
OF COUNSEL.

MICHAEL L. BUESGENS CIVIL CASE
MUST BE BASED ON THE MERITS
FROM THE DECEMBER 16, 2003
ADMINISTRATIVE HEARING, THAT IS
BASED ON MARCIA H. COATES
DEVELOPMENT OF MICHAEL L BUESGENS
EEO COMPLAINT.

CONCLUSION BY TREASURY (PAGE 3 LETTER)

THERE IS NO PROBLEM WITH MARCIA
H. COATES PROCESSING OF PRIOR
COMPLAINT. CASE CLOSED FOR
MARCIA H. COATES.

HELLO READERS ARE YOU STILL
WITH ME. IN THIS GARBAGE?

CAUSE-AND-EFFECT REASONING
IS REQUIRED

I DO GET ALOT OF LETTERS STATING
YOUR ALLEGATIONS (FACTS) ARE UNCLEAR.
THEREFORE YOUR COMPLAINT IS INVALID,
AND ABSOLUTELY HAS NO MERIT.

ON PAGE 3 OF MARCIA H. COATES
OCTOBER 14, 2005 LETTER SHE
STATES THAT MICHAEL L. BUESGENS
IS SARCASTIC

SARCASTIC - WEBSTER'S DICTIONARY

HARSH OR BITTER DERISION OR IRONY
A SHARPLY IRONICAL TAUNT; SNEERING
OR CUTTING REMARK.

I AGREE WITH THIS. I DON'T KNOW
WHAT MOTIVATES ME TO BE THIS WAY.

MY BIPOLAR EXPERIENCE DOES HAVE
A SIGNIFICANT CHARACTERISTIC, IT
IS CALLED BLUNTED EFFECT
OR SHOULD I SAY BLUNTED
AFFECT.

BLUNT - WEBSTER'S DICTIONARY

HAVING AN OBTUSE, THICK, OR DULL
EDGE OR POINT. ABRUPT IN ADDRESS
OR MANNER. SLOW IN PERCEPTION OR
UNDERSTANDING. HIS ISOLATION HAS MADE
HIM BLUNT ABOUT THE FEELINGS OF
OTHERS.

ISOLATION IS ANOTHER ONE OF MY
OUTSTANDING CHARACTERISTICS AND
THIS AFFECTS MY ABILITY TO CARE
FOR MYSELF AND THE ABILITY TO
COMMUNICATE.

MY EXPERIENCE AT THE DEPARTMENT OF
TREASURY INTERNAL REVENUE SERVICE HAS
AMPLIFIED THESE AFFECTS (EFFECTS).

LET'S GO BACK TO THE MORE
IMPORTANT THINGS IN LIFE.

FOR EXAMPLE : MARCIA H. COATES,
DIRECTOR, OFFICE OF EQUAL
OPPORTUNITY PROGRAM, DEPARTMENT
OF TREASURY LETTER DATED OCTOBER
14, 2005

PAGE 4
MARCIA H. COATES DECLARES
"WE FIND NO BASIS FOR CONCLUDING
THAT THE COMPLAINANT WAS HARMED
OR THAT ANY IMPROPRIETY OCCURRED
IN THE INFORMAL COUNSELING (TERESA
DICKERSON AND YVONNE JEFFERSON AND
MELINDA ESTRADA AND ERIC ABERNATHY)
BY THE EEO COUNSELOR OR INTAKE
PROCESSING BY COMPLAINANT CENTER
STAFF (CHERYL VUILLEUMIER AND VICTOR
REYES AND JAMES PARKER AND MARIAM
G. HARVEY) ASSIGNED TO THE COMPLAINT.))

<u>PAGE 3</u>

"MARCIA <u>H.</u> COATES DECLARES
SHE WENT SO FAR AS TO LOOK
IN CLOSED COMPLAINT (MY DECEMBER
16, 2003 EEOC ADMINISTRATIVE HEARING)
CLOSED COMPLAINT FILES"

IT CERTAINLY ISN'T CLOSED FOR ME
<u>OR</u> U.S. DISTRICT COURT, AUSTIN,
TEXAS <u>OR</u> U.S. COURT OF APPEALS,
NEW ORLEANS <u>OR</u> EEOC OFFICE
SAN ANTONIO, TEXAS <u>OR</u> EEOC
OFFICE OF FEDERAL OPERATIONS,
WASHINGTON D.C. <u>OR</u> BARBARA
ATKIN, DEPUTY GENERAL COUNSEL,
NATIONAL TREASURY EMPLOYEES UNION
(NTEU) <u>OR</u> FEDERAL LABOR RELATIONS
AUTHORITY (FLRA) <u>OR</u> U.S. OFFICE
OF SPECIAL COUNSEL (OSC).

MARCIA H. COATES DECLARES "SHE
WENT THE EXTRA MILE"

PAGE 3

MARCIA H. COATES DECLARES
"SHE WOULD NOT TOLERATE
HIS OUTBURSTS"

PAGE 4

MARCIA H. COATES DECLARES

"IF HE IS STILL DISSATISFIED, HE
MAY RAISE THE MATTER WITH AN
ADMINISTRATIVE JUDGE (FOR EXAMPLE
JUDGE ROBERT POWELL AND GLS
ATTORNEY MICHAEL SALYARDS) IF A
HEARING IS REQUESTED OR IN AN
APPEAL (FOR EXAMPLE 5TH CIRCUIT
COURT OF APPEALS) WITH THE
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION (FOR EXAMPLE SUPERVISORY
ADMINISTRATIVE JUDGE KATYE OLVERSTADT,
SAN ANTONIO, TEXAS)"

## DISSATISFIED - WEBSTER'S DICTIONARY

TO CAUSE TO BE DISPLEASED, ESP.
BY FAILING TO PROVIDE SOMETHING
EXPECTED OR DESIRED.

THAT'S NOT THE WORD I WOULD
USE.

## FOR EXAMPLE

IT DOESN'T SAY ANYTHING ABOUT
FAILING TO COMPLY WITH THE
REHABILITATION ACT, AMERICANS
WITH DISABILITIES ACT, EEOC
REGULATIONS, EEOC GUIDELINES,
AND OPM REGULATIONS, NOR
DOES" DESCRIBE ANY ETHICAL STANDARDS.

## MARCIA H. COATES DECLARES

"ADVISING COMPLAINANTS ON THE
TIMELINESS OF CLAIMS AS PART
OF A CONTINUING VIOLATION IS NOT
PART OF AN EEO COUNSELOR'S ROLE."

BASED ON MARCIA H. COATES
FOREGOING STATEMENT (ADVISING
COMPLAINANTS) I REQUEST THE
EEOC PROVIDE A TRAINING CLASS
ON EEOC REGULATIONS AND GUIDELINES
FOR MISS COATES.

FOR THE GENTLE READER
PLEASE SEE (EXHIBIT 6)

THE CENTRAL ISSUE IN

THIS COMPLAINT IS CONTINUING

VIOLATIONS EXCEPTION AND

45 DAY LIMITATION

THE EEOC REGULATIONS UNEQUIVOCALLY
STATE THAT MICHAEL L. BUESGENS FORMAL
COMPLAINT QUALIFIES FOR ACCEPTANCE
AND SHOULD BE PROCESSED AS REQUIRED.

MICHAEL L. BUESGENS REQUESTS
THAT THE EEOC, OFFICE OF
FEDERAL OPERATIONS DIRECT MARCIA
H. COATES TO ACCEPT MY
COMPLAINT AND BEGIN THE PROCESSING.

PAGE 4

MARCIA H. COATES DECLARES

"SHE TREATED THE COMPLAINANT
IN THE SAME PROFESSIONAL
MANNER AS SHE TREATS ALL
AGGRIEVED PARTIES."

WE HAVE NOW ARRIVED

AT THE CLASS ACTION

# THE CLASS ACTION

MARCIA H. COATES ABUSES EVERYONES
LEGAL RIGHTS WITHOUT DISCRIMINATION

SO WHAT IS THE PRETEXT
FOR DISCRIMINATION ?

IT IS MARCIA H. COATES EEO
POLICIES AS PATTERN AND PRACTICE.

I NOW REQUEST THAT EEOC
INVESTIGATE MARCIA H. COATES
DEPARTMENT OF TREASURY, INTERNAL
REVENUE SERVICE FOR THE VIOLATIONS
I HAVE DESCRIBED.

YES   I KNOW EEOC GETS AN
ANNUAL REPORT OF NUMBERS AND
PERCENTAGES FROM THE DEPARTMENT
OF TREASURY "IN HOUSE EEO".

I REQUEST THAT EEOC
GO BEYOND THE NUMBERS AND
LOOK AT WHAT IS HAPPENING TO
HUMAN BEINGS (FEDERAL EMPLOYEES)

I KNOW HOW YOU FEEL IT'S HARD
FOR ME TO CARE ABOUT THEM
EITHER.

THE DEPARTMENT OF TREASURY, INTERNAL
REVENUE SERVICE "( IN HOUSE)" EEO
SCRAP HEAP AND RECYCLING
INDUSTRIAL COMPLEX.

ONE BY ONE EEO COMPLAINANTS
(ROAD KILL) TAKE ON THE
TAXPAYER FUNDED GOLIATH.

SO THE TIME IS RIPE FOR
CLASS ACTION.

MARCIA H. COATES DECLARES

" I HAVE MADE MY DECISION. ")

HAS ANYONE NOTICED THAT MARCIA
H. COATES HAS NOT MADE ANY
DECISION ON THE:

CENTRAL ISSUE

CONTINUING VIOLATIONS EXCEPTION
AND 45 DAY LIMITATION ON
MICHAEL L. BOESGENS 2005
FORMAL COMPLAINT

2 APPLICABLE LAW

MARCIA H. COATES DECLARES
THE FOLLOWING LAW:

THAT MARCIA H. COATES is NOT
REQUIRED TO MAKE A DECISION
ON THE CENTRAL ISSUE.

MARCIA H. COATES DECLARES
ANOTHER CITATION
(( 29 CFR SECTION 1614.107 (a) ))
PAGE 3 OF HER LETTER

HERE MARCIA H. COATES DECLARES
THAT SHE DOES HAVE SOME RESPONSIBILITY
FOR ANALYZING CLAIMS AND
MAKING DETERMINATIONS.


ANALYZING - WEBSTER'S DICTIONARY

TO SEPARATE INTO CONSTITUENT PARTS
OR ELEMENTS ; DETERMINE THE ELEMENTS
OR ESSENTIAL FEATURES ; TO
EXAMINE CRITICALLY TO BRING OUT ESSENCE.


MARCIA H. COATES HAS FAILED
TO PASS MY ANALYSIS OF HER ANALYSIS
FOR THE FOLLOWING REASONS



1. IN THE PRE-COMPLAINT, INFORMAL COMPLAINT PROCESSING MARCIA H. COATES VIOLATED EEOC REGULATIONS BY FRAGMENTING MY COMPLAINT

2. MARCIA H. COATES CONTINUED TO FRAGMENT MY COMPLAINT IN THE FORMAL COMPLAINT PROCESS

3. MARCIA H. COATES FAILED TO ADVISE ME AS REQUIRED BY EEOC REGULATIONS AS TO WHETHER I HAD A MIXED CASE

4. FAILED TO ADVISE ME ON THE CENTRAL ISSUE OF CONTINUING VIOLATIONS EXCEPTION AND 45 DAY LIMITATION

THE COMPLAINANT (CLASS ACTION)
IS DISSATISFIED. THE CLASS
ACTION MAY RAISE THEIR CONCERNS
(ABUSE) WITH AN EEOC
ADMINISTRATIVE JUDGE (ROBERT
POWELL AND KATYE DUDERSTADT
SAN ANTONIO, TEXAS AND GLS
TREASURY ATTORNEY MICHAEL SALYARDS)
OR WITH THE EEOC OFFICE
OF FEDERAL OPERATIONS (OVERWORKED
UNDERFUNDED AND UNDERPAID AND NOT
LOVED) AT THE TIME OF AN
APPEAL OF A FINAL DECISION
(MARCIA H. COMTES).

(CITATION
"FEDERAL SECTION COMPLAINT PROCESSING
MANUAL EEOC MANAGEMENT
DIRECTIVE 110, AT PAGES
5-25 & 5-26'))

IS THERE ANYTHING ELSE WE SHOULD
LOOK AT IN THERE OR ONLY PAGES
25 AND 26?

DETERMINE ~ WEBSTER'S DICTIONARY

TO SETTLE OR DECIDE A DISPUTE
BY AN AUTHORATIVE OR CONCLUSIVE
DECISION.

MARCIA H. COATES IS TREASURY
EEO DIRECTOR. BUT SHE HAS
NOT MADE AN AUTHORITIVE OR
CONCLUSIVE DECISION ON THE

CENTRAL ISSUE

MARCIA H. COATES WANTS TO FURTHER
DISCRIMINATE AND RETALIATE
AGAINST MICHAEL L. BUESGENS
BY BURYING HIM BOREAUCRACY,
AND PUTTING HIM IN HARMS WAY
BEFORE AN EEOC ADMINISTRATIVE
WITHOUT BENEFIT OF AN ATTORNEY
KNOWLEDGABLE IN EEOC PRACTICE.

# 3 ANALYSIS

I CANNOT FIND ANY ANALYSIS
IN MARCIA H. COATES OCTOBER
14, 2005 LETTER.

HOWEVER I DO HAVE OBSERVATIONS
OF HER ANALYSIS

1. GAMESMANSHIP
2. OVERSIMPLIFICATION
3. AN UNREASONABLE, DISINTERESTED
   ANALYSIS
4. BIAS AND PREJUDICE
5. BLINDED BY ARROGANCE
6. HIDDEN AGENDA
7. FRAUDULENT CONCEALMENT
8. FURTIVE WRONGDOING
9. DECEPTION
10 ROSY CHARACTERIZATIONS
11. DENIAL OF WRONGDOING
12. MALICIOUS, WILLFUL INTENT FROM
   SOMEONE THAT HOLDS A POSITION OF TRUST

## CONCLUSION

I ASK THAT THE READER LOOK
AT PAGE 1 OF MARCIA H. COATES
LETTER DATED OCTOBER 14, 2005

FOOTNOTE:

"IT APPEARS"

APPEARS - WEBSTER'S DICTIONARY

OUTWARD IMPRESSIONS, INDICATIONS,
OR CIRCUMSTANCES.

WE DON'T NEED APPEARANCES WHEN
THERE IS GENUINE MATERIAL FACTS.

"IT APPEARS" IS MARCIA H. COATES
ATTEMPT TO CONFUSE THE READER.

"IT APPEARS" IS MARCIA H.
COATES ATTEMPT TO OBSCURE
THE FACTS

MARCIA H. COATES        LETTER
IS BASED ON THE CONCEPT
"IT APPEARS"

AND THIS IS REINFORCED IN THE READERS
MIND BY MARCIA H. COATES
OMISSIONS AND MISREPRESENTATIONS

MARCIA H. COATES LETTER IS BUT
ANOTHER EXAMPLE OF THE DISCRIMINATION
AND RETALIATION MICHAEL L BUESGENS
HAS BEEN SUBJECT TO SINCE 2002.

Michael L Buesgens
October 26, 2005