

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

DATE:      AUG 11 2005

TO:        Director
           Office of Equal Opportunity and Diversity
           Washington, D.C.

FROM:      Operations Director
           Treasury Complaint Mega-Center
           Treasury Complaint Mega-Center – Dallas
           AWSS EEO & Diversity Field Services
           4050 Alpha Road, MS 1010 MSRO
           Dallas, TX 75244-4203

SUBJECT:   Complaint Michael L. Buesgens and
           John W. Snow, Secretary of the Treasury

In accordance with Section IV. D (1) of the Management Directive (MD-110) as amended, we are referring the referenced matter to you. The matter is referred because the Complainant alleges dissatisfaction with the processing of his pending EEO complaint. Specifically he complains that he suffered economic and psychological injury through the negligence of Treasury Department EEO employees, who acted with deliberate indifference to his rights and subjected him to substandard treatment.

If there is any other way we may be of assistance in this matter, please call me.

Attachment: copy of Compliant

cc: Michael L. Buesgens

05 2334

FILED
DEC 0 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT