

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224
January 28, 2005

Mike Buesgens
500 E. Stassney
Apartment 1023
Austin, TX 78745

Dear Mr. Buesgens:

I am writing this in response to your letter dated January 21, 2005, in which you requested an appointment of counsel to handle certain EEO issues. The Agency does not provide attorneys to assert discrimination claims against the Internal Revenue Service. The pursuit of such matters is a purely personal decision and you are solely responsible for obtaining an attorney if that is your desire and meeting with such on your personal time. The Agency is without authority to grant your request. I suggest you contact your local NTEU chapter or Legal Aide for assistance.

If you have any questions about the contents of this letter, feel free to call me at (904) 665-0766.

Sincerely,

*Teresa Dickerson*

Teresa Dickerson
Equal Employment Opportunity & Diversity Manager
Area C, Territory 14

05 2334

**FILED**

DEC 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT