1

8657

TO No. 05-22915

TO:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
P.O. BOX 19848
WASHINGTON, D.C. 20036

AND

MARCIA H. COATES, DIRECTOR
OFFICE OF EQUAL OPPORTUNITY PROGRAM
DEPARTMENT OF TREASURY
ROOM 5110, TREASURY ANNEX
WASHINGTON, D.C. 20220

FROM:

MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745

DATE: JULY 31, 2005

05 2334

FILED
DEC 05 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CONTENTS

1. TREASURY DEPARTMENT EEO LETTERS

2. NOTICE OF RIGHT TO FILE DISCRIMINATION COMPLAINT

3. AGREEMENT TO POSTPONE FINAL PRE-COMPLAINT INTERVIEW

4. EEO COUNSELING REPORT DATED 1/20/05

5. MY LETTERS TO TREASURY EEO

6. INDIVIDUAL COMPLAINT WITH DEPARTMENT OF TREASURY DATED 4/6/05.

7. A SHORT HISTORY OF ABUSE, HARASSMENT, RETALIATION, AND UNREASONABLE ACCOMMODATION BY THE DEPARTMENT OF TREASURY'S EEO, IRS MANAGEMENT, AND LABOR RELATIONS

2

MICHAEL L. BUESGENS, COMPLAINANT

ALLEGATIONS OF DISSATISFACTION REGARDING PROCESSING OF PENDING COMPLAINTS

1. I AM REQUESTING A FINAL DECISION

2. I AM DISSATISFIED WITH THE PROCESSING OF MY COMPLAINT

3. THE AGENCY HAS IMPROPERLY PROCESSED MY COMPLAINT IN THE PRE-COMPLAINT AND FORMAL COMPLAINT PROCESS

4. MY COMPLAINT HAS BEEN MATERIALLY EFFECTED BY THE AGENCY'S ACTIONS

5. THE AGENCY'S ACTIONS HAS HAD A MATERIAL EFFECT ON THE PROCESSING OF MY COMPLAINT

6. THE INVESTIGATORS WERE NOT THOROUGH.

3

MICHAEL L. BUESGENS, COMPLAINANT

<u>1</u> THE INVESTIGATORS DID NOT DEVELOP AN IMPARTIAL AND APPROPRIATE FACTUAL RECORD.

<u>THE FACTS</u>

1. MY COMPLAINT IS CONTINUING VIOLATIONS

2. TIME LIMITS ARE SUBJECT TO WAIVER, ESTOPPEL AND EQUITABLE TOLLING UNDER, Section 1614.604(c)

3. SPIN-OFF COMPLAINTS SHOULD BE PROCESSED AS PART OF THE ORIGINAL COMPLAINT, AS SET FORTH IN SECTION IV.D, CHAPTER 5 AGENCY PROCESSING OF FORMAL COMPLAINTS.

4

MICHAEL L. BUESGENS, COMPLAINANT

4. THERE ARE COMPLAINTS OF HARASSMENT AND RETALIATION IN MY COMPLAINT

5. THERE IS COMPLAINTS OF VIOLATIONS OF THE PRIVACY ACT WITH MY MEDICAL INFORMATION.

6. NOW THE DEPARTMENT OF TREASURY'S "IN HOUSE" EEO IS RETALIATING AGAINST ME IN THE COMPLAINT PROCESS.

7. I AM A STATUTORY QUALIFIED INDIVIDUAL WITH A DISABILITY.

CONCLUSION

1. THE DEPARTMENT OF TREASURY "IN HOUSE" EEO IS NOT IN FULL COMPLIANCE WITH THE LAW, EEOC REGULATIONS, AND GUIDELINES.
   42 U.S.C. SECTION 2000e-16(b)

5

MICHAEL L. BUESGENS, COMPLAINANT

2. THE DEPARTMENT OF TREASURY DOES NOT TAKE PROACTIVE STEPS TO ENSURE EQUAL OPPORTUNITY FOR THEIR EMPLOYEES.
   SECTION 717 OF TITLE VII

3. THE AGENCY DOES NOT HAVE THE ABILITY FOR SELF ANALYSIS
   29 C.F.R. SECTION 1608.4

4. THE AGENCY'S STATE OF MIND, AND MOTIVE DOES NOT INCLUDE AN OBLIGATION TO PROMOTE EQUAL OPPORTUNITY FOR THE DISABLED
   29 C.F.R. PART 1614

AUTHORITIES RELEVANT TO REHABILITATION ACT THAT THE AGENCY IGNORES AND OMITS

1. SECTION 501 OF THE REHABILITATION ACT 1973
   29 U.S.C. SECTION 791

6

MICHAEL L. BUESGENS, COMPLAINANT

2. AMERICANS WITH DISABILITIES ACT

3. 5 C.F.R. SECTION 213.3102 OPM

4. EXECUTIVE ORDER 13163 (2000)

5. SPECIAL EMPHASIS - TARGETED DISABILITY OF MENTAL ILLNESS IS NOT EVEN ACKNOWLEDGED.

6. EXCEPTED APPOINTING AUTHORITY BY OPM IS COMPLETELY IRRELEVANT FOR "IN HOUSE" EEO
   5 C.F.R. SECTIONS 213.3162(E), (U); 213.3202(K) (1996)

7. TREASURY DEPARTMENT'S "IN HOUSE" EEO ADHERES TO NO ACCEPTABLE ETHICAL HUMAN CONDUCT.

7

MICHAEL L. BUESGENS, COMPLAINANT

REMEDY

1. ACCEPT MY FORMAL COMPLAINT.
2. PROCESS MY FORMAL COMPLAINT.

*Michael L Buesgens*
July 31, 2005

I was constructively discharged by medical Retirement on March 7, 2005.