

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-2522

Michael L. Buesgens
500 E. Stassney, No 1023
Austin, Texas 78745

Dear Mr. Buesgens:

This is in response to your letter, received November 1, 2005.

With your letter, you sent a copy of case 05-2291 and ask that we determine whether or not it is a mixed case. We cannot make that determination because we do not have jurisdiction over the case.

You ask who would pay for a civil suit. Whether or not the federal district court would provide representation is a matter you must take up with that court. In an EEOC hearing, you may represent yourself or have a representative who may or may not be an attorney. There is no provision under the regulations which govern federal sector processing for a representative or an attorney to be provided by the EEOC.

To help guide you, I have enclosed a copy of the regulations which govern federal sector processing. Moreover, I have enclosed a copy, in hard copy and CD, of Frequently Asked Questions About The Federal Sector Hearing Process.

Please be advised that, until jurisdiction is assumed for your case, there is nothing more with which this office can help you. Further, any future correspondence from you will be kept on file in accordance with our office policy.

Date: November 2, 2005

*Katye Duderstadt*
Katye Duderstadt
Supervisory Administrative Judge

05 2334

FILED
DEC 0 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington, D.C. 20507

Michael L. Buesgens
500 E. Stassney, No. 1023
Austin, Texas 78745

Dear Mr. Buesgens:

This is in response to you letter, received October 21, 2005, in which you ask whether or not case 05-2291 is a mixed case.

We do not have case 05-2291. After 180 days have elapsed from the date of filing the complaint, the agency with which you filed will notify you that have the right to make an election. You may either file in the appropriate federal district court or request a hearing by an administrative judge of the EEOC. If you elect to have a hearing by an administrative judge of the EEOC, the agency will forward your file to us. Until that time, we have no way of determining whether or not a complaint might be a mixed case.

If you believe that your complaint is a mixed case, and 180 days have not elapsed, I suggest you ask the agency which has the complaint.

I hope that this information is helpful.

Date: October 27, 2005

Sincerely,

Katye Duderstadt
Katye Duderstadt
Supervisory Administrative Judge



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-2522

Michael L. Buesgens
500 E. Stassney, No. 1023
Austin, Texas 78745

Dear Mr. Buesgens:

This is in response to your two letters, received October 17, 2005, in which you express concern that the Office of Federal Operations ("OFO") has not responded to your inquiries.

I contacted the OFO and learned that they are in the process of preparing correspondence to send to you.

I hope that this information is helpful.

Date: October 21, 2005

Katye Duderstadt
Supervisory Administrative Judge



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Michael L. Buesgens
500 E. Stassney, NO. 103
Austin, Texas 78745

Dear Mr. Buesgens:

This is in response to your letter, received October 12, 2005, in which you indicated that you do not want to use the IRS EEO complaint process and request that your EEO claim be investigated with the private sector NTEU claim.

The EEOC cannot accept your complaint against the IRS; it must be filed with the Equal Employment Opportunity ("EEO") office of the IRS. After 180 days have elapsed from the date of filing, you have the right to either file in the appropriate federal district court or request a formal hearing by an administrative judge of the EEOC.

I indicated to you, in my letter of October 6, 2005, that I was aware that one of the persons against whom you want to file is the director of the EEO office. I further indicated that, regardless of the position held by the person against whom you want to file, the EEO complaint must be filed with the EEO office of the IRS. All agencies have policies regarding the internal handling of complaints against those in their EEO offices.

As I further stated in my October 6, 2005, letter, your request to file a charge against the National Treasury Employees Union has been referred to the Enforcement Unit of this EEOC office. A member of the Enforcement Unit will contact you within two weeks.

I hope that this information is helpful.

Sincerely,

Katye Dulerstadt
Katye Dulerstadt
Supervisory Administrative Judge

Date: October 13, 2005