UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745
512-447-7031

PLAINTIFF, PRO SE

V.

C.A. NO.
1:05CV02334 RCL

MARCIA H. COATES, DIRECTOR
OFFICE OF EQUAL OPPORTUNITY
PROGRAM, DEPARTMENT OF
TREASURY, ET AL

RECEIVED
DEC 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COLLEEN M. KELLEY PRESIDENT
NATIONAL TREASURY EMPLOYEES
UNION (NTEU)

CARI M. DOMINGUEZ CHAIR
AND HEAD OF THE EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION (EEOC)

KAY COLES JAMES DIRECTOR
OFFICE OF PERSONNEL
MANAGEMENT (OPM)

JOHN W. SNOW SECRETARY
DEPARTMENT OF TREASURY

J. RUSSELL GEORGE INSPECTOR
GENERAL TREASURY INSPECTOR
GENERAL FOR TAX ADMINISTRATION
(TIGTA)

DEFENDANTS'

THIS IS A <u>MOTION TO ADD A PARTY</u> TO MICHAEL L. BUESGENS, PRO-SE PLAINTIFF COMPLAINT THAT WAS FILED ON DECEMBER 5, 2005.

MICHAEL L. BUESGENS PRO SE - PLAINTIFF REQUESTS THE ADDITIONAL PLAINTIFFS, OF ALL OTHERS SIMILARLY SITUATED <u>A CLASS COMPLAINT</u> UNDER THE REHABILITATION ACT OF 1973, AS AMENDED AND THE CIVIL RIGHTS ACT OF 1964, TITLE VII

*Michael L. Buesgens* (signature)
MICHAEL L. BUESGENS
DECEMBER 10, 2005