UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLUMBIA

---

MICHAEL L. BUESGEUS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745
512-447-7031

PLAINTIFF, PRO SE

C.A. No.
1:05CV02334

V.

MARCIA H. COATES, DIRECTOR
OFFICE OF EQUAL OPPORTUNITY
PROGRAM DEPARTMENT OF
TREASURY, ET AL

RECEIVED
DEC 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COLLEEN M. KELLEY, PRESIDENT
NATIONAL TREASURY EMPLOYEES
UNION (NTEU)

CARI M. DOMINGUEZ CHAIR
AND HEAD OF THE EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION
(EEOC)

KAY COLES JAMES DIRECTOR
OFFICE OF PERSONNEL
MANAGEMENT (OPM)

JOHN W. SNOW SECRETARY
DEPARTMENT OF TREASURY

J. RUSSELL GEORGE INSPECTOR
GENERAL, TREASURY INSPECTOR
GENERAL FOR TAX ADMINISTRATION
(TIGTA)

DEFENDANTS

THIS IS A MOTION BY MICHAEL L. BUESGENS PRO SE - PLAINTIFF REQUESTING APPOINTMENT OF COUNSEL UNDER THE REHABILITATION ACT OF 1973, AS AMENDED AND CIVIL RIGHTS ACT OF 1964, TITLE VII.

MICHAEL L. BUESGENS, PRO SE - PLAINTIFF FILED AN ORIGINAL COMPLAINT AGAINST, THE ABOVE NAMED DEFENDANTS ON DECEMBER 5, 2005.

*Michael L Buesgens*
MICHAEL L. BUESGENS
DECEMBER 10, 2005