IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MICHAEL L. BUESGENS              )
500 E. Stassney                  )
Apt. 1023                        )
Austin, Texas 78745              )
                                 )
        Plaintiff,               )
                                 )
    v.                           )   Case No. 1:05CV02334
                                 )   Judge: Royce C. Lamberth
MARCIA H. COATES, et al.         )
DIRECTOR,                        )
OFFICE OF EQUAL OPPORTUNITY PROGRAM)
U.S. DEPT. OF TREASURY           )
Treasury Annex Building          )
1500 Pennsylvania Avenue, NW     )
Room 5110                        )
Washington, DC 20220             )
                                 )
    and                          )
                                 )
COLLEEN M. KELLEY,               )
NATIONAL PRESIDENT,              )
NATIONAL TREASURY EMPLOYEES UNION)
1750 H Street, NW                )
Washington, DC 20006             )
                                 )
        Defendants.              )
_____)
```

## DEFENDANT KELLEY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Colleen M. Kelley, National President of the National Treasury Employees Union (Kelley), by her undersigned counsel, respectfully moves this Court for an extension of time until February 27, 2006, in which to file her answer or other response to plaintiff's complaint. In support of this motion,

defendant Kelley states as follows:

1. Plaintiff's Return of Service (attached to summons) states that he served his complaint by certified mail on December 12, 2005. Kelley received a copy of plaintiff's complaint on December 20, eight days after it was mailed.

2. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, unless a waiver of service has been requested, the plaintiff is responsible for personally serving defendant Kelley. Certified mail is insufficient to effectuate personal service. See Fed. R. Civ. P. 4(e). To date, Kelly has neither waived service nor been personally served by the plaintiff.

3. Nevertheless, as of the date of this motion, defendant Kelley is willing to waive judicial service of the complaint and summons. Where service has been timely waived, a defendant has 60 days to answer or respond to a complaint. See Fed. R. Civ. P. 12(a)(1)(B). Defendant Kelley's response, therefore, should be due on February 27, 2006.

4. Kelley's counsel anticipates that it will take considerable time to respond to plaintiff's complaint.

2

    Among other things, counsel will have to obtain information from the Equal Employment Office and from its field office relating to the allegations in the complaint. In addition, given the unnumbered format of the complaint and the conclusory allegations against defendant, counsel will need substantial time to determine the factual underpinnings of the allegations against defendant Kelley.

5. The attorney with supervisory responsibility for this case is out of the office on prearranged leave and will be unavailable to work on this case until January 3, 2006. The defendant is also out of the office until early January 2006.

6. Despite several attempts, counsel has been unable to reach Mr. Buesgens to find out whether he would stipulate to an extension of time.

7. Granting defendant Kelley's request for an extension until February 27, 2006, will not delay the litigation of this case or otherwise prejudice the plaintiff because the answers of the agency defendants are not due until 60 days after service of the complaint on those parties. See Fed. R. Civ. P. 12(a)(3).

Wherefore for the foregoing reasons, counsel for defendant Kelley respectfully requests an extension of time to and including February 27, 2006, in which to file defendant Kelley's answer or other response to plaintiff's complaint.

Respectfully submitted,

*Gregory O'Duden* By JMW
Gregory O'Duden
General Counsel
Bar No. 254862

*L. Pat Wynns* By JMW
L. Pat Wynns
Associate General Counsel for
  Appellate Litigation
Bar No. 257840

*Julie M. Wilson*
Julie M. Wilson
Assistant Counsel
Bar No. 482946

National Treasury Employees Union
1750 H Street, NW
Washington, DC  20006
(202) 572-5500

Counsel for defendant Kelley

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served Defendant Kelley's Unopposed Motion for Extension of Time To Answer Plaintiff's Complaint on the following person by first-class mail on this 27 day of December, 2005:

Michael L. Buesgens
500 E. Strassney
Apt. 1023
Austin, Texas 78745

U.S. Attorney's Office
Department of Justice
Bicentennial Building
600 E Street, NW
Washington, DC 20530

*Myra Bernard*
Myra Bernard
Legal Assistant