IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS<br>500 E. Stassney<br>Apt. 1023<br>Austin, Texas 78745<br><br>      Plaintiff,<br><br>  v.<br><br>MARCIA H. COATES, <u>et al</u>.<br>DIRECTOR,<br>OFFICE OF EQUAL OPPORTUNITY PROGRAM<br>U.S. DEPT. OF TREASURY<br>Treasury Annex Building<br>1500 Pennsylvania Avenue, NW<br>Room 5110<br>Washington, DC 20220<br><br>    and<br><br>COLLEEN M. KELLEY,<br>NATIONAL PRESIDENT,<br>NATIONAL TREASURY EMPLOYEES UNION<br>1750 H Street, NW<br>Washington, DC 20006<br><br>      Defendants. | Case No. 1:05CV02334<br>Judge: Royce C. Lamberth |

**ORDER**

Upon consideration of the unopposed motion filed by defendant Kelley requesting an extension of time to file an answer or other response to plaintiff's complaint, it is hereby

ORDERED that the motion be granted and that the time for defendant to file its response to plaintiff's complaint is extended until February 27, 2006.

Date: _____          _____
                                 United States District Judge

Parties to be notified:

Julie M. Wilson
Assistant Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC  20004

Michael L. Buesgeus
500 E. Stassney
Apt. 1023
Austin, Texas 78745

U.S. Attorney's Office
Department of Justice
Bicentennial Building
600 E Street, NW
Washington, DC  20530