1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BUESGENS
    PLAINTIFF

V.

CIVIL ACTION
NO. 05-2334
(RCL)

MARCIA H. COATES,
AS DIRECTOR, OFFICE
OF EQUAL OPPORTUNITY
PROGRAM, et al.,

    DEFENDANTS

MOTION TO APPEAL DENIAL
OF APPOINTMENT OF COUNSEL.

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## BACKGROUND

ON DECEMBER 10 2005, MICHAEL L. BUESGENS, PRO SE FILED A MOTION REQUESTING APPOINTMENT OF COUNSEL WITH THE COURT

ON DECEMBER 16 2005 THE COURT DENIED MOTION TO APPOINT COUNSEL.

PRO SE BELIEVES JUDGE ROYCE C. LAMBERTH DECISION WAS IN ERROR AND REQUESTS A REVIEW OF THE ORDER DENYING APPOINTMENT OF COUNSEL.

## THE ARGUMENT

**PRO SE IS REQUESTING APPOINTMENT OF COUNSEL FOR THE FOLLOWING REASONS.**

1. PLAINTIFF IS PROCEEDING IN FORMA PAUPERIS

2. THIS CIVIL ACTION HAS EXCEPTIONAL CIRCUMSTANCES.

3. THE COMPLAINT HAS MERIT

4. THE INTERESTS OF JUSTICE WOULD BE SERVED BY APPOINTMENT OF COUNSEL

5. PRO SE HAS THE MENTAL DISABILITY (BIPOLAR) THAT IS ONLY PARTIALLY TREATED WITH NUMEROUS MEDICATIONS.

"Such efforts to insure that requests for appointment are resolved in a principled and consistent manner are particularly essential in cases of this sort before us, for (t)he decision to deny the assistance of an appointed attorney to a layman unschooled in the law in area as complicated as the civil rights field frequently leaves the plaintiff with little hope of successfully prosecuting a claim."

<u>United States v. Burr</u>, 25 F. Cas. 30, 35 (C.C.D. Va. 1807) (No. 14,692) (Marshal, C.J.)

"CONGRESS BELIEF IN THE IMPORTANCE OF ATTORNEY APPOINTMENT IN APPROPRIATE CASES IS ALSO APPARENT IN THE LEGISLATIVE HISTORY OF THE EQUAL EMPLOYMENT OPPORTUNITY ACT OF 1972. ALTHOUGH CONGRESS AMENDED 42 U.S.C. SECTION 2000e-5 EXTENSIVELY, IT RETAINED THE APPOINTMENT PROVISION IN ITS ORIGINAL LANGUAGE."

Hillard, 659 F. 2d AT 1128 n. 24

" THE HOUSE OBSERVED: BY INCLUDING THIS PROVISION IN THE BILL THE COMMITTEE EMPHASIZES THAT THE NATURE OF TITLE VII ACTIONS MORE OFTEN THAN NOT PITS PARTIES OF UNEQUAL STRENGTH AND RESOURCES AGAINST EACH OTHER.

THE COMPLAINANT WHO IS USUALLY A MEMBER OF A DISADVANTAGED CLASS IS OPPOSED BY AN EMPLOYER WHO NOT INFREQUENTLY IS ONE OF THE NATIONS MAJOR PRODUCERS. AND WHO HAS AT HIS DISPOSAL A VAST ARRAY OF RESOURCES AND LEGAL TALENT."

<u>H. R. REP. NO. 238 92d CONG 1st SESS. 12 (1971)</u>

"THE SENATES DEBATE REFLECTS A SIMILAR VIEW AFTER AN AMENDMENT DENYING THE EEOC THE AUTHORITY TO ISSUE CEASE AND DESIST ORDERS INADVERTENTLY REMOVED FEDERAL EMPLOYEES FROM THE SCOPE OF THE ATTORNEY APPOINTMENT PROVISION AN AMENDMENT REMEDYING THIS OMISSION WAS PASSED IN THE

SENATE BY A VOICE VOTE.

118 CONG. REG. 956 (1752)

IN ARGUING THAT THE ATTORNEY APPOINTMENT PROVISION SHOULD COVER FEDERAL EMPLOYEES, SENATOR JAVITS EMPHASIZED THAT THIS IS A VERY IMPORTANT RIGHT FOR THE INDIVIDUAL ... FOR THE INDIVIDUALS INVOLVED ARE NOT IN THE MAIN HIGH SALARIED IN THAT THOSE WOULD BE LIKELY TO SUE IN THESE EQUAL EMPLOYMENT OPPORTUNITY CASES ARE FAIRLY MODEST PEOPLE.

IN ACTING ON SUCH REQUESTS, COURTS MUST REMAIN MINDFUL THAT APPOINTMENT OF AN ATTORNEY MAY BE ESSENTIAL FOR A PLAINTIFF TO FULFILL THE ROLE OF 'A PRIVATE ATTORNEY GENERAL,'

VINDICATING A POLICY OF THE HIGHEST PRIORITY."

POINDEXTER V. FEDERAL BUREAU OF INVESTIGATION

U.S. COURT OF APPEALS DISTRICT OF COLUMBIA CIRCUIT, 35 FEP CASES 143

FOR EXAMPLE:

THE DEFENDANT'S COLLUSIVE VIOLATIONS OF THE EEO PROGRAM AND REASONABLE ACCOMMODATION PROCESS IS PATTERN AND PRACTICE THAT AFFECTS NUMEROUS COMPLAINANTS IN THE EEO PROCESS THAT ARE REFERRED TO AS 'ROAD KILL.'

AS OF DECEMBER 27, 2005 THE DEFENDANTS HAVE NOT RESPONDED TO PRO SE COMPLAINT FILED ON DECEMBER 5, 2005.

### CERTIFICATE OF CONFERENCE

I HAVE NOT CONTACTED ANYONE TO KNOW WHETHER THIS MOTION TO APPEAL THE COURTS DENIAL OF APPOINTMENT OF COUNSEL IS OPPOSED OR NOT.

### CERTIFICATE OF SERVICE

I, MICHAEL L. BOESGENS, PRO SE DID NOT SERVE DEFENDANTS A COPY OF THIS MOTION TO APPEAL THE COURT'S DENIAL OF APPOINTMENT OF COUNSEL.

*Michael L. Boesgens*
MICHAEL L. BOESGENS
DECEMBER 27, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BUESGENS
PLAINTIFF

V.

MARCIA H. COATES
AS DIRECTOR, OFFICE OF
EQUAL OPPORTUNITY
PROGRAM, et al

CIVIL ACTION
NO. 05-2334
(RCL)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, I AM APPEALING AND REQUESTING APPOINTMENT OF COUNSEL. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: Michael Buesgens

Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: December 27, 2005

NO SPOUSE

1. For both you and ~~your spouse~~ estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | Amount expected next month |
|---|---|---|
| Income source | Average monthly amount during the past 12 months | Amount expected next month |

|  | You | Spouse | You | Spouse |
|---|---|---|---|---|
| Employment | $ 0 | $ | $ | $ |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 15.00 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, | $ | $ | $ | $ |

```
                insurance)
                Disability (such as          $2,000.00    $_____        $_____        $_____
                  social security,
                  insurance payments)
                Unemployment payments         $  0         $_____        $_____        $_____
                Public-assistance (such       $  0         $_____        $_____        $_____
                  as welfare)
                Other (specify): _____      $  0         $_____        $_____        $_____
                  Total monthly income:       $_____       $_____        $_____        $_____
```

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| INTERNAL REVENUE SERVICE | 1821 DIRECTORS BLVD AUSTIN, TEXAS | OCT, 1990 TO MARCH 7, 2005 | $3,800.00 SEASONAL EMPLOYMENT 6 TO 8 MONTHS A YEAR |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | NO SPOUSE | | |

4. How much cash do you and your spouse have? $9,000.00
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| CHARLES SCHWAB | BROKERAGE | $11,882.68 | N/A |
| | IRA | $104,000.00 | N/A |
| GOVERNMENT | THRIFT SAVINGS | $40,000.00 | N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.   N/A

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 | (Value) |
|---|---|---|---|---|---|
| NO HOME | | RENT APARTMENT | | | $12,000.00 |

Make & year: FORD 2003
Model: PICKUP F150
Registration #: _____

| Motor vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| NO | | | | | |

Make & year: _____

Model: _____  _____  _____
Registration #: _____  _____  _____

6. State every person, business, or organization owing you or your spouse
   money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | | |

8. Estimate the average monthly expenses of you and your family. Show
   separately the amounts paid by your spouse. Adjust any payments that are made
   weekly, biweekly, quarterly, semiannually, or annually to show the monthly
   rate.

|  | MONTHLY (You) | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $619.00 | N/A |
| Are real-estate taxes included? [✓] Yes [ ] No | | |
| Is property insurance included? [ ] Yes [✓] No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $80.00 | $ |
| Home maintenance (repairs and upkeep) | $0 | $ |
| Food | $300.00 | $ |
| Clothing | $50.00 | $ |
| Laundry and dry-cleaning | $20.00 | $ |
| Medical and dental expenses | $100.00 | $ |
| Transportation (not including motor vehicle payments) | $200.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $1.00 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $100.00 | $ |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health ✓ | $ | $ |
| Motor Vehicle ✓ | $ | $ |
| Other: RENTERS INSURANCE | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): SALES TAX | $30.00 | $ |
| Installment payments | $0 | $ |
| Motor Vehicle | $0 | $ |
| Credit card (name): | $0 | $ |
| Department store (name): | $0 | $ |
| Other: | $0 | $ |
| Alimony, maintenance, and support paid to others | $0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $0 | $ |

MONTHLY

Other (specify): LITIGATION   $ 100.00         $_____
            Total monthly expenses: $_____      $_____

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
[✓] Yes [ ] No  If yes, describe on an attached sheet.
DISABILITY INCOME WILL BE REDUCED TO $1,300.00 A MONTH IN MARCH 2006

10. Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form? Yes (No)
If yes, how much? $_____
If yes, state the attorney's name, address, and telephone number:
_____
_____

11. Have you paid--or will you be paying--anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
[ ] Yes [✓] No
If yes, how much? $_____
If yes, state the person's name, address, and telephone number:
_____
_____

12. Michael L Buesgens   December 27, 2005

State the address of your legal residence.

MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TEXAS 78745

TELEPHONE: 512-447-7031

CIVIL ACTION NO. 05-2334
(RCL)
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA