UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
    PLAINTIFF

V.                                CAUSE NO
                                  05-2334
                                  (RCL)

MARCIA H. COATES, et al.
DIRECTOR
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
    DEFENDANTS


MOTION TO COMPEL ANSWER

MOTION TO DENY EXTENSION

PLAINTIFF OPPOSES NATIONAL TREASURY EMPLOYEES UNION (NTEU) MOTION FOR EXTENSION TO ANSWER COMPLAINT DATED DECEMBER 27, 2005

RECEIVED
JAN 5 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOW COMES PRO SE AND RESPECTFULLY MOVES THIS COURT TO COMPEL ANSWER TO PLAINTIFF'S COMPLAINT.

IN SUPPORT OF THIS MOTION, PLAINTIFF BUESGENS STATES THE FOLLOWING.

1. DEFFNDANT COLLEEN M. KELLEY AND NATIONAL TREASURY EMPLOYEES UNION (NTEU) RECEIVED PLAINTIFF'S COMPLAINT ON DECEMBER 19, 2005, SEVEN DAYS AFTER IT WAS MAILED.

<u>NOT DECEMBER 20, 2005 AS DEFENDANT CLAIMS.</u>

2. SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED IS ACCEPTABLE UNDER THE RULES OF FEDERAL PROCEDURE. IT IS MUCH LESS EXPENSIVE AND TIME CONSUMING THAN ANY OTHER METHOD OF SERVICE.

4

C. ON JULY 11, 2005, PRO SE SENT DEPUTY GENERAL COUNSEL BARBARA A. ATKIN REQUESTING ASSISTANCE WITH LITIGATION THAT IS BASED ON THE DECEMBER 16, 2003 ADMINISTRATIVE HEARING.

D. ON JULY 22, 2005 PRO SE SENT BARBARA A. ATKIN ANOTHER LETTER REQUESTING NTEU APPOINT COUNSEL FOR MY INTERLOCUTORY APPEAL OF APPOINTMENT OF COUNSEL IN U.S. COURT OF APPEALS, 5TH CIRCUIT.

E. BARBARA A. ATKIN AND COLLEEN M. KELLEY AND NTEU SENT PRO SE A LETTER DATED JULY 28, 2005 DENYING REQUEST FOR NTEU STAFF ATTORNEY ASSISTANCE.

E. ON AUGUST 2 2005 PRO SE SENT NTEU DEPUTY GENERAL COUNSEL BARBARA A. ATKIN A LETTER APPEALING COLLEEN M. KELLEY (NATIONAL PRESIDENT) DECISION TO DENY LEGAL ASSISTANCE.

G. ON AUGUST 5 2005 PRO SE FILED A UNFAIR LABOR PRACTICE (BREACH OF CONTRACT) AGAINST COLLEEN M. KELLEY AND BARBARA A ATKIN AND NATIONAL TREASURY EMPLOYEES UNION (NTEU) WITH THE FEDERAL LABOR RELATIONS AUTHORITY (FLRA) IN DALLAS, TEXAS.

H. ON SEPTEMBER 25 2005 PRO SE SENT BARBARA A. ATKIN A FREEDOM OF INFORMATION ACT (FOIA) REQUEST - C.C. DENNIS SCHNEIDER, NTEU ATTORNEY, AUSTIN, TEXAS.

6

I. ON SEPTEMBER 27, 2005 PRO SE SENT A LETTER AND TRANSCRIPT OF THE DECEMBER 16, 2003 EEOC ADMINISTRATIVE HEARING TO FEDERAL LABOR RELATIONS INVESTIGATOR (FLRA) JOHN BATES AND FLRA DIRECTOR JAMES PETRUCCI, DALLAS TEXAS, (TELEPHONE: 214-767-6266, FAX 214-767-0156).

II. ON SEPTEMBER 28, 2005 PRO SE SENT NTEU ATTORNEYS BARBARA A. ATKIN, WASHINGTON D.C. TELEPHONE: 202-572-5500 AND NTEU ATTORNEY DENNIS SCHNEIDER, AUSTIN TEXAS (TELEPHONE: 512-912-7622, FAX: 512-912-7628), A LETTER REQUESTING THAT NATIONAL PRESIDENT COLLEEN KELLEY PRODUCE DOCUMENTS.

7

**K.** ON <u>OCTOBER 2, 2005</u> PRO SE SENT <u>BARBARA A ATKIN</u> (TELEPHONE: 202-572-5500) A LETTER - SUPPLEMENT TO COMPLAINT WITH FLRA DIRECTOR <u>JAMES PETRUCCI</u> (TELEPHONE: 214-767-6266)

REQUESTING REPRESENTATION IN A 2005 EEO COMPLAINT.

<u>FLRA CASE NO. DA-CO-05-0505</u>

**L.** ON <u>OCTOBER 5, 2005</u> PRO SE SENT A LETTER TO BARBARA A. ATKIN - <u>REQUEST FOR REPRESENTATION</u>.

8

M. DENNIS SCHNEIDER, NTEU ATTORNEY AUSTIN, TEXAS (TELEPHONE: 512-912-7622) SENT PRO SE A LETTER DATED OCTOBER 11, 2005.

MR. SCHNEIDER SUGGESTS THAT PRO SE ALLOW FLRA TO INVESTIGATE AND RESOLVE YOUR COMPLAINT WITHOUT FUTURE CORRESPONDENCE.

"IF YOU PERSIST WITH YOUR CORRESPONDENCE PLEASE ADDRESS ALL LETTERS TO ME BUT BE ADVISED THAT NTEU COLLEEN M. KELLEY, NATIONAL PRESIDENT AND BARBARA A. ATKIN DEPUTY GENERAL COUNSEL WILL NOT RESPOND."

10

P. ON NOVEMBER 8, 2005 PRO SE SENT BARBARA A. ATKIN AND COLLEEN M. KELLEY A LETTER REQUESTING APPOINTMENT OF COUNSEL FOR THE PETITION OF REVIEW.

Q. ON DECEMBER 5, 2005 PRO SE FILED A COMPLAINT (CIVIL ACTION) AGAINST COLLEEN M. KELLEY AND NATIONAL TREASURY EMPLOYEES UNION (NTEU) IN U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

R. ON DECEMBER 27, 2005 COLLEEN M. KELLEY SENT AN ANSWER TO MICHAEL L. BUESGENS PRO SE COMPLAINT.

11

<u>Miss Kelley complains</u> that she didnt get the complaint until December 20, 2005

<u>Miss Kelley complains</u> Federal Rules of Civil Procedure were violated.

<u>Miss Kelley complains</u> that she is willing to waive judicial service.

<u>Miss Kelley complains</u> that she should not be required to file an answer until February 27, 2006

<u>Miss Kelley complains</u> that it will take considerable time to respond. Because she will have to obtain information from EEO office

12

<u>Miss Kelley complains</u> of the unnumbered format of complaint

<u>Miss Kelley complains</u> about pro se conclusory allegations.

<u>Miss Kelly complains</u> that she will need substantial time to determine the factual underpinnings of the allegations.

<u>Miss Kelley complains</u> her attorney is out of the office.

<u>Miss Kelley complains</u> that her attempts to contact pro se were unsuccessful.

14

<u>MISS KELLEY COMPLAINS</u> THAT SHE RESPECTFULLY REQUESTS AN EXTENSION OF TIME.

MISS KELLEY HAS CLEARLY DEMONSTRATED THAT SHE HAS NO RESPECT FOR ANYTHING.

SPECIFICALLY NO RESPECT FOR NTEU MEMBERSHIP.

MICHAEL L. BUESGENS PLAINTIFF, PRO SE REQUESTS THAT COLLEEN M. KELLEY AND NATIONAL TREASURY EMPLOYEES UNION (NTEU) TELEPHONE 202-572-500 BE ALLOWED 20 DAYS FROM THE DATE OF RECEIPT OF COMPLAINT WHICH WAS DECEMBER 19, 2005. (ANSWER DUE JANUARY 12, 2005)

<span>

15

MISS KELLEY'S DECEMBER 27, 2005 ANSWER WAS SENT TO PRO SE REGULAR MAIL.

MISS ATKINS LETTER DATED JULY 28, 2005 WAS SENT REGULAR MAIL

SEE EXHIBIT 1

MR SCHNEIDER'S LETTER DATED OCTOBER 11, 2005 WAS SENT REGULAR MAIL

SEE EXHIBIT 2

RESPECTFULLY SUBMITTED,

*Michael L. Buesgens*

MICHAEL L. BUESGENS, PRO SE
500 E STASSNEY, APT 1023
AUSTIN, TEXAS 78745
December 31, 2005
512-447-7031

16

## CERTIFICATE OF CONFERENCE

I, MICHAEL L. BOESGENS, PLAINTIFF DO HEREBY CERTIFY THAT NO ATTEMPT WAS MADE TO CONTACT DEFENDANT COLLEEN M. KELLEY AND NATIONAL TREASURY EMPLOYEES UNION (NTEU) TO KNOW WHETHER MY MOTION TO COMPEL ANSWER AND MOTION TO DENY EXTENSION IS OPPOSED OR NOT.

*Michael L. Boesgens*
MICHAEL L. BOESGENS

17

# CERTIFICATE OF SERVICE

I, MICHAEL L. BUESGENS DO HEREBY CERTIFY THAT ONE TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO COMPEL ANSWER AND MOTION TO DENY EXTENSION WAS SENT TO NATIONAL TREASURY EMPLOYEES UNION (NTEU) AND COLLEEN M KELLEY ON THIS THE 3RD DAY OF JANUARY 2006 BY U.S. MAIL, FIRST CLASS ADDRESSED TO:

COLLEEN M. KELLEY
NATIONAL PRESIDENT
NTEU
1750 H. STREET, NW
WASHINGTON, DC 20006

*Michael Buesgens*
MICHAEL L. BUESGENS
500 E STASSNEY #1023
AUSTIN, TX 78745
512-447-7031



July 28, 2005

Mr. Michael L. Buesgens
500 E. Stassney
Apt. 1023
Austin, TX 78745

RE: Request for Representation

Dear Mr. Buesgens:

We have received your letters of July 11 and July 22 requesting representation by NTEU attorneys in connection with proceedings that you have initiated in the Fifth Circuit (No. 05-50730) and a U.S. District Court (C.A. No. 1:05-CV-243). NTEU staff attorneys only very rarely provide representation to individuals in judicial proceedings because of the limited nature of NTEU resources. NTEU must dedicate its staff time and financial resources to the small number of cases that can have the greatest impact on its membership as a whole.

From our review of the material you provided, it does not appear as though the issues you face are appropriate for NTEU involvement. We therefore regret that we will be unable to assist you.

Sincerely yours,

Barbara A. Atkin
Deputy General Counsel



October 11, 2005

Michael Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

Re: Correspondence

Dear Mr. Buesgens:

    We are in receipt of the correspondence you have submitted to NTEU, including the FOIA Request, Request for Information and Request for Appointment of Counsel. The National President of NTEU has designated me to represent NTEU in the unfair labor practice charge as well as all other matters submitted by you. Please be advised that NTEU will not respond any further to any request you have submitted to date nor will we be responding to future requests. We have responded to your Request for Appointment of Counsel in the past and it is now the subject of litigation you initiated. Your FOIA Request and Request for Information are related to your litigation and will be resolved in that forum. Further, NTEU is not within the jurisdiction of the Freedom of Information Act.

    It is suggested that you allow the FLRA to investigate and resolve your complaint without future correspondence. If you persist with your correspondence, please address all letters to me, but be advised that NTEU will not respond.

Sincerely,

Dennis Schneider
National Counsel

cc:    Barbara Atkin
       Deputy General Counsel

3755 Capital of Texas Highway South • Suite 179 • Austin, Texas 78704 • (512) 912-7622 • Fax (512) 912-7628