EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 360-2006-00307 |

Texas Workforce Commission Civil Rights Division _____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Michael L. Buesgens | (512) 447-7031 | 09/03/1950 |

| Street Address | City, State and ZIP Code |
|---|---|
| 500 East Stassney Ln,, Apt. 1023, Austin, TX 78745 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| National Treasury Employees Union (NTEU) | ~~Unknown~~ 150,000 | (202) 572-5500 |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| 1750 H Street NW, Washington D.C. 20006 | | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☒ OTHER (Specify below.)
Federal Rehabilitation Act of 1973

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-15-2002  Latest: Continuing
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about May 15, 2002, and continuing, the NTEU has not made a formal request that I receive "Official Time" when I was in furlough status for my participation in my EEO complaints, Reasonable Accommodation Requests, grievances, and EEOC hearings against my employer the IRS. I was not informed that Official Time was available to me in accordance with EEOC regulations (29CFR 1614.605). Throughout this time period the NTEU has failed to adequately represent me to protect my legal due process rights. I believe that the NTEU treats me differently because of my employee status being that of a seasonal employee. I believe all seasonal employees are not treated fairly by the NTEU.

I believe that I have been discriminated against because of my disability and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and the Federal Rehabilitation Act of 1973.

ANDREA RODRIGUEZ
Notary Public, State of Texas
My Comm. Expires Aug. 22, 2009

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 12/19/05  Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 12/19/05 |