IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MICHAEL L. BUESGENS            )
                               )
     Plaintiff,                )
                               )
     v.                        )     Case No. 1:05CV02334
                               )     Judge: Royce C. Lamberth
MARCIA H. COATES, et al.       )
DIRECTOR,                      )
OFFICE OF EQUAL OPPORTUNITY PROGRAM)
U.S. DEPT. OF TREASURY         )
                               )
     and                       )
                               )
COLLEEN M. KELLEY,             )
NATIONAL PRESIDENT,            )
NATIONAL TREASURY EMPLOYEES UNION )
                               )
     Defendants.               )
_____)
```

## ORDER

Upon consideration of the motion to dismiss filed by defendant Colleen Kelley, it is hereby

ORDERED that the motion be granted and that all claims against defendant Kelley be dismissed with prejudice.


Date: _____     _____
                                 United States District Judge

Parties to be notified:

Julie M. Wilson
Assistant Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC  20004

Michael L. Buesgeus
500 E. Stassney
Apt. 1023
Austin, Texas 78745

U.S. Attorney's Office
Department of Justice
Bicentennial Building
600 E Street, NW
Washington, DC  20530