IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02334 |
| ) | Judge: Royce C. Lamberth |
| MARCIA H. COATES, et al. ) | |
| DIRECTOR, ) | |
| OFFICE OF EQUAL OPPORTUNITY PROGRAM) | |
| U.S. DEPT. OF TREASURY ) | |
| ) | |
| and ) | |
| ) | |
| COLLEEN M. KELLEY, ) | |
| NATIONAL PRESIDENT, ) | |
| NATIONAL TREASURY EMPLOYEES UNION ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served, by first class mail, a copy of DEFENDANT KELLEY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO PROVIDE A MORE DEFINITE STATEMENT; the MEMORANDUM IN SUPPORT OF DEFENDANT KELLEY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO PROVIDE A MORE DEFINITE STATEMENT; and the PROPOSED ORDER on the following person:

Michael L. Buesgens
500 E. Stassney Lane
Apt. 1023
Austin, TX 78745

1/13/06
Date

*Myra Bernard* (signature)
Myra Bernard
Legal Assistant