1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

Michael L. Buesgens
PLAINTIFF

v.

CIVIL ACTION
NO 05-2334
(RCL)

Marcia H. Coates, Director
Office of Equal Opportunity
Program, et al.,
DEFENDANTS

AFFIDAVIT OF SERVICE

I, MICHAEL L. BUESGENS PLAINTIFF
PRO SE HEREBY DECLARE THAT ON
THE 12TH OF DECEMBER 2005
I MAILED A COPY OF THE SUMMONS
AND COMPLAINT CERTIFIED MAIL
RETURN RECEIPT REQUESTED, TO
THE FOLLOWING DEFENDANT'S

1 MARCIA H. COATES DIRECTOR OFFICE
OF EQUAL OPPORTUNITY PROGRAM, DEPARTMENT
OF TREASURY.

RECEIVED

JAN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

2. COLLEEN M. KELLEY NATIONAL
PRESIDENT NATIONAL TREASURY EMPLOYEES
UNION (NTEU).

3. CARI M. DOMINGUEZ CHAIR,
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION (EEOC)

4. KAY COLES JAMES, DIRECTOR
OFFICE OF PERSONNEL MANAGEMENT
(OPM)

5. JOHN W. SNOW SECRETARY,
DEPARTMENT OF TREASURY

6. J. RUSSELL GEORGE, INSPECTOR
GENERAL, TREASURY INSPECTOR
GENERAL FOR TAX ADMINISTRATION
(TIGTA)

AND TO THE FOLLOWING:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL L. BUESGENS, PRO SE
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

MARCIA H. COATES, DIRECTOR
OFFICE OF EQUAL OPPORTUNITY
PROGRAM
DEPARTMENT OF TREASURY ET AL

DEFENDANT

CASE NUMBER  1:05CV02334

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

CASE NUM DATE STAMP: 12/5/2005

TO: (Name and address of Defendant)

MARCIA H. COATES, DIRECTOR
OFFICE OF EQUAL OPPORTUNITY PROGRAM
DEPARTMENT OF TREASURY ROOM 5110
1750 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

MICHAEL L. BUESGENS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DEC 0 5 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 3/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/12/05 |
| NAME OF SERVER (PRINT) MICHAEL L. BUESGENS | TITLE PLAINTIFF - PRO SE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

✓ G  Other (specify): CERTIFIED MAIL, POSTAGE PREPAID, RETURN RECEIPT REQUESTED

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/05
                    Date                    Signature of Server

MICHAEL L. BUESGENS, PRO SE
                    Address of Server
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL L. BUESGENS, PRO SE
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

MARCIA H. COATES, ET AL
COLLEEN M. KELLEY,
NATIONAL PRESIDENT
NATIONAL TREASURY EMPLOYEES
UNION (NTEU)

CASE NUMBER   1:05CV02334

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

CASE DATE STAMP: 12/5/2005

DEFENDANT

TO: (Name and address of Defendant)

COLLEEN M. KELLEY
NATIONAL PRESIDENT
NATIONAL TREASURY EMPLOYEES UNION
1750 H. STREET, NW
WASHINGTON, DC 20006   PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▓▓▓▓▓▓ (name and address)

MICHAEL L. BUESGENS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DEC 0 5 2005

DATE

Maureen Higgins

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/12/05 |
| NAME OF SERVER *(PRINT)* MICHAEL L. BUESGENS | TITLE | PLAINTIFF – PRO SE |

*Check one box below to indicate appropriate method of service*

☐ G Served personally upon the defendant. Place where served: _____

☐ G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ G Returned unexecuted: _____

☑ G Other (specify): CERTIFIED MAIL  POSTAGE PREPAID, RETURN RECEIPT REQUESTED

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/05　　　　*Michael P Buesgens*
　　　　　Date　　　　　　　　Signature of Server

　　　　MICHAEL L. BUESGENS, PRO SE
　　　　　Address of Server
　　　　500 E. STASSNEY
　　　　　APT 1023
　　　　AUSTIN, TEXAS 78745

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL L. BUESGENS, PRO SE
    PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

MARCIA H. COATES, DIRECTOR,
OFFICE OF EQUAL OPPORTUNITY
PROGRAM   ET AL
DEPARTMENT OF TREASURY

    DEFENDANT

CASE NUMBER  1:05CV02334

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 12/5/2005

TO: (Name and address of Defendant)
CARI M. DOMINGUEZ, DIRECTOR,
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L. STREET, NW
WASHINGTON, DC  20507

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

MICHAEL L. BUESGENS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      DEC 0 5 2005
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/12/05 |
| NAME OF SERVER (PRINT)  MICHAEL L. BUESGENS | TITLE  PLAINTIFF - PRO SE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

✓ G  Other (specify):  CERTIFIED MAIL, POSTAGE PREPAID, RETURN
   RECEIPT REQUESTED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/05
           Date

                    Michael L. Buesgens
                    Signature of Server

                    MICHAEL  L. BUESGENS, PRO SE
                    Address of Server
                    500 E. STASSNEY
                    APT 1023
                    AUSTIN, TEXAS 78745

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL L. BUESGENS, PRO SE
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

MARCIA H. COATES, DIRECTOR,
OFFICE OF EQUAL OPPORTUNITY
PROGRAM       ETAL
DEPARTMENT OF TREASURY

DEFENDANT

CASE NUMBER  1:05CV02334

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 12/__/2005

TO: (Name and address of Defendant)

KAY COLES JAMES, DIRECTOR
OFFICE OF PERSONNEL MANAGEMENT
1900 E. STREET, NW
WASHINGTON, DC 20415 PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓ PRO SE (name and address)

MICHAEL L. BUESGENS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DEC 05 2005

DATE

Maureen Higgins

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/12/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL L. BUESGENS | PLAINTIFF - PRO SE |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

✓ G   Other (specify): CERTIFIED MAIL, POSTAGE PREPAID, RETURN
RECEIPT REQUESTED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/12/05          _Michael L Buesgens_
              Date              Signature of Server

MICHAEL L. BUESGENS, PROSE
Address of Server
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL L. BUESGENS, PRO SE
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

MARCIA H. COATES, DIRECTOR,
OFFICE OF EQUAL OPPORTUNITY
PROGRAM                    ET AL
DEPARTMENT OF TREASURY

DEFENDANT

CASE NUMBER 1:05CV02334

CASE N: JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 12/5/2005

TO: (Name and address of Defendant)

JOHN W. SNOW, SECRETARY
DEPARTMENT OF TREASURY
1500 PENNSYLVANIA, AVE, NW
WASHINGTON, DC. 20220                    PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~████~~ (name and address)

MICHAEL L. BUESGENS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745

an answer to the complaint which is served on you with this summons, within _____**60**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

**DEC 0 5 2005**

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/91) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12 / 12 / 05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL L. BUESGENS | PLAINTIFF - PRO SE |

Check one box below to indicate appropriate method of service

G    Served personally upon the defendant. Place where served: _____

_____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

_____

✓   Other (specify): CERTIFIED MAIL, POSTAGE PREPAID, RETURN RECEIPT REQUESTED

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/12/05      *Michael L Buesgens*
       Date            Signature of Server

MICHAEL L. BUESGENS, PRO SE
Address of Server
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL L. BUESGENS, PRO SE
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

MARCIA H. COATES, DIRECTOR,
OFFICE OF EQUAL OPPORTUNITY
PROGRAM        ET AL
DEPARTMENT OF TREASURY

DEFENDANT

CASE NUMBER 1:05CV02334

CASE N  JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 12/▆▆/2005

TO: (Name and address of Defendant)

J. RUSSELL GEORGE, INSPECTOR GENERAL
TREASURY INSPECTOR GENERAL FOR TAX
ADMINISTRATION
1125 15TH STREET, NW ROOM 700A
WASHINGTON, DC 20005  PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▆▆▆▆ (name and address)

MICHAEL L. BUESGENS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 05 2005

CLERK                                          DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/12/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL L. BUESGENS | PLAINTIFF – PRO SE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): CERTIFIED MAIL, POSTAGE PREPAID, RETURN RECEIPT REQUESTED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/05
_____
Date

_____
Signature of Server

MICHAEL L. BUESGENS, PRO SE
_____
Address of Server

500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL L. BUESGENS, PRO SE
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

MARCIA H. COATES, DIRECTOR,
OFFICE OF EQUAL OPPORTUNITY
PROGRAM            ETAL CASE NUMBER  1:05CV02334
DEPARTMENT OF TREASURY      CASE NUMBER

DEFENDANT

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 12/██/2005

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY
555 4TH ST, NW
WASHINGTON, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ██████ PRO SE (name and address)

MICHAEL L. BUESGENS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 0 5 2005
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/12/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL L. BUESGENS | PLAINTIFF - PRO SE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

✓  G  Other (specify): CERTIFIED MAIL, POSTAGE PREPAID, RETURN
RECEIPT REQUESTED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/12/05                    *Michael L. Buesgens*
                Date                       Signature of Server

                    MICHAEL L. BUESGENS, PRO SE
                    Address of Server
                    500 E. STASSNEY
                    APT 1023
                    AUSTIN, TEXAS 78745

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL L. BUESGENS, PRO SE
PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

MARCIA H. COATES, DIRECTOR,
OFFICE OF EQUAL OPPORTUNITY
PROGRAM      ETAL
DEPARTMENT OF TREASURY

DEFENDANT

CASE NUMBER   1:05CV02334

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 12/__/2005

TO: (Name and address of Defendant)

ALBERTO GONZALES
UNITED STATES ATTORNEY GENERAL
CONSTITUTION AVE & 10TH ST, NW
WASHINGTON, DC 20530          PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'            (name and address)

MICHAEL L. BUESGENS, PRO SE
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DEC 05 2005

DATE

Maureen Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me | DATE |
|---|---|
| | 12/12/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL L. BUESGENS | PLAINTIFF - PRO SE |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

✓ G   Other (specify): CERTIFIED MAIL, POSTAGE PREPAID, RETURN RECEIPT REQUESTED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/12/05     _Michael L. Buesgens_
           Date                Signature of Server

          MICHAEL L. BUESGENS PRO SE.
          Address of Server

          500 E. STASSNEY
            APT 1023
        AUSTIN, TEXAS 78745

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**1**

RECEIVED
12/20/05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARCIA H. COATES
DIRECTOR - EEO
DEPARTMENT OF TREASURY
ROOM 5110
1750 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. William    ☑ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
A. William    12-20-05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 0500 0005 0000 5353

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**2**

RECEIVED
12/19/05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COLLEEN M. KELLEY
NATIONAL PRESIDENT
NTEU
1750 H. STREET, NW
WASHINGTON, DC 20006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Davis    12-19-05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 0500 0005 0000 4042

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



RECEIVED
12/16/05

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Flooks*  ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>121605 |
| 1. Article Addressed to:<br><br>CARi M. DOMiNGUEZ<br>DiRECTOR<br>EEOC<br>1801 L. ST, NW<br>WASHiNGTON, DC 20507 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7003 0500 0005 0000 4066 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

RECEIVED
12/19/05

KAY COLES JAMES, DiRECTOR
OFFICE OF PERSONNEL MANAGEMENT
(OPM)

SEE ATTACHED TRACK/CONFiRM
FROM UNiTED STATES POSTAL SERViCE
7003 0500 0005 0000 5445



**RECEIVED**
**12/20/05**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *A. Miller*   ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>DEC 2 0 2005 |
| 1. Article Addressed to:<br>JOHN W. SNOW,<br>SECRETARY<br>DEPARTMENT OF<br>TREASURY<br>1500 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20220 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service la*) | 7003 0500 0005 0000 5209 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

**RECEIVED**
**12/19/05**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *P. Evans*   ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>P. EVANS   12/19/05 |
| 1. Article Addressed to:<br>J. RUSSELL GEORGE<br>INSPECTOR GENERAL<br>TIGTA  ROOM 700A<br>1125 15TH ST NW<br>WASHINGTON, DC<br>20005 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 0500 0005 0000 5216 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Z

**R: COMPLETE THIS SECTION**

plete items 1, 2, and 3. Also complete
4 if Restricted Delivery is desired.
it your name and address on the reverse
that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

ALBERTO GONZALES
U.S. ATTORNEY GENERAL
CONSTITUTION AVE &
10TH ST, NW
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 0500 0005 0000 4059

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

8

RECEIVED
12/29/05

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

UNITED STATES
ATTORNEY
555 4TH STREET
NW
WASHINGTON, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 0500 0005 0000 5223

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



## Track/Confirm - Intranet Item Inquiry - Domestic

| | | | |
|---|---|---|---|
| **Item: 7003 0500 0005 0000 5445** | | **Date/Time Mailed: 12/12/2005 10:41** | |
| **Destination** | **ZIP Code:** 20415 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 78701-2924 | **City:** AUSTIN | **State:** TX |

**Class:** Priority Mail

**Anticipated Delivery Date:** 12/14/2005

**Weight:** 1 lb(s) 13 oz(s)        **Postage:** $5.05

**Firm Book ID:** 51K2 4043 4000 0006 6547

**PO Box?:** N

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| CERTIFIED MAIL | 7003 0500 0005 0000 5445 | $2.30 |
| RETURN RECEIPT (ELECTRONIC) | | $1.30 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/19/2005 11:04 | WASHINGTON, DC 20415 | 00A70W13P |
| | Firm Name: OPM 20415 R07 | | |
| | Recipient: 'M FOWLKES' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 12/19/2005 02:52 | WASHINGTON, DC 20022 | K240434 |
| ACCEPT OR PICKUP | 12/12/2005 10:41 | AUSTIN, TX 78701 | |

**Enter Request Type and Item Number:**

Quick Search ●        Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.


**UNITED STATES**
**POSTAL SERVICE** ®

Date: 01/11/2006

Dear Postal Customer:

The following is in response to your 01/11/2006 request for delivery information on your Certified item number 7003 0500 0005 0000 5445. The delivery record shows that this item was delivered on 12/19/2005 at 11:04 am in WASHINGTON, DC 20415 to M FOWLKES. The scanned image of the recipient information is provided below.

Signature of Recipient:

| Delivery Section |
| --- |
| M. Fowlkes |
| M. Fowlkes |

Address of Recipient:

| |
| --- |
| OPM       20415 |

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**1**

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON, DC 20220

| | | |
|---|---|---|
| Postage | $ 5.05 | UNIT ID: 0130 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMMTJT |
| Total Postage & Fees | $ 9.10 | 12/12/05 |

Sent To: MARCIA H. COATES DIRECTOR EEO
Street, Apt. No.; or PO Box No. PENNSYLVANIA, NW #5710
City, State, ZIP+4 WASHINGTON, DC 20220

PS Form 3800, June 2002                See Reverse for Instructions

7003 0500 0005 0000 5353

---

**2**

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON, DC 20006

| | | |
|---|---|---|
| Postage | $ 5.05 | UNIT ID: 0130 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMMTJT |
| Total Postage & Fees | $ 9.10 | 12/12/05 |

Sent To: COLLEEN KELLEY PRESIDENT NTEU
Street, Apt. No.; or PO Box No. H. STREET, NW
City, State, ZIP+4 WASHINGTON, DC 20006

PS Form 3800, June 2002                See Reverse for Instructions

7003 0500 0005 0000 4042

---

**3**

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON, DC 20507

| | | |
|---|---|---|
| Postage | $ 5.05 | UNIT ID: 0130 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMMTJT |
| Total Postage & Fees | $ 9.10 | 12/12/05 |

Sent To: CARI M. DOMINGUEZ, DIRECTOR
Street, Apt. No.; or PO Box No. L. ST NW
City, State, ZIP+4 WASHINGTON, DC 20507

PS Form 3800, June 2002                See Reverse for Instructions

7003 0500 0005 0000 4066

**4.**

7003 0500 0005 0000 5445

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON, DC 20415

| | | |
|---|---|---|
| Postage | $ 5.05 | UNIT ID: 0130 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMMTJT |
| Total Postage & Fees | $ 8.65 | 12/12/05 |

Sent To KAY COLES AMES OPM
Street, Apt No. F STREET, NW
or PO Box No.
City, State, ZIP+4 WASHINGTON, DC 20415

PS Form 3800, June 2002    See Reverse for Instructions

---

**5.**

7003 0500 0005 0000 5209

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON, DC 20220

| | | |
|---|---|---|
| Postage | $ 5.05 | UNIT ID: 0130 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMMTJT |
| Total Postage & Fees | $ 9.10 | 12/12/05 |

Sent To JOHN SNOW, SECRETARY
Street, Apt No. 1500 PENNSYLVANIA AVE, NW
or PO Box No.
City, State, ZIP+4 WASHINGTON, DC 20220

PS Form 3800, June 2002    See Reverse for Instructions

---

**6.**

7003 0500 0005 0000 5216

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON, DC 20005

| | | |
|---|---|---|
| Postage | $ 5.05 | UNIT ID: 0130 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMMTJT |
| Total Postage & Fees | $ 9.10 | 12/12/05 |

Sent To J. RUSSELL GEORGE, TIGTA
Street, Apt No. 1125 15TH ST, NW, Room 700A
or PO Box No.
City, State, ZIP+4 WASHINGTON, DC 20005

PS Form 3800, June 2002    See Reverse for Instructions



**Z**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON, DC 20530

| | |
|---|---|
| Postage | $  5.05 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | -1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  9.10 |

UNIT ID: 0130

Postmark Here

Clerk: KMMTJT

12/12/05

Sent To ALBERTO GONZALES U.S. ATTORNEY
Street, Apt No.; or PO Box No. CONSTITUTION AVE & 10TH ST. NW
City, State, ZIP+4 WASHINGTON, DC 20530

PS Form 3800, June 2002          See Reverse for Instructions

7003 0500 0005 0000 4059

---

**8.**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON, DC 20001

| | |
|---|---|
| Postage | $  5.05 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  9.10 |

UNIT ID: 0130

Postmark Here

Clerk: KMMTJT

12/12/05

Sent To UNITED STATES ATTORNEY
Street, Apt No.; or PO Box No. 4TH ST NW
City, State, ZIP+4 WASHINGTON, DC 20001

PS Form 3800, June 2002          See Reverse for Instructions

7003 0500 0005 0000 5223