IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
         PLAINTIFF

         V.

MARCIA H. COATES, DIRECTOR,
OFFICE OF EQUAL OPPORTUNITY
PROGRAM  et al.
         DEFENDANTS

CIVIL ACTION NO.
05-2334
(RCL)

SUPPLEMENT TO THE RECORD

AND

NOTICE IN ANTICIPATION OF LITIGATION
IN A SEPARATE CIVIL ACTION AGAINST
THE DEPARTMENT OF TREASURY

RECEIVED

JAN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

## BACKGROUND

ON AUGUST 19 2005 MICHAEL L BUESGENS SERVED THE DEPUTY GENERAL COUNSEL, DEPARTMENT OF TREASURY A 3'LB. 4 OZ FEDERAL TORT CLAIMS ACT (FTCA) CLAIM FOR PERSONAL INJURY BY UNITED STATES MAIL, CERTIFIED, RETURN RECEIPT REQUESTED.

CMRRR # 7002 2030 0000 3739 5133

THIS 3 LB 4OZ FTCA CLAIM FORM SF 95, SUM CERTAIN WAS RECEIVED BY THE DEPUTY GENERAL COUNSEL, DEPARTMENT OF TREASURY ON AUGUST 22 2005 AT 8:01 AM

3

ON SEPTEMBER 23, 2005 PLAINTIFF PRO SE SENT A LETTER TO THE DEPUTY GENERAL COUNSEL, DEPARTMENT OF TREASURY INQUIRING AS TO THE STATUS OF THE FTCA CLAIM.

ON OCTOBER 31, 2005, MARY-ELLEN KRCHA, CLAIMS MANAGER INTERNAL REVENUE SERVICE SENT PLAINTIFF A LETTER STATING THAT NO ONE KNOWS WHERE THE 3 LB. 4 OZ. FTCA CLAIM IS AND THAT PRO SE BETTER SEND ANOTHER ONE PRONTO.

CLAIMS MANAGER KRCHA WHEN ON TO STATE THAT A FEDERAL AGENCY RESPONSIBLE FOR HANDLING THE CLAIM HAS SIX MONTHS FROM THE DATE A COMPLETED CLAIM IS FILED TO RENDER A DETERMINATION ON THE CLAIM.

4

BASED ON CLAIMS MANAGER MARY
ELLAN KRCHA, PLAINTIFF MADE
THE FOLLOWING OBVERSATION.

SHE CERTAINLY SEEMS CONCERNED
ABOUT PLAINTIFFS FTCA CLAIM
AND MORE IMPORTANTLY HIS LEGAL
RIGHTS.

PLAINTIFF MADE SEVERAL TELEPHONE
CALLS TO CLAIMS MANAGER KRCHA
TO DISCUSS HER CONCERNS.

ON NOVEMBER 5 2005 PLAINTIFF
SENT CLAIMS MANAGER KRCHA
A LETTER, EXPRESSING HIS DISMAY.

PLAINTIFF OBSERVED THAT CLAIMS
MANAGER KRCHA TOOK SIGNIFICANT
PLEASURE IN PLAINTIFF'S PERILOUS
SITUATION.

5

ON NOVEMBER 14, 2005, PLAINTIFF FILED A MAIL LOSS / RIFLING REPORT WITH THE UNITED STATES POSTAL SERVICE, INSPECTION.

ON NOVEMBER 29, 2005, PLAINTIFF FILED A PS FORM 8165 MAIL FRAUD REPORT WITH UNITED STATES POSTAL INSPECTION SERVICE.

ON NOVEMBER 29, 2005, PLAINTIFF FILED A PS FORM 2016, MAIL THEFT AND VANDALISM COMPLAINT WITH UNITED STATES POSTAL SERVICE.

ON DECEMBER 12, 2005 PLAINTIFF RECEIVED A LETTER FROM ANGELO BUSTAMANTE, CONSUMER AFFAIRS SPECIALIST, UNITED STATES POSTAL SERVICE, REFERENCE NUMBER: CO24721654.

6

ON DECEMBER 26, 2005 PRO SE
SENT A LETTER WITH ATTACHED
EVIDENCE TO DANIEL CORTEZ,
INSPECTOR IN CHARGE UNITED
STATES POSTAL INSPECTION SERVICE,
FORT WORTH DIVISION, FORT WORTH,
TEXAS.

ON JANUARY 9 2006 PRO SE
RECEIVED A LETTER FROM INSPECTOR
IN CHARGE CORTEZ.

INSPECTOR CORTEZ MAKES THIS
DECLARATION.

"WE HAVE CAREFULLY REVIEWED
THE INFORMATION YOU SENT AND
HAVE DETERMINED THAT BASED
ON THE INFORMATION PROVIDED NO
POSTAL VIOLATION HAS OCCURRED."

PLAINTIFF-PRO SE DISAGREES WITH
INSPECTOR CORTEZ CAREFUL REVIEW.

7

INSPECTOR IN CHARGE CORTEZ
REFUSED TO SIGN FORM 2016
MAIL THEFT AND VANDALISM COMPLAINT
IN BOX 14 COMPLAINT RECEIVED
BY (SIGNATURE).

ON JANUARY 6 2006. THE
CONSCIENTIOUS AND IRREPRESSIBLE
CLAIMS MANAGER IRS - MARY-
ELLAN KRCHA STATED THAT SHE
HAS BEEN LOOKING HIGH AND
LOW FOR PRO SE (FTCA)
FEDERAL TORT CLAIMS ACT, 3 LB
4 OZ CLAIM, SUM CERTAIN
$2,346,464.00 AND CANNOT
FIND IT UNDER THE DESK
OF DEPUTY GENERAL COUNSEL,
DEPARTMENT OF TREASURY.

8

ON JANUARY 9, 2006 IRS
CLAIMS MANAGER MARY-ELLEN
KRCHA SENT PRO SE PLAINTIFF
DUESGENS ANOTHER LETTER IN
RETALIATION FOR PRO SE FILING
A FEDERAL TORT CLAIMS ACT
3 LB 4 OZ CLAIM THAT WAS
RECEIVED BY DEPUTY GENERAL COUNSEL
DEPARTMENT OF TREASURY ON AUGUST
22, 2005 AT 8:01 am.

IN THIS LETTER CLAIMS MANAGER
KRCHA INSINUATES THAT WE
(DEPUTY GENERAL COUNSEL DEPARTMENT
OF TREASURY) HAVE FINALLY
RECEIVED THE 3 LB. 4 OZ FEDERAL
TORT CLAIMS ACT (FTCA) CLAIM
SF95, SUM CERTAIN.

CLAIMS MANAGER KRCHA DECLARES
THAT THE FTCA CLAIM WAS RECEIVED
ON JANUARY 9, 2006 AND THAT THE
STUPID PRO SE MUST NOW WAIT
6 MONTHS (AGAIN).

9

# THE ALLEGATIONS

## AGAINST DEPARTMENT OF TREASURY,

## AND TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION, AND

## UNITED STATES POSTAL INSPECTION SERVICE, AND

## SERVANTS IN SERVICE

## TO AMERICA.

1 BLINDED BY ARROGANCE

2 THE LEOPARD HAS NOT CHANGED IT SPOTS

3 GAMESMANSHIP

4 AFFIRMATIVE ACTS OF CONCEALMENT.

5 SHALLOW UNPERSUASIVE TRICKS

10

6. CO-CONSPIRATORS

7. ORGANIZATIONAL MISCONDUCT

8. PATTERNS OF MISCONDUCT

9. THE SAME CAST OF CHARACTERS

REMEDY

AUGUST 22, 2005 TO FEBRUARY
22, 2006 — 6 MONTHS

MICHAEL L. BUESGENS, PLAINTIFF
PRO SE WILL FILE A CIVIL ACTION
IN FEBRUARY 2006 OR THE FIRST
WEEK OF MARCH, 2006.

Michael L Buesgens
MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TX 78745
TELEPHONE: 512-447-7031
JANUARY 16, 2006

11



## CERTIFICATE OF CONFERENCE

I CANNOT THINK OF ANYONE TO CONTACT.

## CERTIFICATE OF SERVICE

I MICHAEL L. BUESGENS DO HEREBY CERTIFY THAT ONE TRUE AND CORRECT COPY OF THIS SUPPLEMENT TO THE RECORD HAS BEEN SERVED BY U.S. MAIL PRIORITY MAIL ON THIS THE 17TH DAY OF JANUARY, 2006, ADDRESSED TO:

1. MARCIA H. COATES, DIRECTOR, OFFICE OF EQUAL OPPORTUNITY PROGRAM DEPARTMENT OF TREASURY ROOM 5110 TREASURY ANNEX 1750 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20220

13

6. J. RUSSELL GEORGE, INSPECTOR GENERAL,
TREASURY INSPECTOR GENERAL FOR TAX
ADMINISTRATION
1125 15TH STREET, NW ROOM 700A
WASHINGTON, DC 20005

DEFENDANTS

AND

7 ALBERTO GONZALES
U.S. ATTORNEY GENERAL
CONSTITUTION AVE & 10TH STREET, NW
WASHINGTON, DC 20530

8 UNITED STATES ATTORNEY
555 4TH STREET NW
WASHINGTON, DC 20001

AND



OFFICE OF
CHIEF COUNSEL

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224
JAN 9 2006

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

Re:  Federal tort claim for damages; IRS Claim Number: 06-029

Dear Mr. Buesgens:

We have finally received the documentation for the claim you filed for damages arising from your employment with the Internal Revenue Service.

When a claim is filed under the FTCA, certain information should be supplied to the appropriate federal agency to ensure a completed claim is filed and to aid in the disposition of the claim.  Specifically: (1) the claim must be signed by either the claimant or his/her agent or representative; (2) the total dollar amount (sum certain) of the claimed damages must be stated; and (3) substantiation for the damages claimed must be provided.  On its face it appears that your claim is complete.  If we need additional information for consideration of your claim, you will be contacted.

Please be advised that once a completed claim is filed under the FTCA, the federal government agency responsible for handling the claim has *six months* from the date a completed claim is filed to render a determination on the claim. We try to review all completed claims very quickly, and many take much less than six months.  Please direct all further documentation and/or correspondence to my attention at the address below.

If you have any questions, please call me at (202) 283-7908.

Sincerely,

Mary-Ellan Krcha, Claims Manager
IRS Office of Chief Counsel (CC:GLS:CLP)
General Legal Services
950 L'Enfant Plaza, SW, 2nd Floor
Washington, DC  20024



**UNITED STATES POSTAL INSPECTION SERVICE**
INSPECTOR IN CHARGE - FORT WORTH DIVISION

January 9, 2006

Michael L Buesgens
500 E Stassney Ln Apt 1023
Austin, TX 78745-3275

Dear Mr. Buesgens:

This will acknowledge receipt of your letter relative to the mail fraud, mail loss and rifling complaint you sent certified mail #70051820000160797243.

When information is received from postal customers concerning a possible violation, it is reviewed to determine if a possible violation has occurred. We have carefully reviewed the information you sent and have determined that based on the information provided, no postal violation has occurred.

Daniel Cortez
Inspector in Charge

DIVISION HEADQUARTERS
14800 TRINITY BLVD., SUITE 600
FORT WORTH TX 76155-2675
TELEPHONE: 817-359-2700
FAX: 817-359-2708
http://www.usps.com/postalinspectors/



**OFFICE OF
CHIEF COUNSEL**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

JAN 6 2006

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX  78745

Re:  Federal tort claim for damages

Dear Mr. Buesgens:

This concerns my response, dated October 31, 2005, (copy attached) concerning the status of the FTCA damage claim you believe you filed with the U.S. Department of the Treasury on or about August 19, 2005.

Please be advised that I have checked with the appropriate offices within Treasury and the Internal Revenue Service to verify receipt of your tort claim. None of these offices has any record of receipt of your tort claim documentation.

As already stated in my October 31, 2005 letter, the only correspondence regarding your FTCA claim that has been received to date by either the Department or this agency is your undated letter asking the status of your FTCA claim (copy attached).  That letter was forwarded to my office by the Treasury General Counsel's Office and was received here on October 28, 2005.

To pursue your FTCA matter administratively as required under the statute, you must resubmit your claim form and all supporting documentation to the address noted below.

Sincerely,

Mary-Ellan Krcha, Claims Manager
IRS Office of Chief Counsel (CC:GLS:CLP)
General Legal Services
950 L'Enfant Plaza, SW, 2nd Floor
Washington, DC  20024

CONSUMER AFFAIRS & CLAIMS
RIO GRANDE DISTRICT


**UNITED STATES**
**POSTAL SERVICE**

December 12, 2005

Michael Buesgens
500 E Spassney St Apt 1023
Austin, TX 78745-8745

Dear Mr. Buesgens

Thank you for contacting our National Service Center concerning status in filing PS Form 2016, *Mail Theft and Vandalism Complaint,* PS Form 8165, *Mail Fraud Report,* and PS Form 1510, *Mail Loss and Rifiling Report.*

At the outset, I want to apologize for the inconvenience you have been caused. Mail losses are of great concern to us, even though they are rare. Regrettably, when mail is lost, we have no sure way of determining what may have happened. Because of the large volume of mail moving through the postal system, it is literally impossible to trace a single piece of First Class Mail. Only Express and Registered Mail, which is accounted for during its journey, can be accurately traced.

The information you provided on each form will assist the Inspection Service, the law enforcement arm of the Postal Service, in their ongoing investigation by identifying specific patterns or trends. This information is invaluable in the apprehension and arrest of individuals involved in mail theft situations. We are specifically interested in any checks or other negotiable instruments that may have been forged and/or negotiated illegally. Please note that customers **do not** automatically receive a response to such filings.

Thank you for contacting us and if your missing items are recovered in any investigation you will be contacted directly by the Postal Inspection Service. Please accept our apologies for any inconveniences this matter has caused for you.

Sincerely,

Angelo Bustamante
Consumer Affairs Specialist

Reference: CO24721654

10410 PERRIN BEITEL RD
SAN ANTONIO, TX 78284-9631
210-368-8498
1-800-460-8366
FAX: 210-368-8313

THE FOLLOWING
LETTER AND DOCUMENTS
WERE SENT TO
    DANIEL CORTEZ ✓
    UNITED STATES POSTAL
    INSPECTION
    INSPECTOR IN CHARGE
    ON DECEMBER 26, 2005 ✓

1

DECEMBER 26, 2005

MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TEXAS 78745

INSPECTOR IN CHARGE
POSTAL INSPECTOR SERVICE
D. CORTEZ
14800 TRINITY BLVD
SUITE 600
FORT WORTH, TX 76155-2675

DEAR D. CORTEZ

I AM REQUESTING A POSTAL
INSPECTION INVESTIGATION FOR
MAIL FRAUD, MAIL LOSS AND
RIFLING.

2

THE FOLLOWING DOCUMENTS
ARE MY ATTEMPT TO REQUEST
A POSTAL INSPECTION INVESTIGATION.

I HAVE BEEN DENIED A POSTAL
INSPECTION BY MIKE SULLIVAN
SUPERVISOR, POSTAL INSPECTION,
AUSTIN, TEXAS.


SINCERELY

Michael L. Buesgens
MICHAEL L. BUESGENS

3

## CERTIFICATE OF SERVICE

I MICHAEL L. BUESGENS DO HEREBY CERTIFY THAT ONE TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN DELIVERED BY U.S. MAIL CERTIFIED MAIL, RETURN RECEIPT REQUESTED (CMRRR # 7005 1820 0001 6079 7243) ON THIS THE 27TH DAY OF DECEMBER, 2005 ADDRESSED TO:

D. CORTEZ
INSPECTOR IN CHARGE
POSTAL INSPECTION
14800 TRINITY BLVD
SUITE 600
FORT WORTH, TEXAS
76155-2675

Michael Buesgens
MICHAEL L. BUESGENS

1

# CONTENTS

1  DECEMBER 17, 2005   MY
LETTER TO MIKE SULLIVAN
SUPERVISOR, POSTAL INSPECTION,
AUSTIN, TEXAS
TELEPHONE :  512-342-1563

AND
AUBREY A SURGERS  POSTAL INSPECTOR
TELEPHONE : 512-342-1586

AND
YVETTE MARTINEZ  POSTAL INSPECTOR
TELEPHONE  512-342-1562

2  DECEMBER 16, 2005,  MY REQUEST
FOR POSTAL INVESTIGATION WAS
HAND DELIVERED TO AUBREY SURGERS
AND YVETTE MARTINEZ, AND HAD
A NOVEMBER 29, 2005 DATE.

2

**3** NOVEMBER 29 2005, MY REQUEST FOR POSTAL INVESTIGATION FAXED TO 512-342-1280 ON NOVEMBER 29, 2005.

THIS INCLUDES THE FOLLOWING

**A** FORM 2016 MAIL THEFT AND VANDALISM COMPLAINT

MIKE SULLIVAN AUBREY SURGERS AND YVETTE MARTINEZ HAVE REFUSED TO SIGN BOX 14 COMPLAINT RECEIVED BY

**B** FORM 8165 MAIL FRAUD REPORT

**C** FORM 1510 MAIL LOSS/ RIFLING REPORT

3

**D** MY LETTER TO MARY-ELLAN KRCHA DATED NOVEMBER 5, 2005.

**E** MARY-ELLAN KRCHA LETTER DATED OCTOBER 31, 2005 TO ME.

**F** MY LETTER TO DEPUTY GENERAL COUNSEL DEPARTMENT OF TREASURY DATED SEPTEMBER 23, 2005

**G** CERTIFIED MAIL TRACK AND CONFIRM INQUIRY ITEM # 7002 2030 0000 3739 5133

RECIPIENT K ROBERTSON DEPARTMENT OF TREASURY

**H** MY CLAIM (FTCA) FORM SF 95 CLAIM FOR INJURY OR DEATH DATED AUGUST 19, 2005

WEIGHING 3 LBS 4 OZ

DECEMBER 17, 2005

1

---

MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN TEXAS 78745
512-447-7031

---

POSTAL INSPECTOR MANAGER
8225 CROSS PARK DR.
AUSTIN, TEXAS 78710
512-342-1586
FAX 512-342-1565

---

GERALD REICHL
CONSUMER AFFAIRS SPECIALIST
8225 CROSS PARK DR.
ROOM L 103
AUSTIN TEXAS 78710-9631
512-342-1251
FAX 512-342-1281

---

# 8 PAGES

2

RE:

1   FORM 1510 FILED NOVEMBER 14,
    2005    DOWNTOWN POST OFFICE

2   FORM 2016 FILED NOVEMBER 29,
    2005    FAXED TO 512-342-1280

3   FORM 8165 FILED NOVEMBER 29,
    2005    FAXED TO 512-342-1280


THE FORMS 2016 AND 8165 WERE
FAXED TOGETHER AND HAD A 12 PAGE
ATTACHMENT


ON DECEMBER 16 2005 AT 10:00 AM
I HAND DELIVERED THE ABOVE
DOCUMENTS TO GERALD REICHL,
YVETTE MARTINEZ, AUBREY STURGIS AND
ONE OTHER.

3

## Postal Service Jurisdiction

1. Postal Reorganization Act

2. Destruction, Obstruction and Delay of Mail (18 USC 1700, 1701, 1702 and 1703

3. Mail Fraud (18 USC 1341, 1342 and 1345; USC 3005 and 3007)

4. Theft of Mail (18 USC 1708 and 1709)

5. Congress Empowered the Postal Service "to investigate Postal Offenses and Civil Matters Relating to the Postal Service."

4

## LEADERSHIP TEAM OF THE UNITED STATES POSTAL INSPECTION SERVICE

1. DEPUTY CHIEF INSPECTOR, FIELD OPERATIONS SOUTH, F. SOMERSET

2. INSPECTOR IN CHARGE, FT. WORTH D. CORTEZ

3. INSPECTOR IN CHARGE, INTERNAL AFFAIRS, T. DENNEY

4. INSPECTOR IN CHARGE GROUP 2 - MAIL THEFT - P. TIMBUR

5. INSPECTOR IN CHARGE, GROUP 3 - FRAUD, C. GIUSTI

5

OVERLAPPING JURISDICTION OFTEN
REQUIRES COLLABORATION BETWEEN
POSTAL INSPECTORS AND OTHER
FEDERAL AUTHORITIES

POSTAL INSPECTORS DO ASSIST IN
INVESTIGATIONS THAT DOES NOT
INVOLVE THE USE OF THE MAILS.

CERTIFIED MAIL AND RETURN
RECEIPT

THE GREEN CARD PROVIDES SENDER
WITH EVIDENCE OF DELIVERY.
(LEGAL PROOF OF RECEIPT)

SIGNATURE OF RECIPIENT

DUPLICATE RETURN RECEIPTS ARE
ACCEPTED BY THE COURTS AND
OTHER AUTHORITIES AS PROOF THAT
THE ARTICLE WAS DELIVERED AND
CARRY THE SAME WEIGHT AS ORIGINAL.

6

## CAUSE OF ACTION

1. IT IS MY ALLEGATION THAT MY 3 LB 4 OZ FEDERAL TORT CLAIMS ACT (FTCA) CLAIM HAS BEEN SUBJECT TO DESTRUCTION, OBSTRUCTION AND DELAY OF MAIL BY THE UNITED STATES POSTAL SERVICE AND THE DEPARTMENT OF TREASURY.

2. IT IS MY ALLEGATION THAT MY 3 LB 4 OZ FEDERAL TORT CLAIMS ACT (FTCA) CLAIM HAS BEEN SUBJECT TO MAIL FRAUD BY THE UNITED STATES POSTAL SERVICE AND THE DEPARTMENT OF TREASURY.

7

**3** IT IS MY CLAIM THAT I AM A MEMBER OF A SUSCEPTIBLE GROUP (MEDICAL DISABILITY) AND WAS TARGETED BY THE UNITED STATES POSTAL SERVICE AND THE DEPARTMENT OF TREASURY AND INTERNAL REVENUE SERVICE FOR THE FOREGOING ADVERSE ACTIONS.

## REMEDY

**1** I AM REQUESTING INJUNCTIVE RELIEF AND DECLARATORY RELIEF.

**2** I AM REQUESTING AN IMMEDIATE INVESTIGATION BY THE UNITED STATES POSTAL INSPECTOR.

MICHAEL L. BUESGENS

8

## CERTIFICATE OF SERVICE

I MICHAEL L. BUESGENS DO HEREBY CERTIFY THAT ONE TRUE AND CORRECT COPY OF THE FOREGOING COMPLAINT WAS FAXED TO POSTAL INSPECTORS YVETTE MARTINEZ AND AUBREY SURGERS ON THIS THE 17TH DAY OF DECEMBER, 2005.

FAXED TO 512-342-1565

        AND

FAX 512-342-1281
GERALD REICHL

Michael L. Buesgens
MICHAEL L. BUESGENS

2

NOVEMBER 29, 2005

## REQUEST FOR POSTAL INVESTIGATION OF THE FOLLOWING INDIVIDUALS

1. DEPUTY GENERAL COUNSEL, DEPARTMENT OF TREASURY, WASHINGTON, DC.

2. K. ROBERTSON DEPARTMENT OF TREASURY, WASHINGTON, DC.

3. MARY-ELLEN KRCHA CLAIMS MANAGER IRS OFFICE OF CHIEF COUNSEL, WASHINGTON, DC

4. POSTAL EMPLOYEE THAT DELIVERED MY 3 LB 4 OZ PARCEL TO DEPUTY GENERAL COUNSEL, DEPARTMENT OF TREASURY ON AUGUST 22, 2005 AT 8:01 AM. CERTIFIED MAIL, RETURN RECEIPT REQUESTED

## 16 PAGES INCLUDING THIS ONE

FROM : MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TEXAS 78745
512-447-7031

*Michael L. Buesgens*

## FORMS COMPLETED

1. 1510 ON NOVEMBER 14, 2005

2. 2016 ON NOVEMBER 29, 2005

3. 8165 ON NOVEMBER 29, 2005

3



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            1259
CONNECTION TEL                83421280
CONNECTION ID
ST. TIME            11/30 15:22
USAGE T             09'33
PGS. SENT            16
RESULT              OK
```

16 PAGES INCLUDING THIS ONE

4. POSTAL EMPLOYEE THAT DELIVERED MY 3 LB 4oz PARCEL TO DEPUTY GENERAL COUNSEL DEPARTMENT OF TREASURY ON AUGUST 22, 2005 AT 8:01 AM CERTIFIED MAIL, RETURN RECEIPT REQUESTED

3. MARY-ELLEN RECHIA CLAIMS MANAGER IRS OFFICE OF CHIEF COUNSEL, WASHINGTON, DC.

2. K ROBERTSON DEPARTMENT OF TREASURY, WASHINGTON, DC.

1. OF TREASURY, WASHINGTON, DC.

*A*

**UNITED STATES POSTAL SERVICE™**    **Mail Theft and Vandalism Complaint**

1. Post Office (Including Station or Unit and ZIP + 6)
WASHINGTON, DC 20220
20 43700

2. Name of Complainant
MICHAEL L. BUESGENS

Street Address
300 E. STASSNEY

Apt. No.
1023

Home Telephone (Include Area Code)
512-447-7031

City, State, and ZIP + 4
AUSTIN, TEXAS    78745

Work Telephone (Include Area Code)
SAME

3. Nature of Complaint

☒ Theft of Mail
☐ Damage to Mailbox
☒ Mail Tampering
☒ Mail Rifling
☐ False Change of Address

☐ Fire in Mailbox
☒ Other (Describe) 18 USC 1708 & 1709

Occurrence Date and Hour
AUGUST 22, 2005 8:01 AM

4. Contents of Mail Stolen

☐ Correspondence
☐ Currency
☐ Check
☐ Bank Statement
☐ Credit Card
ATP
☐ (Food stamps card)

☐ Credit Card Statement
☒ Other (Describe) FEDERAL TORT CLAIMS ACT (FTCA) FORM SF95

5. Type of Delivery

☐ Apt. House; No. of Families_____
☐ Private Home
☐ P.O. Box
☐ Rooming House
☐ Office Building
Rural
☐ or HCR

☐ Hotel/Hospital
☒ Other (Describe) DEPUTY GENERAL COUNSEL, DEPARTMENT OF TREASURY

6. Type of Receptacle

☐ Door Slot
☐ NDCBU
Approved
☐ Apartment Panel
☐ Collection
☐ Residence
Locked?
☒ Yes

☐ Desk Service
☐ Rural Type
☒ Combination
☐ No

7. Particulars of Stolen Check

☐ 01) Personal
☐ 02) Commercial
☐ 03) Local
☐ 04) State
☐ 05) Federal
☐ 06) Money Order
☐ 07) ATP

Sender's Name and Address

Payee (If different from complainant)

| Amount | Check No. | Date | Symbol No. (If U.S. Treasury) |
|---|---|---|---|
| $ | | | |
| Maker of Check | | Bank on Which Drawn | |

8. Purpose for Which Check Issued

9. If Check or Money Order Was Cashed, Obtain Particulars (Date, place, person accepting it, etc.)

10. Suspects (Name, address, physical description, car description and license no.)
DEPUTY GENERAL COUNSEL AND TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION (TIGTA) DEPARTMENT OF TREASURY; K. ROBERTSON, DEPARTMENT OF TREASURY

11. Were Police Notified?
☐ Yes (If "Yes," give Police Report No.:_____)
☒ No (If "No," instruct complainant to do so.)

12. Remarks (Continue on reverse, if necessary)
U.S. POSTAL SERVICE EMPLOYEE THAT DELIVERED THE 3 LB 4 OZ FTCA CLAIM. AND MARY-ELLEN KRCHA, CLAIMS MANAGER IRS OFFICE OF CHIEF COUNSEL, WASHINGTON, DC. 202-283-7708

13. Date of Complaint
11/29/05

14. Complaint Received by (Signature)
Michael L Buesgens

PS Form **2016**, March 1994

*B*



**U.S. POSTAL INSPECTION SERVICE**

## Mail Fraud Report

*See Privacy Act Statement on Page 3*

### Complainant Information

Your Name
*MICHAEL L. BUESGENS*

SSN*

Year of Birth*

Address
*500 E. STASSNEY APT 1023*

City *AUSTIN*   State *TX*   ZIP Code *78745*   Country *USA*

Home Phone No. *(Include Area Code)*
*512-447-7031*

Work Phone No. *(Include Area Code)*
*SAME*

E-Mail
*NONE*

*These two fields are optional, but the information may be helpful to Postal Inspectors tracking your complaint. Also, penalties may increase when certain crimes target particular age groups.

### Complaint Filed Against

Company Name
*DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE* *(MARY-ELLAN ARCHA)*

Person's Name and Title

Address
*IRS OFFICE OF CHIEF COUNSEL (CC:GLS:CLP) GENERAL LEGAL SERVICES*

City *950 L'ENFANT PLAZA, SW, 2nd Floor*   State *WASHINGTON, DC*   ZIP Code *20024*   Country *USA*

Home Phone No. *(Include Area Code)*
*UNKNOWN*

Work Phone No. *(Include Area Code)*
*202-283-7908*

E-Mail
*UNKNOWN*

Fax No. *(Include Area Code)*
*UNKNOWN*

Web Address
*UNKNOWN*

### Details of Mail Fraud Complaint

Did You Lose Money?
☐ Yes. If so, how much? *(MAYBE)*    ☐ No

What Was the ~~Advertised~~ Cost of the Offer?
*FTCA CLAIM 2,346,464.00*

How Did You Pay? *(Check one)*   ☐ Cash   ☐ Check   ☐ Postal Money Order   ☐ Other Money Order   ☐ Electronic Transfer   ☐ Credit Card   ☐ Debit Card   ☐ Telephone Bill

Date of Payment
*NO PAYMENTS*

Find the General Category Below that Describes Your Area of Concern, and Check the Specific Item. *(Check one only)*

**Advance Payment**
☐ Loan
☐ Credit Repair/Debt Consolidation
☐ Credit Card
☐ Student Loan
☐ Mortgage

☐ Chain Letter

☐ Charity Fraud

**Education**
☐ School
☐ Degree

(**Employment**)
☐ Postal Job
☐ Overseas Job
☐ Work at Home *(Such as envelope stuffing)*
☐ Distributorship/Multilevel Marketing

*EMPLOYMENT TORT CLAIM SF95 FTCA*

**False Bill or Notice**
☐ Office Supplies
☐ Directory Solicitation
☐ Subscription/Periodical
☐ Classified Ad
☐ Taxes

☒ Harassment *(~~Merchandise ordered in your name without your consent.~~)*

**Investment**
☐ Real Estate
☐ Gems, Coins, Precious Metals
☐ Securities

**Lottery** *(You pay to play.)*
☐ Domestic
☐ Foreign

**Medical Quackery**
☐ Weight Loss
☐ AIDS Cure
☐ Cancer Cure
☐ Sexual Aid

**Merchandise or Service**
☐ Failure to Pay
☒ Failure to Provide
☒ Misrepresentation of Product/Service

☐ **Nigerian Fraud**

**Personals**
☐ Mail-Order Bride
☐ Dating Service
☐ False Divorce Decree

☐ **Prize or Sweepstakes**

☐ **Sexually Oriented Advertisement**

☐ **Vacation or Travel**

On What Date Did You Receive the ~~Solicitation?~~
*DELAY AND DESTRUCTION*   *HARASSMENT, FRAUD, DESERTION, OBSTRUCTION, OF MAIL, DECEPTIVE MAILING DATED OCTOBER 31, 2005*

PS Form **8165**, January 1999 (Page 1 of 3)

How Were You Contacted? *(Check one)*

☒ U.S. Mail ☐ Newspaper ☐ Radio/TV ☐ Internet ☐ Fax
☒ Telephone ☐ Magazine ☐ In Person ☐ E-Mail ☐ Other

If by Mail, Do You Have the Envelope It Was Mailed in? | Does the Envelope Have a Permit Number Instead of a Stamp?
☒ Yes ☐ No | ☒ Yes; Permit No.: _____ ☐ No

Does the Envelope Have a Postage Meter Number Instead of a Stamp? | How Did You Respond to the Offer? 2 2312 MAILED FROM
☒ Yes; Meter No.: 01HA04140 10235 ☐ No | ☐ U.S. Mail ☒ Telephone ☐ Internet ☐ E-Mail ☐ Fax

Do You Have a Mailing Receipt From Your Response (Such as for certified, insured or Express Mail)?
☒ Yes; Mail Receipt No.: 7002 2030 0000 3738 5133   CERTIFIED MAIL

To What Address Did You Mail Your Response? DEPARTMENT OF TREASURY, DEPUTY COUNSEL, 1500 PENNSYLVANIA AVE, NW

What Did You Receive? NOTHING                                   WASHINGTON, DC 20220

How Did It Differ From What You Expected? IT MET MY EXPECTATIONS - THIS IS AN ABUSE OF POWER

Do You Have the Item? | How Was It Delivered?
☐ Yes ☒ No | ☐ U.S. Mail ☐ Private Courier ☐ In Person

Have You Contacted the Company or Person About the Complaint?
☒ Yes
Date of Last Contact: 11/9/05 AT 3:45 PM CST
TELEPHONE

☐ No. Why? ☐ Delivery Attempted, Returned Endorsed ☐ Disconnected Telephone
☐ Moved, Left No Address ☐ Unlisted Telephone
☐ Unanswered Telephone ☐ Address Unavailable

Legitimate businesses appreciate feedback. Check the offer for the delivery time frame, usually 6 to 8 weeks, and then contact the company. Please wait 2 weeks after contacting them before sending us this form. When a delivery time is not specified, a Federal Trade Commission rule mandates fulfillment within 30 days, unless you applied for first-time credit with the company.

**Additional Information You Feel Is Important**

18 USC 1700, 1701, 1702 & 1703
THE DEPARTMENT OF TREASURY HAS MY FTCA CLAIM
FORM SF 95 AND MARY-ELLEN KRCHA AT THE IRS
OFFICE OF CHIEF COUNSEL IS HARASSING ME, CAUSING
ME A LOSS IN SUBSTANTIAL DUE PROCESS RIGHTS AND
MONETARY LOSS AND PSYCHOLOGICAL INJURY.
FOR ME TO SEND ANOTHER CLAIM WOULD SEVERELY AFFECT MY LEGAL RIGHTS

Print Your Name MICHAEL L. BUESGENS   *Michael L. Buesgens*   Today's Date 11/29/05

Thank you for completing this form. Please mail it with copies *(not originals)* of any bills, receipts, advertisements, canceled checks (front and back) or correspondence related to your report to the address below.

The U.S. Postal Inspection Service is a federal law enforcement agency. Postal Inspectors gather facts and evidence to determine whether a violation has occurred under the Mail Fraud or False Representation Statutes. While the Postal Inspection Service can't guarantee that you'll recover money lost to fraud, the information can help alert Inspectors about new fraud schemes and prevent others from being victimized.

Postal Inspectors base mail fraud investigations on the number, substance, and pattern of complaints received from the public; therefore, we ask you to keep all original documents relating to your complaint, including the solicitation, any mailing envelopes, and canceled checks. Under our Consumer Protection Program, Postal Inspectors may contact individuals or businesses on your behalf to request that complaints are resolved. We will contact you if more information is needed.

Postal Inspectors caution that, once you've been targeted in a fraud scheme, your name may be passed along to other con artists, so beware of future solicitations. If you know of others who believe they were

victimized in a fraud scheme, we recommend that you encourage them to submit a Mail Fraud Report as well.

Avoid being a victim: Postal Inspectors recommend that, before completing a business transaction, contact the Chamber of Commerce, Better Business Bureau, or county or state Office of Consumer Affairs in the area where the firm is located to get any information available on the company. If you have Internet access, you can get information from the Better Business Bureau online at: www.bbb.org, and from the individual state Attorneys General Consumer Protection Divisions at www.naag.org. Also, check the Postal Inspection Service Web site at: www.usps.gov/postalinspectors for more information on fraud schemes that involve the use of the mail.

**Remember: If a deal sounds too good to be true, it probably is!**

Please return this form to your postmaster, or mail to this address:

INSPECTION SERVICE SUPPORT GROUP
222 S RIVERSIDE PLAZA STE 1250
CHICAGO IL 60606-6100

PS Form **8165**, January 1999 *(Page 2 of 3)*

**Privacy Act Statement:** The collection of this information, which will be used to address your complaint, is authorized by 39 USC 404, 18 USC 3061, and 5 USC App. 3. It may be disclosed to an agency that requests information in the course of a background check; to an appropriate government agency, domestic or foreign, for law enforcement purposes; if pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, adminstrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel

practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act; to an appropriate foreign or international law enforcement agency, organization or individual for investigative or prosecutorial purposes; to assist in crime prevention or detection; to obtain information relating to a pending investigation, trial or hearing; to obtain the cooperation of a witness or informant, or to notify of the status of the case; to a party or their attorney to discuss settlement, plea bargaining or discovery proceedings; to an agency or individual concerned with maintenance, extradition or release of a person held in custody; to a foreign country pursuant to an international treaty, convention or executive agreement; to the public, news media, trade associations or organized groups, if it is of interest, on accomplishments of the Postal Service or its employees; to a foreign country when apprehending or returning a fugitive to a jurisdiction seeking return; to American Insurance Association Index System members if it relates to accidents or injuries; or to elicit information from or alert organizations or individuals that share an electronic bulletin board with respect to potential criminal activity. Completion of this form is voluntary; however, the Postal Inspection Service may not be able to address your complaint if the information is not provided.



1. Use this form for ordinary mail and Certified Mail™ only.  Use Form 1000, *Domestic Claim or Registered Mail Inquiry*, to report loss or rifling of COD and domestic insured mail.  Use Form 542, *Inquiry About a Registered Article or an Insured Parcel or an Ordinary Article*, to report loss or rifling of domestic registered mail.

2. Be sure to complete all applicable items in Part II.

3. Send Parts II-D and II-E immediately to: 1510 PROCESSING UNIT/ 222 S RIVERSIDE PL STE 1250/ U.S. POSTAL INSPECTION SERVICE/ CHICAGO IL 60606-6100.

4. If complaint indicates rifling, obtain envelope or wrapper *(if possible)* and forward it with the Form 1510 to the address given in paragraph 3.

5. If the complaint is made at stations or branches, send the remaining parts of the form to the main office, Claims and Inquiry Section.

6. Information outlining the processing of this form is contained in Section 169.5 of the *Postal Operations Manual*.

---

**(Remove This Portion Before Mailing)**

## Part I

Postal Customer:

The sender of the article described below has made an inquiry regarding delivery of the item.  The article was not located at the mailing office.  Therefore, we are contacting you to determine if the article has been delivered.  Please indicate below if the article has been received.  Return the form in the enclosed PRE-ADDRESSED ENVELOPE WHICH REQUIRES NO POSTAGE.  Your response will assist the Postal Service™ in providing improved service.  **PLEASE RETURN BOTH PARTS I AND II-A.**

**THANK YOU**

The Article Was:                                   Date of Reply                    Signature of Addressee or Agent

Received *(Date if known)* _____

Not Received          Refused

Remarks

PS Form **1510**, January 2005, (PSN 7530-01-000-9335)

---

### Part II-A

**Note:** Use ballpoint pen and press down firmly: you are making five copies.

U.S. Postal Service
**Mail Loss/Rifling Report**

| 1. Complaint Date | 2. Office Accepting Complaint *(City and state)* | 3. Complaint ✓Loss ✓Rifling |
|---|---|---|

| 4. Article Was Mailed By | 5. Article Was Addressed To |
|---|---|
| a. Name MICHAEL L. BOESGENS | a. Name DEPARTMENT OF TREASURY, GENERAL COUNSEL |
| b. Return Address as on Article Mailed 500 E STASSNEY APT 1023 | b. Address as on Article Mailed 1500 PENNSYLVANIA AVE, NW |
| c. City AUSTIN   d. State TX   e. ZIP+4 78745 | c. City WASHINGTON, DC   d. State   e. ZIP+4 20220 |
| f. Day Telephone Number *(Include area code)* 512-447-7031 | f. Day Telephone Number *(Include area code)* 202-283-7908 |

| 6. Article Was Mailed | 7. Article Was Sent | 8. Type of Mail |
|---|---|---|
| a. Date   Month 8  Day 19  Year 05    b. Time 9:38 ✓AM PM *(Hour)* | First-Class Mail® ☐  Parcel Post® ☐   Other (Specify) CERTIFIED | Letter ☐   ✓Parcel   Other (Specify) _____ |

9. Special Services
Special Handling ☐   Special Delivery ☐   ✓Certified Mail™ No. 7002 2030 0000 3739 5133    Return Receipt for Merchandise No. _____

10a. Place of Mailing
✓Main Post Office™
Station or Branch
Contract Station
Collection Box
Residence or Business

10b. Name and/or Address of Place of Mailing UNITED STATES POSTAL SERVICE 510 GUADALUPE ST. AUSTIN, TEXAS

10c. City and State of Place of Mailing AUSTIN, TEXAS

10d. ZIP+4 of Place of Mailing 78701

11. Contents of Article *(Describe in detail, size, color, brand name, serial no., and amount, etc.)*
3 POUND 4 OUNCE FTCA CLAIM FORM SF 95 AND ATTACHMENTS APPROXIMATELY 200 PAGES

12. Value $2,346,464.00

PS Form **1510**, January 2005, (PSN 7530-01-000-9335)



NOVEMBER 5, 2005

1

MARY-ELLAN KRCHA CLAIMS MANAGER
IRS OFFICE OF CHIEF COUNSEL
(CC : GLS : CLP)
GENERAL LEGAL SERVICES
950 L'ENFANT PLAZA, SW
2nd FLOOR
WASHINGTON, DC 20024

RE: YOUR LETTER DATED OCTOBER
31, 2005.

I DON'T KNOW WHY ANYONE WOULD
CONTACT YOU REGARDING MY
FTCA CLAIM.

✔ BUT I SUGGEST YOU INVESTIGATE
THE FINGERPRINTS ON THAT CORRESPONDENCE.

2

ON AUGUST 19, 2005 I
MAILED CERTIFIED MAIL RETURN
RECEIPT

A 3 POUND 4 OUNCE FTCA

CLAIM FORM SF 95, SUM
CERTAIN TO:

✓ DEPARTMENT OF TREASURY
DEPUTY GENERAL COUNSEL
1500 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20220

IT WAS RECEIVED AUGUST 22,
2005 8:01 AM.

Michael R. Buesgens
November 5, 2005

3

MICHAEL L. BUESGENS
500 E. STASSNEY
    APT. 1023
AUSTIN, TX    78745

512-447-7031

E



OFFICE OF
CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224
OCT 3 1 2005

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

Re:  Federal tort claim for damages

Dear Ms. Buesgens:

We have received your letter concerning the status of the FTCA damage
claim you believe you filed with the U.S. Department of the Treasury on or
about August 19, 2005.  It was forwarded to us from the Treasury General
Counsel's Office.  Please be advised that the only correspondence regarding
your claim that we have received to date is the status letter.  We have *not*
received your claim documentation.

Please resubmit your claim form and all supporting documentation to the
address noted below.  Please also clarify if your claim involves an IRS
employee or a federal employee from a different federal agency.

Please also note that when a claim is filed under the FTCA, certain
information should be supplied to the appropriate federal agency to ensure a
completed claim is filed and to aid in the disposition of the claim.  Specifically:
(1) the claim must be signed by either the claimant or his/her agent or
representative; (2) the total dollar amount (sum certain) of the claimed
damages must be stated; (3) substantiation for the damages claimed must be
provided; and (4) enough information concerning the matter being complained
about must be provided to the agency so the claim can be readily
investigated.

Please be advised that once a completed claim is filed under the FTCA, the
federal government agency responsible for handling the claim has *six
months* from the date a completed claim is filed to render a determination on
the claim.  We try to review all completed claims very quickly, and many take
much less than six months.  Please direct all documentation and/or
correspondence to my attention at the address below.

2

If you have any questions, please call me at (202) 283-7908.

Sincerely,

Mary-Ellen Krcha, Claims Manager
IRS Office of Chief Counsel (CC:GLS:CLP)
General Legal Services
950 L'Enfant Plaza, SW, 2nd Floor
Washington, DC 20024

CLAIMS MANAGER, CC:GLS
Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224-0002

Official Business
Penalty for Private Use, $300

7 8 7 4 5 + 3 2 7 5 - 7 3    C 0 2 5

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745



US OFFICIAL MAIL
$300 Penalty
For Private Use

$0.37
NOV 01 2005
US POSTAGE
FIRST CLASS
MAILED FROM ZIP

F

TO:

DEPARTMENT OF TREASURY
DEPUTY GENERAL COUNSEL
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

SUBJECT

MICHAEL L. BUESGENS FTCA
COMPLAINT - FORM SF 95 SUBMITTED
BY CERTIFIED MAIL, RETURN RECEIPT
ON AUGUST 19, 2005.

WHAT IS THE STATUS OF THIS CLAIM?
WHAT IS THE DOCKET OR CLAIM
NUMBER?

FROM:

MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745
DATE: SEPTEMBER 23, 2005
TELEPHONE: 512-447-7031

G

Direct Query - intranet - "Quick" ~~ch    Page 1 of 1

*FTCA CLAIM*

*SF 95*



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item: 7002 2030 0000 3739 5133**    Date/Time Mailed: 08/19/2005 09:38

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20220 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 78701 | **City:** AUSTIN | **State:** TX |

**Class:** Priority Mail

**Anticipated Delivery Date:** 08/22/2005

**Weight:** 3 lb(s) 4 oz(s)    **Postage:** $12.55

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| CERTIFIED MAIL | 7002 2030 0000 3739 5133 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 08/22/2005 08:01 | WASHINGTON, DC 20220 | L043800 |
| | Firm Name: TREASURY 20220 R4 | | |
| | Recipient: 'K ROBERTSON' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 08/22/2005 03:55 | WASHINGTON, DC 20022 | K240434 |
| ACCEPT OR PICKUP | 08/19/2005 09:38 | AUSTIN, TX 78701 | |



http://pts.usps.gov/pts/labelInquiry.do

H

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See Instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| DEPARTMENT OF TREASURY DEPUTY GENERAL COUNSEL 1500 PENNSYLVANIA AVE NW WASHINGTON, DC 20220 | MICHAEL L. BUESGENS 500 E. STASSNEY APT 1023 AUSTIN, TX 78745 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 9-3-50 | SINGLE | MARCH 7, 2005 | AM AM |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

CLAIMANT WAS CONSTRUCTIVELY DISCHARGED ON MARCH 7, 2005. THE CAUSE WAS NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. THE NEGLIGENT ACTS, INTENTIONAL ACTS, WRONGFUL ACTS, AND OMISSION FROM COLLUSION BY DEPARTMENT OF TREASURY AND INTERNAL REVENUE SERVICE EMPLOYEES AND OFFICERS ACTING WITHIN THE SCOPE OF THEIR OFFICIAL DUTIES. [ADDITIONAL PAGES]

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

PERSONAL INJURY, PSYCHOLOGICAL INJURY, EMOTIONAL INJURY, ECONOMIC INJURY, EMOTIONAL DISTRESS, MENTAL ANGUISH, PAIN AND SUFFERING, LOSS OF ENJOYMENT. THE EXTENT OF THESE INJURIES IS PAST, PRESENT, FUTURE

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| RUSSELL BOKELMAN JAMES SHELTON SAL MACIAS | INTERNAL REVENUE SERVICE AUSTIN COMPLIANCE CENTER 1821 DIRECTORS BLVD AUSTIN, TEXAS 78767 |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| N/A | $2,346,464.00 | N/A | $2,346,464.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Michael L Buesgens | 512-447-7031 | 8-19-05 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

| 95-109 Previous editions not usable. | NSN 7540-00-634-4046 | STANDARD FORM 95 (Rev. 7-85) (EG) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|