UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

MICHAEL L. BUESGENS

PLAINTIFF

V.

MARCIA H. COATES,
AS DIRECTOR, OFFICE OF
EQUAL OPPORTUNITY
PROGRAM, et al.

DEFENDANTS

CIVIL ACTION NO.
05-2334 (RCL)

MOTION BY PLAINTIFF - TO JOIN ADDITIONAL PARTY DEFENDANT AND TO FILE FIRST SUPPLEMENTAL COMPLAINT

RECEIVED
FEB 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF RESPECTFULLY MOVES THIS COURT:

(1) FOR THE ENTRY OF AN ORDER PURSUANT TO RULES 19, 20 AND 21 OF THE FEDERAL RULES OF CIVIL PROCEDURE TO ADD AS PARTY DEFENDANT IN THIS CAUSE OFFICE OF THE SOLICITOR FEDERAL LABOR RELATIONS AUTHORITY (F.L.R.A.) 1400 K STREET, N.W., SUITE 300 WASHINGTON, DC 20424-0001; AND DIRECTING SERVICE OF PROCESS UPON THEM; AND

(2) FOR THE ENTRY OF AN ORDER PURSUANT TO RULE 15(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE PERMITTING PLAINTIFF TO FILE IMMEDIATELY AND TO SERVE UPON DEFENDANT A SUPPLEMENTAL COMPLAINT SETTING FORTH CERTAIN EVENTS THAT HAVE OCCURRED BEFORE AND AFTER THE FILING OF THE ORIGINAL COMPLAINT.

IN SUPPORT OF THIS MOTION, PLAINTIFF STATES AS FOLLOWS:

1. RULE 21 OF THE FEDERAL RULES OF CIVIL PROCEDURE PROVIDES IN RELEVANT PART THAT PARTIES MAY BE ADDED BY ORDER OF THE COURT ON MOTION OF ANY PARTY AT ANY STAGE OF THE ACTION AND ON SUCH TERMS AS ARE JUST.

2. RULE 19(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE PROVIDES IN RELEVANT PART THAT A PERSON WHO IS SUBJECT TO SERVICE OF PROCESS AND WHOSE JOINDER WILL NOT DEPRIVE THE COURT OF JURISDICTION OVER THE SUBJECT MATTER OF THE ACTION SHALL BE JOINED AS PARTY TO THE ACTION IF IN THE PERSON'S ABSENCE COMPLETE RELIEF CANNOT BE

accorded among those already parties, or if, under certain circumstances, the person claims an interest relating to the subject of the action.

3. Rule 20(a) of the Federal Rules of Civil Procedure provides in relevant part that persons may be joined in one action as defendants if there is asserted against them a right to relief in respect of a series of occurrences and if any question of law or fact common to all defendants will arise.

4. Rule 15(d) of the Federal Rules of Civil Procedure provides in relevant part that upon motion of a party the court may permit the party to serve a supplemental pleading setting forth events that have happened since the

5

DATE OF THE PLEADING SOUGHT TO BE SUPPLEMENTED.

5. THE PARTY SOUGHT TO BE ADDED AS DEFENDANT BY THIS MOTION ARE SUBJECT TO SERVICE OF PROCESS AND THEIR JOINDER WILL NOT DEPRIVE THE COURT OF JURISDICTION OVER THE SUBJECT MATTER OF THIS ACTION.

6. A COPY OF THE SUPPLEMENTAL COMPLAINT PROPOSED TO BE FILED IF THIS MOTION IS GRANTED IS ATTACHED TO THIS MOTION. THE SUPPLEMENTAL COMPLAINT SETS FORTH EVENTS THAT HAVE HAPPENED BEFORE AND AFTER THE DATE OF THE ORIGINAL COMPLAINT IN THIS CAUSE. IT IS PROBABLE THAT THE PARTY SOUGHT TO BE ADDED AS DEFENDANT WILL START SCREAMING, CRYING AND WHINING

THAT THEY ARE INNOCENT AND WILL ALWAYS BE THAT WAY AND WILL OPPOSE THE RELIEF SOUGHT IN THE SUPPLEMENTAL COMPLAINT AND THAT THEY WILL CLAIM AN INTEREST RELATING TO THE SUBJECT OF THE ACTION UNDER RULE 19(a)(2). THE SUPPLEMENTAL COMPLAINT ASSERTS AGAINST THE DEFENDANT A RIGHT TO RELIEF ARISING OUT OF THE SAME SERIES OF OCCURRENCES AND PRESENTS QUESTIONS OF LAW AND FACT COMMON TO ALL DEFENDANTS. ACCORDINGLY IT IS PROBABLE THAT THE RELIEF SOUGHT IN THE SUPPLEMENTAL COMPLAINT CANNOT BE ACHIEVED OR CAN BE ACHIEVED ONLY PARTIALLY OR CONDITIONALLY, WITHOUT THE PARTIES JOINED.

WHEREFORE PLAINTIFF ASKS THAT HIS MOTION BE GRANTED AND THAT AN ORDER BE ENTERED


# Serving Documents on the FLRA as a Party in Judicial and Similar Proceedings

Service upon the Office of the Solicitor, as the FLRA's legal representative for such purposes, may be accomplished at the following address:

> Office of the Solicitor
> Federal Labor Relations Authority
> 1400 K Street, NW, Suite 300
> Washington, DC 20424-0001

**CAUTION:** For information on filing documents with the FLRA in proceedings before the FLRA, contact the Case Control Office.

---

[ Home ]   [ Solicitor Home ]   [ Decisions ]   [ S



# Office of the Solicitor

The Office of the Solicitor represents the FLRA in court proceedings before all United States courts, including the U.S. Supreme Court, U.S. Courts of Appeals, and Federal District Courts. The Office also serves as the FLRA's in-house counsel, providing legal advice to all FLRA components. In addition, the Office performs various functions under the FOIA and Privacy Acts. The Solicitor serves as the Designated Agency Ethics Officer.

[ Home ]   [ Decisions ]   [ Search ]   [ Site Map ]

*Select an option::*

- About the Office of the Solicitor
- Serving Documents on the FLRA as a Party in Judicial and Similar Proceedings
- Pending Litigation
- Closed Litigation
- Briefs
- FOIA

3

*Dallas Regional Office*

**James Petrucci, Regional Director**

James (Jim) E. Petrucci is the Regional Director of the Dallas Regional Office and has held that position since January 1991. He had previously served as the Regional Director of the New York Region of the FLRA from September 1983 to January 1991, and as Regional Attorney of that Region beginning in June 1979. Mr. Petrucci worked as an attorney with the Newark Region of the National Labor Relations Board from 1973 until leaving to join the FLRA in 1979. He received a B.A. degree from La Salle University in Philadelphia, Pennsylvania, in 1970, and a J.D. degree from Seton Hall University School of Law in Newark, New Jersey, in 1973.

Tel. # 214-767-6266 x8014    e-mail: jpetrucci@flra.gov    fax: 214-767-0156

**Charlotte A. Dye, Regional Attorney**

Charlotte A. Dye has held the position of Regional Attorney with the Dallas Regional Office since 1998. Prior to becoming the Regional Attorney, Ms. Dye served as the Dispute Resolution Specialist and Staff Attorney for the Dallas Region. Ms. Dye received a Doctor of Jurisprudence from Texas Tech University School of Law and a Master of Public Administration from Texas Tech University Center for Public Service in 1991.

Tel. # 214-767-6266 x8020    e-mail: mailto:cdye@frla.gov    fax: 214-767-0156

*Denver Regional Office*