1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS<br><br>PLAINTIFF<br><br>V.<br><br>MARCIA H. COATES,<br>AS DIRECTOR, OFFICE OF<br>EQUAL OPPORTUNITY<br>PROGRAM, et al.<br><br>DEFENDANT'S | CIVIL ACTION NO.<br>05-2334(RCL) |

MOTION FOR
FIRST SUPPLEMENTAL COMPLAINT

RECEIVED
FEB 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

<u>PLAINTIFF BUESGENS FILES THIS MOTION FOR SUPPLEMENT IN SUPPORT OF HIS MOTION TO ADD PARTY</u>

<u>OFFICE OF THE SOLICITOR
FEDERAL LABOR RELATIONS AUTHORITY
1400 K. STREET, NW
SUITE 300
WASHINGTON, DC 20424-0001</u>

HIS FIRST SUPPLEMENT TO HIS ORIGINAL PETITION AND IN SUPPORT, RESPECTFULLY SHOWS THE FOLLOWING:

1. THAT ON AUGUST 2, 2005 PLAINTIFF FILED A UNFAIR LABOR PRACTICES CHARGE AGAINST THE NATIONAL TREASURY EMPLOYEES UNION (N.T.E.U.) WITH THE FEDERAL LABOR RELATIONS AUTHORITY (F.L.R.A.).

2. THAT AFTER AUGUST 2, 2005 PLAINTIFF SENT THE FLRA AND NTEU A SERIES OF CORRESPONDENCE

AND EVIDENCE IN SUPPORT OF HIS UNFAIR LABOR PRACTICES CHARGE AGAINST N.T.E.U.

3. THAT ON OCTOBER 11, 2005 N.T.E.U. ATTORNEY DENNIS SCHNEIDER SENT BUESGENS A LETTER ADVISING HIM THAT NTEU WAS IN RECEIPT OF THE CORRESPONDENCE BUT WILL NOT RESPOND TO ANYTHING NOW OR IN THE FUTURE.

SEE EXHIBIT: NTEU LETTER

4. THAT NTEU NEVER RESPONDED TO ANYONE REGARDING THE UNFAIR LABOR PRACTICES CHARGE.

5. THAT FLRA AND NTEU KNEW OF BUESGENS MEDICAL DISABILITY (BIPOLAR).

4

**6.** THAT ON OR ABOUT NOVEMBER 3 2005 FLRA INVESTIGATOR JOHN BATES CALLED BUESGENS AND WANTED TO SCHEDULE AN INTERVIEW. BUESGENS SPOKE WITH MR. BATES ON SEVERAL OCCASIONS AND IT BECAME APPARENT THAT MR. BATES HAD NOT READ BUESGENS CORRESPONDENCE AND EVIDENCE.

**7.** BUESGENS TOLD MR. BATES THAT BECAUSE OF HIS DISABILITY A VERBAL INTERVIEW WITHOUT REPRESENTATION WOULD BE A SIGNIFICANT PROBLEM. PLAINTIFF SCHEDULED AN INTERVIEW AND ATTEMPTED TO SECURE REPRESENTATION.

**8.** ON OR ABOUT NOVEMBER 15, 2005 PLAINTIFF FILED A COMPLAINT AGAINST JOHN BATES AND JAMES PETRUCCI WITH THE F.L.R.A. HEADQUARTERS IN WASHINGTON, DC. FOR MISHANDLING OF THE COMPLAINT AGAINST NTEU. NO ONE RESPONDED TO THIS COMPLAINT.

**9.** ON NOVEMBER 17, 2005 FLRA DALLAS REGIONAL ATTORNEY CHARLOTTE DYE CALLED BUESGENS. PLAINTIFF TOLD MISS DYE THAT THE VERBAL INTERVIEW WOULD NOT BE POSSIBLE BECAUSE OF BUESGENS LIMITED VERBAL SKILLS AND THAT FLRA INVESTIGATOR BATES HAD NOT READ PLAINTIFFS CORRESPONDENCE.

**10.** NTEU WAS NEVER REQUIRED TO MAKE ANY VERBAL OR WRITTEN STATEMENT TO F.L.R.A.

**11.** ON NOVEMBER 21, 2005 MR BATES CALLED BUESGENS FOR THE INTERVIEW. PLAINTIFF TOLD MR. BATES THAT HE COULD NOT DO THIS VERBAL INTERVIEW.

**12.** ON DECEMBER 6, 2005 FLRA DALLAS REGIONAL DIRECTOR JAMES E. PETROCCI SENT BUESGENS A LETTER STATING THAT HIS OFFICE

INVESTIGATED THE UNFAIR LABOR PRACTICE CHARGE AGAINST NTEU. MR. PETRUCCI STATED THAT THERE IS INSUFFICIENT EVIDENCE TO ESTABLISH A BREACH OF DUTY OF FAIR REPRESENTATION AGAINST THE N.T.E.U.

13. BUESGENS FILED AN APPEAL OF THE DECISION AND ON JANUARY 18, 2006 F.L.R.A. ASSISTANT GENERAL COUNSEL FOR APPEALS RICHARD ZORN IN WASHINGTON, DC SENT PLAINTIFF A LETTER ACKNOWLEDGING RECEIPT OF THE APPEAL.

## CAUSE OF ACTION

1. THAT FLRA DISCRIMINATED AGAINST BUESGENS ON THE BASIS OF HIS DISABILITY IN VIOLATION OF THE AMERICANS WITH DISABILITES ACT AND THE REHABILITATION ACT OF 1973 AS AMENDED.

2. THAT FLRA RETALIATED AGAINST BUESGENS IN VIOLATION OF THE CIVIL RIGHTS ACT, TITLE VII.

3. THAT FLRA IGNORED PLAINTIFFS COMPLAINT AGAINST FLRA PROCESSING OF COMPLAINT AGAINST NTEU IN VIOLATION OF FLRA REGULATIONS.

4. THAT FLRA IN COLLUSION WITH NTEU DISCRIMINATED AND RETALIATED AGAINST BUESGENS BASED ON HIS DISABILITY.

5. THAT FLRA KNEW OF BUESGENS DISABILITY AND FAILED TO TAKE ANY CORRECTIVE OR REMEDIAL ACTION IN THE PROCESSING OF HIS COMPLAINT.

6. THAT JAMES E. PETRUCCI IS AN ATTORNEY, AND IS WELL AWARE OF THE INFORMED CONSENT ISSUES AND LEGAL ISSUES REGARDING VERBAL INTERVIEWS WITH PRE SELECTED,

LIMITED VERBAL QUESTIONS THAT ARE DESIGNED TO TRAP THE LEGALLY IGNORANT COMPLAINANT.

7. THAT JAMES E. PETRUCCI HAD REJECTED BUESGENS EQUITABLE TOLLING AND CONTINUING VIOLATIONS BY NTEU THAT BEGAN IN 2002; PRIOR TO ANY VERBAL INTERVIEW.

8. THAT JAMES E. PETRUCCI KNEW THAT THIS DENIAL OF EQUITABLE TOLLING SEVERELY COMPROMISED BUESGENS COMPLAINT.

9. THAT JAMES E. PETRUCCI HAD SUFFICIENT EVIDENCE PROVIDED BY BUESGENS CORRESPONDENCE TO REQUIRE NTEU TO RESPOND TO THE COMPLAINT AND THE EQUITABLE TOLLING ISSUES.

10. JAMES E. PETRUCCI NEVER REQUIRED NTEU TO RESPOND TO ANYTHING.

## PRAYER FOR RELIEF

THE SAME RELIEF AS REQUESTED IN THE ORIGINAL COMPLAINT.

BY: Michael Buesgens, PRO SE
MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TX 78745
PHONE: 512-447-7031

FEBRUARY 14, 2006

## CERTIFICATE OF SERVICE

I, MICHAEL L. BUESGENS DO HEREBY CERTIFY THAT ONE TRUE AND CORRECT COPY OF THIS MOTION TO JOIN ADDITIONAL PARTY DEFENDANT AND TO FILE FIRST SUPPLEMENTAL COMPLAINT HAS BEEN SERVED BY U.S. MAIL FIRST CLASS, ADDRESSED TO:

1. MARCIA H. COATES,
DIRECTOR OFFICE OF
EQUAL OPPORTUNITY PROGRAM
DEPARTMENT OF TREASURY
ROOM 5110
1750 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20220

2. COLLEEN M. KELLEY
NATIONAL PRESIDENT
NATIONAL TREASURY EMPLOYEES UNION
1750 H STREET, NW
WASHINGTON, DC 20006

3. CARI M. DOMINGUEZ
CHAIR, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L STREET NW
WASHINGTON, DC 20507

4. KAY COLES JAMES,
DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT
1900 E STREET NW
WASHINGTON, DC 20415

5. JOHN W. SNOW,
SECRETARY, DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20220

12

6. J. RUSSELL GEORGE
INSPECTOR GENERAL FOR
TREASURY TAX ADMINISTRATION
1125 15TH STREET, NW
Room 700A
WASHINGTON, DC 20005

7. UNITED STATES ATTORNEY
555 4TH STREET, NW
WASHINGTON, DC 20001

8. ALBERTO GONZALES
UNITED STATES ATTORNEY GENERAL
CONSTITUTION AVE & 10TH ST, NW
WASHINGTON, DC 20530

Michael L Buesgens PRO SE
MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TEXAS 78745
PHONE: 512-447-7031

*EXHIBIT 1*



October 11, 2005

Michael Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

Re: Correspondence

Dear Mr. Buesgens:

We are in receipt of the correspondence you have submitted to NTEU, including the FOIA Request, Request for Information and Request for Appointment of Counsel. The National President of NTEU has designated me to represent NTEU in the unfair labor practice charge as well as all other matters submitted by you. Please be advised that NTEU will not respond any further to any request you have submitted to date nor will we be responding to future requests. We have responded to your Request for Appointment of Counsel in the past and it is now the subject of litigation you initiated. Your FOIA Request and Request for Information are related to your litigation and will be resolved in that forum. Further, NTEU is not within the jurisdiction of the Freedom of Information Act.

It is suggested that you allow the FLRA to investigate and resolve your complaint without future correspondence. If you persist with your correspondence, please address all letters to me, but be advised that NTEU will not respond.

Sincerely,

Dennis Schneider
National Counsel

cc: Barbara Atkin
Deputy General Counsel

3755 Capital of Texas Highway South • Suite 179 • Austin, Texas 78704 • (512) 912-7622 • Fax (512) 912-7628