UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS, <br><br> Plaintiff, <br><br> v. <br><br> MARCIA H. COATES, Director <br> Office of Equal Employment Program <br> U.S. Department of the Treasury, <br><br> CART M. DOMINGUES, Chairman, <br> Equal Employment Opportunity Comm., <br><br> KAY COLES, Director <br> Office of Personnel Management, <br><br> JOHN W. SNOW, Secretary <br> U.S. Department of Treasury, <br><br> J. RUSSELL GEORGE, Inspector General <br> Treasury Inspector General for Tax Admin., <br><br> Defendants. | Civil Action No: 05-2334 (RCL) |

### DECLARATION OF MICHAEL L. SALYARDS

I, Michael L. Salyards, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently employed by the Department of Treasury, Internal Revenue Service, Office of Chief Counsel, as the Acting Area Counsel for General Legal Services in Dallas, Texas. I have held this position since November 15, 2005.

2. Agency records indicate that Plaintiff Michael L. Buesgens was formerly employed by the Internal Revenue Service, Wage & Investment Division, as a seasonal GS-0962-08 Contact Representative in Austin, Texas. Per Plaintiffs Official Personnel File (OPF) he began his employment with the Internal Revenue Service on October 22, 1990, and worked in Austin, Texas his entire IRS career. Plaintiff retired from the IRS on disability on March 7, 2005.

3. Files related to Plaintiffs employment which would be relevant to the above-captioned complaint are located in IRS offices in Austin, Texas. Plaintiffs Equal Employment Opportunity (EEO) complaints, including reports of investigation, are maintained at the Treasury Complaints Center in Dallas, Texas. Plaintiffs personnel, time and attendance, and medical records are located at various IRS offices in Austin, Texas. All disciplinary and other employment actions affecting Plaintiff were made by IRS employees in Austin, Texas. The IRS Wage & Investment Division, Accounts Management site at which Plaintiff was employed, as well as the IRS Labor Relations function servicing that site, are both located in Austin, Texas.

4. I am aware of no documents relevant to Plaintiffs employment at the Internal Revenue Service that are located in the District of Columbia.

5. On April 5, 2005, Plaintiff filed a complaint in the United States District Court for the Western District of Texas (Austin) (Civil No. 05-CA-243-SS) alleging discrimination on the bases of race, sex, reprisal for EEO activity, and failure to provide accommodation for a mental disability (depression). This complaint followed Plaintiffs litigation of three administrative EEO complaints before the Equal Employment Opportunity Commission that were consolidated for a single hearing on December 16,

2003. EEOC Administrative Judge Robert Powell issued a bench decision on January 21, 2004, finding no discrimination. A Final Agency Decision affirming that determination was rendered by the Department of Treasury on March 1, 2004. Plaintiff filed an appeal with the EEOC, which was denied on December 29, 2004 (EEOC Appeal No. 01A44842). A request for reconsideration was also denied on February 18, 2005. Plaintiff thereafter filed in the Western District of Texas. That suit is currently pending.

6. On May 17, 2005, Plaintiff filed an interlocutory appeal to the Fifth Circuit Court of Appeals (Case No. 05-50730) challenging the district court's denial of his request for appointment of counsel and motions to compel discovery. Additionally, on September 7, 2005, Plaintiff filed a separate petition before the Fifth Circuit (Case No. 05-60879) naming the EEOC as a defendant seeking review of the EEOC's administrative decision noted above. The EEOC responded with a Motion to Dismiss For Lack of Subject Matter Jurisdiction on November 4, 2005.

7. On May 31, 2005, Plaintiff filed an Amended Complaint in the Western District of Texas alleging that the Department of Treasury's administrative system for processing EEO complaints and holding hearings before EEOC judges is not neutral and is biased toward the agency. On December 6, 2005, Plaintiff filed a Motion to Supplement the Record with Additional Complaint to assert a claim under the Freedom of Information Act (FOIA) against the Department of Treasury seeking damages for the agency's handling of an alleged FOIA request.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

_____
MICHAEL L. SA    ARDS
Acting Area Cou sel, General Legal Services
Dallas, Texas

Executed on this 7th day of February 2006.