FORMS
ATTACHMENT 1 - Civil Complaint Example
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MICHAEL L BUESGENS
(Enter your full name)
 Plaintiff(s)

v.                                    CASE NUMBER: A05CA243 SS
                                      (To be supplied by Intake Deputy)

JOHN W SNOW, SECRETARY OF THE TREASURY
(Enter full name of each Defendant)
 Defendant(s)

FILED
2005 AP -5 AM 9:17
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: __ DEPUTY

## COMPLAINT

1. First Paragraph (Name and Address of Plaintiff)

2. Second Paragraph (Name and Address(es) of Defendant(s))

3. Third Paragraph (Jurisdiction Plea).

4. Fourth Paragraph ....

5. Fifth Paragraph ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

_____
Signature
Name (Typed or Printed) MICHAEL L BUESGENS
Address 500 E. STASSNEY APT 1023
        AUSTIN, TX 78745
Telephone Number 512-447-7031

24

4

ATTACHMENT 2 - EEOC Complaint Form

United States District Court
for the Western District of Texas
___AUSTIN___ Division

*FILED 2005 AP -5 AM 9:17 WESTERN DISTRICT OF TEXAS U.S. CLERK'S OFFICE BY: ___ DEPUTY*

MICHAEL L BUESGENS
500 E STASSNEY APT 1023
AUSTIN, TX 78745
(Name of plaintiff or plaintiffs)

Civil Action Number:

v. JOHN W SNOW, SECRETARY OF TREASURY   A05CA243 SS
1500 PENNSYLVANIA AVE N.W.
WASHINGTON, DC 20220
JOHN W SNOW, SECRETARY OF THE TREASURY
(Name of defendant or defendants)

(Case Number to be supplied by the Intake Clerk)

## COMPLAINT

1. This action is brought by _MICHAEL L BUESGENS_ Plaintiff, pursuant to the following selected jurisdiction:

   (Please select the applicable jurisdiction)

   [✓] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

   [ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (ADEA).

   [✓] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (ADA).

   [ ] The Equal Pay Act (29 USC § 206(d)) (EPA).

   [✓] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

25

2. Defendant _JOHN W SNOW_ (Defendant's name) lives at, or its business is located at _DEPARTMENT OF THE TREASURY_ (street address), _1500 PENNSYLVANIA AVE N.W._ (city), _WASHINGTON_ (state), _DC_ (zip). _20220_

3a. Plaintiff sought employment from the defendant or was employed by the defendant at _INTERNAL REVENUE SERVICE_ (street address), _1821 DIRECTORS BLVD_ (city), _AUSTIN_ (state), _TEXAS_ (zip). _78744_

3b. At all relevant times of claim of discrimination, Defendant employed _100,000_ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had _50,000_ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _JANUARY_ (month) _30_ (day) _2003_ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: _Various DATES 2002 - 2005 APRIL, 2003, JUNE 25, 2003, JUNE 27, 2003 SEPTEMBER 9, 2003 NOVEMBER 10, 2003 OCTOBER 4, 2002_

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _____ (month) _____ (day) _____ (year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a Notice of Right to Sue which was received by plaintiff on _____ (month) _____ (day) _____ (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b. Please indicate below if the E.E.O.C issued a Determination in your case:

[✓] Yes
[ ] No

**VERY IMPORTANT NOTE:** IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT.

7. Because of plaintiff's:

(Please select the applicable allegation(s))

[ ] Race (If applicable, state race) _____

[ ] Color (If applicable, state color) _____

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)_____

[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

[✓] Disability (If applicable, state disability) _____

[✓] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____
EXPLAINED EVENTS IN 8a

The defendant: (please select all that apply)

[ ] failed to employ plaintiff.

[ ] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[✓] harassed plaintiff.

[+] other (specify) DISPARATE TREATMENT
DISCRIMINATION
RETALIATION
REPRISAL
DEFAMATION OF CHARACTER
INVASION OF PRIVACY.

27

8a. State specifically the circumstances under which defendant, its agent, or employees discriminated against plaintiff PERSONALLY:

**VERY IMPORTANT NOTE:** INCLUDE **SPECIFIC DATES, SPECIFIC EVENTS,** AND ANY **SPECIFIC COMMENTS** MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

SEE ATTACHMENT

8b. List any witnesses who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

RUSSELL BOKELMAN - UNION STEWARD AND DESIGNATED REPRESENTATIVE ON MY EEO COMPLAINTS
ERNEST L OJEDA, SETR UNIT EMPLOYEE TIME KEEPING

8c. List any documentation that would support plaintiff's allegations and explain what the documents will prove:

EEO COUNSELOR'S REPORTS   EEOC INVESTIGATIVE FILES
COMPLAINANT STATEMENTS   SUPERVISOR STATEMENTS
E-MAIL STATEMENTS   PERSONNEL OFFICE DOCUMENTS
DOCTOR'S STATEMENTS
THE DOCUMENTS WILL PROVE I WAS SUBJECT TO SEVERE AND PERVASIVE INTENTIONAL DISCRIMINATION.

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

[ ] still being committed by defendant.
[X] no longer being committed by defendant.
RETIRED ON MEDICAL DISABILITY ON 3-4-05

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

28

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ]   Defendant be directed to employ plaintiff.

[ ]   Defendant be directed to re-employ plaintiff.

[ ]   Defendant be directed to promote plaintiff.

[✓]   Defendant be directed to _COMPENSATORY DAMAGES_
_WAGES_
_ANNUAL LEAVE_
_SICK LEAVE_
_EMOTIONAL DISTRESS_
_MEDICAL COSTS_

_____ and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty or perjury that the foregoing is true and correct.

_4-5-05_
**Date**

_Michael L Buergens_
**Signature of Plaintiff**

_500 E. STASSNEY APT 1023_
**Address of Plaintiff**

_AUSTIN_     _TX_     _78745_
**City**        **State**    **Zip Code**

_512-447-7031_
**Telephone Number(s)**

29

ATTACHMENT 2 - EEOC COMPLAINT FORM

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL L BOESGENS
v
JOHN W SNOW, SECRETARY OF THE TREASURY

8a

ISSUE 1    REASONABLE ACCOMMODATION    2003

THE AGENCY DID NOT OFFER ME A REASONABLE ACCOMMODATION THE AGENCY TOLD ME TO TAKE A GS 4 STEP 10 POSITION AND I AM A GS 8 STEP 5. THIS WOULD HAVE MEANT A $12,000.00 REDUCTION IN PAY.

I WAS NOT ALLOWED A GS 7 TAX ADJUSTMENT POSITION THAT I AM QUALIFIED FOR.

ON JUNE 25, 2003 SUPERVISOR TAWNEY TOLD ME THE REASONABLE ACCOMMODATION PROCESS WAS NOT APPLICABLE TO MY SITUATION BECAUSE MY CONDITION DOES NOT INVOLVE A PERMANT DISABILITY.

IN JANUARY THRU APRIL OF 2003 I WAS HARASSED BY SUPERVISOR TAWNEY TO GET A MEDICAL RELEASE TO RETURN TO PHONE DUTY, WHICH I DID UNDER THREAT OF BEING TERMINATED.

ATTACHMENT 2 - EEOC COMPLAINT FORM

8a

ISSUE 1 CONTINUED

ON JUNE 27, 2003 I RECEIVED ANOTHER MEMORANDUM FROM SUPERVISOR TAWNEY THAT I DID NOT MEET REASONABLE ACCOMMODATION CRITERIA

ON SEPTEMBER 9, 2003 I WAS DENIED A TAX EXAMING TECHNICIAN POSITION THAT I WAS QUALIFIED FOR.

ON NOVEMBER 10, 2003 I WAS DENIED A TAX EXAMING TECHNICIAN POSITION THAT I WAS QUALIFIED FOR.

ATTACHMENT 2 - EEOC COMPLAINT FORM

8a

ISSUE 2   UNLAWFUL HARASSMENT BY SUPERVISORS

EEO SUPERVISOR ESTRADA, EEO REASONABLE ACCOMMODATION COORDINATOR WAITES, IRS SUPERVISORS TAWNEY, MEGLOCK, SPOTSER AND WASHINGTON CONSPIRED TO HARASS AND INTIMIDATE ME BASED ON MY REASONABLE ACCOMMODATION REQUEST AND MEDICAL DISABILITY.

IN JANUARY THROUGH SEPTEMBER, 2003 I WAS THREATENED WITH TERMINATION.

I WAS TOLD BY SUPERVISOR TAWNEY TO PRODUCE A DOCTOR'S STATEMENT ALLOWING ME TO RETURN TO TELEPHONE DUTY.

I CALLED MY DOCTOR AND ASKED HIM TO CHANGE MY MEDICAL REPORT DUE TO THREAT OF TERMINATION.

SUPERVISOR TAWNEY ASKED ME FOR MY DOCTOR'S TELEPHONE NUMBER.

ATTACHMENT 2 - EEOC COMPLAINT FORM

8a

ISSUE 2    CONTINUED

MANAGER TAWNEY CAME TO MY DESK ON NUMEROUS OCASSIONS IN 2003 AND COERCED ME TO RETURN TO TELEPHONE DUTY. SUPERVISOR TAWNEY TOLD ME I WAS NOT FULFILLING THE RESPONSIBILITIES OF MY JOB.

SUPERVISOR TAWNEY WAS ENCOURAGED TO HARASS ME BY EEO SUPERVISOR ESTRADA, EEO REASONABLE ACCOMMODATION COORDINATOR WAITES, IRS SUPERVISORS MEDLOCK, SPOTSER AND WASHINGTON.

THE AGENCY CLAIMED I WAS NOT A QUALIFIED INDIVIDUAL WITH A DISABILITY.

THE AGENCY CLAIMED I'M NOT PROTECTED BY TITLE VII OR THE REHABILITATION ACT BECAUSE I'M A SEASONAL EMPLOYEE.

IN 2004 I WAS FORCED TO SEEK MEDICAL RETIREMENT DUE TO THE DENIAL OF A REASONABLE ACCOMMODATION AND RETALIATION AND REPRISAL BY SUPERVISORS.

ATTACHMENT 2 - EEOC COMPLAINT FORM

8a

<u>ISSUE 3</u>   PRIOR PROTECTED EEO ACTIVITY

ON OCTOBER 4, 2002 I WAS DENIED FORFEITURE AND RESTORATION OF 71 HOURS USE OR LOSE ANNUAL LEAVE.

I REQUESTED TO HAVE THE LEAVE RESTORED WHEN I RETURNED TO DUTY ON JANUARY 13, 2003.

IRS MANAGERS SCHANMALS, MEDLOCK, SPOTSER AND WASHINGTON DENIED THIS REQUEST.

I ALLEGE DISCRIMINATION BASED ON RETALIATION FOR MY INVOLVEMENT WITH THE REASONABLE ACCOMMODATION PROCESS.

THE AGENCY ALTERNATIVE OF RUNNING OUT ANNUAL LEAVE UPON FURLOUGH IS NOT APPLICABLE TO MY CASE. BECAUSE I WOULD HAVE TO REIMBURSE THE STATE OF TEXAS FOR UNEMPLOYMENT COMPENSATION RECEIVED.

OTHER EMPLOYEES WERE ALLOWED TO RECEIVE UNEMPLOYMENT COMPENSATION UPON FURLOUGH, BUT I WAS TOLD THAT I HAD TO TAKE ANNUAL LEAVE.

ATTACHMENT 2 - EEOC COMPLAINT FORM

8a

ISSUE 3    CONTINUED

THIS WOULD CAUSE ME AN UNDUE HARDSHIP AS I WOULD LOSE THE UNEMPLOYMENT COMPENSATION FOR THAT PERIOD OF TIME THAT I WAS ON ANNUAL LEAVE

UNDER FEDERAL AND STATE LAW I AM ENTITLED TO UNEMPLOYMENT COMPENSATION.