**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHAEL L. BUESGENS                )
                                   )
          Plaintiff,               )
                                   )
     v.                            )     Case No. 1:05CV02334
                                   )     Judge: Royce C. Lamberth
MARCIA H. COATES, et al.           )
DIRECTOR,                          )
OFFICE OF EQUAL OPPORTUNITY PROGRAM)
U.S. DEPT. OF TREASURY             )
                                   )
          and                      )
                                   )
COLLEEN M. KELLEY,                 )
NATIONAL PRESIDENT,                )
NATIONAL TREASURY EMPLOYEES UNION  )
                                   )
          Defendants.              )
_____)

**DEFENDANT KELLEY'S MOTION FOR EXTENSION OF TIME TO FILE AN
OPPOSITION TO PLAINTIFF'S MOTIONS TO JOIN ADDITIONAL PARTY
DEFENDANT AND TO FILE FIRST SUPPLEMENTAL COMPLAINT**

     Defendant Colleen M. Kelley (Kelley), National President of
the National Treasury Employees Union, by her undersigned
counsel, respectfully moves this Court for an extension of time
until March 10, 2006, in which to file an opposition to
Plaintiff's motions to join an additional party defendant and to
file a first supplemental complaint.  In support of this motion,
defendant Kelley states as follows:

     **1.**    On February 17, 2006, defendant Kelley received via
electronic service and first class mail a copy of the Motion to

Join Additional Party Defendant and Motion to File First Supplemental Complaint filed by Michael L. Buesgens (Buesgens). Pursuant to Local Rule 7(b), Kelley's responses to Buesgens's motions are currently due by February 28, 2006.

2.    Because of her competing work responsibilities, Julie M. Wilson, the attorney with primary responsibility for this case, will have insufficient time to prepare defendant Kelley's responses to Buesgens's motions to join an additional party and to supplement his complaint. Since receiving Plaintiff's motion, Ms. Wilson has had to complete and file an opening brief in NTEU v. FLRA, No. 05-76783 (9th Cir.) (filed Feb. 17, 2006), and to draft and file a reply brief in NTEU v. FLRA, No. 05-1230 (D.C. Cir.) (filed Feb. 24, 2006). Her work in those cases precluded her from turning to this matter until today. She, therefore, requires additional time to prepare an opposition to Buesgens's motions.

3.    Granting defendant Kelley's request for an extension until March 10, 2006, will not delay the litigation of this case or otherwise prejudice Buesgens. Counsel for the agency defendants filed their Motion to Dismiss or for Transfer of Venue today. Per this Court's Order dated January 13, 2006, Buesgens has ten days to respond to the Agency's motion.

**4.**    Counsel has been unable to reach Buesgens to find out whether he would stipulate to an extension of time.

Wherefore for the foregoing reasons, counsel for defendant Kelley respectfully requests an extension of time to and including March 10, 2006, in which to file an opposition to Buesgens's motions.

Respectfully submitted,

Gregory O'Duden
General Counsel
Bar No. 254862

L. Pat Wynns
Associate General Counsel for
  Appellate Litigation
Bar No. 257840

Julie M. Wilson
Assistant Counsel
Bar No. 482946

National Treasury Employees Union
1750 H Street, NW
Washington, DC  20006
(202) 572-5500

Counsel for defendant Kelley

3

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served Defendant Kelley's Motion for Extension of Time To File an Opposition to Plaintiff's Motions to Join Additional Party Defendant and to File First Supplemental Complaint on the following person by first-class mail on this 27 day of February 2006:


Michael L. Buesgens
500 E. Strassney
Apt. 1023
Austin, Texas 78745


Julie M. Wilson
Assistant Counsel