IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCIA H. COATES, et al. )<br>DIRECTOR, )<br>OFFICE OF EQUAL OPPORTUNITY PROGRAM)<br>U.S. DEPT. OF TREASURY )<br>)<br>and )<br>)<br>COLLEEN M. KELLEY, )<br>NATIONAL PRESIDENT, )<br>NATIONAL TREASURY EMPLOYEES UNION )<br>)<br>Defendants. )<br>_____) | Case No. 1:05CV02334<br>Judge: Royce C. Lamberth |

### ORDER

Upon consideration of the motion filed by defendant Kelley requesting an extension of time to file an opposition to Plaintiff's motions to join an additional party defendant and to file a first supplemental complaint, it is hereby

ORDERED that the motion be granted and that the time for defendant Kelley to file her opposition to Plaintiff's motions is extended until March 10, 2006.

Date: _____     _____
                                  United States District Judge

Parties to be notified:

Julie M. Wilson, Assistant Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC  20006

Michael L. Buesgeus
500 E. Stassney
Apt. 1023
Austin, Texas 78745

Kenneth L. Wainstein, U.S. Attorney
R. Craig Lawrence, Assistant U.S. Attorney
Karen L. Melnik, Assistant U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, NW
Washington, DC  20530