UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL L. BUESGENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 05-2334 (RCL) |
| | ) | |
| MARCIA H.  COATES, Director, | ) | |
| Office of Equal Opportunity Program | ) | |
| U.S. Department of the Treasury, et al. | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

**ERRATA**

Defendant hereby notifies the Court and Plaintiff of the filing on this date of the Order,

which was inadvertently not attached to Defendant's Motion to Dismiss or for Transfer of Venue.

Dated February 27, 2006

Respectfully submitted,

_____
KENNETH L. WAINSTEIN D.C. BAR #451058
UNITED STATES ATTORNEY

_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4112
Washington, D.C. 20530
 (202) 307-0338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 27, 2006, I served a copy of the foregoing Defendants' Motion to Dismiss or for Transfer of Venue, a supporting memorandum, and a proposed Order by first class mail, postage pre-paid, to the following:

Michael L. Buesgens
500 E. Stassney
Apt. 1023
Austin, Texas 78745

_____
KAREN L. MELNIK, D.C. Bar #436451
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0338