UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCIA H. COATES, Director, )<br>Office of Equal Opportunity Program )<br>U.S. Department of the Treasury, <u>et al</u>. )<br>)<br>Defendants )<br>_____ ) | Civil Action No: 05-2334 (RCL) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO JOIN ADDITIONAL PARTY DEFENDANT AND TO
FILE FIRST SUPPLEMENTAL COMPLAINT**

Defendants, by and through undersigned counsel, respectfully respond to Plaintiff's Motion to Join Additional Party Defendant and to File First Supplemental Complaint by stating the following:

Since Plaintiff is permitted to amend his complaint once as a matter of course at any time before a responsive pleading is served, Plaintiff does not require leave of Court to file his amended or "supplemental" complaint. <u>See</u> Fed. R. Civ. P. 15(a). However, the substance of Plaintiff's complaint does not require additional briefing by Defendants. Defendants refer the Court to its Motion to Dismiss or for Transfer of Venue [Docket #25], filed today, as its response to Plaintiff's instant motion.

Dated February 27, 2006

                                                                             Respectfully submitted,

                                                                             _____
                                                                             KENNETH L. WAINSTEIN D.C. BAR #451058
                                                                             UNITED STATES ATTORNEY

_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4112
Washington, D.C. 20530
 (202) 307-0338

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on February 27, 2006, I served a copy of the foregoing Defendants' Response to Plaintiff's Motion to Join Additional Defendant and to File First Supplemental Complaint, by first class mail, postage pre-paid, to the following:

    Michael L. Buesgens
    500 E. Stassney
    Apt. 1023
    Austin, Texas 78745


        _____
        KAREN L. MELNIK, D.C. Bar #436452
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 307-0338