UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BUESGENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2334 (RCL) |
| ) | |
| MARCIA H. COATES, ) | |
| as Director, Office of Equal Opportunity ) | |
| Program, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the motion [26] filed by defendant Kelley requesting an extension of time to file an opposition to plaintiff's motions to join an additional party defendant and to file a first supplemental complaint, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that defendant Kelley's time to file her opposition to plaintiff's motions is extended until March 10, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 1, 2006.