1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

PLAINTIFF

CASE NO.
1:05CV02334
(RCL)

V.

MARCIA H. COATES, et al
DIRECTOR
OFFICE OF EQUAL EMPLOYMENT
PROGRAM
U.S. DEPT. OF TREASURY

DEFENDANTS

# PLAINTIFFS REQUEST FOR
# STIPULATION

RECEIVED

MAR 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

ON JANUARY 23, 2006 THE
FIFTH CIRCUIT COURT OF
APPEALS (NO. 05-60879)
DENIED BUESGENS REQUEST
OF PETITION FOR REVIEW OF
THE DECEMBER 16, 2003
EEOC ADMINISTRATIVE HEARING
THAT WAS PRESIDED OVER
BY MICHAEL L. SALYARDS
ACTING AREA COUNSEL FOR GENERAL
LEGAL SERVICES INTERNAL
REVENUE SERVICE, DALLAS, TEXAS.


DEFINITION — THIS HEARING
      WILL BE REFERRED TO AS
    SALYARDS MESS.

3

PLAINTIFF PROSE ROAD KILL
HAS A PROPOSAL AND OFFER
FOR THE UNITED STATES DISTRICT
COURT OF COLUMBIA AND ALL
PARTIES AND DEFENDANTS.

AS YOU HAVE NOTICED BOESGENS
HAS SOME CONCERNS, ISSUES
AND COMPLAINTS IN VARIOUS
FORUMS.

YOU HAVE ALSO NOTICED THAT
PRO SE HAS EQUALLY EXCESSIVE
DOSES OF TEMERITY AND STUPIDITY.

PRO SE BELIEVES THE SALYARDS
MESS CAN, MAY, SHALL, SHOULD
BE EASILY RESOLVED TO
EVERYONES DISSATISFACTION.

4

## I. PRO SE REQUESTS THE FOLLOWING:

1. THE FIRST BITE AT SALYARDS APPLE.

2. A HARD LOOK AT THE DECEMBER 16 2003 EEOC ADMINISTRATIVE HEARING BY AN UNBIASED IMPARTIAL WELL VERSED IN EMPLOYMENT LAW AND EEOC PRACTICE TRIER OF FACT.

3. A DECISION BASED ON THE MERITS.

4. A DECISION BASED ON SUBSTANTIVE LAW.

5. A DECISION BASED ON THE FEDERAL RULES OF PROCEDURE AND EVIDENCE.

5

6. A DECISION BASED ON ALL THE EVIDENCE THAT IS AVAILABLE TO ALL PARTIES.

7. A DECISION BASED ON A PREPONDERANCE OF ALL THE EVIDENCE THAT DEFENDANTS HAVE IN THEIR POSSESSION.

8. A DECISION BASED ON THE REHABILITATION ACT OF 1973, AS AMENDED.

9. A DECISION BASED ON EEOC REGULATIONS.

10. A DECISION BASED ON OPM REGULATIONS.

11. A DECISION BASED ON NTEU UNION CONTRACT.

6

## II. THE DECEMBER 16, 2003 EEOC HEARING WAS A FARCE AND A MOCKERY FOR THE FOLLOWING REASONS

1. EVIDENCE WAS WITHHELD BY DEFENDENTS.

2. EVIDENCE WAS NOT REQUESTED IN DISCOVERY BY NTEU.

3. THE REHABILITATION ACT WAS ABSENT.

4. EEOC REGULATIONS WERE NO WHERE TO BE FOUND.

5. NO ONE KNEW OPM REGULATIONS APPLIED.

6. WITNESSES PERJURED THEMSELVES.

7. ETC. AD NAUSEUM.

7

# III PRO SE COMPLAINT

1. DEFENDANT'S REFUSED TO MAKE REASONABLE ACCOMMODATION IN RULES, POLICIES, PRACTICES, OR SERVICES.

2. DEFENDANT'S REFUSED AND FAILED TO MAKE AN APPROPRIATE REASONABLE ACCOMMODATION.

3. DEFENDANTS TOLD BUESGENS THE ONLY POSITION AVAILABLE FOR ACCOMMODATION WAS A GRADE 4 CLERK AND HE WAS A GRADE 8 STEP 5.

4. DEFENDANTS REFUSED TO ALLOW VACANCY ANNOUNCEMENTS AS A REASONABLE ACCOMMODATION AND INSTEAD USED WHAT THEY CALL POLLING DEPARTMENTS FOR WHICH THERE NEVER IS A VACANCY.

5   DEFENDANTS CONTINUE TO THIS PRESENT TIME IN THEIR DISCRIMINATION AGAINST THE DISABLED. (CLASS ACTION)

6   BUESGENS WAS QUALIFIED WITH OR WITHOUT A REASONABLE ACCOMMODATION TO PERFORM JOBS CLOSER TO HIS GRADE LEVEL FOR WHICH THERE WERE VACANCIES FROM 2003 THROUGH 2005.

7   BUESGENS TOLD SUPERVISORS NANCY SESSION ANNA MEDLOCK DON TAWNEY MARTHA SCHANHALS MARY CARROLL MELINDA ESTRADA, MARGARET WAITES THAT HE WANTED TO CONTINUE WORKING.

CHARLES WASHINGTON JR. REFUSED TO SPEAK WITH BUESGENS AFTER REPEATED REQUESTS IN 2003.

9

**8.** BUESGENS COULD NOT PERFORM THE ESSENTIAL FUNCTION OF UNREMITTING INCOMING TELEPHONE CALLS FROM TAXPAYERS BECAUSE OF HIS DISABILITY (BIPOLAR).

**9.** THE DEFENDANTS TOLD BUESGENS TO CHANGE HIS MEDICAL REPORT TO INCLUDE PHONE DUTY OR BE FIRED BECAUSE BUESGENS DECLINED THE GRADE 4 CLERK JOB.

**10.** THE DEFENDANTS DID A HARASSING TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION (TIGTA) INVESTIGATION ON BUESGENS BECAUSE EEO SUPERVISOR MELINDA ESTRADA AND EEO COUNSELOR ANGELA GODDEN DOYLE CLAIMED BUESGENS MADE A THREAT.

10

**11** THIS INVESTIGATION IN JANUARY 2003 EXAKERBATED BUESGEN'S BIPOLAR DISABILITY AND THE DEFENDANTS DID THIS INTENTIONALLY.

**12** BUESGENS LIFE DETIORATED ON AND OFF THE JOB TO THE POINT WHERE HE COULD NOT PERFORM ANY OF THE ESSENTIAL FUNCTIONS OF HIS JOB.

**13** BUESGENS INVOLUNTARILY RETIRED ON MEDICAL DISABILITY ON MARCH 7, 2005 BECAUSE OF THE DISCRIMINATORY ACTIONS OF DEFENDANTS.

11

## IV    SUMMARY

BASED ON BUESGENS PERSONAL
KNOWLEDGE OF THE FACTS
AND THE SUBSTANTIAL DOCUMENTARY
EVIDENCE THAT IS AVAILABLE
TO ALL PARTIES A REVIEW
OF THE DECEMBER 16, 2003
EEOC ADMINISTRATIVE HEARING
WILL    PROVE THE DISCRIMINATION
BUESGENS HAS ALLEGED.

PRO SE DISCRIMINATION ALLEGATIONS
ARE NATIONAL IN SCOPE AND
OTHER FEDERAL EMPLOYEES ARE
BEING SUBJECT TO SALYARDS
MESS EVERYDAY.

BUESGENS DOES NOT BELIEVE
THAT DEFENDANTS WILL AGREE
TO A HARD LOOK AT THE
DECEMBER 16 2003 HEARING
AND THE ISSUES OF DISCRIMINATION
THAT CREATED SALYARDS MESS.

12

# V    CONCLUSION

SHOULD DEFENDANTS AGREE TO THE HARD LOOK BUESGENS WOULD BE WILLING TO DROP HIS OTHER CLAIMS.

SHOULD DEFENDANTS NOT AGREE TO THE HARD LOOK BUESGENS REQUESTS THEY MAKE A SETTLEMENT OFFER BASED ON HIS FEDERAL TORT CLAIMS ACT (FTCA) CLAIM THAT WAS RECEIVED BY THE DEPUTY GENERAL COUNSEL DEPARTMENT OF TREASURY ON AUGUST 22, 2005 AT 8:01 AM. A 3 LB 4 oz CLAIM BASED ON THE SALYARDS MESS.

RESPECTFULLY SUBMITTED,

Michael L. Buesgens

MICHAEL L. BUESGENS
PRO SE.

13

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON
MARCH 3, 2006  I SERVED
A COPY OF THE FOREGOING
REQUEST FOR STIPULATION
BY FIRST CLASS MAIL POSTAGE
PRE-PAID, TO THE FOLLOWING:

KAREN MELNIK, DC BAR #436451
ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 4TH STREET, NW
WASHINGTON, DC 20530

JULIE M. WILSON,
ASSISTANT COUNSEL
NTEU
1750 H STREET, NW
WASHINGTON, DC 20006

Michael L Boesgens
MICHAEL L. BOESGENS, PRO SE
500 E STASSNEY #1023
AUSTIN, TX 78745
PHONE: 512-447-7031

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 23, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 05-60879 Buesgens v. EEOC
Agency No. 360-2003-8286X

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
        Kim Folse, Deputy Clerk
        504-310-7712

Mr Michael L Buesgens
Mr R Barry Robinson

MOT-2

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-60879

U. S. COURT OF APPEALS
F I L E D

JAN 2 3 2006

CHARLES R. FULBRUGE III
CLERK

MICHAEL L BUESGENS

     Petitioner

     v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; UNITED STATES OF AMERICA

     Respondents

-----------------------

Petition for Review of an Order of the
Equal Employment Opportunity Commission

-----------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:

IT IS ORDERED that respondent's motion to dismiss the petition for review for lack of subject matter jurisdiction is

_Granted_ .

MOT-23