UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

PLAINTIFF

V.

MARCIA H. COATES, et al
DIRECTOR
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT OF TREASURY

DEFENDANTS

CASE NO.
1:05CV02334
(RCL)

REQUEST FOR DISCLOSURE

PLAINTIFF BUESGENS WANTS TO KNOW WHETHER DEFENDANT'S OR THE COURT REQUEST OR

RECEIVED
MAR 8 – 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REQUIRE AN AFFIDAVIT FROM BOESGENS ON HIS FILINGS THAT BEGAN ON DECEMBER 5, 2005 AND CONTINUED TO MARCH 6, 2006.

RESPECTFULLY SUBMITTED

*Michael L. Boesgens*
MICHAEL L. BOESGENS
MARCH 6, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED PLAINTIFFS REQUEST FOR DISCLOSURE BY FIRST CLASS MAIL ON THIS 6TH DAY OF MARCH, 2006.

ADDRESSED TO:

2.

KAREN L. MELNIK
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
CIVIL DIVISION
555 4TH ST, NW
WASHINGTON, DC 20530


JULIE M. WILSON
ASSISTANT COUNSEL
NTEU
1750 H. ST. N.W.
WASHINGTON, DC 20006


*Michael L. Buesgens*
MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN TX 78745
PHONE: 512-447-7031


3