UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

PLAINTIFF

V.

|  | CASE NO. 1:05CV02334 (RCL) |

MARCIA H. COATES, et al
DIRECTOR
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT. OF TREASURY

DEFENDANTS

RECEIVED

MAR 8 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REQUEST FOR PRETRIAL
CONFERENCE

PLAINTIFF BUESGENS REQUESTS
AN APPOINTMENT WITH THE COURTS
PRO SE LEGAL CLERK.

AT THE COURTS CONVENIENCE
AND PRIOR TO MARCH 20, 2006.

THIS IS REQUESTED BECAUSE
SINCE DECEMBER 21, 2005
BUESGENS HAS BEEN SUBJECT
TO SEVERE STRESS AND ANXIETY
(BY REFERENCE SEE BUESGENS
MOTION FOR EXTENSION OF TIME)
THAT HAS AFFECTED HIS MINIMAL
ABILITY TO CARE FOR HIMSELF
AND TO ATTEND TO THE LEGAL
ISSUES BEFORE THE COURT.

RESPECTFULLY SUBMITTED

Michael L Buesgens
PRO SE
MICHAEL L. BUESGENS
MARCH 5, 2006

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE
SERVED PLAINTIFFS REQUEST
FOR APPOINTMENT WITH THE
COURT'S PRO SE LAW CLERK,
BY FIRST CLASS MAIL ON THIS
6TH DAY OF MARCH, 2006
ADDRESSED TO :

KAREN L. MELNIK
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
CIVIL DIVISION
555 4TH ST, N.W.
WASHINGTON, DC 20530

JULIE M. WILSON
ASSISTANT COUNSEL
NTEU
1750 H. ST, N.W.
WASHINGTON, DC 20006

3

*Michael L Buesgens*

MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN TX 78745
PHONE: 512-447-7031

4