UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

PLAINTIFF

V.

MARCIA H. COATES, et al
DIRECTOR
OFFICE OF EQUAL OPPORTUNITY
PROGRAM
U.S. DEPT OF TREASURY

DEFENDANTS

CASE NO.
1:05CV02334
(RCL)

ORDER

UPON CONSIDERATION OF THE MOTION FILED BY PLAINTIFF BUESGENS REQUESTING

<u>APPOINTMENT OF COUNSEL ON APPEAL TO THE DISTRICT COURT (MAILED 12/27/05)</u>, IT IS HEREBY

ORDERED THAT THE APPEAL OF APPOINTMENT OF COUNSEL IS GRANTED.

DATE:


UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
    PLAINTIFF

V.

MARCIA H. COATES, et al.
DIRECTOR
OFFICE OF EQUAL OPPORTUNITY
PROGRAM
U.S. DEPT. OF TREASURY

    DEFENDANTS

CASE NO.
1:05CV02334
(RCL)

## ORDER

UPON CONSIDERATION OF THE MOTION FILED BY PLAINTIFF BUESGENS (MAILED 12/10/05)

REQUESTING TO ADD PARTY PLAINTIFF (CLASS ACTION), IT IS HEREBY

ORDERED THAT PLAINTIFF'S CLASS ACTION IS GRANTED.

DATE:


UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

    PLAINTIFF

V.

MARCIA H. COATES, et al
DIRECTOR
OFFICE OF EQUAL OPPORTUNITY
PROGRAM
U.S. DEPT. OF TREASURY

    DEFENDANTS

CASE NO.
1:05CV02334
(RCL)

## ORDER

UPON CONSIDERATION OF THE MOTION FILED BY PLAINTIFF BUESGENS (MAILED 2/14/06)

REQUESTING TO ADD PARTY DEFENDANT (F.L.R.A), IT IS HEREBY

ORDERED THAT PLAINTIFFS MOTION BE GRANTED.

DATE:

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BOESGENS

　　　PLAINTIFF

　V.

MARCIA H. COATES, et al
DIRECTOR,
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT OF TREASURY
　　　DEFENDANTS

CASE NO.
1:05CV02334
(RCL)

ORDER

UPON CONSIDERATION OF THE
REQUEST FOR STIPULATION
BY PLAINTIFF BOESGENS
REQUESTING THE APPLICATION
OF SUBSTANTIVE LAW AND
(MAILED 3/3/06)

FULL DISCLOSURE, IT IS HEREBY

ORDERED THAT PLAINTIFFS REQUEST FOR STIPULATION IS GRANTED.


DATE:



UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESSGENS

PLAINTIFF

V.

MARCIA H. COATES, et al
DIRECTOR
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT. OF TREASURY

DEFENDANTS

CASE NO.
1:05CV02334
(RCL)

RECEIVED
MAR 8 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED PLAINTIFFS ORDERS TO ADD DEFENDANT, AND APPOINTMENT OF COUNSEL APPEAL, AND ADD PLAINTIFF (CLASS ACTION),

AND REQUEST FOR STIPULATION.
BY FIRST CLASS MAIL ON THIS
6TH DAY OF MARCH, 2006 ADDRESSED TO

KAREN L. MELNIK
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEYS OFFICE, CIVIL DIVISION
555 4TH ST N.W.
WASHINGTON, D.C. 20530

JULIE M. WILSON
ASSISTANT COUNSEL, NTEU
1750 H. ST, N.W.
WASHINGTON, DC 20006

*Michael L Buesgens*
MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TX 78745
PHONE: 512-447-7031