# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL L BUESGENS

   PLAINTIFF

V.

MARCIA H COATES, et al
DIRECTOR
OFFICE OF EQUAL
EMPLOYMENT PROGRAM
U.S. DEPT. OF TREASURY

   DEFENDANTS

CASE NO. 1:05CV02334 (RCL)

## MOTION FOR RECUSAL AND DISQUALIFICATION AND REASSIGNMENT OF JUDGE AND LAW CLERK.

RECEIVED

MAR 9 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO THE HONORABLE JUDGE ROYCE C. LAMBERT.

PRO SE REQUESTS YOUR REMOVAL FROM CASE NO. 1:05CV02334 FOR THE FOLLOWING REASONS:

1. BIAS

2. PREJUDICE

3. NO IMPARTIALITY

4. YOURS AND YOUR LAW CLERKS ACTIONS AND INACTIONS ON PRO SE MOTIONS IN THE PRETRIAL

5. THE TIMING OF YOUR ACTIONS AND INACTIONS ON PRO SE FILINGS

2

## ALLEGATIONS

1. A COLLUSION OF ACTIONS AND INACTIONS AND TIMING OF THESE AMONGST THE U.S. DISTRICT COURT OF COLUMBIA AND U.S. COURT OF APPEALS, FIFTH CIRCUIT AND U.S. DISTRICT COURT AUSTIN DIVISION, AUSTIN, TEXAS.

2. A COLLUSION AMONGST THE APEX DEFENDANTS AND JUDGE ROYCE C. LAMBERT AND HIS LAW CLERK.

3. A HOSTILE PRO SE ENVIRONMENT

4. CLEAR THE DOCKET MENTALITY

5. A PRESUMPTION THAT APEX DEFENDANTS ARE RIGHT, HONEST, FORTHCOMING AND BEYOND REPROACH.

6. A BIAS THAT ALLOWS APEX ATTORNEYS TO MISREPRESENT AND OMIT GENUINE MATERIAL FACTS WITH IMPUNITY.

7. AFFIDAVITS IN SUPPORT OF APEX DEFENDANTS TAKEN AT FACE VALUE.

8. PRO SE PLEADINGS THAT ARE AUTOMATICALLY DISCOUNTED.

9. A TOTAL ACCEPTANCE OF APEX PLEADINGS FROM U.S. ATTORNEYS BASED ON THE SELF SERVING REPRESENTATIONS OF APEX SERVANTS ON THEIR OWN PERSONAL MISSION.

RESPECTFULLY SUBMITTED

*Michael L. Boesgens*
MICHAEL L. BOESGENS

4

## CERTIFICATE OF CONFERENCE

PRO SE DID NOT CONTACT ANYONE.

## CERTIFICATE OF SERVICE

I, MICHAEL L. BUESGENS PLAINTIFF PRO SE DO HEREBY CERTIFY THAT ONE TRUE AND CORRECT COPY OF THIS MOTION FOR RECUSAL AND DISQUALIFICATION AND REASSIGNMENT OF JUDGE AND LAW CLERK HAS BEEN SERVED BY FIRST CLASS MAIL ON THIS THE 7TH DAY OF MARCH, 2006 ADDRESSED TO:

5

KAREN MELNICK
ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 4TH STREET, NW
WASHINGTON, DC 20530


JULIE M. WILSON
ASSISTANT COUNSEL
NTEU
1750 H STREET NW
WASHINGTON, DC 20006


*Michael L. Buesgens* (signature)
MICHAEL L. BUESGENS
PRO SE
500 E STASSNEY
APT. 1023
AUSTIN, TEXAS 78745
PHONE: 1-512-447-7031

6.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS,

    PLAINTIFF

V.

MARCIA H. COATES, etal
DIRECTOR
OFFICE OF EQUAL
EMPLOYMENT PROGRAM
U.S. DEPT. OF TREASURY

    DEFENDANTS

CASE NO.
1:05CV02334
(RCL)

## DECLARATION OF MICHAEL L. BUESGENS.

I, MICHAEL L BUESGENS, PRO SE, MAKE THE FOLLOWING DECLARATION IN LIEU OF AN AFFIDAVIT IN ACCORDANCE WITH 28 U.S.C. SECTION 1746.

I AM A FORMER EMPLOYEE OF THE DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, CUSTOMER SERVICE REPRESENTATIVE, AND NOW IN INVOLUTARY RETIREMENT. I HAVE HELD THIS POSITION SINCE MARCH 7, 2005 WHEN I WAS CONSTRUCTIVELY DISCHARGED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS, REASON, AND ALLEGATIONS MADE IN THIS MOTION FOR RECUSAL AND DISQUALIFICATION AND REASSIGNMENT OF JUDGE AND LAW CLERK IS BASED ON MY PERSONAL KNOWLEDGE AND IS TRUE AND CORRECT IN ACCORDANCE WITH 28 U.S.C. SECTION 1746.

*Michael L. Buesgens*
MICHAEL L. BUESGENS, PROSE
EXECUTED ON THIS 7TH DAY OF MARCH, 2006.

2.