UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

MICHAEL L. BUESGENS

            PLAINTIFF                    CIVIL ACTION
                                         NO.
        V.                               05-2334
                                         (RCL)

MARCIA H. COATES,
DIRECTOR,
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT OF TREASURY
et al.

            DEFENDANTS

SECOND MOTION BY PLAINTIFF
TO JOIN ADDITIONAL PARTY DEFENDANT

RECEIVED

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF RESPECTFULLY MOVES
THIS COURT TO ADD THE
OFFICE OF SPECIAL COUNSEL
(OSC) AS DEFENDANT IN THIS
MULTI DISTRICT LITIGATION.

PLAINTIFF INCORPORATES BY
REFERENCE THE STATUTORY PROVISIONS
CITED IN HIS FIRST MOTION TO
ADD DEFENDANT FEDERAL LABOR
RELATIONS AUTHORITY (F.L.R.A.)
THAT WAS DOCKETED ON FEBRUARY
16, 2006 ALONG WITH SUPPLEMENTAL
COMPLAINT.

BACKGROUND

BUESGENS FILED A COMPLAINT
WITH OSC ON AUGUST 9, 2005.

2

OSC
JAMES BOOKER,
INVESTIGATOR
1730 M. STREET, N.W.
SUITE 218
WASHINGTON, D.C. 20036-4505

BUESGENS SENT NUMEROUS
CORRESPONDENCE TO OSC IN
WASHINGTON D.C. FROM AUGUST
THROUGH DECEMBER 2005
DETAILING HIS COMPLAINT OF:

2. PROHIBITED PERSONNEL ACTIONS
VIOLATIONS OF THE FREEDOM
OF INFORMATION ACT (FOIA)
THAT OCCURRED IN 2005 BY
TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION
(TIGTA) (A DEFENDANT IN
THIS CIVIL ACTION BEFORE
THE COURT).
AND

3

FOIA VIOLATIONS BY THE INTERNAL REVENUE SERVICE AND THE DEPARTMENT OF TREASURY.

3   A COMPLAINT AGAINST THE TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION (TIGTA) BECAUSE OF THEIR RETALIATORY AND HARASSING INVESTIGATION OF BUESGENS BASED ON EEO EMPLOYEES MELINDA ESTRADA AND ANGELIA GOODEN DOYLE FALSE ACCUSATIONS AGAINST BUESGENS.

FURTHERMORE TIGTA FAILED TO INVESTIGATE MELINDA ESTRADA AND ANGELIA GOODEN DOYLE AS TO THEIR CREDIBILITY PRIOR TO INITIATING THIS INVESTIGATION OF BUESGENS THAT SEVERELY AGGRAVATED HIS BIPOLAR DISEASE.

4

TIGTA AND INTERNAL REVENUE
SERVICE AND DEPARTMENT OF
TREASURY REFUSAL TO PROVIDE
DUESGENS THE INFORMATION
REQUESTED UNDER THE FOIA
HAS SEVERELY AFFECTED HIS
ABILITY TO PRESENT ALL
THE EVIDENCE THAT IS AVAILABLE
FOR      HIS CLAIM IN
U.S. DISTRICT COURT.


O.S.C. IN COLLUSION
WITH TIGTA REFUSED
AND FAILED TO INVESTIGATE
DUESGENS COMPLAINT FILED
WITH THE OSC ON AUGUST
9, 2005 AND TERMINATED WITH
EXTREME PREJUDICE IN DECEMBER,
2005.

WHAT COURT OR AGENCY
CAN AND WILL HOLD OSC
AND TIGTA ACCOUNTABLE
FOR THEIR ORGANIZATIONAL
MISCONDUCT, CONDONED BY
THE APEX?? NO ONE.

## SUMMARY

ALL OF THIS INFORMATION IS
AVAILABLE AT THE OFFICE
OF SPECIAL COUNSEL (OSC)
IN WASHINGTON D.C. AND
IT HAS BEEN AND WILL
CONTINUE TO BE IGNORED
AND OMITTED BY EVERYONE.

6

## CONCLUSION

SO WHY DOES BUESGENS
HAVE ALL THESE DEFENDANTS?

WHY IS BUESGENS MAKING
CLAIMS AGAINST THE APEX?

WHY IS BUESGENS IN U.S.
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA?


BECAUSE THE LEGAL AND
AGENCY SYSTEM IGNORES ANY
RESPONSIBILITY BY THOSE WHO
CREATE AND PERPETUATE A
CLIMATE OF ORGANIZATIONAL
MISCONDUCT.

SENIOR MANAGEMENT PLAYS AN
IMPORTANT ROLE IN SHAPING
AGENT CONDUCT.


RESPECTFULLY SUBMITTED

*Michael L Buesgens*
PRO SE
MICHAEL L. BUESGENS
MARCH 14, 2006


CERTIFICATE OF CONFERENCE

BUESGENS AND PRO SE HAVE NOT
CONTACTED ANYONE FOR ALL
THE OBVIOUS REASONS.

8

# CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE
AND CORRECT COPY OF PLAINTIFFS
SECOND MOTION TO ADD DEFENDANT
OFFICE OF SPECIAL COUNSEL (OSC)
HAS BEEN SERVED BY FIRST
CLASS MAIL ON THIS 14TH DAY
OF MARCH, 2006 ADDRESSED TO

KAREN L. MELNIK
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
CIVIL DIVISION
555 4TH ST, N.W.
ROOM E 411½
WASHINGTON, D.C. 20530

9

JULIE M. WILSON
ASSISTANT COUNSEL
NTEU
1750 H. ST, NW
WASHINGTON, D.C. 20006

*Michael Buesgens*
PRO SE
MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TX 78745
PHONE: 512-447-7051

10

## QUESTIONS TO DEFENDANTS

1. WHERE IS MARCIA H. COATES THE PRIMARY TORTFEASOR THAT INSPIRED THIS CIVIL ACTION IN U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.?

VICTOR REYES DALLAS, TEXAS TOLD BUESGENS THAT SHE NO LONGER WORKS FOR THE DEPARTMENT OF TREASURY.

2. FOR CARI DOMINGUES EEOC

WILL YOU GET RID OF EEOC INVESTIGATOR FRANK ZAMARRIPA HOUSTON, TEXAS AT 713-209-3366 CHARGE NO. 360-2006-00307?

OTHERWISE THE COURT DOCKET WILL BE JAMMED WITH YET ANOTHER MESS.

11

**3**    FOR COLLEEN KELLEY
NTEU - APEX

WHERE IS GENERAL COUNSEL
BARBARA A. ATKIN ?

WHAT DID BARBARA A. ATKIN
DO WITH ALL THAT GARBAGE
I SENT HER IN 2005 ?

WILL YOU REIMBURSE BUESGENS
FOR HIS ENORMOUS POSTAGE
BILLS OR WILL YOU CHARGE
HIM FOR NUISANCE AND
STORAGE ?

WHY ISN'T BARBARA A. ATKIN
REPRESENTING NTEU IN THIS
MESS SHE CREATED ?

Michael Buesgens
MICHAEL L. BUESGENS
PLAINTIFF

12