UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

    PLAINTIFF

  V.

MARCIA H. COATES,
DIRECTOR,
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT. OF TREASURY,
et al.

    DEFENDANTS.

CIVIL ACTION
NO.
05-2334
(RCL)

PLAINTIFFS MOTION FOR SUMMARY JUDGEMENT

AND

RECEIVED
MAR 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>PLAINTIFFS RESPONSE TO
DEFENDANTS MOTION TO DISMISS
OR FOR TRANSFER OF VENUE.</u>

<u>AND</u>

<u>PLAINTIFFS CLAIM OF FRAUDULENT
CONCEALMENT BY DEFENDANTS</u>

PLAINTIFF RESPECTFULLY MOVE FOR SUMMARY JUDGMENT BECAUSE HE HAS PRESENTED TO THIS COURT GENUINE FACTS OF DISCRIMINATION AND RETALIATION BY APEX SERVANTS AND THAT APEX WAS AND IS AWARE OF THIS AND TOOK NO ACTION TO MITIGATE DAMAGES. IN FACT APEX CONDONED AND ENCOURAGED THIS MALICIOUS AND INTENTIONAL CONDUCT, PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 12.</u>

2

FURTHERMORE PLAINTIFF HAS PRESENTED TO APEX DEFENDANTS COMPLETE RECORDS THROUGHOUT 2005 AND NEVER RECEIVED ANY INTEREST FROM APEX IN A DIALOGUE OR RESOLUTION TO THIS UNLAWFUL, SYSTEMIC CONDUCT.

PLAINTIFF HAS PRESENTED CLAIMS AND RECORDS TO THIS COURT, AND APEX DEFENDANTS FILED A MOTION TO DISMISS OR FOR TRANSFER OF VENUE AND ATTACHED SELECTIVE <u>DOCUMENTS</u> FROM HIS CLAIM TO SUPPORT THIS MOTION, HOPING THE COURT WILL NOT NOTICE THIS.

MOREOVER PLAINTIFF IS MAKING A CLAIM OF <u>FRAUDULENT CONCEALMENT</u> OF DISCOVERY BY APEX DEFENDANTS.

<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37</u> PLAINTIFF REQUESTS COMPLETE DISCLOSURE AND SANCTIONS AGAINST APEX DEFENDANTS FOR THEIR FAILURE TO DISCLOSE.

DEFENDANTS SHOULD TAKE NOTICE THAT TO THE EXTENT THAT THIS MOTION IS TREATED AS ONE FOR SUMMARY JUDGMENT ANY FACTUAL ASSERTIONS CONTAINED IN THE ATTACHED MEMORANDUM IN SUPPORT OF THIS MOTION AND SUPPORTING EXHIBITS WILL BE ACCEPTED BY THE COURT AS TRUE UNLESS DEFENDANTS SUBMIT THEIR OWN AFFIDAVIT <u>(NOT SALYARDS)</u> OR OTHER DOCUMENTARY EVIDENCE CONTRADICTING

4

THE ASSERTIONS THEREIN. SEE <u>NEAL V. KELLY</u>, 963 F. 2d 453 (D.C. Cir. 1992).

<u>CONCLUSION</u>

<u>DEFENDANTS SELECTED EXHIBITS</u> ARE BUT ANOTHER IN A SERIES OF DISCRIMINATORY AND RETALIATORY FAILURES TO DISCLOSE THAT BEGAN IN 2002 AND CONTINUE INTO PERPETUITY.

RESPECTFULLY SUBMITTED

*Michael L. Buesgens*, 512-447-7031
PRO SE
MICHAEL L. BUESGENS
500 E STASSNEY
APT. 1023
AUSTIN, TX 78745

5