

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

OCT 2 4 2005

MICHAEL L BUESGENS
500 E STASSNEY APT 1023
AUSTIN TX 78745

Dear Mr. Buesgens:

This letter is in response to your Freedom of Information Act request dated September 26, 2005, which was received in this office on September 29, 2005.

Regarding your request for vacancy announcements in the Austin, Texas commuting area for grade 5/6/7/8 positions for 2003, our office provided a response to you with letters dated July 26, 2005, and September 22, 2005. This is our final response. Additional requests for the same information will not be responded to.

For further information, please contact me at 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case number 09-2006-00006.

Sincerely,

*Paula K. Ward*

Paula K. Ward
18-03230
Disclosure Specialist
Austin Campus



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

JAN 1 2 2005

MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745

Dear Mr. Buesgens:

This letter is in response to your Freedom of Information Act (FOIA) requests dated December 28 and 30, 2004 which were received in my office January 4 and 6, 2005.

We cannot honor your requests as FOIAs because they do not meet the requirements of the Act. The Freedom of Information Act provides for access by the public to records maintained by the Federal Government. In order for us to process your requests, you must establish your identity and right to the records you requested, and specify exactly what records you wish to receive by year. Requirements that must be considered to constitute a valid FOIA request are:

1. Proof of identity of the person to whom the records belong must be provided:

    a. By signature, address, and one other form of identification such as a photocopy of a driver's license or other document bearing the individual's signature, or
    b. By presenting an original notarized statement swearing or affirming to his or her identity, or
    c. A sworn statement as to the identity, under penalty of perjury, is acceptable in lieu of a notarized statement. The sworn statement must meet the requirements of 28 U.S.C. § 1746. In order to meet these requirements, the sworn statement must include the following language: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on [Date]."

2. A firm commitment to pay search and copy fees must be made (search fees are $17.00 for each hour or fraction thereof and copy fees are $0.20 per page).

3. Third party requests require a valid Power of Attorney, and an attestation as to the status of the requester.

-2-

Michael E. Buesgens

Additionally, TIGTA records must be requested from TIGTA. Your perfected request should be sent to:

> TIGTA
> Office of Chief Counsel
> IG:CC:Disclosure
> Room 700
> 1125 15th Street NW
> Washington, D.C. 20005

For further information, please contact John Rodriguez, Disclosure Specialist, ID number 18-00422, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case numbers 18-2005-00780 and 18-2005-00795.

Sincerely,

*Patricia J. Williams*
Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

DEC 2 8 2004

HUMAN CAPITAL OFFICE

Michael L. Buesgens
500 E. Stassney Lane, Apt. 1023
Austin, TX 78745

CERTIFIED MAIL (Also Regular Mail)
RETURN RECEIPT REQUESTED

Dear Mr. Buesgens:

I received your written request dated December 28, 2004. You requested "a complete record of statements and issues that are on file and the TIGTA report." You further specified that you do not want documents related to your current conduct issue, but rather information regarding previous conduct issues.

On November 30, 2004, you were provided material relied upon by management in connection with a proposed disciplinary action. If you believe other information and/or documents exist and are requesting that information and/or document you must file a request under the Freedom of Information Act (FOIA) through the Disclosure Office. The Disclosure Officer is Stephanie Young and she may be reached at (512) 460-4433.

Sincerely,

Tony M. Judd
Chief, Labor Relations Section