**Internal Revenue Service**  
Campus Appeals Office  
M/S 55201  
5045 E. Butler  
Fresno, CA 93727-5136

**Department of the Treasury**

**Person to Contact:**  
  Alexis Lindauer  
  Employee ID Number: 78-00036  
  Tel: 559-452-3040  
  Fax: (559) 452-3266  

Date: October 13, 2005

**Refer Reply to:**  
  AP:CO:FRC:AGL  
**In Re:**  
  Freedom of Information Act  
**Tax Period(s) Ended:**

MICHAEL L BUESGENS  
500 E STASSNEY APT 1023  
AUSTIN TX 78745

Michael L Buesgens:

This letter is our acknowledgement that on September 29, 2005 we received your Freedom of Information Act (FOIA) administrative appeal, dated September 25, 2005. We are required to complete our consideration of your appeal within 20 business days after the date we receive your appeal. If we are unable to complete your case in that time frame, you may seek judicial review by properly filing suit in the United States District Court in the district where you live or work, where your records are located or in the District of Columbia. The rules for filing such suit are set forth in Federal Rule of Civil Procedure 4(i).

It may take several weeks to retrieve the pertinent documents from the Disclosure Office. We will then complete our review and notify you in writing of our decision and of any judicial remedies that may be available to you. We apologize for any delay in responding to your request.

If you decide to file suit with the Court while we are considering your case, please advise this office in writing of your action. Once notified, we will terminate our consideration of your FOIA appeal and transfer jurisdiction to the Court.

In the interim, if you have any questions concerning the status of your appeal, please contact the Appeals Officer whose name and telephone number are listed above.

Sincerely,

*Marge Field* by

Marge Field  
Appeals Team Manager

**Internal Revenue Service**  
Campus Appeals Office  
M/S 55201  
5045 E. Butler  
Fresno, CA 93727-5136  

**Department of the Treasury**

**Person to Contact:**  
Alexis Lindauer  
Employee ID Number: 78-00036  
Tel: 559-452-3040  
Fax: (559) 452-3266  

Date: October 12, 2005

**Refer Reply to:**  
AP:CO:FRC:AGL  

**In Re:**  
Freedom of Information Act  

MICHAEL L BUESGENS  
500 E STASSNEY APT 1023  
AUSTIN TX 78745  

**Tax Period(s) Ended:**

Michael L Buesgens:

This letter is our acknowledgement that on September 19, 2005 we received your Freedom of Information Act (FOIA) administrative appeal, dated September 13, 2005. We are required to complete our consideration of your appeal within 20 business days after the date we receive your appeal. If we are unable to complete your case in that time frame, you may seek judicial review by properly filing suit in the United States District Court in the district where you live or work, where your records are located or in the District of Columbia. The rules for filing such suit are set forth in Federal Rule of Civil Procedure 4(i).

It may take several weeks to retrieve the pertinent documents from the Disclosure Office. We will then complete our review and notify you in writing of our decision and of any judicial remedies that may be available to you. We apologize for any delay in responding to your request.

If you decide to file suit with the Court while we are considering your case, please advise this office in writing of your action. Once notified, we will terminate our consideration of your FOIA appeal and transfer jurisdiction to the Court.

In the interim, if you have any questions concerning the status of your appeal, please contact the Appeals Officer whose name and telephone number are listed above.

Sincerely,

*Marge Field* by

Marge Field  
Appeals Team Manager

**Internal Revenue Service**  
Campus Appeals Office  
M/S 55201  
5045 E. Butler  
Fresno, CA 93727-5136  

Date: October 12, 2005  

MICHAEL L BUESGENS  
500 E STASSNEY APT 1023  
AUSTIN TX 78745  

**Department of the Treasury**

**Person to Contact:**  
Alexis Lindauer  
Employee ID Number: 78-00036  
Tel:  559-452-3040  
Fax: (559) 452- 3266  
**Refer Reply to:**  
AP:CO:FRC:AGL  
**In Re:**  
Freedom of Information Act  
**Tax Period(s) Ended:**

Michael L Buesgens:

This letter is our acknowledgement that on October 5, 2005 we received your Freedom of Information Act (FOIA) administrative appeal, dated September 28, 2005. We are required to complete our consideration of your appeal within 20 business days after the date we receive your appeal. If we are unable to complete your case in that time frame, you may seek judicial review by properly filing suit in the United States District Court in the district where you live or work, where your records are located or in the District of Columbia. The rules for filing such suit are set forth in Federal Rule of Civil Procedure 4(i).

It may take several weeks to retrieve the pertinent documents from the Disclosure Office. We will then complete our review and notify you in writing of our decision and of any judicial remedies that may be available to you. We apologize for any delay in responding to your request.

If you decide to file suit with the Court while we are considering your case, please advise this office in writing of your action. Once notified, we will terminate our consideration of your FOIA appeal and transfer jurisdiction to the Court.

In the interim, if you have any questions concerning the status of your appeal, please contact the Appeals Officer whose name and telephone number are listed above.

Sincerely,

*Marge Field by*

Marge Field  
Appeals Team Manager

# Information on a TIGTA Determination to Withhold Records Exempt From The Freedom of Information Act – 5 U.S.C. § 552

## Appeal Rights

You may file an appeal with the Treasury Inspector General for Tax Administration (TIGTA) within 35 days after we (1) determine to withhold records, (2) determine that no records exist, or (3) deny a fee waiver or a favorable fee category. If some records are released at a later date, you may file within 35 days after the date the last records were released.

The appeal must be in writing, must be signed by you, and must contain the following information:

> your name and address
> description of the requested records
> date of the request (and a copy, if possible)
> date of the letter denying the request (and a copy, if possible).

Mail your appeal to:    Freedom of Information Appeal
Treasury IG for Tax Administration
Attn: IG:CC    Room 700A
1125 – 15th Street, NW
Washington, DC   20005

## Judicial Review

If we deny your appeal, or if we do not send you a reply within 20 days (not counting Saturdays, Sundays, or legal public holidays) after the date we receive the appeal, you may file a complaint with the U.S. District Court in the district where (1) you reside, (2) your principal place of business is located, or (3) the records are located. You may also file in the District Court for the District of Columbia.

The court will treat your complaint according to the Federal Rules of Civil Procedure (F.R.C.P.). Service of process is governed by Rule 4(d)(4) and (5), which requires that a copy of the summons and complaint be (1) personally served on the United State Attorney for the district in which the lawsuit is brought; (2) sent by registered or certified mail to the Attorney General of the United States at Washington, C.C.; and (3) sent by registered or certified mail to the Treasury Inspector General for Tax Administration, Attn: IG:CC, Room 700A, 1125 – 15th Street, NW, Washington, D.C. 20005.

In such a court case, the burden is on the Treasury Inspector General for Tax Administration to justify withholding the requested records, determining that no records exist, or denying a fee waiver or a favorable fee category. The court may assess against the United States reasonable attorney fees and other litigation costs incurred by the person who takes the case to court and who substantially prevails. You will have substantially prevailed if the court determines, among other factors, that you had to file the lawsuit to obtain the records you requested and that the Treasury Inspector General for Tax Administration had no reasonable grounds to withhold the records. See Internal Revenue Service Regulations 26 CFR 601.702 for further details.

## Exemptions

The Freedom of Information Act, 5 U.S.C. § 552, does not apply to matters that are –

(b)(1)  (A) specifically authorized under criteria established by an Executive Order to be kept secret in the interest of national defense or foreign policy and

 (B) are, in fact, properly classified under such an Executive Order;