5427
5292
5230

NOVEMBER 19, 2005

EEOC SYSTEM RECORDS REQUEST

67 FR 49338-01

DIRECTOR, OFFICE OF FEDERAL OPERATIONS
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON, DC 20507

EEOC CASE NO. 360-2003-08286X

AGENCY NOS.    03-2024
               03-2339
               03-2446

DEPARTMENT OF TREASURY

INTERNAL REVENUE SERVICE

THIS IS AN ASAP REQUEST

FROM:    MICHAEL L. BUESGENS ✓
         500 E. STASSNEY
         APT 1023
         AUSTIN, TX 78745
         512-447-7031

I REQUEST THE FOLLOWING ✓
EEOC SYSTEM OF RECORDS:

1  EEOC-5 ✓
   CORRESPONDENCE AND COMMUNICATION

2  EEOC-3 ✓
   TITLE VII, REHABILITATION ACT
   AND AMERICANS WITH DISABILITES
   CASE FILES

3  EEOC/GOVT-1 ✓
   EEO IN THE FEDERAL GOVERNMENT COMPLAINT
   AND APPEAL RECORDS

## THE SPECIFIC REQUEST IS THE FOLLOWING DOCUMENTS

## COPIES OF: ✓

1. DISCOVERY AND NOTICE OF RIGHT
2. DEPOSITIONS
3. INTERROGATORIES
4. MOTIONS FILED
5. SUMMARY JUDGMENT REQUESTS
6. STIPULATIONS
7. REQUESTS FOR ADMISSIONS
8. REQUESTS FOR THE PRODUCTION OF DOCUMENTS
9. WHAT INFORMAL METHODS OF DISCOVERY WERE EMPLOYED
10. EXCHANGE OF REQUESTS BETWEEN PARTIES
11. RESPONSES TO DISCOVERY REQUESTS
12. ADMINISTRATIVE JUDGE POWELL ORDERS TO COMPLY.

13. COST OF DISCOVERY TO THE PARTIES

14. COMPLAINTS OF INADEQUATE RECORDS.

15. ADMINISTRATIVE JUDGE POWELL REVIEW AND DETERMINATION AS TO WHETHER ADDITIONAL DOCUMENTATION is REQUIRED

16. JUDGE POWELL's DETERMINATION THAT THE INVESTIGATION WAS INADEQUATE AND WHAT THE FAILURE WAS.

17. A RECORD OF COMMENTS THAT WERE MADE BY JUDGE POWELL OFF THE RECORD DURING THE DECEMBER 16 2003 EEOC ADMINISTRATIVE HEARING DONE BY TELEPHONE FROM SAN ANTONIO TO AUSTIN, TEXAS.

**18.** NTEU (NATIONAL TREASURY EMPLOYEES UNION CHAPTER 247 STEWARD RUSSELL BOKELMANS REQUEST FOR OFFICIAL TIME FOR COMPLAINANT MICHAEL L. BUESGENS.

**19.** JUDGE POWELL'S STATEMENT THAT HE DIDN'T CARE IF SEASONAL EMPLOYEE MICHAEL L. BUESGENS WAS IN FURLOUGH STATUS DURING THE HEARING AND THE PREPARATION TIME PRECEDING THE HEARING.

**20.** A RECORD OF TREASURY ATTORNEY MICHAEL SALYARDS COMMUNICATION WITH JUDGE POWELL AND RUSSELL BOKELMAN BEFORE, DURING AND AFTER THE HEARING.

21. COPIES OF THE NUMEROUS FAXES MICHAEL L. BUESGENS SENT TO JUDGE POWELL.

22. A COPY OF JUDGE POWELL'S RESPONSE TO THIS.

23. A COPY OF RUSSELL BOKELMANS AMENDED COMPLAINT SUBMITTED BY FAX THE MORNING OF DECEMBER 16, 2003.

24. A RECORD OF COMMUNICATIONS AND NEGOTIATIONS CONDUCTED BY RUSSELL BOKELMAN AND MICHAEL SALYARDS PRIOR TO THE HEARING

25. A RECORD OF JUDGE POWELL'S RESPONSE TO THIS NEGOTIATION.

26. COPIES OF MICHAEL L. BUESGENS REQUESTS TO EEOC — OFO FOR APPEAL AND RECONSIDERATION.

27. A COPY OF MICHAEL L BUESGENS REQUEST FOR AN EXTENSION OF TIME, BECAUSE HE WAS ILL.

28. A COPY OF EEOC-OFO RESPONSES TO MY MICHAEL L. BUESGENS REQUESTS FOR ACKNOWLEGMENT OF APPEAL AND EXTENSION OF TIME REQUEST. ✓

I AM NOT REQUESTING A VERBATIM TRANSCRIPT OF THE HEARING. ✓

I MADE A SIMILAR REQUEST ✔
TO THE EEOC REGIONAL
OFFICE SAN ANTONIO, TEXAS
AND RECEIVED A LETTER DATED
OCTOBER 18, 2005 FROM EEOC ✔
REGIONAL ATTORNEY ROBERT B. ✔
HARWIN.

SEE EXHIBIT

*Michael L Boesgens* ✔
November 19, 2005

MICHAEL L. BOESGENS

## INTERESTED PERSONS

1. UNITED STATES COURT OF APPEALS 5TH CIRCUIT

2. UNITED STATES DISTRICT COURT AUSTIN, TEXAS

3. EEOC SUPERVISORY ADMINISTRATIVE JUDGE KATYE OUDERSTADT

4. EEOC ADMINISTRATIVE JUDGE ROBERT E. POWELL

5. NTEU DEPUTY GENERAL COUNSEL BARBARA A. ATKIN ✓

6. UNITED STATES SENATOR KAY BAILEY HUTCHINSON


*Michael R. Gregons*

## CERTIFICATE OF SERVICE

I, MICHAEL L. BUESGENS DO
HEREBY CERTIFY THAT A TRUE
AND CORRECT COPY OF THE
FOREGOING LETTER AND EXHIBIT
HAS BEEN SERVED BY PLACING
SAME IN THE UNITED STATES MAIL
CERTIFIED RETURN RECEIPT REQUESTED
POSTAGE PREPAID ON THIS THE 21ST
DAY OF NOVEMBER, 2005 ADDRESSED
TO:

DIRECTOR
OFFICE OF FEDERAL OPERATIONS
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
ROOM 10402
1801 L. ST, NW
WASHINGTON, DC
                    20507

2. ROBERT B. HARWIN, EEOC
REGIONAL ATTORNEY
5410 FREDRICKSBURG ROAD
SUITE 200
SAN ANTONIO, TX 78229-3555

3. ELIZABETH P. CALDWELL
EQUAL EMPLOYMENT SPECIALIST
COMPLIANCE AND CONTROL DIVISION
OFFICE OF FEDERAL OPERATIONS
P.O. BOX 19848
WASHINGTON, DC 20036

MICHAEL L. BUESGENS