

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20020

Michael Buesgens
500 E. Stassney, Apt. 1023          JUN 1 5 2005
Austin, TX 78745

                                    Complaint of Michael Buesgens and
                                    John W. Snow, Secretary of the
                                    Treasury
                                    TD 05-2291S

Dear. Mr. Buesgens:

By letter dated May 23, 2005, the Treasury Complaint Mega Center (TCMC) responded to your May 9, 2005 letter in which you asserted that Equal Opportunity Specialist Cheryl Vuilleumier was unprofessional during the processing of your EEO complaint. You were informed that Ms. Villeumier would continue as the Specialist on your complaint but that your complaint about the processing of your complaint, a "Spin-off" complaint, would be referred to the Office of Equal Opportunity and Diversity for processing pursuant to Section 1614.107(a)(8). This matter has been assigned TD No. 05-2291S.

In your letter you claim Ms. Vuilleumier requested medical information but refused to provide you with a letter explaining the specific medical information required or tell you where to send the sensitive medical information. You also claim that she became angry and threatening and told you "she was not going to play games," and that if you did not comply within 15 days your case would be closed.

By copy of this letter, we are asking the Director of the Complaint Center to have Ms. Vuilleumier provide a statement concerning your allegations, within 20 days of receipt of this letter.

We will inform you of our determination on this matter at the earliest practicable date.

                                    Sincerely,

                                    Mariam G. Harvey
                                    Mariam G. Harvey
                                    Director
                                    Office of Equal Opportunity and Diversity

cc: James C. Parker, Operations Director, TCMC  Via e-mail
Victoria Bridge, Secretary to the Director, TMCC  Via e-mail



# DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

DATE: AUG 11 2005

TO: Director
Office of Equal Opportunity and Diversity
Washington, D.C.

FROM: *for* 
Operations Director
Treasury Complaint Mega-Center
Treasury Complaint Mega-Center – Dallas
AWSS EEO & Diversity Field Services
4050 Alpha Road, MS 1010 MSRO
Dallas, TX 75244-4203

SUBJECT: Complaint Michael L. Buesgens and
John W. Snow, Secretary of the Treasury

In accordance with Section IV. D (1) of the Management Directive (MD-110) as amended, we are referring the referenced matter to you. The matter is referred because the Complainant alleges dissatisfaction with the processing of his pending EEO complaint. Specifically he complains that he suffered economic and psychological injury through the negligence of Treasury Department EEO employees, who acted with deliberate indifference to his rights and subjected him to substandard treatment.

If there is any other way we may be of assistance in this matter, please call me.

Attachment: copy of Compliant

cc: Michael L. Buesgens