NOVEMBER 6, 2005 ✓

TO:

1. ELIZABETH P. CALDWELL, EQUAL ✓
EMPLOYMENT SPECIALIST
COMPLIANCE AND CONTROL
DIVISION
   OFFICE OF FEDERAL OPERATIONS
   P.O. BOX 19848
   WASHINGTON, DC 20036

I, MICHAEL L. BUESGENS ✓
   500 E. STASSNEY
      APT 1023
   AUSTIN, TX 78745
   512-447-7031

DO HEREBY CERTIFY THAT A TRUE
AND CORRECT COPY OF THE FOLLOWING
LETTER AND ATTACHMENTS HAS BEEN
SERVED BY PLACING SAME IN THE
UNITED STATES MAIL, CERTIFIED RETURN RECEIPT
REQUESTED POSTAGE PAID ON THIS THE
7TH DAY OF NOVEMBER, 2005

TA. 05-2291 S

ADDRESSED TO THE FOREGOING
ELIZABETH P. CALDWELL.

Michael Buengas
November 7, 2005

AND TO:

2.
U. S. SENATOR KAY BAILEY HUTCHINSON
    961 FEDERAL BUILDING
    300 EAST 8TH STREET
    AUSTIN, TEXAS   78701

TO ELIZABETH CALDWELL   EEOC-OFO

NOVEMBER 8, 2005 ✓

1.   TA CASE NUMBER: 05-2291 ✓
2.   TA CASE NUMBER: 05-2291S ✓

1   HERE IS SOME OF THE MENTAL
ABUSE THAT I HAVE BEEN SUBJECT
TO.

2.   IN JULY THROUGH SEPTEMBER 2005
I SENT OTHER ABUSE OF PROCESS
INFORMATION.

MICHAEL L. BUESGENS ✓
500 E. STASSNEY
APT 1023
AUSTIN TX 78745
512-447-7051

Michael L Buesgens

NOVEMBER 7, 2005 ✔

I.D. NO. 05-2291 S ✔

THIS IS A CLAIM OF
VICARIOUS EMPLOYER LIABILITY
FOR UNLAWFUL HARASSMENT
BY EEO SUPERVISORS
IN THE OFFICIAL PERFORMANCE
OF THEIR DUTIES
                    AGAINST

DEPARTMENT OF TREASURY
"IN HOUSE" EEO OFFICIALS

SEE EEOC ENFORCEMENT
GUIDANCE

T.D. No. 05-2291 S

# NO FEAR ACT (2002)

THE PROVISIONS OF THIS ACT ENHANCE THE Accountability OF EEO MANAGEMENT AND ADDRESS THE CAUSES OF AND REMEDIES FOR WORKPLACE CONFLICT THAT CAN GIVE RISE TO Discrimination AND RETALIATION Complaints

## T. O. NO. 05-2291S

# CLASS ACTION

## SEE EXHIBIT 1.

1. EQUAL OPPORTUNITY ACT OF 1972

2. TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

3. REHABILITATION ACT OF 1973

4. CIVIL SERVICE REFORM ACT 1978

5. EXECUTIVE ORDER 13163 AND 13164.

6. EEOC ISSUES REGULATIONS DIRECTIVES, AND GUIDANCE, AND IS RESPONSIBLE FOR ENFORCEMENT OF ITS REGULATIONS AGAINST FEDERAL AGENCIES

NOVEMBER 6 2005 ✓

ELIZABETH P. CALDWELL, EQUAL
EMPLOYMENT SPECIALIST
COMPLIANCE AND CONTROL DIVISION
OFFICE OF FEDERAL OPERATIONS
        P.O. BOX 19848
    WASHINGTON, D.C. 20036

DEAR MISS CALDWELL:

THIS IS IN REFERENCE TO YOUR
LETTER DATED NOVEMBER 1, 2005
AND THE RETURN OF MY LETTER
DATED SEPTEMBER 23, 2005 (THE
ORIGINAL NOT A COPY)

I D NO. 05-2291 S
A 2005 FORMAL EEO COMPLAINT
WITH DEPARTMENT OF TREASURY
"IN HOUSE" EEO    (NOT PROCESSED)

T. D. NO. 05-2291.5

FROM THE TONE OF YOUR LETTER
AND THE RETURN OF MY ORIGINAL
LETTER DATED SEPTEMBER 23, 2005
FOLLOWUP INQUIRY TO MY ORIGINAL
COMPLAINT FILED WITH YOUR OFFICE
ON JULY 31, 2005

IT APPEARS THAT YOU
HAVE NO INTEREST OR OBLIGATION
IN ENFORCING EEOC REGULATIONS
AGAINST THE DEPARTMENT OF
TREASURY "IN HOUSE" EEO OFFICE

MISS CALDWELL STATES THAT:

1. IT APPEARS THAT THIS MATTER
IS NOT PROPERLY BEFORE THE
OFFICE OF FEDERAL OPERATIONS
(OFO)

<u>I. D. No 05-2291 S</u>

I DISAGREE.

---

**2.** I DO NOT BELIEVE THAT YOU HAVE READ THE SIGNIFCANT CORRESPONDENCE THAT I SENT THE O F O SINCE JULY 31, 2005.

---

**3.** WHAT DO YOU THINK THE SUBJECT MATTER IS ?

---

**4.** YOUR LETTER DOES NOT MENTION ANYTHING ABOUT THE SEVERE ABUSE I HAVE BEEN SUBJECTED TO IN MY 2005 FORMAL EEO COMPLAINT BY DEPARTMENT OF TREASURY "IN HOUSE" EEO OFFICIALS.

WHY NOT ?

---

T.D. NO. 05-2291S

**5.** MISS CALDWELL AND OFO HAS MADE NO INQUIRY WITH ME ON THE SUBJECT MATTER.

**6.** MISS CALDWELL LETTER DATED NOVEMBER 1, 2005 IS THE FIRST CONTACT I RECEIVED AND SHE DOES NOT ADDRESS THE ISSUES I HAVE PRESENTED

SUBSTANTIAL LOSS OF DUE PROCESS RIGHTS IN THE DEPARTMENT OF TREASURY "IN HOUSE" EEO PROCESSING OF MY COMPLAINT.

**7.** MISS CALDWELL CLAIMS IT APPEARS THAT

THAT STATEMENT IS WORSE THAN UNHELPFUL IT ACTUALLY MAKES IT LOOK LIKE MISS CALDWELL MIGHT KNOW THE ISSUES

# T. D. No. 05-2291 S

**8.** MISS CALDWELL CITES 29 C.F.R. PART 1614, BUT NO SECTION AND THE EEOC WEBSITE

NONE OF THIS IS HELPFUL TO MY SUBJECT MATTER.

---

**9.** MISS CALDWELL DOES NOT PUT A PHONE NUMBER ON HER LETTER DATED NOVEMBER 1, 2005.

MISS CALDWELL DOES NOT WANT TO CLARIFY THE ISSUES AND DOES NOT WANT TO BE BOTHERED WITH EEOC RESPONSIBILITY

## T.D. NO. 05-2291 S

10. MY PRE-COMPLAINT WAS FILED IN JANUARY 2005 AND MY FORMAL COMPLAINT WAS FILED IN MARCH, 2005.

IT IS NOW NOVEMBER 6, 2005 AND DEPARTMENT OF TREASURY "IN HOUSE" EEO OFFICIALS HAVE NEITHER DENIED OR ACCEPTED IT.

DEPARTMENT OF TREASURY "IN HOUSE" EEO HAS VIOLATED STATUTE AND EEOC REGULATIONS.

1. FRAGMENTED COMPLAINT

2. DID NOT ADDRESS CONTINUING VIOLATIONS

3. DID NOT ADVISE ME OF MIXED CASE.

# T.A NO. 05-2291S

**11.** MISS <u>CALDWELL</u> NOVEMBER 1, 2005
STATES :
"
WE HOPE THIS INFORMATION IS
HELPFUL TO YOU. "

**12.** NO <u>MISS CALDWELL</u> YOUR INFORMATION
IS NOT HELPFUL AND ONLY
CONFUSES THE SUBJECT
MATTER.

**13.** <u>MISS CALDWELL</u> DO YOU KNOW
WHAT THE SUBJECT MATTER IS ?

**14.** <u>MISS CALDWELL</u> DO YOU CARE
WHAT THE SUBJECT MATTER IS ?

**15** WHAT DOES MY CORRESPONDCE THAT
BEGAN ON JULY 31, 2005 SAY ?

T. O. 05-2291 S

ENCLOSURES :

1. EXHIBIT 1 — EEO CLASS

2. EXHIBIT 2 — ELIZABETH P.
CALDWELL LETTER DATED
NOVEMBER 1, 2005

3. EXHIBIT 3 — MICHAEL L. BUESGENS
ORIGINAL LETTER DATED SEPTEMBER
23, 2005 THAT ELIZABETH P.
CALDWELL TOLD ME TO USE
MYSELF

Sincerely

Michael R Buesgens
November 7, 2005

FROM: MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745
512-447-7031

DATE: OCTOBER 26, 2005 ✓ ✓
EEO TREASURY NO. TD 05-2291 S

1. TO: U.S. SENATOR KAY BAILEY HUTCHINSON
961 PICKLE FEDERAL BUILDING
300 E. 8TH ST.
AUSTIN, TX 78701

2.    EEOC ✓
OFFICE OF FEDERAL OPERATIONS
P.O. BOX 19848
WASHINGTON, DC 20036
CERTIFIED MAIL, RETURN RECEIPT
REQUESTED

3  MARCIA H. COATES, DIRECTOR
   OFFICE OF EQUAL OPPORTUNITY PROGRAM
   DEPARTMENT OF TREASURY
   ROOM 5110, TREASURY ANNEX
   WASHINGTON, DC  20220


4  BARBARA A. ATKIN
   DEPUTY GENERAL COUNSEL
   NTEU
   1750 H. STREET, N.W.
   WASHINGTON, DC  20006
   202-572-5500


5  KATYE DUDERSTADT
   SUPERVISORY ADMINISTRATIVE JUDGE
   EEOC
   5410 FREDRICKSBURG ROAD
   SUITE 200
   SAN ANTONIO, TX 78229-3555

6. TERESA DICKERSON   TERRITORY MANAGER
   DEPARTMENT OF TREASURY
   EEO AND DIVERSITY
   400 WEST BAY ST.
   ROOM 764
   JACKSONVILLE, FL 32202


7. JOHN BATES
   FEDERAL LABOR RELATIONS AUTHORITY
   525 S. GRIFFIN ST.
   SUITE 926  LB 107
   DALLAS, TX  75202-5093
   CASE NO. 04-CO-05-0505

# CONTENTS

1. OCTOBER 14 2005, LETTER FROM MARCIA H. COATES, DIRECTOR, DEPARTMENT OF TREASURY - EEO

MICHAEL L. BUESGENS V. MARCIA H. COATES

CLASS ACTION V. MARCIA H. COATES

2. OCTOBER 4, 2005 MICHAEL L BUESGENS LETTER TO EEOC, OFFICE OF FEDERAL OPERATIONS

THIS LETTER CAUSED MARCIA H. COATES LETTER DATED OCTOBER 14, 2005 (EXHIBIT 1) INJUNCTIVE RELIEF

3. OCTOBER 26, 2005 MICHAEL L. BUESGENS LETTER IN RESPONSE TO MARCIA H. COATES LETTER.

4  EXHIBIT 2
MICHAEL L. BUESGENS  FAXES AND LETTERS
TO VARIOUS EEO ACTORS, WENT UNANSWERED

5  EXHIBIT 3
TERESA DICKERSON LETTER DENYING
APPOINTMENT OF COUNSEL,

6  EXHIBIT 4 : EEO COUNSELING REPORT,
MICHAEL L. BUESGENS FAXES TO
TERESA DICKERSON AND YVONNE JEFFERSON
THEY WENT UNANSWERED

7  EXHIBIT 5
DEPARTMENT OF TREASURY INSTRUCTIONS
FOR UNTIMELY COMPLAINTS. THIS.
IS ALL THAT IS GIVEN TO COMPLAINANTS

8  NOTICE OF RIGHTS AND RESPONSIBILITIES
NO.. MENTION HERE OF CONTINUING
VIOLATIONS AND 45 DAY LIMITATION
(EXHIBIT 6)

9. EXHIBIT 7
MICHAEL L. BUESGENS FAXES TO
VARIOUS EEO SUPERVISORS.
THEY WENT UNANSWERED.

10 EXHIBIT 8
MICHAEL L. BUESGENS LETTER TO
DEPARTMENT OF JUSTICE DATED
JULY 6, 2005
NO ONE ANSWERED.

# INTRODUCTION

MICHAEL L. BOESGENS WAS A
SEASONAL CUSTOMER SERVICE REPRESENTATIVE
FROM OCTOBER, 1990 TO MARCH 7, 2005

GRADE 8 STEP 5
WITH INTERNAL REVENUE SERVICE
CONSTRUCTIVELY REMOVED FROM SERVICE
ON MARCH 7, 2005 ON MEDICAL
DISABILITY RETIREMENT

THE FOLLOWING DISCUSSION PRESENTED
HERE IS ABOUT MY 2005 FORMAL
EEO COMPLAINT WITH DEPARTMENT
OF TREASURY THAT HAS NOT BEEN
ACCEPTED OR DENIED.

THIS IS BUT ONE IN A SERIES OF
ADVERSE ACTIONS BY THE DEPARTMENT
OF TREASURY, INTERNAL REVENUE SERVICE
SINCE THE 2002 DENIAL OF REASONABLE
ACCOMMODATION AND A CONTINUING REFUSAL
TO ACCOMMODATE OR REASSIGN THROUGH
2005.

THIS CONVOLUTED, OVERLAPPING
NIGHTMARE CANNOT BE SUMMARIZED

WELCOME TO FEDERAL EMPLOYMENT LAW.

1. VOLUMINOUS DOCUMENTS
2. BUREAUCRACY
3. COMPARTMENTALIZED SERIES OF ACTION
   AND INACTION BY VARIOUS ACTORS,
   "ACTING AS IF"

THERE IS A SIGNIFICANT PROBLEM FOR
ME AND THE READER:

HOW DO I HOLD THE READER'S ATTENTION
LONG ENOUGH SO THEY CAN FOCUS
ON CAUSE-AND-EFFECT REASONING?

THE ENTANGLEMENT IS STIFLING AND
HAS INFECTED EVERY ASPECT OF MY
LIFE SINCE 2002, AND THE READER
DOES NOT WANT TO CATCH THE DISEASE.

THE CENTRAL ISSUE PRESENTED
IN THE FOLLOWING DOCUMENT IS:

1. TIMELINESS OF COMPLAINT
2. CONTINUING VIOLATIONS EXCEPTION
3. 45 DAY CONTACT LIMITATION WITH
   TREASURY EEO
4. EEOC REGULATIONS

MICHAEL L. BUESGENS REQUESTS
THE DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE ALLOW
OFFICIAL TIME FOR PREPARATION
OF DOCUMENTS IN THIS EEO
COMPLAINT SINCE MARCH, 2005

SINCE 2002 MICHAEL L. BUESGENS
HAS BEEN DENIED OFFICIAL TIME

EEOC REGULATIONS REQUIRE
THE PAYMENT FOR OFFICIAL
TIME.

Michael L. Buesgens
October 26, 2005

1

FREEDOM OF INFORMATION ACT
(FOIA)
EXPEDITED REQUEST


TO.    KATYE OUDERSTAAT, SUPERVISORY
ADMINISTRATIVE JUDGE
EEOC
5410 FREDRICKSBURG ROAD, SUITE 200
SAN ANTONIO, TX 78229-3555


FROM: MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745
DATE: OCTOBER 6, 2005
TELEPHONE: 512-447-7031


THE COMPELLING NEED OF THIS EXPEDITED
FOIA REQUEST IS THE RESULT IN
THE LOSS OF SUBSTANTIAL DUE PROCESS
RIGHTS

2

MICHAEL L. BUESGENS    FOIA

MICHAEL L. BUESGENS is CURRENTLY in
CIVIL LITIGATION WITH JOHN W. SNOW,
SECRETARY, DEPARTMENT OF TREASURY

MICHAEL L. BUESGENS is WILLING TO
PAY PROCESSING FEES UP TO $50.00.
IF THAT DOES NOT PAY THE CHARGE,
THEN HE REQUESTS YOU NOTIFY HIM.

MICHAEL L. BUESGENS is REQUESTING
THE FOLLOWING SPECIFIC INFORMATION
REGARDING THE DECEMBER 16, 2003
ADMINISTRATIVE HEARING.

1. NTEU, CHAPTER 247, STEWARD
RUSSELL BOKELMANS FAXED EVIDENCE
ON THE MORNING OF DECEMBER 16,
2003, TO JUDGE POWELL.

3

MICHAEL L. BUESGENS        FOIA

2. THE FAXES THAT MICHAEL L. BUESGENS SENT TO JUDGE POWELL IN 2003. (COPIES)

TO ESTABLISH MICHAEL L. BUESGENS IDENTITY AND RIGHT TO RECEIVE RECORDS HE IS PROVIDING A PHOTOCOPY OF HIS DRIVER'S LICENSE BEARING HIS SIGNATURE

MICHAEL L. BUESGENS DECLARES UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Michael L Buesgens
October 6, 2005

ENCLOSURES:
1. PARTIAL TRANSCRIPT OF DECEMBER X, 2003 HEARING.
2. COPY OF DRIVERS LICENSE

SEP 2 7 2005
EEOC/OFO

TO:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
P.O. BOX 19848
WASHINGTON, D.C. 20036

MICHAEL L. BUESGENS COMPLAINT AGAINST
DEPARTMENT OF TREASURY, INTERNAL
REVENUE SERVICE — TREASURY COMPLAINT
CENTER, DALLAS, TEXAS

TA NO. 05-2291S

THIS COMPLAINT WAS MAILED TO OFFICE OF
FEDERAL OPERATIONS ON JULY 31, 2005
YOU RECEIVED IT ON AUGUST 6, 2005.

WHAT IS THE STATUS OF THIS COMPLAINT?
WHAT IS THE DOCKET OR CLAIM NUMBER?

FROM: MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745
DATE: SEPTEMBER 23, 2005
TELEPHONE: 512-447-7031

U.S. POSTAGE
PAID
AUSTIN, TX
SEP 23 01 05
$0.37
0004620806
AMOUNT


UNITED STATES
POSTAL SERVICE
9999

MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION    REC'D SEP 27 2005
OFFICE OF FEDERAL OPERATIONS
P.O. BOX 19848
WASHINGTON, D.C. 20036

20036+9848-48 B040



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

December 7, 2005

MEMORANDUM FOR Michael Buesgens

FROM:      Peggy Ryan, EEO Investigator

SUBJECT:   EEO Investigation

Michael

I have been assigned to investigate your EEO complaint #05-2291. The issue I am investigating is found in the November 4, 2005 acceptance letter stating the issue; " ***Whether the Complainant was discriminated against based on his mental disability (depression; anxiety and bipolar) and for reprisal for prior EEO activity, when on an unspecified date in January 2005, he received a three (3) day suspension"?***

In order to complete the investigation, I will need for you to complete the Unsworn Declaration in which I have attached. I have put it on a disk for your convenience if you have access to a computer. Upon completion of your statement, I'll need to review it prior to you signing it. If possible, I'd like to secure a draft statement from you **NLT 12/15/05.** Let me know if you do not have access to a computer and I will assist you in getting it typed.

In addition to your statement, I would like to receive the following documents:

1.      any medical documents relating to your disability (let me know if you feel you have already provided sufficient in another case)

2.      any document that you feel is relevant to your suspension issue

My contact phone number is 208-761-2154 and my email address is: peggy.ryan@irs.gov.

Please contact me as soon as possible and we can discuss how to proceed.

Thanks in advance for your cooperation in this EEO matter.





SUBJECT: Discrimination Complaint of Michael Buesgens and John W. Snow, Secretary, U.S. Treasury Department, Case Number: 05-2291


UNSWORN DECLARATION UNDER PENALTY OF PERJURY

In accordance with the following provisions of 28 U.S.C. 1746, I, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above stated complaint:


Please identify yourself for the record (name, former title and grade, state your disability and state your prior EEO involvement; i.e. complainant, witness, etc.)


Please identify the date you retired on a disability.


Identify the management officials to whom you reported prior to retiring.


Please describe your prior EEO activity and the dates when it/they occurred. Please describe how management had knowledge of that activity. Please describe why you believe that there is a connection between your prior EEO activity and the suspension at issue in this case.


Please describe the disability you are claiming and indicate how and when management had knowledge of it.


In your complaint, you claim that you were discriminated against when you were suspended for 3 days February 15-17, 2005. Please describe, in chronological order, the factual events that led up to the suspension. Include who was involved, when and what happened.


Are you aware of any reasons which management officials have stated for your suspension? If so, delineate those reasons. If you believe that those reasons are not the true reasons, discuss why you hold that belief.


What is your understanding of the agency's policy or practice with regard to alleged inappropriate conduct and failure to follow procedures? (Specifications found in Proposal to Suspend letter dated June 30, 2004) Did management adhere to the established policy or

Page 1 of 3

practice in your situation?

Why do you believe that the suspension was discriminatory?  Do you have specific evidence to demonstrate that management considered your disability and prior EEO involvement as factors in taking the action?

Are you aware of the identity of any employees who were treated differently than you (e.g., committed the same infraction but were not suspended)?  If so, identify and state what you believe is the reason that person or those persons were treated differently than you?  On what facts do you base your belief?

Do you have any information about other suspensions involving the same recommending or deciding officials also involved in this matter which, you believe, helps you show that your suspension here was based on unlawful discrimination?  If so, describe that information.

Do you know of anyone who, in your belief, has information that might indicate that your suspension was discriminatory?  If so, please identify that person or persons and describe the information each can provide.

What do you request as a remedy for the discrimination alleged in this case?

I declare under penalty that the foregoing is true and correct.

Executed on _____ at _____
                    (Date)                              (City/State)


                               Signature: _____

                               Name: _____

                               Title: _____

**Address:** _____

_____

_____

_____

# PRIVACY ACT NOTICE FOR DISCRIMINATION COMPLAINT INTERVIEWS

## GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, as amended, 5 U.S.C. 552a, for individuals supplying information for inclusion in a system of records.

## AUTHORITY

The authority to collect the information requested by this interview is derived from one or more of the following: Treasury Directive Chapter 67-13.B, paragraph 304; 29 CFR 1614.108; and 42 U.S.C. 200Oe-16.

## PURPOSES AND USES

The information you supply will be used along with data you supplied previously and information developed by investigation to resolve your discrimination complaint. This information may be furnished to designated officers and employees of the Department of the Treasury, the Equal Employment Opportunity Commission or the Merit Systems Protection Board in order to resolve your discrimination complaint. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, to the intelligence agencies of the Federal government, or to others for uses published in the Federal Register.

## EFFECTS OF NONDISCLOSURE

Disclosure of the information sought is voluntary, however, failure to furnish the information will result in your complaint being returned without action.

## ACKNOWLEDGMENT

I understand the Privacy Act Notice for Discrimination Complaint Interviews and agree to release the information for the purposes stated above. If mine is a complaint of disability discrimination, I hereby authorize the release of any and all medical records pertaining to me which bear on my actual or presumed disability.


_____
(Signature of Employee)                                    (Date)