IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCIA H. COATES, et al., )<br>DIRECTOR, )<br>OFFICE OF EQUAL OPPORTUNITY PROGRAM)<br>U.S. DEPT. OF TREASURY )<br>)<br>and )<br>)<br>COLLEEN M. KELLEY, )<br>NATIONAL PRESIDENT, )<br>NATIONAL TREASURY EMPLOYEES UNION )<br>)<br>Defendants. )<br>) | Case No. 1:05CV02334<br>Judge: Royce C. Lamberth |

### DEFENDANT KELLEY'S OPPOSITION TO BUESGENS'S MOTION FOR SUMMARY JUDGMENT

Defendant Colleen M. Kelley (Kelley) responds to the Motion for Summary Judgment filed by Michael L. Buesgens (Buesgens) on March 23, 2006, as follows.

1.   Buesgens's motion for summary judgment should be dismissed as premature. The Court has not yet ruled on the jurisdictional issues raised in defendant Kelley's January 13, 2006 motion to dismiss.

2.   Buesgens's motion for summary judgment does not comply with the requirements of Federal Rule of Civil Procedure 56 and Local Rules 7(h) and 56.1, and should therefore be dismissed or stricken from the record.

3. Buesgens's forty-four page memorandum in support of his motion for summary judgment contains four statements about NTEU, none of which even purports to support a request for summary judgment against defendant Kelley. Essentially, Buesgens restates the allegation in his complaint against defendant Kelley. Thus, at paragraph "O" on page 19, Buesgens contends that "Colleen M. Kelley failed to represent me under Title VII retaliation." For the reasons stated in defendant Kelley's memorandum in support of her motion to dismiss, which defendant Kelley hereby incorporates by reference, Kelley requests that Buesgens's motion for summary judgment be denied.

Respectfully submitted,

/s/ Gregory O'Duden
---
Gregory O'Duden
General Counsel
Bar No. 254862

/s/ L. Pat Wynns
---
L. Pat Wynns
Associate General Counsel for
  Appellate Litigation
Bar No. 257840

/s/ Julie M. Wilson
_____
Julie M. Wilson
Assistant Counsel
Bar No. 482946

National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C.  20006
(202) 572-5500

Counsel for defendant Kelley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS            )
                               )
        Plaintiff,             )
                               )
    v.                         )       Case No. 1:05CV02334
                               )       Judge: Royce C. Lamberth
MARCIA H. COATES, et al.,      )
DIRECTOR,                      )
OFFICE OF EQUAL OPPORTUNITY PROGRAM )
U.S. DEPT. OF TREASURY         )
                               )
        and                    )
                               )
COLLEEN M. KELLEY,             )
NATIONAL PRESIDENT,            )
NATIONAL TREASURY EMPLOYEES UNION )
                               )
        Defendants.            )
                               )

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be served, by first class mail, a copy of DEFENDANT KELLEY'S OPPOSITION TO BUESGENS'S MOTION FOR SUMMARY JUDGMENT on the following person:

Michael L. Buesgens
500 E. Stassney Lane
Apt. 1023
Austin, TX 78745

3-23-06                                   _M Bernard_
Date                                      Myra Bernard
                                          Legal Assistant