# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

PLAINTIFF

V.

MARCIA H. COATES, et al
DIRECTOR,
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT. OF TREASURY

AND

COLLEEN M. KELLEY
PRESIDENT, NTEU

DEFENDANTS

CASE NO.
1:05CV02334
(RCL)

RECEIVED
MAR 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFFS FIRST MOTION FOR DISCOVERY AND PRODUCTION OF DOCUMENTS AND DISCLOSURE

IN ACCORDANCE WITH RULES 26, 33, 34, 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

THIS DISCOVERY REQUEST IS DUE THIRTY DAYS AFTER SERVICE.

## DEFINITIONS AND INSTRUCTIONS

(A) "YOU" AND "YOUR" ARE YOU AND YOUR ATTORNEYS, OFFICERS AND NTEU STEWARDS.

(B) PERSONS ARE INDIVIDUALS AND ENTITY

(C) "DOCUMENTS" ARE WRITINGS OF EVERY TYPE AND FROM ANY SOURCE, WORDS AND SYMBOLS, VIDEO AND TAPE RECORDINGS, COMPUTER AND CORRESPONDENCE,

2

(D) STATE YOUR SPECIFIC GROUNDS FOR <u>PRIVELEGE</u>

(E) <u>IDENTIFY</u> MEANS IDENTIFICATION

<u>COLLUSION DOES NOT MEAN CONSPIRACY</u>

1. PLEASE PROVIDE A COPY OF ALL DOCUMENTS THAT YOU RECEIVED FROM ANYONE OTHER THAN PLAINTIFF THAT RELATE EITHER DIRECTLY OR INDIRECTLY TO PLAINTIFF BUESGENS IN 2005 AND 2006.

THE DIRECTLY OR INDIRECTLY RELATE MEANS THEY USE PLAINTIFFS NAME IN ANY MANNER. YEARS (2005-2006)

3

2. PLEASE PROVIDE THE DATES YOU RECEIVED DOCUMENTS FROM PLAINTIFF IN 2005, AND BRIEFLY DESCRIBE WHAT "YOU" THINK THOSE DOCUMENTS MEAN.

TELL US HOW THOSE DOCUMENTS RELATE TO YOU OR WHY THEY HAVE NOTHING TO DO WITH YOU.

GIVE US YOUR VERSION OF WHAT THOSE DOCUMENTS REPRESENT.

TELL US WHY THE ISSUES CONCERNS, COMPLAINTS HAVE NOTHING WHATSOEVER TO DO WITH YOU.    (2005-2006)

3. PLEASE PROVIDE COPIES OF ALL DOCUMENTS BETWEEN YOU AND DENNIS SCHNEIDERS OFFICE IN 2005 THAT RELATE TO OR MENTION BUESGENS NAME.
                        (2005-2006)

4

4. PLEASE PROVIDE COPIES OF ALL DOCUMENTS THAT NTEU AND ITS SERVANTS IN AUSTIN, TEXAS SENT YOU THAT INVOLVED BUESGENS CONCERNS, ISSUES AND COMPLAINTS. (2005-2006)

5. PLEASE PROVIDE COPIES OF ALL DOCUMENTS BETWEEN YOU AND RUSSELL BOKELMAN, NTEU STEWARD AUSTIN TEXAS, THAT ARE ABOUT BUESGENS. (2005-2006)

6. PLEASE PROVIDE COPIES OF DOCUMENTS BETWEEN YOURSELF AND ANY GOVERNMENT AGENCY, THAT DISCUSSED OR MENTIONED PLAINTIFF. (2005-2006)

7. PLEASE PROVIDE COPIES OF ALL DOCUMENTS BETWEEN YOURSELF AND FEDERAL LABOR RELATIONS AUTHORITY THAT RELATE TO OR MENTION BUESGENS. (2005-2006)

5

8. PLEASE PROVIDE COPIES OF ALL DOCUMENTS BETWEEN YOURSELF AND JOHN BATES AND JAMES PETRUCCI, F.L.R.A. THAT ARE ABOUT BUESGENS OR HIS COMPLAINT. (2005-2006)

9. PLEASE PROVIDE COPIES OF ALL DOCUMENTS BETWEEN YOURSELF AND THE F.L.R.A. WASHINGTON D.C. OFFICE THAT ARE ABOUT PLAINTIFF. (2005-2006)

10. PLEASE TELL US THE DATES YOU HAD TELEPHONE CONVERSATIONS WITH F.L.R.A. AND JOHN BATES AND JAMES PETROCCI.

TELL US WHAT YOU SAID AND WHAT THEY SAID ABOUT BUESGENS.

TELL US (PLAINTIFF AND PRO SE) WHAT DENNIS SCHNEIDER SAID. (2005-2006)

**11.** PLEASE PROVIDE COPIES OF ALL DOCUMENTS THAT YOU SENT TO F.L.R.A. WASHINGTON, D.C. AND DALLAS, TEXAS. IN RESPONSE TO BUESGENS COMPLAINT FILED WITH THE F.L.R.A. AGAINST YOU. (2005-2006)

**12.** PLEASE DESCRIBE THE DATES AND NAMES OF NTEU MEMBERS WHO FILED A COMPLAINT AGAINST YOU WITH F.L.R.A.

**13.** PLEASE TELL US THE RESULT OF THESE COMPLAINTS AGAINST YOU BY NTEU MEMBERS THAT WERE REPORTED TO F.L.R.A.

**14.** HOW MANY TIMES AND WHEN DID YOU AND THE F.L.R.A. BRING COMPLAINTS AGAINST THE OTHER DEFENDANTS IN THIS CIVIL ACTION THAT BUESGENS FILED AGAINST YOU.

7

RESPECTFULLY SUBMITTED

*Michael L Buesgens*
MICHAEL L. BUESGENS
MARCH 19, 2006

## CERTIFICATE OF CONFERENCE

PRO SE DID NOT CONTACT ANYONE BUT HE MADE MANY ATTEMPTS AT CONTACT IN 2005 AND IT WAS FUTILE AND LUDICROUS AND INFANTILE

## CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE AND CORRECT COPY OF THIS MOTION FOR DISCOVERY WAS SERVED ON THIS 19TH DAY OF MARCH, 2006 BY FIRST CLASS MAIL

ADDRESSED TO:

JULIE M. WILSON
ATTORNEY
NTEU
1750 H STREET NW
WASHINGTON, D.C. 20006


*Michael Buesgens*
MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TX 78745

PHONE: 512-447-7031

9