UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

　　PLAINTIFF

V.

MARCIA H. COATES, et al
DIRECTOR,
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT. OF TREASURY

　　AND

COLLEEN M. KELLEY
PRESIDENT, NTEU,

　　DEFENDANTS

CASE NO.
1:05CV02334
(RCL)

RECEIVED
MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF BUESGENS RESPONSE TO
KELLEYS OPPOSITION TO BUESGENS MOTION
TO ADD F.L.R.A., AND

## BUESGENS RESPONSE TO KELLEYS OPPOSITION OF HIS FIRST SUPPLEMENTAL COMPLAINT.

BUESGENS HAS MADE NO CLAIMS OF CONSPIRACY. HOWEVER HE DID USE THE WORD COLLUSION ONCE. COLLUSION IS NOT THE SAME AS CONSPIRACY, BUT IS SIMILAR.

BUESGENS PRIMA FACIE CLAIM OF COLLUSION IS ON TARGET AND DOES NOT CONFUSE THE CLAIM WITH FIFTY WORTHLESS CITATIONS AS DOES KELLEYS OPPOSITION.

MOREOVER THIS IS NOT THE FIRST TIME KELLEY HAS BEEN MADE AWARE OF THE ISSUES.

2

PLAINTIFF SENT NUMEROUS CORRESPONDENCE TO KELLEYS SERVANT NTEU GENERAL COUNSEL BARBARA A. ATKIN BEGINNING AUGUST, 2005.

BARBARA A. ATKIN'S SERVANT ATTORNEY DENNIS SCHNEIDER SENT BOESGENS A LETTER TELLING HIM TO STOP BOTHERING MISS ATKIN.

FURTHERMORE MR SCHNEIDER ADVISED PLAINTIFF THAT F.L.R.A. WAS TAKING CARE OF EVERYTHING AND NOT WORRY ABOUT THINGS LIKE EVIDENCE, BURDEN OF PROOF AND ATTORNEY REPRESENTATION, AND MERITS AND WITNESSES AND COMMUNICATION.

AS A MATTER OF GENUINE MATERIAL FACT DENNIS SCHNEIDER IS ONE OF THE REASONS WE ARE IN THIS MESS.

## PLAINTIFF BELIEVES IT IS TIME FOR SOME DISCOVERY

BOESGENS CLAIMS ARE NOT FUTILE. HOWEVER THE CLAIMS COULD BECOME FUTILE AND STALE IF KELLEY REFUSES OR STONEWALLS DISCOVERY REQUESTS.

## KELLEY USES THE FOLLOWING WORDS

- FUTILE
- FAILED
- SUFFICIENT
- EXISTENCE
- CONSPIRACY
- AGREEMENT
- DEMONSTRATE
- CONCLUSORY
- INSUFFICIENT
- SUSTAIN
- NOTHING
- LUDICROUS

4

UNCLEAR
UNLAWFUL
INVIDIOUSLY
ANIMUS
VAGUE
GENERAL

KELLEY'S OPPOSITION IS INFANTILE IN THE EXTREME.

DOES KELLEY EXPECT ANY OF US TO BELIEVE THAT COLLUSION IS THAT FACIALLY OBVIOUS, IT IS NOT PIMPLES.

<u>HOW ABOUT THESE WORDS</u>

CIRCUITOUS
INDIRECT
DUPLICITY
DISSIMULATE
DISSEMBLE
DISCOMBOBULATE
CREDULITY

5

OVERSIMPLIFICATION
NUANCES
SUBTLETIES

SELF-CONCEALING
LULL OR INDUCE
CONTRIVANCE
BEGUILE
INTUITIVE

A DISCREPANCY BETWEEN STATEMENTS AND ACTUAL PERFORMANCE.

DOES ANYONE KNOW WHERE MARCIA H. COATES IS.?

MISS KELLEY HAVE YOU EVER HEARD A TAPE RECORDING OF F.L.R.A. INVESTIGATOR JOHN BATES VOICE?

6

## CONCLUSION

PLAINTIFF REQUESTS DISCLOSURE FROM KELLEY, IT MIGHT HELP BUT ITS A LONG SHOT.

RESPECTFULLY SUBMITTED,

*Michael Buesgens*
MICHAEL L. BUESGENS
500 E STASSNEY
APT. 1023
AUSTIN, TX 78745

PHONE: 512-447-7031

7

## CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE AND CORRECT COPY OF PLAINTIFFS RESPONSE TO KELLEYS OPPOSITION TO JOIN F.L.R.A. AND SUPPLEMENTAL COMPLAINT WAS SERVED ON THIS 19TH DAY OF MARCH, 2006 BY FIRST CLASS MAIL ADDRESSED TO:

JULIE M. WILSON
ASSISTANT COUNSEL
NTEU
1750 H STREET, N.W.
WASHINGTON, D.C. 20006

*Michael Buesgens*

MICHAEL L. BUESGENS
PRO SE

8