IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02334 |
| ) | Judge: Royce C. Lamberth |
| MARCIA H. COATES, et al. ) | |
| DIRECTOR, ) | |
| OFFICE OF EQUAL OPPORTUNITY PROGRAM ) | |
| U.S. DEPT. OF TREASURY ) | |
| ) | |
| and ) | |
| ) | |
| COLLEEN M. KELLEY, ) | |
| NATIONAL PRESIDENT, ) | |
| NATIONAL TREASURY EMPLOYEES UNION ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT KELLEY'S MOTION TO EXTEND THE TIME FOR A RULE 26(f) CONFERENCE AND TO POSTPONE THE RULE 16 SCHEDULING CONFERENCE**

Defendant Colleen M. Kelley (Kelley) hereby moves this Court to: (1) extend the time for holding a Rule 26(f) conference until 30 days after the Court rules on the motion to dismiss that defendant Kelley filed on January 13, 2006, and (2) postpone the scheduling conference required under Rule 16 until at least 21 days after the extended date for the Rule 26(f) conference. In support of this motion, defendant Kelley states as follows:

1.  Pursuant to Rule 26(f) and Local Rule 16.3, the parties must confer to discuss the nature and basis of their claims and to develop a proposed discovery plan at least 21 days before a Rule

16 scheduling conference is held. Defendant Kelley has not received official notice of a scheduling conference.

2. Under Rule 16, a scheduling conference must be held within 120 days after the complaint has been served on the defendant. The last defendant in this case was served on December 27, 2005. Thus, the scheduling conference must be scheduled before April 26, 2006.

3. The Rule 26(f) conference and Rule 16 scheduling conference may prove to be unnecessary because defendant Kelley is likely to prevail on her motion to dismiss. As defendant Kelley demonstrated in her motion, the Court lacks jurisdiction over claims that the union violated its duty of fair representation under established Supreme Court precedent. Even if plaintiff's claims are not preempted by the Civil Service Reform Act, the purported discrimination claims against defendant Kelley must be dismissed for lack of subject matter jurisdiction for other reasons. Kelley is not covered by the Rehabilitation Act and plaintiff Michael L. Buesgens (Buesgens) has failed to exhaust the requisite administrative remedies for a claim under Title VII of the Civil Rights Act of 1964 or any other potentially applicable discrimination statutes. Finally, Buesgens has failed to state a Title VII retaliation claim upon which relief can be granted.

WHEREFORE, defendant Kelley respectfully moves the Court to (1) extend the time for a Rule 26(f) conference until after the

Court rules on defendant Kelley's motion to dismiss and (2) postpone the Rule 16 scheduling conference until at least 21 days after the extended date for the Rule 26(f) conference.

    Respectfully submitted,

/s/ Gregory O'Duden
_____
Gregory O'Duden
General Counsel
Bar No. 254862


/s/ L. Pat Wynns
_____
L. Pat Wynns
Associate General Counsel for
  Appellate Litigation
Bar No. 257840


/s/ Julie M. Wilson
_____
Julie M. Wilson
Assistant Counsel
Bar No. 482946

National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C.  20006
(202) 572-5500

Counsel for defendant Kelley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02334 |
| ) | Judge: Royce C. Lamberth |
| MARCIA H. COATES, et al., ) | |
| DIRECTOR, ) | |
| OFFICE OF EQUAL OPPORTUNITY PROGRAM) | |
| U.S. DEPT. OF TREASURY ) | |
| ) | |
| and ) | |
| ) | |
| COLLEEN M. KELLEY, ) | |
| NATIONAL PRESIDENT, ) | |
| NATIONAL TREASURY EMPLOYEES UNION ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be served, by first class mail, a copy of DEFENDANT KELLEY'S MOTION TO EXTEND THE TIME FOR A RULE 26(f) CONFERENCE AND TO POSTPONE THE RULE 16 SCHEDULING CONFERENCE on the following person:

Michael L. Buesgens
500 E. Stassney Lane
Apt. 1023
Austin, TX 78745

3/28/06
Date

/s/ Julie M. Wilson
_____
Julie M. Wilson
Assistant Counsel