IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02334 |
| ) | Judge: Royce C. Lamberth |
| MARCIA H. COATES, et al. ) | |
| DIRECTOR, ) | |
| OFFICE OF EQUAL OPPORTUNITY PROGRAM) | |
| U.S. DEPT. OF TREASURY ) | |
| ) | |
| and ) | |
| ) | |
| COLLEEN M. KELLEY, ) | |
| NATIONAL PRESIDENT, ) | |
| NATIONAL TREASURY EMPLOYEES UNION ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT KELLEY'S MOTION FOR A PROTECTIVE ORDER**

In response to the First Motion for Discovery and Production of Documents and Disclosure filed by Michael L. Buesgens (Buesgens) on March 23, 2006, and pursuant to Rule 26(c), defendant Colleen M. Kelley (Kelley) hereby moves this Court to issue a Protective Order staying all discovery with respect to defendant Kelley and the National Treasury Employees Union in this case until the Court rules on defendant Kelley's pending dispositive Motion to Dismiss, or in the Alternative, to Provide a More Definite Statement and the parties develop a proposed discovery plan in accordance with Rule 26(f).

If defendant Kelley's dispositive motion is granted, and

the case against her dismissed, discovery will be unnecessary. In such a case, a stay will have saved the burden and expense of gathering the information requested by Michael Buesgens, and the expense, time, and waste of judicial resources necessary to resolve the objections which Kelley will raise to the discovery requests.

Moreover, Buesgens will have ample time to engage in discovery following the Court's ruling on defendant Kelley's dispositive motion should her motion not be granted in full.

Respectfully submitted,

/s/ Gregory O'Duden
_____
Gregory O'Duden
General Counsel
Bar No. 254862

/s/ L. Pat Wynns
_____
L. Pat Wynns
Associate General Counsel for
  Appellate Litigation
Bar No. 257840

/s/ Julie M. Wilson
_____
Julie M. Wilson
Assistant Counsel
Bar No. 482946

National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C.  20006
(202) 572-5500

Counsel for defendant Kelley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MARCIA H. COATES, <u>et al.</u> )<br>DIRECTOR, )<br>OFFICE OF EQUAL OPPORTUNITY PROGRAM)<br>U.S. DEPT. OF TREASURY )<br>)<br>    and )<br>)<br>COLLEEN M. KELLEY, )<br>NATIONAL PRESIDENT, )<br>NATIONAL TREASURY EMPLOYEES UNION )<br>)<br>    Defendants. )<br>) | Case No. 1:05CV02334<br>Judge: Royce C. Lamberth |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be served, by first class mail, a copy of DEFENDANT KELLEY'S MOTION FOR A PROTECTIVE ORDER, DEFENDANT KELLEY'S MEMORANDUM IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER and the PROPOSED ORDER on the following person:

Michael L. Buesgens
500 E. Stassney Lane
Apt. 1023
Austin, TX 78745

3/28/06
Date

/s/ Julie M. Wilson
_____
Julie M. Wilson
Assistant Counsel