IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCIA H. COATES, <u>et al.</u> )<br>DIRECTOR, )<br>OFFICE OF EQUAL OPPORTUNITY PROGRAM)<br>U.S. DEPT. OF TREASURY )<br>)<br>and )<br>)<br>COLLEEN M. KELLEY, )<br>NATIONAL PRESIDENT, )<br>NATIONAL TREASURY EMPLOYEES UNION )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:05CV02334<br>Judge: Royce C. Lamberth |

### ORDER

Upon consideration of the Motion for a Protective Order filed by defendant Colleen M. Kelley, it is hereby

ORDERED that the motion be granted and that all discovery against defendant Kelley is stayed until the Court rules on defendant Kelley's pending dispositive motion and the parties have developed a proposed discovery plan in accordance with Rule 26(f).

Date: _____         _____
                                     United States District Judge

Parties to be notified:

Julie M. Wilson
Assistant Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC  20004

Karen L. Melnick
Assistant United States Attorney
Civil Division, Department of Justice
555 4th Street, NW
Washington, DC  20530

Michael L. Buesgeus
500 E. Stassney
Apt. 1023
Austin, Texas 78745