UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCIA H. COATES, Director, )<br>Office of Equal Opportunity Program )<br>U.S. Department of the Treasury, et al. )<br>)<br>)<br>Defendants. )<br>_____) | Civil Action No: 05-2334 (RCL) |

**ORDER**

UPON CONSIDERATION of Defendants' motion to stay discovery, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of

_____, hereby:

ORDERED that Defendants' motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that discovery in this case is stayed until further order of the Court.

_____
UNITED STATES DISTRICT COURT

cc:

Karen L. Melnik
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C. 20530

Mr. Michael Buesgens
500 E. Stassney
Apt. 1023
Austin, Texas 78745