UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BOESGENS<br>PLAINTIFF<br><br>V.<br><br>MARCIA H. COATES, et al<br>DIRECTOR<br>OFFICE OF EQUAL OPPORTUNITY<br>PROGRAM<br>U.S. DEPT. OF TREASURY<br><br>AND<br><br>COLLEEN M. KELLEY,<br>NATIONAL PRESIDENT,<br>NATIONAL TREASURY<br>EMPLOYEES UNION<br>DEFENDANTS | CASE NO.<br><br>1:05CV02334<br><br>(RCL)<br><br><br>RECEIVED<br>MAR 30 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF THIS COURT

I. <u>PLAINTIFF BUESGENS MAKES THIS REQUEST FOR THE FOLLOWING REASONS</u>

1. HE IS IN LITIGATION ABOUT HIS LEGAL RIGHTS IN HOUSING.

2. THIS HAS HAD AND CONTINUES TO HAVE AN ADVERSE IMPACT ON HIS HEALTH.

3. THIS HAS COMPROMISED AND HINDERED HIS ABILITY TO DEFEND HIMSELF IN ANY FORUM.

2.

4. WHERE HE IS GOING TO LIVE. HAS BECOME A PRIORITY CONSIDERATION IN HIS LIFE.

5. HE HAS BEEN FORCED TO FOCUS HIS LIMITED ATTENTION ABILITIES ON THIS HOUSING COMPLAINT, TO THE DETRIMENT OF ANYTHING ELSE.

## II. BACKGROUND

1. DECEMBER 21, 2005 BUESGENS IS SERVED WITH NOTICE TO VACATE APARTMENT BY FALCON RIDGE APARTMENTS MANAGERS MANDY ROGERS AND AMANDA WILSON-TORRES.

2. DECEMBER 22, 2005 BUESGENS REQUESTED REASONABLE ACCOMMODATION UNDER THE FAIR HOUSING ACT, ADA, AND REHABILITATION ACT.

3

3. December 28, 2005 Buesgens filed a housing discrimination complaint with City of Austin employees <u>John A. Benavides</u> and <u>Charles H. Gorham</u>.
Phone: 512-974-3251
Fax: 512-974-3278

4. December 30, 2005 Buesgens was served an eviction suit by <u>real estate attorney</u> <u>Charles E. Brown</u>.
Phone: 512-346-6000
Fax: 512-346-6005

5. January 23, 2006 Buesgens files housing discrimination complaint in Travis County District Court
Cause No. D-1-GN-06-000262

6. JANUARY 26, 2006 FORCIBLE DETAINER SUIT TRIAL IN JUSTICE OF THE PEACE COURT PRECINCT #5 CAUSE NO. 04159

7. JANUARY 31, 2006 ATTORNEY CHARLES E. BROWN REQUESTS CONFIDENTIALITY ON HIS RESPONSES TO JOHN A. BENAVIDES AND CHARLES H. GORHAM.

8. FEBRUARY 2, 2006 BUESGENS POSTS $10,000.00 APPEAL BOND BY TAKING A DISTRIBUTION FROM HIS INDIVIDUAL RETIREMENT ACCOUNT (IRA).

9. FEBRUARY 4, 2006 BUESGENS CONTACTS APEX OWNER ARNOLD C. TAUCH, GENERAL PARTNER AND OWNER, FALCON APARTMENTS.
   PHONE: 713-861-8850
   FAX: 713-861-0971

5

THE APEX - ARNOLD C. TAUCH NEVER RESPONDS.

JOHN A. BENAVIDES AND CHARLES H. GORHAM AND CHARLES E. BROWN DECIDE THAT BUESGENS HOUSING DISCRIMINATION COMPLAINT IS INVALID BECAUSE CHARLES E. BROWN FILED AN EVICTION SUIT AND IT WAS DECIDED ON JANUARY 26, 2006.

10. FEBRUARY 3, 12, 14 AND 21 2006 BUESGENS FILES INTERROGATORIES

CHARLES F. BROWN REQUESTED A PROTECTIVE ORDER AND THESE INTERROGATORIES HAVE NOT BEEN ANSWERED.

11. FEBRUARY 21 2006 CHARLES E. BROWN REQUESTS COURT ORDERED MEDIATION.

12. MARCH 27, 2006 MEDIATION IS HELD AND NOTHING IS SETTLED.

## III BUESGENS CAUSE OF ACTION FOR THIS COURT.

1. INTERNAL REVENUE SERVICE EMPLOYEES (I.R.S.) POLLUTED THE WELL AT FALCON APARTMENTS COMMUNITY BY DISCRIMINATING AND RETALIATING AGAINST BUESGENS BECAUSE OF HIS DISABILITY.

2. THAT I.R.S. EMPLOYEES DORIENNE BONILLA AND OTHERS TOLD MANDY ROGERS AND AMANDA WILSON-TORRES THAT BUESGENS IS DANGEROUS AND MENTALLY UNSTABLE.

3. THAT BUESGENS IS A THREAT TO THE APARTMENT COMMUNITY BECAUSE OF HIS MENTAL DISABILITY.

AS A RESULT OF THIS BUESGENS WAS AND IS BEING <u>DISCRIMINATED</u> AND <u>RETALIATED</u> AGAINST IN <u>HOUSING ACCOMMODATION</u>, AND THIS IS <u>DIRECTLY RELATED</u> TO HIS <u>EMPLOYMENT DISCRIMINATION</u> COMPLAINT AND <u>CONTINUING VIOLATIONS</u> AND <u>MIXED CASE</u> THAT BEGAN IN 2002 AND IS ONGOING TO THE PRESENT AND BEYOND.

BUESGENS IS ATTACHING A COPY OF HIS SECOND SET OF INTERROGATORIES DATED FEBRUARY 12, 2006, THAT HAVE NOT BEEN ANSWERED!

**SEE EXHIBIT**

8

## IV. PRAYER FOR RELIEF

BUESGENS REQUESTS A 60 DAY TIME OUT IN THIS ACTION.

RESPECTFULLY SUBMITTED,

*Michael Buesgens*
MICHAEL L. BUESGENS
PRO SE

MARCH 28, 2006

## CERTIFICATE OF CONFERENCE

PRO SE DID NOT CONTACT ANYONE BECAUSE OF BOESGENS EXPERIENCE WITH THESE DEFENDANTS IN 2005. IT IS FUTILE.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THIS MOTION AND REQUEST FOR AN EXTENSION OF TIME WAS SERVED ON MARCH 28, 2006, FIRST CLASS MAIL. ADDRESSED TO:

JULIE M. WILSON
ASSISTANT COUNSEL
NTEU
1750 H STREET, N.W.
WASHINGTON, D.C. 20006

KAREN L. MELNIK
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, D.C. 20530


*Michael L Buesgens*
MICHAEL L. BUESGENS, PRO SE
500 E STASSNEY
APT 1023
AUSTIN, TEXAS 78745

PHONE: 512-447-7031

11