1

NO. D-1-GN-06-000262

| | |
|---|---|
| MICHAEL L. BUESGENS<br>PLAINTIFF<br><br>V.<br><br>FALCON RIDGE APARTMENTS, et al.<br>AND<br>GREYSTAR PROPERTY MANAGEMENT<br>AND<br>DEBI WEHMEIER,<br>REGIONAL VICE PRESIDENT<br>GREYSTAR PROPERTY MANAGEMENT<br>AND<br>MANDY ROGERS MANAGER<br>FALCON RIDGE APARTMENTS<br>AND<br>AMANDA WILSON<br>LEASING CONSULTANT<br>FALCON RIDGE APARTMENTS<br>DEFENDANTS | IN THE DISTRICT<br>COURT, TRAVIS<br>COUNTY, TEXAS<br>JUDICIAL DISTRICT |

PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANTS

PLAINTIFF PRO SE HEREBY REQUESTS THAT DEFENDANTS ANSWER THE FOLLOWING INTERROGATORIES UNDER OATH IN ACCORDANCE WITH RULE 197 AND RULE 198 OF THE TEXAS RULES OF CIVIL PROCEDURE, WITHIN 30 DAYS AFTER SERVICE THEREOF.

## INTERROGATORIES

1. PLEASE STATE THE NAMES AND ADDRESSES OF ALL INTERNAL REVENUE SERVICE (I.R.S.) EMPLOYEES THAT HAVE LEASED AN APARTMENT OR LIVED AT FALCON RIDGE APARTMENTS BEGINNING JANUARY 1, 2003 AND ENDING ON JANUARY 1, 2006.

2. PLEASE STATE THE TOTAL AMOUNT OF TIME THAT THESE I.R.S. EMPLOYEES IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 1 HAVE LIVED AT FALCON RIDGE APARTMENTS.

3. FOR EACH I.R.S. EMPLOYEE IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 1 STATE THE NATURE OF YOUR RELATIONSHIP.

4. FOR EACH I.R.S. EMPLOYEE IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 1 STATE THE DATE THAT I.R.S. EMPLOYEE MOVED OUT OF FALCON RIDGE APARTMENTS.

5. FOR EACH I.R.S. EMPLOYEE IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 4 STATE THE REASON BOTH ORALLY AND IN WRITING FOR THEIR DECISION TO MOVE FROM FALCON RIDGE APARTMENTS.

4

6. FOR EACH I.R.S. EMPLOYEE IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 4 STATE WHETHER THIS INDIVIDUAL MOVED OUT OF FALCON RIDGE APARTMENTS PRIOR TO THE EXPIRATION OF THEIR LEASE.

7. PLEASE STATE THE NATURE AND CONTENT OF ANY CONVERSATIONS YOU HAVE HAD WITH ANY I.R.S. EMPLOYEES REGARDING PLAINTIFF, BUESGENS (APARTMENT 1023).

8. PLEASE IDENTIFY BY NAME AND ADDRESS ALL I.R.S. EMPLOYEES THAT SAID ANYTHING TO YOU ABOUT PLAINTIFF, BUESGENS.

9. PLEASE STATE THE DATE I.R.S. EMPLOYEE DORIENE BONILLA MOVED INTO FALCON RIDGE APARTMENTS.

5

10. PLEASE STATE THE DATE I.R.S. EMPLOYEE DORIENNE BONILLA MOVED OUT OF FALCON RIDGE APARTMENTS.

11. PLEASE STATE THE REASONS BOTH ORALLY AND IN WRITING THAT I.R.S. EMPLOYEE DORIENNE BONILLA GAVE FOR MOVING OUT OF FALCON RIDGE APARTMENTS.

12. PLEASE STATE THE NATURE OF YOUR RELATIONSHIP WITH I.R.S. EMPLOYEE DORIENNE BONILLA.

13. PLEASE STATE THE NATURE AND CONTENT OF ANY CONVERSATIONS OR OTHER CONTACT THAT YOU HAVE HAD WITH I.R.S. EMPLOYEE DORIENNE BONILLA AFTER SHE MOVED OUT OF FALCON RIDGE APARTMENTS.

**14.** PLEASE STATE THE NAMES AND ADDRESSES OF ANY I.R.S. EMPLOYEES THAT HAVE LIVED OR ARE NOW LIVING IN BUILDING 10 AT FALCON RIDGE APARTMENTS, BEGINNING ON JANUARY 1, 2003 TO THE PRESENT IN 2006.

**15.** PLEASE STATE NAMES, ADDRESSES AND DATES OF ANY PERSONS OR INDIVIDUALS OR GOVERNMENT AGENCIES THAT HAVE MADE ANY INQUIRES ABOUT PLAINTIFF BUESGENS.

**16.** FOR EACH PERSON IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 15 STATE THE NATURE AND CONTENT OF THEIR INQUIRY.

17. PLEASE STATE THE DATES THAT EITHER YOU OR YOUR AGENT DID A CREDIT HISTORY ON PLAINTIFF BUESGENS.

18. PLEASE STATE THE REASON YOU DID A CREDIT HISTORY ON BUESGENS FOR EACH CREDIT INQUIRY.

19. PLEASE STATE THE DATES THAT EITHER YOU OR YOUR AGENT DID A CRIMINAL HISTORY AND INVESTIGATION OF PLAINTIFF BUESGENS.

20. PLEASE STATE THE REASON YOU DID A CRIMINAL INVESTIGATION OF PLAINTIFF BUESGENS.

8

21. PLEASE STATE THE RESULTS OF YOUR CREDIT HISTORY CHECK AND CRIMINAL INVESTIGATION.

22. PLEASE STATE THE NATURE AND CONTENT THAT EITHER YOU OR YOUR AGENT HAVE OR ARE DOING TO SECURE PLAINTIFF BUESGENS MEDICAL INFORMATION.

23. PLEASE STATE THE NATURE AND CONTENT OF MEDICAL INFORMATION THAT YOU HAVE FOR PLAINTIFF BUESGENS.

24. PLEASE STATE THE SOURCE OF THE MEDICAL INFORMATION THAT EITHER YOU OR YOUR AGENT HAS OR WILL HAVE FOR PLAINTIFF BUESGENS.

*Michael L. Buesgens*
MICHAEL L. BUESGENS
PLAINTIFF, PRO SE
FEBRUARY 12, 2006

## CERTIFICATE OF SERVICE

I, MICHAEL L. BUESGENS DO HEREBY CERTIFY THAT ONE TRUE AND CORRECT COPY OF THIS PLAINTIFF, PRO SE SECOND SET OF INTERROGATORIES TO DEFENDANTS GREYSTAR PROPERTY MANAGEMENT AND DEBi WEHMEIER REGIONAL VICE PRESIDENT, AND MANDY ROGERS MANAGER FALCON RIDGE APARTMENTS, AND AMANDA WILSON, LEASING CONSOLTANT FALCON RIDGE APARTMENTS WERE SERVED BY U.S. MAIL, FIRST CLASS ON THIS THE 12TH DAY OF FEBRUARY, 2006, ADDRESSED TO:

1. GREYSTAR PROPERTY MANAGEMENT
   812 SAN ANTONIO ST.
   SUITE 200
   AUSTIN, TX  78701

10

2. Debi Wehmeir
Regional Vice President
Greystar Property Management
812 San Antonio St
Suite 200
Austin, TX 78701

3. Mandy Rogers, Manager
Falcon Ridge Apartments
500 E Stassney
Austin, TX 78745

4. Amanda Wilson
Leasing Consultant
500 E Stassney
Austin, TX 78745

*Michael L Buesgens* (signature)
Michael L. Buesgens
500 E Stassney
Apt 1023
Austin, TX 78745
Phone: 512-447-7031