UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

    PLAINTIFF

V.

MARCIA H. COATES, et al.
DIRECTOR
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT. OF TREASURY

    AND

COLLEEN M. KELLEY
NATIONAL PRESIDENT
NATIONAL TREASURY EMPLOYEES
UNION
    DEFENDANTS.

CASE NO.
1:05CV02334
(RCL)

RECEIVED
MAR 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS RESPONSE TO KELLEY'S
OPPOSITION TO PRO SE SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

PRO SE RESPECTFULLY REQUESTS THAT DEFENDANT KELLEY RELATIONSHIP TO THE OTHER APEX DEFENDANTS IN THIS CIVIL ACTION BE DEFINED.

## BACKGROUND

ON DECEMBER 27, 2005 KELLEY FILED AN EXTENSION OF TIME PARAGRAPH 7 KELLEY WANTS AN EXTENSION OF TIME BECAUSE THE OTHER DEFENDANTS GET 60 DAYS.

ON DECEMBER 27, 2005 KELLEY FILED A MOTION TO DISMISS BECAUSE BUESGENS "FAILED TO EXHAUST THE REQUISITE ADMINISTRATIVE REMEDIES."

2

ON DECEMBER 27 2005 KELLEY FILED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BECAUSE BUESGENS "FAILED TO EXHAUST THE REQUISITE ADMINISTRATIVE REMEDIES." (PAGE 2)

"BUESGENS DID NOT FILE HIS CLAIMS WITH THE APPROPRIATE ADMINISTRATIVE BODY." (PAGE 2)

"BUESGENS REHABILITATION ACT CLAIMS LACKS JURISDICTION BECAUSE ONLY A FEDERAL AGENCY MAY BE SUED." (PAGE 9)

"BUESGENS RETALIATION CLAIMS UNDER TITLE VII ARE NOT APPLICABLE BECAUSE HE HAS NOT EXHAUSTED HIS ADMINISTRATIVE REMEDIES." (PAGE 10)

3

"BUESGENS DID NOT OBTAIN THE REQUISITE RIGHT-TO-SUE LETTER." (PAGE 11)

ON JANUARY 13, 2006 KELLEY FILED A REPLY TO BUESGENS OPPOSITION TO HER MOTION TO DISMISS.

"BUESGENS HAS FAILED TO EXHAUST HIS ADMINISTRATIVE REMEDIES UNDER TITLE VII OR ADA." (PAGE 2 AND PAGE 3)

"BUESGENS RIGHT TO SUE LETTER FROM EEOC ONLY GIVES HIM THE RIGHT TO SUE A FEDERAL AGENCY." (PAGE 3)

ON FEBRUARY 27, 2006 KELLEYS MOTION FOR EXTENSION OF TIME AND MOTION TO JOIN ADDITIONAL PARTY BY PLAINTIFF.

4

(PARAGRAPH NUMBER 3, PAGE 2)

"KELLEYS EXTENSION WILL NOT DELAY LITIGATION BECAUSE THE OTHER AGENCY DEFENDANTS FILED THEIR MOTION TO DISMISS AND BUESGENS HAS 10 DAYS TO RESPOND."

ON <u>MARCH 23, 2006</u> KELLEY FILES OPPOSITION TO BUESGENS MOTION FOR SUMMARY JUDGMENT

"BUESGENS MOTION FOR SUMMARY JUDGMENT SHOULD BE DISMISSED AS PREMATURE. THE COURT HAS NOT YET RULED ON THE JURISDICTIONAL ISSUES RAISED IN DEFENDANT KELLEY'S JANUARY 13, 2006 MOTION TO DISMISS."

## CONCLUSION

Sometimes Kelley is the same as the other agency defendants, and other times she is different.

What exactly is Kelleys relationship with the other defendants?

What is the nature and content of Kelleys symbiotic relationship with the other defendants and how does this affect NTEU membership?

What is Kelleys relationship to the other defendants and how does this affect THE CLASS EEO COMPLAINANTS?

WHAT IMPACT DOES KELLEYS RELATIONSHIP WITH THE OTHER DEFENDANTS HAVE ON THE CLASS-LEGAL RIGHTS AND REMEDIES IN THE EEO COMPLAINT AND REASONABLE ACCOMMODATION PROCESS?

THE ANSWERS TO THESE QUESTIONS ARE IN WASHINGTON, D.C. HOME OF APEX AND THE LOCATION OF THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

LEGAL ACTION IS REQUIRED.

RESPECTFULLY SUBMITTED

*Michael L. Buesgens*
MICHAEL L. BUESGENS
PRO SE

7

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT ONE TRUE COPY OF PLAINTIFFS RESPONSE TO KELLEYS OPPOSITION TO PRO SE SUMMARY JUDGMENT WAS SERVED ON THIS 28TH DAY OF MARCH, 2006. ADDRESSED TO:

JULIE M. WILSON
ASSISTANT COUNSEL
NTEU
1750 H STREET, N.W.
WASHINGTON, D.C. 20006


*Michael L. Buesgens*
MICHAEL L. BUESGENS
PRO SE
500 E STASSNEY
APT 1023
AUSTIN, TX 78745
PHONE: 512-447-7031

8