UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael L. Buesgens

PLAINTIFF

V.

MARCIA H. COATES
DIRECTOR, OFFICE
OF EQUAL OPPORTUNITY
PROGRAM
U.S. DEPT OF TREASURY,
et al

DEFENDANTS

CIVIL ACTION
NO.
05-2334
(RCL)

## PLAINTIFFS MOTION FOR SANCTIONS

**RECEIVED**

APR 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF RESPECTFULLY MOVE FOR SANCTIONS BECAUSE OF ATTORNEY MISCONDUCT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11 (ELEVEN).

IN SUPPORT OF THIS MOTION PLAINTIFF RESPECTFULLY REFER THE COURT TO THE ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES AND THE ATTACHED DOCUMENTS AND THE DECLARATION OF MICHAEL L. BUESGENS PRO SE AND A PROPOSED ORDER.

2

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS

IN DEFENDANTS FOUR-PAGE, TYPEWRITTEN DECLARATION OF MICHAEL L. SALYARDS ACTING AREA COUNSEL FOR GENERAL LEGAL SERVICES FOR THE DEPARTMENT OF TREASORY INTERNAL REVENUE SERVICE, IN DALLAS, TEXAS, IT APPEARS THAT MICHAEL L. SALYARDS is DISSATISFIED WITH PLAINTIFFS COMPLAINT FILED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

SPECIFICALLY SALYARDS STATES THAT BUESGENS HAS WORKED IN AUSTIN TEXAS HIS ENTIRE IRS CAREER.

BUESGENS DID NOT WORK IN AUSTIN TEXAS HIS ENTIRE IRS CAREER.

SALYARDS STATES THAT FILES RELATED TO BUESGENS COMPLAINT WHICH WOULD BE RELEVANT ARE LOCATED IN IRS OFFICES IN AUSTIN, TEXAS.

THIS OVERLOOKS THE FACT THAT BUESGENS SENT VOLUMINOUS DOCUMENTATION TO THE APEX DEFENDANTS THROUGHOUT 2005 AND THEY ARE AWARE OF THIS.

MOREOVER BUESGENS FOIA REQUESTS TO IRS AUSTIN TEXAS WERE REJECTED BECAUSE ALL OF HIS RECORDS WERE TRANSFERRED TO WASHINGTON, D.C..

4

SALYARDS STATES THAT HE IS UNAWARE OF DOCUMENTS RELEVANT TO BUESGENS EMPLOYMENT AT THE INTERNAL REVENUE SERVICE THAT ARE LOCATED IN THE DISTRICT OF COLUMBIA.

SALYARDS STATES THAT BUESGENS FILED A COMPLAINT ON APRIL 5 2005 IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS (AUSTIN) (CIV NO. 05-CA-243-SS) ALLEGING RACE AND SEX DISCRIMINATION.

BUESGENS HAS NO CLAIMS FOR RACE AND SEX DISCRIMINATION AND NEVER MADE ANY.

5

SALYARDS STATES THAT BUESGENS HAS MADE A CLAIM UNDER THE FREEDOM OF INFORMATION ACT (FOIA) WITH THE WESTERN DISTRICT.

BUESGENS HAS NOT FILED ANY CLAIMS ON THE FOIA. ABUSE HE HAS AND CONTINUES TO BE SUBJECT TO.

BUESGENS WILL FILE A FOIA COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

SALYARDS STATES THAT BUESGENS FILED A PETITION FOR REVIEW OF SALYARDS DECEMBER 16, 2003 EEOC ADMINISTRATIVE HEARING AND THAT APEX CHAIRMAN CARI M. DOMINGUES SAID THERE WAS NO SUBJECT MATTER JURISDICTION.

6

SALYARDS STATES THAT BUESGENS HAD A EEOC ADMINISTRATIVE HEARING ON DECEMBER 16, 2003 THAT WAS PRESIDED OVER BY SALYARDS AND EEOC ADMINISTRATIVE JUDGE ROBERT POWELL, SAN ANTONIO, TEXAS.

MOREOVER SALYARDS STATES THAT HE AND JUDGE ROBERT POWELL ISSUED A BENCH DECISION ON JANUARY 21, 2004. BASED ON ALL THE EVIDENCE THAT WAS AVAILABLE FINDING NO DISCRIMINATION.

FURTHERMORE SALYARDS STATES THAT HE AFFIRMED THIS DETERMINATION ON MARCH 1, 2004 BASED ON ALL THE EVIDENCE IN HIS POSSESSION.

7

SALYAROS STATES THAT
BUESGENS WITH NO ASSISTANCE
FROM ANYONE AND WITHOUT
ALL THE EVIDENCE FILED AN
APPEAL WITH APEX EEOC
CHAIRMAN CARI M. DOMINGUES
WHICH SHE DENIED ON DECEMBER
29, 2004 (EEOC APPEAL NO.
01A44842.

SALYAROS STATES THAT
BUESGENS REQUESTED RECONSIDERATION
FROM APEX EEOC CHAIRMAN
CARI M. DOMINGUES ON
FEBRUARY 18, 2005 WITHOUT
ALL THE EVIDENCE OF
DISCRIMINATION RETALIATION,
REPRISAL CONSTRUCTIVE
DISCHARGE THAT WAS
AVAILABLE TO SALYAROS
SINCE JANUARY 1, 2003.

8

SALYARDS IN CONCLUSION
DECLARES UNDER PENALTY
OF PERJURY THAT HE HAS
PRESENTED ALL THE EVIDENCE
THAT ANYONE HAS AND THAT
ALL HIS STATEMENTS ARE
TRUE AND CORRECT IN
ACCORDANCE WITH 28 U.S.C.
SECTION 1746, EXECUTED
ON THIS 7TH DAY OF
FEBRUARY 2006.

THIS MOTION FOR SANCTIONS
AGAINST MICHAEL L. SALYARDS,
ACTING AREA COUNSEL GENERAL
LEGAL SERVICES, DALLAS, TEXAS

AND

KENNETH L. WAINSTEIN D.C.
BAR # 451058
UNITED STATES ATTORNEY

9

AND

R. CRAIG LAWRENCE, D.C.
BAR # 171538,
ASSISTANT UNITED STATES ATTORNEY

AND

KAREN L. MELNIK D.C.
BAR # 436452
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W.
ROOM E 4112
WASHINGTON, D.C. 20530
PHONE: 202-307-0338


SHOULD BE GRANTED
AND AFFIRMED FOR THE
FOLLOWING REASONS:


10

1. THE VICTIMS IN THERE LEGAL MALPRACTICE ARE BUESGENS. OTHER LITIGANTS IN THE COURTS QUEUE AND THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA.

2. THESE APEX ATTORNEYS ARE SUBJECT TO RULE 11 STANDARD OF CARE AS A MATTER OF LAW.

3. SALYARDS, WAINSTEIN, LAWRENCE AND MELNIK HAVE KNOWINGLY MADE FALSE STATEMENTS OF FACT FAILED TO DISCLOSE AND OFFERED EVIDENCE KNOWN TO BE FALSE.

4. SALYARDS WAINSTEIN LAWRENCE AND MELNIK UNITED STATES GOVERNMENT EMPLOYEES HAVE AND ARE OBSTRUCTING BUESGENS

AND THE COURT'S ACCESS
TO EVIDENCE. CONCEALING
DOCUMENTS HAVING EVIDENTIARY
VALUE.

5. SALYARDS WAINSTEIN LAWRENCE
AND MELNIK THE EXCLUSIVE
REPRESENTATIVES IN THIS
APEX CASE HAVE CERTIFIED
TO THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA
THAT TO THE BEST OF THEIR
KNOWLEDGE INFORMATION AND
BELIEF FORMED AFTER AN
INQUIRY REASONABLE UNDER
THE CIRCUMSTANCES THAT
THEIR DENIALS OF FACTUAL
CONTENTIONS ARE WARRANTED
ON ALL THE EVIDENCE
AVAILABLE TO THEM AND
APEX DEFENDANTS.

12



6. THE FOLLOWING ATTACHED DOCUMENTS OF BUESGENS. PRIMA FACIE CASE OF DISCRIMINATION, RETALIATION AND CONSTRUCTIVE DISCHARGE SUPPORT THIS MOTION FOR SANCTIONS.

THESE DOCUMENTS BECAME AVAILABLE TO BUESGENS IN 2005 AND HAVE BEEN AVAILABLE TO MICHAEL L. SALYARDS SINCE 2002 AND BEFORE THE DECEMBER 16, 2003 EEOC ADMINISTRATIVE HEARING.

THESE DOCUMENTS WERE INTENTIONALLY AND MALICIOUSLY WITHHELD AND OMITTED BY MICHAEL L. SALYARDS AT THE HEARING AND THE APPEAL AND THE RECONSIDERATION IN 2005.

13

**Z** <u>SEE ATTACHMENTS</u>

<u>EMAILS DATED</u> ✓

<u>FEBRUARY 10, 2003</u> ✓ FROM
<u>DON TAWNEY TO ANNA MEDLOCK</u>

<u>DON TAWNEY</u> ✓ <u>ANNA MEDLOCK</u> ✓
AND <u>MARGARET WAITES</u> ✓ MEDICAL
INFORMATION PRIVACY ACT VIOLATIONS.

MANAGEMENT IS WELL AWARE
OF BUESGENS CONDITION AND IS
LOOKING FOR A WAY OUT.

<u>FEBRUARY 24, 2003</u> ✓ FROM
<u>DON TAWNEY TO ANNA MEDLOCK</u>
<u>AND THOMAS J THEIS</u> LABOR
RELATIONS.

PUT BUESGENS ON THE PHONE, IF
HE REFUSES IT IS A CONDUCT ISSUE

*14*

"MARGARET WAITES DOES NOT WANT THIS MENTIONED IN MEMO"

"WE WILL BEGIN THE PROCESS OF TERMINATING HIS EMPLOYMENT."

"WHAT IS THE APPROPRIATE WAY TO GIVE MIKE THIS INFORMATION."

MARCH 27 2003 ✓ FROM THOMAS J. THEIS TO DON TAWNEY, ANNA MEDLOCK AND NANCY SESSION

CHARLES WASHINGTON JR. ✓ IS WELL AWARE OF THESE EMAILS

MICHAEL L. SALYARDS ✓ GLS (DALLAS) IS AWARE

"NON-DISCIPLINARY DOWNGRADE OF THE EMPLOYEE (BUESGENS) OR

15

A NON-DISCIPLINARY REMOVAL FROM SERVICE."

"FOUR POSSIBLE ENDINGS"

"WE HAVE THE AUTHORITY TO DIRECT HIM (BUESGENS) TO THE TOLL FREE LINES EVEN THOUGH EEO HAS A REPORT FROM HIS DOCTOR THAT COMPELS OOH (FEDERAL OCCUPATIONAL HEALTH SERVICE) TO SAY IN THEIR 1/29/03 LETTER TO MARGARET WAITES."

"IF HE DECLINES THE DOWNGRADE FROM GRADE 8 TO GRADE 4 WE MOVE TOWARD REMOVING HIM (BUESGENS) FROM SERVICE."

16

**8.** FEDERAL OCCUPATIONAL HEALTH
SERVICE LETTER DATED
JANUARY 29 2003 FROM
MARK FRANK M.D. TO
MARGARET WAITES.

**9.** DON TAWNEY REASONABLE
ACCOMMODATION IS NOT APPLICABLE
TO BUESGENS DATED 6/25/03

**10.** DON TAWNEY STATES THAT
BUESGENS REQUEST DOES NOT
MEET THE CRITERIA FOR
RA (REASONABLE ACCOMMODATION).
DATED 6/27/03

**11.** APRIL 9 2003 BUESGENS
IS FORCED TO CHANGE HIS
MEDICAL REPORT OR BE FIRED.

17

12  BUESGENS LETTER TO
EEO COUNSELOR ANTHONY
CONTRERAS DATED  3/28/03 ✓

13  BUESGENS APPLIES FOR
VACANCY ANNOUNCEMENT AND
DOES NOT MAKE IT DATED
SEPTEMBER 9, 2003.

14  BUESGENS APPLIES FOR
TAX EXAMINING TECHNICIAN GRADE
7 AND DOES NOT MAKE IT
DATED  11/10/03 ✓

15  MICHAEL L. SALYAROS ✓
DECEMBER 16, 2003 ✓ EEOC
HEARING.

THE FOREGOING PRIMA FACIE ✓
DOCUMENTS WERE WITHHELD
FROM JUDGE ROBERT POWELL
BY GLS ATTORNEY SALYAROS

18

**16** BUESGENS PERFORMANCE
APPRAISAL DATED **8/5/04**

BUESGENS HAS FAILED EVERY
ASPECT OF JOB.

**17** BUESGENS APPLIES FOR
INVOLUNTARY RETIREMENT
ON **8/30/04**

**18** LETTER FROM REX WIER
M.D. DATED **JANUARY 17, 2005**

**19** BUESGENS EEO COMPLAINT
IS SIGNED BY YVONNE
JEFFERSON **1/31/05**

**20** BUESGENS BEGINS HIS
CORRESPONDENCE TO THE
APEX IN WASHINGTON, D.C.
IN **MAY, 2005.**

19

**21.** MISCELLANEOUS DOCUMENTS
BEGINNING MAY 14, 2002 ✓
WHEN BUESGENS FIRST REQUESTED
REASONABLE ACCOMMODATION.

MARTHA SCHANHALS AND ANNA
MEDLOCK AND NANCY SESSION
AND CHARLES WASHINGTON JR,
DIRECTOR DID NOT REFER
BUESGENS TO EEO REASONABLE
ACCOMMODATION UNTIL AUGUST, ✓
2002

**22.** THERE ARE MANY MORE
DOCUMENTS AND APEX
AND THEIR SERVANTS ARE
CONCEALING MORE.

20

TO DEFENDANTS APEX AND THEIR SERVANTS, ATTORNEYS SALYARDS, WAINSTEIN LAWRENCE, AND MELNIK, THIS MOTION FOR SANCTIONS IS BEING SERVED BY CERTIFIED MAIL ON MARCH 13 2006 AND WILL BE FILED WITH THE COURT 21 DAYS AFTER SERVICE OR SUCH OTHER TIME AS THE COURT MAY PRESCRIBE.

## PRAYER FOR MONETARY SANCTION

BUESGENS REQUESTS ATTORNEY FEES BE PAID TO A WASHINGTON, D.C. LAW FIRM SPECIALIZING IN FEDERAL EMPLOYMENT LAW AND E E O C PRACTICE TO PROVIDE COUNSEL AND REPRESENTATION FOR BUESGENS, PRO SE.

21

# CONCLUSION

THIS IS ORGANIZATIONAL MISCONDUCT, SYSTEMIC AND APEX CONDONED. THIS IS ALSO A CLASS ACTION COMPLAINT THAT IS PATTERN AND PRACTICE, AND NATIONAL IN SCOPE.

RESPECTFULLY SUBMITTED

*Michael Buesgens,*
PRO SE
MICHAEL L. BUESGENS

MARCH 13, 2006

22

## CERTIFICATE OF CONFERENCE

BUESGENS DID NOT CONTACT ANYONE.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON MARCH 13 2006, I SERVED A COPY OF THE FOREGOING PLAINTIFF'S MOTION FOR SANCTIONS SUPPORTING MEMORANDUM AND ATTACHMENTS AND PROPOSED ORDER BY U.S. MAIL CERTIFIED RETURN RECEIPT REQUESTED, POSTAGE PRE-PAID TO THE FOLLOWING:

KAREN L. MELNIK
ASSISTANT UNITED STATES
ATTORNEY CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, D.C. 20530

23

*Michael L Buessens*

MICHAEL L. BUESSENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745

I DECLARE UNDER PENALTY
OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT IN
ACCORDANCE WITH 28 U.S.C.
SECTION 1746

*Michael L Buessens*
MICHAEL L. BUESSENS
MARCH 13, 2006

24

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

PLAINTIFF

V.

MARCIA H. COATES,
DIRECTOR,
OFFICE OF EQUAL
OPPORTUNITY PROGRAM
U.S. DEPT OF TREASURY,
et al.

DEFENDANTS

CIVIL ACTION
NO.
05-2334
(RCL)

ORDER

UPON CONSIDERATION OF
PLAINTIFFS MOTION FOR
SANCTIONS, IT IS ON THIS
DAY OF:

HEREBY:

ORDERED THAT PLAINTIFFS'
MOTION MUST BE AND HEREBY
IS GRANTED; AND IT IS

FURTHER ORDERED THAT
BUESGENS, PRO SE, RECEIVE
SUBSTANTIAL ATTORNEY FEES
IN THIS COMPLEX LITIGATION.


UNITED STATES DISTRICT COURT


CC.      MICHAEL L. BUESGENS
         500 E STASSNEY
            APT. 1023
         AUSTIN, TEXAS 78745

         KAREN L. MELNIK
         ASSISTANT UNITED STATES ATTORNEY
         555 4TH ST, N.W. RM E4112
         WASHINGTON, D.C. 20530