UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
PLAINTIFF

V.

MARCIA H. COATES, et al
DIRECTOR, OFFICE OF
EQUAL OPPORTUNITY PROGRAM
U.S. DEPT OF TREASURY

AND

COLLEEN M. KELLEY
PRESIDENT, NTEU
DEFENDANTS

CASE NO.
1:05 V02334
(RCL)

NOTICE OF MOTION FOR LEAVE TO SET UP OMITTED COMPULSORY COUNTERCLAIM BY AMENDMENT AND TO BRING IN ADDITIONAL PARTIES

RECEIVED
APR 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRO SE RESPECTFULLY REQUESTS THE JUDGE OF THIS COURT ALLOW THE FOLLOWING CLAIMS:

1. VIOLATIONS OF THE FREEDOM OF INFORMATION ACT, 5 U.S.C. SECTION 552

   **EXHIBIT** – <u>SEE AGENCY LETTERS</u>

2. VIOLATIONS OF THE PRIVACY ACT, 5 U.S.C. SECTION 552a

   BUESGENS MEDICAL INFORMATION

3. VIOLATIONS OF THE REHABILITATION ACT

   BUESGENS MEDICAL INFORMATION

BY REFERENCE SEE PRO SE FILINGS AND PLEADINGS.

PURSUANT TO RULES 7, 8, 13(f) AND (h), 19 AND 20 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

THE FOLLOWING ADDITIONAL PARTIES

1. COMMISSIONER OF INTERNAL REVENUE SERVICE
   ATTENTION: CC: PA
   1111 CONSTITUTION AVENUE NW
   WASHINGTON, DC 20224

2. TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION
   ATTN: IG: CC
   ROOM 700 A
   1125 - 15TH STREET, NW
   WASHINGTON, D.C. 20005

THE APEX DEFENDANTS HAVE BUESGENS FOIA REQUESTS IN WASHINGTON, D.C.

THE FOCUS OF PRO SE AND PRIVATE ATTORNEY GENERAL CLAIMS

1. AGENCY OFFICIALS ON THEIR OWN MISSION

2. INFORMATION MANAGEMENT

3. NO DISCLOSURE

4. MANIPULATION OF EXCEPTIONS UNDER THE PERFORATED FOIA

5. FRAUDULENT CONCEALMENT

## RELIEF REQUESTED

1. INJUNCTIVE RELIEF
2. DECLARATORY RELIEF
3. COMPENSATORY DAMAGES
4. PUNITIVE DAMAGES
5. ATTORNEY FEES FOR PRO SE AND THE PRIVATE ATTORNEY GENERAL.

RESPECTFULLY SUBMITTED

*Michael L. Buesgens*
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL

APRIL 22, 2006

CONDITIONS PRECEDENT HAVE BEEN MET AND EXCEEDED.

5

## CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS NOTICE OF MOTION FOR LEAVE TO SET UP OMITTED COMPULSORY COUNTERCLAIM BY AMENDMENT AND TO BRING IN ADDITIONAL PARTIES WAS SERVED BY PRIORITY MAIL ON THIS 22nd DAY OF APRIL, 2006

ADDRESSED TO:

KAREN L MELNIK
ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, D.C. 20530

AND

JULIE M. WILSON
ASSISTANT COUNSEL
NTEU
1750 H STREET, N.W.
WASHINGTON, D.C.
20006

*Michael Buesgens*
MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TX 78745
PHONE: 512-447-7031

7

# TABLE OF CONTENTS

1. DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE LETTERS    FOIA
   AUSTIN, TEXAS AND DALLAS, TX
   FRESNO, CALIFORNIA
   ATLANTA, GEORGIA
   WASHINGTON, D.C.

2. OPM LETTER DATED SEPTEMBER 2, 2005
   "THE REHABILITATION ACT PROTECTS YOU"   LORDA LEWIS

3. DEPARTMENT OF TREASURY LETTER DATED SEPTEMBER 7, 2005
   PAGE 2
   ADDRESS FOR COMMISSIONER

4. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION LETTER DATED SEPTEMBER 13, 2005

"THE NEED FOR COLLUSION"

5. DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE LETTER DATED SEPTEMBER 23, 2005

"STOP BOTHERING US YOUR RECORDS ARE IN BOYERS, PENNSYLVANIA."

6. INTERNAL REVENUE SERVICE LETTER DATED SEPTEMBER 23, 2005    FRESNO

MARGE FIELD CITATION DISABILITY

9

7. EQUAL EMPLOYMENT OPPORTUNITY LETTER DATED WHEN?

"THE FACT THAT YOUR DOCUMENTS ARE BEING PUT IN THE SHREDDER DOES NOT DEMONSTRATE A COMPELLING NEED."

8. DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE LETTER DATED OCTOBER 24, 2005

"GO AWAY AND DON'T COME BACK"!

9. INTERNAL REVENUE SERVICE LETTER DATED MARCH 6, 2006 FRESNO PAGE 2

"WE HAVE MET THE BURDEN"

10

10. TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION

"EXEMPTIONS AND MORE EXEMPTIONS"

"LAW ENFORCEMENT"

"INVESTIGATION AND PROSECUTIONS AND PERSECUTIONS"

"DOCUMENTS UNRESPONSIVE"

"TECHNIQUES UNKNOWN"

"CIRCUMVENTION OF TIGTA LAW"

"TIGTA NEITHER ADMITS NOR DENIES"

I"LL TAKE SOME OF THAT

11

"LIMIT YOUR SCOPE"

"LIMIT YOUR REQUEST"

"GO TO COURT IN THE DISTRICT OF COLUMBIA AND LET THEM FIGURE THIS OUT"

"THE DISTRICT OF COLUMBIA WILL CONCLUDE THAT YOU WERE UNREASONABLE."

"<u>IF</u> YOU HAVE ANY QUESTIONS CONTACT MONICA AND AMY AND STEPHANIE AND DEEDEE AND PATRICIA AND LORDA AND SANDRA AND MARGE AND STEPHANIE AND PAULA"

IF?

IN THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA PRO SE V. U.S. ATTORNEYS

12