

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

JAN 1 2 2005

MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745

Dear Mr. Buesgens:

This letter is in response to your Freedom of Information Act (FOIA) requests dated December 28 and 30, 2004 which were received in my office January 4 and 6, 2005.

We cannot honor your requests as FOIAs because they do not meet the requirements of the Act. The Freedom of Information Act provides for access by the public to records maintained by the Federal Government. In order for us to process your requests, you must establish your identity and right to the records you requested, and specify exactly what records you wish to receive by year. Requirements that must be considered to constitute a valid FOIA request are:

1. Proof of identity of the person to whom the records belong must be provided:

   a. By signature, address, and one other form of identification such as a photocopy of a driver's license or other document bearing the individual's signature, or
   b. By presenting an original notarized statement swearing or affirming to his or her identity, or
   c. A sworn statement as to the identity, under penalty of perjury, is acceptable in lieu of a notarized statement. The sworn statement must meet the requirements of 28 U.S.C. § 1746. In order to meet these requirements, the sworn statement must include the following language: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on [Date]."

2. A firm commitment to pay search and copy fees must be made (search fees are $17.00 for each hour or fraction thereof and copy fees are $0.20 per page).

3. Third party requests require a valid Power of Attorney, and an attestation as to the status of the requester.

-2-

Michael E. Buesgens

Additionally, TIGTA records must be requested from TIGTA. Your perfected request should be sent to:

>TIGTA
>Office of Chief Counsel
>IG:CC:Disclosure
>Room 700
>1125 15th Street NW
>Washington, D.C. 20005

For further information, please contact John Rodriguez, Disclosure Specialist, ID number 18-00422, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case numbers 18-2005-00780 and 18-2005-00795.

Sincerely,

*Patricia J. Williams*
Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

ALL BUSINESS/SELF-EMPLOYED DIVISION

JUL 26 2005

MICHAEL L BUESGENS
500 E STASSNEY APT 1023
AUSTIN TX 78745

Dear Mr. Buesgens:

This letter is in response to your Freedom of Information Act (FOIA) request dated June 17, 2005, which was received in this office on June 23, 2005.

Your request for copies of vacancy announcements in the Austin, Texas commuting area for grade 5/6/7/8 positions for 2003 did not specify internal or external announcements. Our research shows the 2003 external vacancy announcements have been purged and the information is no longer available. In reference to the internal announcements, we were able to obtain some of the announcements for 2003 and are enclosing. The remaining information could not be provided without a document being created and FOIA does not require agencies to create records not already in existence.

We are releasing a total of 54 pages of documents responsive to your request. The enclosed Notice 393 explains your appeal rights.

For further information, please contact Paula Ward, Disclosure Specialist, ID Number 18-03230, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case number 18-2005-02359.

Sincerely,

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus

Enclosures (2)

Information on an IRS Determination to Withhold Records Exempt From
The Freedom of Information Act – 5 U.S.C. 552

### Appeal Rights

You may file an appeal with the Internal Revenue Service (IRS) within 35 days after we (1) deny you access to a record in whole or in part; (2) have made an adverse determination as to your category as a requester; (3) deny your request for a fee waiver or reduction; or (4) have advised you that no records responsive to your request exist. You may file an appeal within 10 days when a request for expedited processing has been denied.

Your appeal <u>must</u> be in writing, must be signed by you, and must contain:

> Your name and address,
> Description of the requested records,
> Date of the request (and a copy, if possible),
> Identity of the office and contact on the response letter, and
> Date of the letter denying the request (and a copy, if possible)

Mail your appeal to:

> IRS Appeals
> Attention: FOIA Appeals
> 5045 E. Butler Ave.
> M/Stop 55201
> Fresno, California 93727-5136

### Judicial Review

If we deny your appeal, or do not address an issue raised in your appeal within 20 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal, you may file a complaint in United States District Court in the district in which (1) you reside; (2) your principal place of business is located; (3) the records are located; or (4) the District of Columbia. A complaint may be filed within 10 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal if your appeal is from an adverse determination of a request for expedited processing. If you choose to file suit before receipt of a final determination by the Appeals office, the administrative appeals process may cease.

The rule for effecting service of judicial process upon the Internal Revenue Service is set forth in Federal Rule of Civil Procedure 4(i). In addition to service upon the United States, as set forth in Rule 4(i)(1), service must be made upon the Internal Revenue Service by registered or certified mail as set forth in Rule 4(i)(2)(A). The address of the Internal Revenue Service is: Internal Revenue Service, Attention CC:PA ,1111 Constitution Avenue, N.W., Washington, D.C. 20224.

### Exemptions

The Freedom of Information Act, 5 U.S.C. 552, does not apply to matters that are:

(b)(1) • specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and are in fact properly classified under such executive order.

(b)(2) • related solely to the internal personnel rules and practices of an agency;

(b)(3) • specifically exempted from disclosure by statute (other than section 552b of this title), provided that the statute

---

Notice 393 (Rev. 10-2004) Cat. No. 45803X  Department of the Treasury – **Internal Revenue Service**



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
ATLANTA, GA 30308

WAGE AND INVESTMENT DIVISION

JUL 2 9 2005

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

Dear Mr. Buesgens,

On Friday, July 22, 2005, our office received a letter from you dated July 2, 2005. In it, you reference a request for reasonable accommodation records that you believed were sent to our office on June 17, 2005. At your request, this letter is being sent to you to confirm the information relayed to you by phone from the Senior EEO Specialist on Monday, July 25, 2005.

Our office does not process reasonable accommodation requests and has no knowledge of the records you mentioned in your letter. However, as a courtesy, phone contact was made with the Agency-Wide Shared Services (AWSS) EEO & Diversity (EEOD) Field Services (FS) office in Houston, Texas, and to their next level AWSS EEOD FS management official in Cincinnati, Ohio, to notify them of the misdirection of your letter to our office. They were informed that your letter would be forwarded to the Cincinnati office for appropriate action, since you expressed concerns with the Houston office.

We apologize for any misunderstandings in the roles of the various EEOD offices and any delay that may have occurred as a result of your request being misdirected to our office. It is our understanding that the Houston AWSS EEOD FS office is currently in the process of responding to your request. You can expect to hear from them soon.

Sincerely,

Dee Dee Cobb-Byrd



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

AGENCY-WIDE
SHARED SERVICES

AUG 0 3 2005

Mr. Michael Buesgen
500 E. Stassney
Apt. 1023
Austin, TX 78745

Mr. Buesgen:

This letter is in response to your request for your Reasonable Accommodation records. Your request for this information was dated June 17, 2005; your request for the information was received in the Atlanta office on June 27, 2005, and was subsequently forwarded to the Dallas office for processing. You requested under the Privacy Act of 1974, your reasonable accommodation records for the years 2002 & 2003, from the Privacy Act System of Records Treasury/IRS 35.001 – Reasonable Accommodation Request Records.

Due to the lack of specific information in your letter to us, as to the records you sought, our Reasonable Accommodation Coordinator, Mary Russell, contacted you by telephone on July 1, 2005, to discuss your request. Ms. Russell has indicated to us that you are seeking a copy of the IRS's Procedures for requesting reasonable accommodation, emails and or other correspondence between the Austin, TX, Equal Employment Opportunity (EEO) Office and your management staff that are specific to your request for reasonable accommodation while you were employed with the Internal Revenue Service (IRS).

In response to the agency's Internal Records and policies, I have enclosed records consisting of email exchanges and internal memorandums' concerning your reasonable accommodation request. These records fulfill your request and the agency's obligation for your request for information specific to the Privacy Act.

I am providing you with a copy of IRS Reasonable Accommodation Policy (dated

-2-

February 7, 2005) and the Procedures for Processing Reasonable Accommodation Requests (effective November 2004.)

If you require additional information, you may contact Tracey Banks, EEO Territory Manager, at (214) 413-5871.

Sincerely,

Patricia I. Evans
Operations Director
EEO and Diversity Field Services

Enclosures (27)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Office of
Legal Counsel

AUG 2 2 200:

Michael L. Buesgens
500 E. Stassney
Apt. 1023
Austin, TX  78745

Re: FOIA No.  A5-11-FOIA-423

Dear Mr. Buesgens:

This responds to your request for expedited processing of your Freedom of Information Act request..

Expedited processing is available to requesters demonstrating a compelling need.  29 C.F.R. § 1610.9(c)(1).  A compelling need exists when: (1) failure to obtain the records on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual, 29 C.F.R. § 1610.9(c)(1)(i); or (2) the requester is a person primarily engaged in disseminating information, and there is an urgency to inform the public concerning actual or alleged Federal government activity, 29 C.F.R. § 1610.9(c)(1)(ii).

If you believe you have a compelling need for expedited processing, please submit a statement, certified to be true and correct to the best of your knowledge and belief, detailing the basis for requesting expedited processing, and you will be notified of a determination within ten (10) working days.  29 C.F.R. § 1610.9(c)(2).

Sincerely,

Stephanie D. Garner
Assistant Legal Counsel/FOIA