

United States
# Office of
## Personnel Management  Washington, DC 20415-1000

September 2, 2005

Michael L. Buesgens
500 Stassney, Apt 1023
Austin, TX 78745

Dear Mr. Buesgens:

This is to notify you that The Office of Personnel Management, Center for Equal Employment Opportunity has received your undated correspondence requesting information on Reasonable Accommodation, under the Freedom of Information Act (FOIA).

Unfortunately, this office does not serve as a repository for the information you requested but provides the following to aid you in your request:

> The Rehabilitation Act of 1973, as amended protects qualified employees and applicants with disabilities from employment discrimination based on disability. In addition, Executive Order 13164, issued on July 26, 2000, requires Federal agencies to develop written procedures for providing reasonable accommodation.

Attached is the Reasonable Accommodation procedure for the U.S. Office of Personnel Management. Additional information may also be obtained by visiting our website at: www.opm.gov. If you require information from other Federal Agencies, you must send your inquiry to the Reasonable Accommodation Coordinator of that Federal Agency.

If we can be of further assistance, please do not hesitate to contact our Reasonable Accommodation coordinator at (202) 606-9098.

Sincerely,

Stephen T. Shih, Esq.
Chief
Center for Equal Employment Opportunity

606-0095

Attachment