

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

SEP 0 7 2005

MICHAEL L BUESGENS
500 E STASSNEY APT 1023
AUSTIN TX 78745

Dear Mr. Buesgens:

We need more time to locate and consider releasing the Internal Revenue Service records covered in your Freedom of Information Act (FOIA) request dated July 29, 2005. We are sorry for any inconvenience the delay may cause.

The Freedom of Information Act, 5 USC 552(a)(6)(B) and 26 CFR 601.702(c)(11) allow agencies to extend the 20 business day time limit for responding to request by an additional 10 days. This extension is permitted when additional time is needed to search for, collect the requested records from other locations, review a large volume of records that are responsive to your request, or consult with business submitters about proprietary information.

Although the FOIA and its implementing regulations permit the extension of time, we will not be able to respond to your request by September 21, 2005. Therefore, we must ask for additional time to respond to your request. We plan to provide you with our response by October 14, 2005.

**IF YOU AGREE TO THIS VOLUNTARY EXTENSION**

If you agree to this extension of time, no reply to this letter is necessary. You will still have the right to file an appeal of our determination if we subsequently deny your request. You may want to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the person whose name and number are shown below.

The FOIA process is not an additional avenue of recourse during tax administrative proceedings. It solely provides for access to records. Your agreement to extend the time for our response to your FOIA request will have no bearing on any ongoing tax matter such as Collection Due Process or examination appeal.

**IF YOU DO NOT AGREE TO THIS VOLUNTARY EXTENSION**

If you do not agree to this extension and do not want to modify the scope of your requests, you may not appeal this letter administratively to the IRS. You may, however, file suit. See 5 USC 552(a)(6)(C)(I), 26 CFR 607.702(c)(10).

To file suit, you must petition the U.S. District Court in the district in which you live or work, or where the records are located, or in the District of Columbia, to obtain a response to your request. You may file suit no earlier than September 21, 2005. Your petition will be treated according to the Federal Rules of Civil Procedure, which may apply to actions against any agency of the United States. These procedures require that the IRS be notified of the pending suit, through service of process, which should be directed to:

> Commissioner of Internal Revenue Service
> Attention:CC:PA
> 1111 Constitution Avenue NW
> Washington, DC 20224

If the court concludes you have reasonably refused to limit your request or to accept the alternate time frame for response, it may find that our failure to meet the statutory time frames in the FOIA is justified. See 5USC 552(a)(6)(C)(iii).

We hope you will agree to allow us more time to process your request. If you wish to contact us, please call Paula Ward, Disclosure Specialist, ID number 18-03230, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000AUSC, Austin, Texas 78768. Please refer to case number 18-2005-02810.

Sincerely,

*Paula K. Ward*

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus

COMMISSIONER OF INTERNAL REVENUE SERVICE
ATTN: CC: PA
1111 CONSTITUTION AVE, NW
WASHINGTON, DC 20224

SEE STEPHANIE YOUNG
LETTER DATED
SEPTEMBER 7, 2005
PAGE 2



Route
**Undefined**
Delivery Point
**5329c**

C:PA:TSS
Control
Sender

11/21/05
10:20:38

7005116000294471281

W10000583X



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Office of
Legal Counsel

SEP 9 2005

Michael L. Buesgens
500 E. Stassney, Apt 1023
Austin, TX 78745

Re: FOIA Appeal

Dear Mr. Buesgens

Your letter was received in this office on September 2, 2005. After a review of your letter, it appears that you are appealing the Regional Attorney's decision on your Freedom of Information Act (FOIA) request. However, a copy of the Regional Attorney's letter, as required by EEOC regulation 29 C.F.R.1610.11(a), was not attached. EEOC regulations on disclosure mandate that an appeal from an initial denial must include a copy of the Regional Attorney's determination. Accordingly, you must submit a copy of the Regional Attorney's letter to this office in order to appeal the determination.

You may submit a copy of the Regional Attorney's letter to Sandra Adams, Information Specialist, either by mail to EEOC, Office of Legal Counsel, (OLC) 1801 L Street N.W., Washington, DC 20507 or by fax at 202 663-4639. Your appeal will be docketed upon OLC's receipt of the Regional Attorney's letter.

Sincerely,

Sandra Adams
Information Specialist/FOIA Programs