

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Office of
Legal Counsel

SEP 1 3 2005

Michael L. Buesgens
500 E. Stassney
Apt. 1023
Austin, Texaas 78745

    **Re: FOIA No.** A5-11-FOIA-423

Dear Mr. Buesgens:

This is in response to your request or appeal under the Freedom of Information Act (FOIA). As provided in U.S.C. § 552(a)(6)(B)(1987), we hereby notify you that we are extending by ten (10) working days the time in which we shall respond. Such extension is necessary because of:

[ ]    (i) the need to search for and collect the requested records, if any exist, from field offices or other establishments that are separate from this office;

[ ]    (ii) the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request;

[x]    (iii) the need for consultation with another agency, or two or more components of this agency, having a substantial interest in the determination of the request.

We will respond to your request or appeal by September 27, 2005.

                        Sincerely,

                        Draga G. Anthony
                        General Attorney/FOIA Programs

**Internal Revenue Service**     **Department of the Treasury**

Date:  SEP 2 0 2005

**Address and reply to:**
Appeals Office, Fresno Campus
5045 E. Butler, M/S 55201
Fresno, CA 93727-5136

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

**Person to Contact:**
Stephen Armi  #78-00023
**Contact Telephone Number:**
(559) 452-3122 (Office)
(559) 452-3113 (Fax)
**In Re:**
TIGTA FOIA Appeal

Dear Mr. Buesgens:

This letter is in response to your June 17, 2005 Freedom of Information Act (FOIA) appeal of the TIGTA Disclosure Office's failure to provide the requested documents to you.

All TIGTA Disclosure Office appeals must be sent to :

> Treasury Inspector General of Tax Administration
> Office of Chief Counsel
> 1125 15th Street, N.W.
> Room 700A
> Washington, DC 20005

Since you submitted a copy of your June 10, 2005 letter to TIGTA at the above address and the IRS Appeals Office does not have jurisdiction over your appeal, we are closing our file in regard to this matter.

Sincerely,

Marge Field
Appeals Team Manager

http://www.tigta.gov/
**Treasury Inspector General for Tax Administration**

Printed on Tuesday, Sep 20, 2005

# Making a FOIA Request

If you are interested in making a FOIA request to TIGTA, your request must be made in writing and comply with the provisions of 31 CFR 1.1. Your written FOIA request must:

(1) Indicate that your request is made pursuant to the FOIA;

(2) Adequately describe the records sought by your request;

(3) Include your agreement to pay fees for search, duplication, and review, if applicable, or include a request for a fee waiver or reduction of fees, along with a justification for such a request indicating which of the following user category is applicable: commercial, educational institution, scientific institution, or news media. Normally, there is no charge if the number of pages copied is less than 100 pages; and,

(4) To protect the confidentiality of information and to prevent an unwarranted invasion of personal privacy, you must: (a) sign your request; and, (b) establish your right to receive the requested documents by providing a photocopy of an identifying document bearing your signature (such as a driver's license, identification badge or passport), or a notarized statement swearing to or affirming your identity.

If you do not provide the necessary information, the agency will not process your request, but will advise you what additional information is required.

Kindly forward your request to the following address:

Treasury Inspector General for Tax Administration
Office of Chief Counsel Disclosure Section
1125 15th Street, N.W.
Room 700A
Washington, DC 20005
ATTN: Disclosure Officer

You may fax your request to (202) 622-3339. Alternatively, you may e-mail your request to the following address: FOIA.Reading.Room@tigta.treas.gov

## FEES

FOIA requesters may have to pay fees covering some or all of the costs of processing their requests, unless the fees are waived. For the purposes of fees only, the FOIA divides requesters into the following categories:

1. <u>Commercial Use Requester</u>: one who seeks information for a use of purpose that furthers the commercial, trade, or profit motive of the requester, or the person on whose behalf the request is made.

2. <u>Educational Institution</u>: a school that operates a program of scholarly research.

3. <u>Noncommercial Scientific Institution</u>: an institution that is not commercial and that is operated solely for the purpose of conducting scientific research that does not promote any particular product or industry.

4. <u>Representative of the News Media</u>: one actively gathering news for an entity organized and operated to publish or broadcast news. "News" is information about current events or that would be of current interest.

5. <u>All Other Requesters</u>: any requester who does not fall into one of the other categories of requesters.

Commercial requesters may be charged fees for searching for records, processing the records, and photocopying the records. Educational or noncommercial scientific institutions and representatives of the news media are charged only for photocopying expenses after the first 100 pages of copies. Requesters who do not fall into one of the other categories are charged for record searches which take more than two (2) hours and photocopying after the first 100 pages of documents.

You may always include in your request letter a specific statement limiting the amount that you are willing to pay in fees.

You will be notified by TIGTA if it anticipates that you will incur fees during the processing of your FOIA request and will be asked to make a commitment to pay the amount of the estimated fees. At that time, you may make a written request for a waiver of the fees. Your written request for a fee waiver should be addressed to the following address:

> Office of Chief Counsel
> Treasury Inspector General for Tax Administration
> IG:CC:D
> Room 700A
> 1125 15th Street, NW
> Washington, DC 20005
> Attn: Disclosure Section

Fee waivers are limited to situations in which a requester can show that the disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the Government and is not primarily in the commercial interest of the requester. Requests for fee waivers from individuals who are seeking records pertaining to themselves usually are denied under this standard because such disclosures usually will not result in any increase of the public's understanding of Government operations and activities. In addition, a requester's inability to pay fees is not a legal basis for granting a fee waiver.

## HOW TO APPEAL

If your request is denied in whole or in part, TIGTA will advise you in writing of the basis for the withholding and inform you of your right to appeal the release determinations. You may file an administrative appeal to TIGTA's Office of Chief Counsel within 45 days of the agency's final response to your request. No particular form or language is needed to file an administrative appeal. You may, however, explain the reasons why you disagree with the agency's release determinations. In addition, if you believe additional responsive records exist, which were not processed in response to your request, you should indicate where you believe these records are located.

You should address your written administrative appeal to the following address:

> Treasury Inspector General for Tax Administration
> Office of Chief Counsel
> 1125 15th Street, N.W.
> Room 700A
> Washington, DC 20005

## JUDICIAL REVIEW

The FOIA also provides a requester the right to bring a civil lawsuit against the agency in an appropriate Federal district court (either in Washington DC, or where the requester resides or does business) if a request is, after initial request and administrative appeal, denied in whole or in part.

Last Updated: April 21, 2005



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Office of
Legal Counsel

SEP 2 2 2005

Michael L. Buesgens
500 E. Stassney
Apt. 1023
Austin, Texaas  78745

   **Re: FOIA No. A5-11-FOIA-423**

Dear Mr. Buesgens:

Your Freedom of Information Act (FOIA) request received on August 16, 2005 has been processed. The paragraph(s) checked below apply:

[x] A portion of your request is neither granted nor denied because: [x] Your request does not reasonably describe the records you wish disclosed or [x] No records fitting the description of the records you seek disclosed exist or could be located after a thorough search. Otherwise,

[ ] Your request is granted.

[ ] Your request is denied pursuant to the subsections of the FOIA indicated at the end of this letter. An attachment to this letter explains the use of these exemptions in more detail.

[ ] Your request is granted in part and denied in part. Portions not released are being withheld pursuant to the subsections of the FOIA indicated at the end of this letter. An attachment to this letter explains the use of these exemptions in more detail.

[ ] You must send a check for $     made payable to the <u>United States Treasurer</u> and mail to the above address. Professional search and review time is billed at a rate of $17.00 per hour, and clerical search and review time at $7.00 per hour, and photocopying at $.15 per page. 29 C.F.R. § 1610.15. Address your correspondence to the attention of [insert your name here]. The fee has been computed as follows:

  [ ] Commercial requests:  pages of photocopying;   hours of clerical review time; hours of professional review time;  hours of clerical search time; and   hours of professional search time.

  [ ] Requests by educational or noncommercial scientific   institutions or representatives of the news media:  ____ pages of photocopying.  The first 100 pages are provided free of charge.

**Re: FOIA No. A5-11-FOIA-423**

Comments Page

In order to be eligible for expedited processing, the requestor must demonstrate a compelling need. A compelling need exists when: (1) failure to obtain the records on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual, 29 C.F.R. § 1610.9(c)(1)(i); or (2) the requester is a person primarily engaged in disseminating information, and there is an urgency to inform the public concerning actual or alleged Federal government activity, 29 C.F.R. § 1610.9(c)(1)(ii).

The circumstances when expedited processing is appropriate are identified at 29 C.F.R. 1610.9 (c)(1)(i) and 1610.9(c)(1)(ii). You have failed to follow the EEOC's regulations regarding expedited processing by demonstrating how your situation falls into the categories identified in the preceding paragraph.

Portions of your request can neither be granted nor denied for the following reason: your request is not a proper FOIA request. The FOIA requires that an access request satisfy two specific requirements: 1) it must "reasonably describe" the records sought and 2) it must be made in accordance with the EEOC's published FOIA regulations. Your request fails to meet these requirements for a FOIA request because it does not reasonably describe the records you seek in sufficient detail to enable knowledgeable employees to locate the records with a reasonable amount of effort, or requests that EEOC respond to questions. The FOIA requires agencies to provide a requestor with access to records, not answer questions, such as those numbered 2 and 3 in your request.

Certain portions of your request, numbers 4 through 20, can neither be granted nor denied because the EEOC does not maintain such records.

I am aware that you have stated that you did not wish to receive copies of manuals, regulations or statistics, all of which are agency records. However, information which may be helpful to you with regard to number 1 in your request, and your request in general, is located on our website, found at www.eeoc.gov. The Office of Federal Operations annual report provides information in response to your FOIA request. The report is located on the EEOC's external website at: http://www.eeoc.gov/federal/fsp2004/index.html. Additional information, including information about agencies' asserting the defense of undue hardship may be located at the following websites: http://www.eeoc.gov/federal/decisions.html. and http://www.eeoc.gov/federal/fsp2004/index.html.

If you are seeking information concerning a specific federal agency, you are advised to contact that agency.

Finally, Ms. Adams' letter, dated September 9, 2005, was sent in error. I apologize for the miscommunication.

[ ]   All other requests:   pages of photocopying; hours of clerical search time; and hours of professional search time. The first 100 pages and 2 hours of search time are provided free of charge.

[ ]   The disclosed records are enclosed. No fee is charged because the cost of collecting and processing the chargeable fee equals or exceeds the amount of the fee. 29 C.F.R. § 1610.15(d).

[ ]   The disclosed records are enclosed. Photocopying and search fees have been waived pursuant to 29 C.F.R. § 1610.14.

[x]   You may appeal the denial or partial denial of your request by writing within thirty days of receipt of this letter to Office of Legal Counsel/FOIA Programs, Equal Employment Opportunity Commission, 1801 L Street, N.W., Washington, D.C. 20507. Your appeal will be governed by 29 C.F.R. § 1610.11.

[x]   See attached Comments page for further information.

Sincerely,

Stephanie D. Garner
Assistant Legal Counsel/FOIA

Applicable Sections of the Freedom of Information Act, 5 U.S.C. § 552(b):

[ ] (2)
[ ] (3)
    [ ] Section 706(b) of Title VII
    [ ] Section 709(e) of Title VII
[ ] (3)(B)
    [ ] 41 U.S.C. §253b(m)
[ ] (4)
[ ] (5)

[ ] (6)
[ ] (7)(A)
[ ] (7)(C)
[ ] (7)(D)
[x] other (see attached)

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

SEP 22 2005

MICHAEL L BUESGENS
500 E STASSNEY APT 1023
AUSTIN TX 78745

Dear Mr. Buesgens:

This letter is in response to your Freedom of Information Act request dated August 21, 2005, which was received in this office on August 25, 2005.

In regards to your request for copies of internal vacancy announcements in the Austin, Texas commuting area for grade 5/6/7/8 positions for the year of 2003, please refer to our previous response letter to you dated July 26, 2005. As explained in the letter, we were able to obtain some of the announcements for 2003 and enclosed those copies. The remaining information could not be provided without a document being created and FOIA does not require agencies to create records not already in existence. We have no additional records to provide to you. The enclosed Notice 393 explains your appeal rights.

For further information, please contact Paula Ward, Disclosure Specialist, ID number 18-03230, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case number 18-2005-03035.

Sincerely,

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus

Enclosure

# Information on an IRS Determination to Withhold Records Exempt From The Freedom of Information Act – 5 U.S.C. 552

### Appeal Rights

You may file an appeal with the Internal Revenue Service (IRS) within 35 days after we (1) deny you access to a record in whole or in part; (2) have made an adverse determination as to your category as a requester; (3) deny your request for a fee waiver or reduction; or (4) have advised you that no records responsive to your request exist. You may file an appeal within 10 days when a request for expedited processing has been denied.

Your appeal <u>must</u> be in writing, must be signed by you, and must contain:

> Your name and address,
> Description of the requested records,
> Date of the request (and a copy, if possible),
> Identity of the office and contact on the response letter, and
> Date of the letter denying the request (and a copy, if possible)

Mail your appeal to:

> IRS Appeals
> Attention: FOIA Appeals
> 5045 E. Butler Ave.
> M/Stop 55201
> Fresno, California 93727-5136

### Judicial Review

If we deny your appeal, or do not address an issue raised in your appeal within 20 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal, you may file a complaint in United States District Court in the district in which (1) you reside; (2) your principal place of business is located; (3) the records are located; or (4) the District of Columbia. A complaint may be filed within 10 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal if your appeal is from an adverse determination of a request for expedited processing. If you choose to file suit before receipt of a final determination by the Appeals office, the administrative appeals process may cease.

The rule for effecting service of judicial process upon the Internal Revenue Service is set forth in Federal Rule of Civil Procedure 4(i). In addition to service upon the United States, as set forth in Rule 4(i)(1), service must be made upon the Internal Revenue Service by registered or certified mail as set forth in Rule 4(i)(2)(A). The address of the Internal Revenue Service is: Internal Revenue Service, Attention CC:PA ,1111 Constitution Avenue, N.W., Washington, D.C. 20224.

### Exemptions

The Freedom of Information Act, 5 U.S.C. 552, does not apply to matters that are:

(b)(1) • specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and are in fact properly classified under such executive order.

(b)(2) • related solely to the internal personnel rules and practices of an agency;

(b)(3) • specifically exempted from disclosure by statute (other than section 552b of this title), provided that the statute

---

Notice **393** (Rev. 10-2004) Cat. No. 45803X    Department of the Treasury – **Internal Revenue Service**