

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Office of
Legal Counsel

Michael L. Buesgens
500 E. Stassney
Apt. 1023
Austin, TX  78745

Re: FOIA No. A5-11-FOIA-423

Dear Mr. Buesgens:

I am in possession of your letter dated October 6, 2005, in which you continue to discuss the merits of your request for expedited FOIA processing. As I explained to you in my initial correspondence, expedited processing is available to requesters demonstrating a compelling need. 29 C.F.R. § 1610.9(c)(1). A **compelling need exists** when: (1) failure to obtain the records on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual, 29 C.F.R. § 1610.9(c)(1)(i); or (2) the requester is a person primarily engaged in disseminating information, and there is an urgency to inform the public concerning actual or alleged Federal government activity, 29 C.F.R. § 1610.9(c)(1)(ii). These reasons identify the bases for expedited processing. You were granted the opportunity to explain how your request fit into one of the two identified categories. You failed to do so.

Furthermore, your FOIA request has been processed. A letter, along with responsive documents, was mailed to you on September 29, 2005.

Sincerely,

Stephanie D. Garner
Assistant Legal Counsel/FOIA Programs

| | |
|---|---|
| **Internal Revenue Service** | **Department of the Treasury** |
| Campus Appeals Office | |
| M/S 55201 | **Person to Contact:** |
| 5045 E. Butler | Alexis Lindauer |
| Fresno, CA 93727-5136 | Employee ID Number: 78-00036 |
| | Tel: 559-452-3040 |
| | Fax: (559) 452-3266 |
| Date: October 12, 2005 | **Refer Reply to:** |
| | AP:CO:FRC:AGL |
| | **In Re:** |
| MICHAEL L BUESGENS | Freedom of Information Act |
| 500 E STASSNEY APT 1023 | **Tax Period(s) Ended:** |
| AUSTIN TX 78745 | |

Michael L Buesgens:

This letter is our acknowledgement that on September 19, 2005 we received your Freedom of Information Act (FOIA) administrative appeal, dated September 13, 2005. We are required to complete our consideration of your appeal within 20 business days after the date we receive your appeal. If we are unable to complete your case in that time frame, you may seek judicial review by properly filing suit in the United States District Court in the district where you live or work, where your records are located or in the District of Columbia. The rules for filing such suit are set forth in Federal Rule of Civil Procedure 4(i).

It may take several weeks to retrieve the pertinent documents from the Disclosure Office. We will then complete our review and notify you in writing of our decision and of any judicial remedies that may be available to you. We apologize for any delay in responding to your request.

If you decide to file suit with the Court while we are considering your case, please advise this office in writing of your action. Once notified, we will terminate our consideration of your FOIA appeal and transfer jurisdiction to the Court.

In the interim, if you have any questions concerning the status of your appeal, please contact the Appeals Officer whose name and telephone number are listed above.

Sincerely,

*Marge Field* by

Marge Field
Appeals Team Manager

**Internal Revenue Service**                                **Department of the Treasury**
Campus Appeals Office
M/S 55201                                                   **Person to Contact:**
5045 E. Butler                                                Alexis Lindauer
Fresno, CA 93727-5136                                         Employee ID Number: 78-00036
                                                              Tel: 559-452-3040
                                                              Fax: (559) 452-3266
Date: October 12, 2005                                      **Refer Reply to:**
                                                              AP:CO:FRC:AGL
                                                            **In Re:**
MICHAEL L BUESGENS                                            Freedom of Information Act
500 E STASSNEY APT 1023                                     **Tax Period(s) Ended:**
AUSTIN TX 78745

Michael L Buesgens:

This letter is our acknowledgement that on October 5, 2005 we received your Freedom of Information Act (FOIA) administrative appeal, dated September 28, 2005. We are required to complete our consideration of your appeal within 20 business days after the date we receive your appeal. If we are unable to complete your case in that time frame, you may seek judicial review by properly filing suit in the United States District Court in the district where you live or work, where your records are located or in the District of Columbia. The rules for filing such suit are set forth in Federal Rule of Civil Procedure 4(i).

It may take several weeks to retrieve the pertinent documents from the Disclosure Office. We will then complete our review and notify you in writing of our decision and of any judicial remedies that may be available to you. We apologize for any delay in responding to your request.

If you decide to file suit with the Court while we are considering your case, please advise this office in writing of your action. Once notified, we will terminate our consideration of your FOIA appeal and transfer jurisdiction to the Court.

In the interim, if you have any questions concerning the status of your appeal, please contact the Appeals Officer whose name and telephone number are listed above.

Sincerely,

*Marge Field by [signature]*

Marge Field
Appeals Team Manager

# Information on a TIGTA Determination to Withhold Records Exempt From The Freedom of Information Act – 5 U.S.C. § 552

### Appeal Rights

You may file an appeal with the Treasury Inspector General for Tax Administration (TIGTA) within 35 days after we (1) determine to withhold records, (2) determine that no records exist, or (3) deny a fee waiver or a favorable fee category. If some records are released at a later date, you may file within 35 days after the date the last records were released.

The appeal must be in writing, must be signed by you, and must contain the following information:

> your name and address
> description of the requested records
> date of the request (and a copy, if possible)
> date of the letter denying the request (and a copy, if possible).

Mail your appeal to:   Freedom of Information Appeal
Treasury IG for Tax Administration
Attn: IG:CC    Room 700A
1125 – 15th Street, NW
Washington, DC   20005

### Judicial Review

If we deny your appeal, or if we do not send you a reply within 20 days (not counting Saturdays, Sundays, or legal public holidays) after the date we receive the appeal, you may file a complaint with the U.S. District Court in the district where (1) you reside, (2) your principal place of business is located, or (3) the records are located. You may also file in the District Court for the District of Columbia.

The court will treat your complaint according to the Federal Rules of Civil Procedure (F.R.C.P.). Service of process is governed by Rule 4(d)(4) and (5), which requires that a copy of the summons and complaint be (1) personally served on the United State Attorney for the district in which the lawsuit is brought; (2) sent by registered or certified mail to the Attorney General of the United States at Washington, C.C.; and (3) sent by registered or certified mail to the Treasury Inspector General for Tax Administration, Attn: IG:CC, Room 700A, 1125 – 15th Street, NW, Washington, D.C. 20005.

In such a court case, the burden is on the Treasury Inspector General for Tax Administration to justify withholding the requested records, determining that no records exist, or denying a fee waiver or a favorable fee category. The court may assess against the United States reasonable attorney fees and other litigation costs incurred by the person who takes the case to court and who substantially prevails. You will have substantially prevailed if the court determines, among other factors, that you had to file the lawsuit to obtain the records you requested and that the Treasury Inspector General for Tax Administration had no reasonable grounds to withhold the records. See Internal Revenue Service Regulations 26 CFR 601.702 for further details.

### Exemptions

The Freedom of Information Act, 5 U.S.C. § 552, does not apply to matters that are –

(b)(1)  (A) specifically authorized under criteria established by an Executive Order to be kept secret in the interest of national defense or foreign policy and

(B) are, in fact, properly classified under such an Executive Order;

**Internal Revenue Service**  
Campus Appeals Office  
M/S 55201  
5045 E. Butler  
Fresno, CA 93727-5136

**Department of the Treasury**

**Person to Contact:**  
  Alexis Lindauer  
  Employee ID Number: 78-00036  
  Tel:  559-452-3040  
  Fax: (559) 452-3266  

Date: October 13, 2005

**Refer Reply to:**  
  AP:CO:FRC:AGL  
**In Re:**  
  Freedom of Information Act  
**Tax Period(s) Ended:**

MICHAEL L BUESGENS  
500 E STASSNEY APT 1023  
AUSTIN TX 78745

Michael L Buesgens:

This letter is our acknowledgement that on September 29, 2005 we received your Freedom of Information Act (FOIA) administrative appeal, dated September 25, 2005. We are required to complete our consideration of your appeal within 20 business days after the date we receive your appeal. If we are unable to complete your case in that time frame, you may seek judicial review by properly filing suit in the United States District Court in the district where you live or work, where your records are located or in the District of Columbia. The rules for filing such suit are set forth in Federal Rule of Civil Procedure 4(i).

It may take several weeks to retrieve the pertinent documents from the Disclosure Office. We will then complete our review and notify you in writing of our decision and of any judicial remedies that may be available to you. We apologize for any delay in responding to your request.

If you decide to file suit with the Court while we are considering your case, please advise this office in writing of your action. Once notified, we will terminate our consideration of your FOIA appeal and transfer jurisdiction to the Court.

In the interim, if you have any questions concerning the status of your appeal, please contact the Appeals Officer whose name and telephone number are listed above.

Sincerely,

Marge Field  
Appeals Team Manager

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7669

Michael Buesgens
500 East Stassney Ln
Austin, Texas 78745

RE: Freedom of Information Act (FOIA) Request
Michael Buesgens vs. U.S. Treasury
Charge No. 360-2003-08286
Request No. A6-01-FOIA-013-SA

10/18/05

Dear Mr. Buesgens:

[X] You are the Charging Party/Charging Party's Representative.
   [ ] The EEOC completed its processing of the above cited investigative file on _____.
   [ ] The Charging Party has filed a lawsuit.

[ ] You are the Respondent/Respondent's Representative.
   [ ] The EEOC completed its processing of the above cited investigative file on _____.
   [ ] The Charging Party has filed a lawsuit.

[ ] You are neither Charging Party/Charging Party's Representative, nor are you Respondent/Respondent's Representative.

[ ] Your request was sent improperly to this office and has been forwarded to the Regional Attorney for the _____ District Office of the EEOC for response. Your request will not be deemed received by the Commission until received by the appropriate Regional Attorney. 29 C.F.R. Section 1610.7(d).

[X] Your request is neither granted nor denied because: [ ] your request does not reasonably describe the records you wish disclosed or [X] no records fitting the description of the records you seek disclosed could be located after a thorough search or [ ] the records were destroyed in the normal course of business on _____.

[ ] Processing of the request cannot proceed unless we receive a copy of the court complaint for our review. Please make sure the copy clearly reflects the cause number of the case and the date it was filed with the court.

[ ] Your request is granted.

[ ]  Your request is denied pursuant to the subsection(s) of the
     Freedom of Information Act (FOIA), 5 U.S.C. Section 552(b),
     indicated below.  An attachment to this letter explains the
     use of these exemptions from the FOIA in more detail.

    [ ]  (2)                                    [ ]  (5)
    [ ]  (3)                                    [ ]  (6)
       [ ]  Sections 706(b) and 709(e)    [ ]  (7)(A)
          of Title VII                 [ ]  (7)(C)
       [ ]  Section 709(e) of Title VII   [ ]  (7)(D)
       [ ]  5 USCA Sec. 574(j)            [ ]  (7)(F)
    [ ]  (4)

[ ]  Your request is granted in part and denied in part.  Portions
     not released are being withheld pursuant to the subsection(s)
     of the FOIA indicated below.  An attachment to this letter
     explains the use of these exemptions from the FOIA in more
     detail.

    [ ]  (2)                                    [ ]  (5)
    [ ]  (3)                                    [ ]  (6)
       [ ]  Sections 706(b) and 709(e)    [ ]  (7)(A)
          of Title VII                 [ ]  (7)(C)
       [ ]  Section 709(e) of Title VII   [ ]  (7)(D)
       [ ]  5 USCA Sec. 574(j)            [ ]  (7)(F)
    [ ]  (4)

[X]  You may appeal the denial or partial denial of your request by
     writing within thirty days of receipt of this letter to
     Assistant Legal Counsel/FOIA, Office of Legal Counsel, U.S.
     Equal Employment Opportunity Commission, 1801 L Street, N.W.,
     Washington, D.C.  20507.  You must include a copy of the
     Regional Attorney's determination with your appeal.  Your
     appeal will be governed by 29 C.F.R. § 1610.11.

We estimate the requested file to be _____ inch(es) of
documents.  We further estimate this file to contain _____
pages.  To determine the number of pages in the file, we use the
scale that one half (1/2) inch of documents equals 100 pages.  The
total cost for researching, reviewing and copying the file is
approximately $ _____ (photocopying is billed at $.15 per
page, professional search and review time is billed at a rate of
$17.00 per hour and clerical search and review time at $7.00 per
hour).  The approximate fee has been computed as_____ -100 = _____
pages of photocopying, ____ hours of clerical search time and ____
hours of professional search time.  We will advise you of the exact
cost for the file copy at a later date.  **Please do not submit any
payment at this time**.  We can offer the following options to obtain
the file:

1.  Allow us to make the copies of the file. We hope to make the file copy in the next 10 to 15 workdays after you give your approval for our office to make the file copy. We will advise you in a separate letter if there is any cost in coping the file.

2.  In an expedited process, we will send the file to a copying contractor. The contractor will make the copies and bill you directly. We will send the file to a contractor in one or two workdays after you give your approval to use an expedited process. Under the expedited process you will not receive any free pages. The contractor will charge you at their rate per page from page one.

3.  The file will be made available for your review at the San Antonio District Office. Please call Servando A. Pena, Paralegal Specialist, at 210-281-7639 between the hours of 9:00 A.M. and 4:00 P.M. to make arrangements to review the file.

[ ] *Please note that the file you requested is at least two and one half inches thick, approximately 500 pages or it is the party's second request. Requesting this file, it is more cost effective to have the file copied by the contractor. Our contractor charges $.12 per page starting with page one. At 500 pages both EEOC's and the contractor's fees are equal and the contractor's fees are less than those of EEOC if the file is larger than two and one half inches thick or approximately 500 pages. If this is the requester's second request, you can only obtain a file copy under the expedited process. If you wish to withdraw your FOIA request, please advise us in writing within two workdays after receiving this letter. You may fax your withdrawal to the above fax number.*

[ ] *Please make a selection of one of the options on the enclosed option sheet attached to this letter. After printing your name, marking your choice of options and signing the form, mail or fax(use the above fax number) the option form to EEOC. If there is any cost, we will advise you at a later date.*

[ ] In addition, the file also contain(s) ( )audio cassette(s) labeled as _____ that will be made available upon request. You can request a review of the cassette(s) at our office. You can also request a copy(s) of the cassette(s) at your expense or a transcript of the cassette(s) at your expense.

[ ] You have also made your request for records pursuant to the Privacy Act. Your request is exempt from the disclosure provisions of the Privacy Act. 29 C.F.R. Section 1611.13. The Commission has provided other means for access to charge files. These other means are the FOIA and Section 83 of the EEOC Compliance Manual. Therefore, with respect to a request such as this one, it is EEOC policy that the request be treated as one for the access to records under the Freedom of Information Act, 5 U.S.C. Section 552.

[ ] You have requested an expedited file copy. The file will be sent to an outside copying contractor at the same time that we are mailing this FOIA response to you.

[ ] See the attached comments page for further information.

If you have any additional questions in reference to the above cited FOIA, please direct them to the attention of Servando A. Pena, Paralegal Specialist at 210-281-7601.

Sincerely,

10-18-05

Date

Robert B. Harwin
Regional Attorney