**Internal Revenue Service**
Appeals Office M/S 55201
5045 E Butler Ave
Fresno, CA 93727-5136

Date: MAR - 6 2006

MICHAEL L BUESGENS
500 E STASSNEY APT 1023
AUSTIN TX 78745

**Department of the Treasury**

**Person to Contact:**
 Alexis Lindauer
 Employee ID Number: 78-00036
 Tel:  (559) 452-3040
 Fax: (559) 452-3266
**Refer Reply to:**
 AP:FW:FRE:AGL
**In Re:**
 Freedom of Information Act
**Disclosure Case Number(s):**
 18-2005-03035

Dear MICHAEL L BUESGENS,

This letter is in response to your appeals request dated 9/25/2005 of Freedom of Information Act (FOIA) information. According to your letter you are appealing the response of 9/22/2005 from the Disclosure Office of your request for information dated 8/21/2005

You requested the following information:
Copies of internal vacancy announcements in the Austin, Texas commuting area for grade 5/6/7/8 positions for the year of 2003.

The Austin Disclosure Office asked you to refer to their previous response letter to you dated July 26, 2005. As they were able to obtain 54 pages of documents responsive to your request and they were released to you in full. They explained that the 2003 external vacancy announcements had purged and the information is no longer available. And in reference to the internal announcements, they were able to obtain some of the announcements, which were provided to you. The remaining information could not be provided without a document being created and FOIA does not require agencies to create records not already in existence.

We are satisfied that a reasonable search for records was performed and that to the extent that the records existed at the time of your request, they were obtained, reviewed, and provided if appropriate.

We cannot address your allegations that other documents exist. We can only address whether the search was reasonable. In regard to the adequacy of a search, an agency must prove that "each document that falls within the class requested either has been produced, is unidentifiable, or is wholly exempt from the Act's inspection requirements." See <u>Sosa v. FBI</u>, No. 93-1126, slip op. at 1 (D.D.C. Nov. 4, 1993). The Disclosure Office obtained the vacancy announcements that were available and provided you with the appropriate documents.

We believe that the Disclosure Office has met its burden in regard to the adequacy of the search.

The FOIA requires us to advise you of the judicial remedies granted in the Act. You may file a complaint in the United States District Court for the District in which you reside, or have your principal place of business, or in which the agency records are located, or in the District of Columbia.

                                      Sincerely,

                                      Marge Field
                                      Appeals Team Manager