UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BUESGENS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **MARCIA H. COATES,** | ) |
| as Director, Office of Equal Opportunity | ) |
| Program, et al., | )   Civil Action No. 05-2334 (RCL) |
| | ) |
| and | ) |
| | ) |
| **COLLEEN M. KELLEY** | ) |
| as National President, | ) |
| **National Treasury Employees Union** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of defendant Colleen Kelley's ("Kelley") motion to dismiss [10] and Federal defendants'[1] motion [25] to dismiss or, in the alternative, to transfer the pending action to the United States District Court for the Western District of Texas, it is hereby

ORDERED that Federal defendants' motion [25] to transfer is GRANTED and this case is transferred to the Western District of Texas. It is further

ORDERED that Federal defendants' motion [25] to dismiss on other grounds remains pending for decision by the transferee court. It is further

ORDERED that defendant Kelley's motion [10] to dismiss is GRANTED and it is further

---

[1] Defendants include Marcia H. Coates, Director, Office of Equal Opportunity Program, Department of Treasury; Cari M. Dominguez, Chair, Equal Employment Opportunity Commission; Kay Coles James, Director, Office of Personnel Management; John W. Snow, Secretary, Department of Treasury; and J. Russell George, Inspector General, Treasury Inspector General Tax Administration.

ORDERED that this action is dismissed as to defendant Kelley, and it is further

ORDERED that plaintiff's motion [36] for Recusal and Disqualification and Reassignment of Judge and Law Clerk is DENIED.  It is further

ORDERED that defendant Kelley's motion [10] for More Definite Statement, motion [44] for Extension of Time to Hold Rule 26(f) and Rule 16 Conferences, motion [45] for Protective Order are DENIED as MOOT.  It is further

ORDERED that Federal defendants' motion [46] to Stay Discovery is GRANTED.  It is further

ORDERED that plaintiff's motion [3] to Amend/Correct to Add a Party is DENIED.  It is further

ORDERED that plaintiff's motion [7] for Reconsideration the Court's Order on Motion to Appoint Counsel is DENIED; it is further

ORDERED that plaintiff's motion [24] for Leave to File First Supplemental Complaint is DENIED; it is further

ORDERED that plaintiff's motion [35] for Extension of Time to File an Opposition to Defendants' Motion for Summary Judgment and Transfer of Venue is GRANTED, *nunc pro tunc*.  Plaintiff's opposition will be deemed timely filed.  It is further

ORDERED that plaintiff's second motion [37] to Join Additional Party Defendant is DENIED; it is further

ORDERED that plaintiff's motion [38] for Summary Judgment is DENIED; it is further

ORDERED that plaintiff's motion [41] for Discovery is DENIED.  It is further

ORDERED that plaintiff's motion [47] for Extension of Time is DENIED.  It is further

ORDERED that plaintiff's motion [49] for Disclosure is DENIED.  It is further

ORDERED that plaintiff's motion [50] for Sanctions is DENIED. It is further

ORDERED that plaintiff's motion [51] for Transfer to Transferee is DENIED. It is further

ORDERED that plaintiff's motion [52] for Leave to Set Up Omitted Compulsory Counterclaim by Amendment and to Bring in Additional Parties is DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 9, 2006.