UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

PLAINTIFF

V.

MARCIA H. COATES,
DIRECTOR, OFFICE.
OF EQUAL OPPORTUNITY
PROGRAM
U.S. DEPT. OF TREASURY,
        et al

DEFENDANTS

CIVIL ACTION
NO. 05-2334
(RCL)

**RECEIVED**

MAY 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS MOTION TO RECONSIDER
COURTS JUDGMENT AND ORDERS

AND

MOTION FOR REARGUMENT OR RECONSIDERATION

AND

MOTION FOR RECUSAL OF
JUDGE ROYCE C. LAMBERTH
PURSUANT TO 28 U.S.C.A. SECTION
144

OR

MOTION FOR REASSIGNMENT IN
THE U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

A BIAS AGAINST PLAINTIFF AND
JUDGE LAMBERTH ORDER DATED
MAY 9, 2006.

AND

ORDERS FROM OTHER DECISION
MAKERS AND THE TIMING THEREOF

1. FEDERAL LABOR RELATIONS AUTHORITY
(FLRA) LETTER DATED MAY 5, 2006.
AND PLAINTIFFS MOTION TO ADD PARTY.

2

**2.** U.S. COURT OF APPEALS FOR THE 5TH CIRCUIT ORDER DATED MAY 2, 2006.
THE ISSUE IS APPOINTMENT OF COUNSEL.

**3.** U.S. COURT OF APPEALS FOR FIFTH CIRCUIT ORDER DATED MAY 9, 2006
THE ISSUE IS APPOINTMENT OF COUNSEL.

**4.** U.S. COURT OF APPEALS FOR FIFTH CIRCUIT LETTER DATED MAY 10, 2006 (OPINION)

"P.S. TO JUDGE SPARKS: A COPY OF THE OPINION WAS SENT TO YOUR OFFICE VIA EMAIL THE DAY IT WAS FILED." (MAY 2, 2006)

✓ THE ISSUE COMMUNICATIONS AMONG THE COURTS AND TIMING OF ORDERS.

3

**5.** JUDGE SPARKS ORDER DATED MAY 3, 2006. CASE NO. A-05-CA-243-SS (AUSTIN DIVISION)

THE ISSUE IS THE U.S. COURT OF APPEALS FIFTH CIRCUIT AFFIRMATION OF JUDGE SPARKS PREVIOUS DECISION ON PLAINTIFFS REQUEST FOR APPOINTMENT OF COUNSEL.

SCHEDULING ORDER THE TRIAL SHALL BEGIN

POST DATED MAY 27, 2006.

HISTORY OF APPOINTMENT OF COUNSEL.

MAGISTRATE JUDGE AUSTIN AND JUDGE SPARKS AGREE THAT PLAINTIFF HAS THE ABILITY TO PRESENT HIS CASE.

4

MAGISTRATE JUDGE AUSTIN AND
JUDGE SPARKS AND U.S. COURT
OF APPEALS FIFTH CIRCUIT AND
DEFENDANTS AND DEFENDANTS
ATTORNEYS ALL AGREE THAT

## BUESGENS CASE HAS NO MERITS !

6. JUDGE LAMBERTH ORDER
DATED DECEMBER 16, 2005
(CASE NO. 05-02334-RCL)

BUESGENS CASE HAS NO POTENTIAL
MERITS AND IS NOT COMPLEX
AND THERE IS NO BENEFIT
IN APPOINTMENT OF COUNSEL.

PLAINTIFF BUESGENS HAS PRESENTED TO ALL OF THESE COURTS A DOCUMENTED PRIMA FACIE CASE OF DISCRIMINATION AND RETALIATION IN WHICH A SUMMARY JUDGMENT OR DIRECTED VERDICT IS APPROPRIATE.

THE COURTS HAVE IGNORED OR OMITTEN THIS EVIDENCE AND THE DEFENDANTS AND THEIR ATTORNEYS CONTINUE TO DENY ANYTHING AND EVERYTHING AND MISREPRESENT AND MISLEAD ANYONE AND EVERYONE.

THE DEFENDANTS AND THEIR ATTORNEYS HAVE (2002) AND CONTINUE TO WITHHOLD EVIDENCE (DOCUMENTARY) AND PRESENT THEIR CASE BASED ON PERJURED TESTIMONY OF GOVERNMENT OFFICIALS.

6

THE LIE MUST CONTINUE OR
THE ENTIRE PLACE WILL FALL
DOWN (ORGANIZATIONAL MISCONDUCT).

AT THE INITIAL AND FORMAL
COMPLAINT STAGE GOVERNMENT
AGENCY OFFICIALS DENY YOUR
CLAIM.

AT THE ADMINISTRATIVE HEARING
YOU ARE TOLD THE DISTRICT
COURT MAY APPOINT COUNSEL.

IN THE DISTRICT YOU ARE TOLD
NO MERITS, SERVITUDE, NO
RESOURCES', NUANCES, NOT
COMPLEX.

7

# JUDGE LAMBERTH ORDER
## DATED MAY 9, 2006
## CASE NO. '05-2334 (RCL)

| MOTION | 10 | GRANTED | DEFENDANT |
| MOTION | 25 | GRANTED | DEFENDANT |
| MOTION | 36 | DENIED | PLAINTIFF |
| MOTION | 45 | MOOT | |
| MOTION | 46 | GRANTED | DEFENDANT |
| MOTION | 3 | DENIED | PLAINTIFF |
| MOTION | 7 | DENIED | PLAINTIFF |

(APPOINTMENT OF COUNSEL)

| MOTION | 24 | DENIED | PLAINTIFF |
| MOTION | 35 | GRANTED | DEFENDANT |
| MOTION | 37 | DENIED | PLAINTIFF |
| MOTION | 38 | DENIED | PLAINTIFF |
| MOTION | 41 | DENIED | PLAINTIFF |
| MOTION | 47 | DENIED | PLAINTIFF |
| MOTION | 49 | DENIED | PLAINTIFF |
| MOTION | 50 | DENIED | PLAINTIFF |

(MICHAEL SALYARDS)

| MOTION | 51 | DENIED | PLAINTIFF |
| MOTION | 52 | DENIED | PLAINTIFF |

SO ORDERED

8

# CONCLUSION

PLAINTIFF BUESGENS IS WRONG EVERY TIME AND ALL THE TIME.

PLAINTIFF BUESGENS CASE HAS NO MERITS.

PLAINTIFF BUESGENS IS A DISGRUNTLED FORMER EMPLOYEE AND THIS MEANS HIS CASE HAS NO BASIS.

COMPLEX LITIGATION IS NOT COMPLEX LITIGATION AND BUESGENS HAS A LEGAL RIGHT TO MISHANDLE IT OR HE CAN PAY AN ATTORNEY TO SAY SOMETHING OR ANYTHING AND GO BANKRUPT.

THERE ARE RULES AND REGULATIONS AND LAWS AND IT IS THE PRINCIPLE OF THE THING.

THERE IS THE CONSTITUTION.

THERE IS AMENDMENTS AND RESTATEMENTS.

THERE IS A GOD.

THERE IS THE BIOLOGICAL IMPERATIVE

THERE IS HUMAN NATURE.

THERE IS A SOPHMORE.

THERE IS JOAN BAEZ AND OTHER SUCH SLOP.


RESPECTFULLY SUBMITTED

*Michael Buesgens*
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL


10

## EXHIBITS

## A HISTORY OF DECISIONS

**1.** MAY 9, 2006  CIVIL ACTION
NO 05-2334 (RCL)  COLUMBIA
DOCUMENT NUMBER 55

**2.** U.S. COURT OF APPEALS
FIFTH CIRCUIT
DECEMBER 9, 2005      NO. 05-50730
JANUARY 23, 2006      NO. 05-60879
MARCH 6, 2006         NO. 05-50730
MAY 2, 2006           NO. 05-50730
MAY 9, 2006           NO. 05-50730
MAY 10, 2006          NO. 05-50730

**3.** US DISTRICT COURT  AUSTIN DIVISION
CASE NO. A-05-CA-243-SS
APRIL 26, 2005    ORDER
JUNE 3, 2005      ORDER

11

MAY 3, 2006  ORDER CASE NO. A-05-CA-243-SS

MAY 3, 2006  SCHEDULING ORDER CASE NO. A-05-CA-243-SS

"SIGNED THIS THE 27TH DAY OF MAY 2006."

ENVELOPE DATED MAY 8, 2006

4. U.S. DISTRICT COURT AUSTIN DIVISION CASE NO. A-06-CA-226-LY HOUSING DISCRIMINATION AND RETALIATION AND INTERNAL REVENUE SERVICE (I.R.S.) EMPLOYEES

MAY 10, 2006  ORDER

12

**5.** MAY 5 2006 LETTER
FEDERAL LABOR RELATIONS
AUTHORITY (F.L.R.A.)
AND
NATIONAL TREASURY EMPLOYEES
UNION (NTEU)
AND          DEFENDANTS
CIVIL ACTION NO.
05-2334 (RCL) COLUMBIA

DECEMBER 6, 2005 LETTER
FLRA AND NTEU

**6.** JANUARY 26, 2006 LETTER
MARCIA H. COATES DEFENDANT
CA. 05-2334 (RCL)
TORT CLAIM
AND
MICHAEL SALYARDS,
GLS ATTORNEY
DALLAS, TEXAS

13

**7.** MARCH 16, 2006 FINAL AGENCY DECISION MARCIA H. COATES DEFENDANT CA. 05-2334 (RCL)

**8.** DECEMBER 14 2005 SPIN-OFF COMPLAINT TN 05-2291 S MARCIA H. COATES CA. 05-2334 (RCL)

AND

NO YOU CANNOT HAVE OFFICIAL TIME. PAM PROCTOR AND MARCIA H. COATES AND MICHAEL SALYAROS

**9.** DECEMBER 31 2003 EEOC NO. 360-2003-08286X KATYE DUDERSTADT

DON'T BE DISSATISFIED

14



**10.** DECEMBER 29 2004
OFFICE OF FEDERAL OPERATIONS
DENIAL
BECAUSE MICHAEL SALYARDS
AND DEFENDANTS ARE WITHHOLDING
EVIDENCE.

**11.** FEBRUARY 18, 2005
OFFICE OF FEDERAL OPERATIONS
DENIAL OF RECONSIDERATION

THE ABUSE CONTINUES

**12.** JANUARY 21, 2004
ORDER ENTERING JUDGMENT
BY ROBERT L. POWELL AND
MICHAEL SALYARDS

DECEMBER 16, 2003
EEOC ADMINISTRATIVE
HEARING.

15

**13.** SEPTEMBER 27, 2005

BUESGENS BEGS U.S. COURT
OF APPEALS FIFTH. CIRCUIT FOR
PETITION OF REVIEW OF EEOC
ADMINISTRATIVE HEARING
NO. 05-60879

U.S. ATTORNEY BARRY ROBINSON
SAYS THIS IS INAPPROPRIATE.

SIMILAR TO AN INAPPROPRIATE
REASONABLE ACCOMMODATION
MICHAEL SALYARDS.

**14.** AUGUST 19, 2005
BUESGENS MAILS (CERTIFIED)
A FEDERAL TORT CLAIM (FTCA)
TO DEPUTY GENERAL COUNSEL
DEPARTMENT OF TREASURY

IT IS RECEIVED ON AUGUST 22,
2005 AT 8:01 AM.

16



THE CIRCUS BEGINS WITH
TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION (TIGTA)
AND MARY-ELLAN KRCHA AND
MICHAEL SALYARDS.

**15.** OCTOBER 31, 2005
MAIL FRAUD REPORT
U.S. POSTAL INSPECTION SERVICE

NOVEMBER 14, 2005
MAIL LOSS / RIFLING REPORT

NOVEMBER 29, 2005
MAIL THEFT AND VANDALISM
REPORT

JANUARY 9, 2006
NO POSTAL VIOLATION HAS
OCCURRED
DECLARES INSPECTOR
DANIEL CORTEZ AND
TIGTA AND MARY ELLAN KRCHA AND
MICHAEL SALYARDS.

17

**16.** OCTOBER 14, 2005
OFFICE OF SPECIAL COUNSEL
(OSC)

SEPTEMBER 29 2005
PRESIDENTS COUNCIL ON INTEGRITY

FEBRUARY 1, 2006
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION

KAREN L. MELNIK AND
COMPANY

18

# DECLARATION OF MICHAEL BUESGENS

I, MICHAEL L. BUESGENS DECLARE THAT THE FOREGOING IS TRUE AND MAKE THIS DECLARATION IN LIEU OF AN AFFIDAVIT, IN ACCORDANCE WITH 28 U.S.C. SECTION 1746. I AM AWARE THAT THIS DECLARATION WILL BE FILED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AND THAT IT IS THE LEGAL EQUIVALENT OF A STATEMENT UNDER OATH.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Michael Buesgens
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
PLAINTIFF

19

# CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION TO RECONIDER ORDERS AND RECOSAL AND REASSIGNMENT WAS SERVED BY PRIORITY MAIL ON THIS 14TH DAY OF MAY, 2006

ADDRESSED TO:

KAREN L. MELNIK
ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, D.C. 20530

AND
JULIE M. WILSON
ASSISTANT COUNSEL
NTEU
1750 H STREET, N.W.
WASHINGTON, DC. 20006

20

Michael L Buesgens
MICHAEL L. BUESGENS
500 E STASSNEY
APT 1023
AUSTIN, TX 78745
512-447-7031

21