

DCD_ECFNotice@dcd.uscou
rts.gov
05/09/2006 09:00 AM

To  DCD_ECFNotice@dcd.uscourts.gov

cc

bcc

Subject   Activity in Case 1:05-cv-02334-RCL BUESGENS v. COATES
et al "Order on Motion for Extension of Time to"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once
without charge. To avoid later charges, download a copy of each document during this first
viewing.**

**U.S. District Court**

**District of Columbia**

Notice of Electronic Filing

The following transaction was received from lcrc11, entered on 5/9/2006 at 9:00 AM and filed on
5/9/2006

**Case Name:**          BUESGENS v. COATES et al
**Case Number:**        1:05-cv-2334
**Filer:**
**Document Number:**    55

**Docket Text:**
ORDER granting defendant Colleen Kelley's motion to dismiss [10] and Federal defendants'
motion [25] to dismiss or, in the alternative, to transfer the pending action to the United States
District Court for the Western District of Texas; Federal defendants' motion [25] to transfer is
GRANTED and this case is transferred to the Western District of Texas. Federal defendants'
motion [25] to dismiss on other grounds remains pending for decision by the transferee court;
defendant Kelley's motion [10] to dismiss is GRANTED; this action is dismissed as to defendant
Kelley, plaintiff's motion [36] for Recusal and Disqualification and Reassignment of Judge and
Law Clerk is DENIED; defendant Kelley's motion [10] for More Definite Statement, motion [44]
for Extension of Time to Hold Rule 26(f) and Rule 16 Conferences, motion [45] for Protective
Order are DENIED as MOOT. Federal defendants' motion [46] to Stay Discovery is GRANTED.
It is furtherORDERED that plaintiff's motion [3] to A! mend/Correct to Add a Party is DENIED;
plaintiff's motion [7] for Reconsideration the Court's Order on Motion to Appoint Counsel is
DENIED; plaintiff's motion [24] for Leave to File First Supplemental Complaint is DENIED;
plaintiff's motion [35] for Extension of Time to File an Opposition to Defendants' Motion for
Summary Judgment and Transfer of Venue is GRANTED, nunc pro tunc. Plaintiff's opposition
will be deemed timely filed. Plaintiff's second motion [37] to Join Additional Party Defendant is
DENIED; plaintiff's motion [38] for Summary Judgment is DENIED; plaintiff's motion [41] for
Discovery is DENIED; plaintiff's motion [47] for Extension of Time is DENIED; plaintiff's
motion [49] for Disclosure is DENIED; plaintiff's motion [50] for Sanctions is DENIED;
plaintiff's motion [51] for Transfer to Transferee is DENIED; plaintiff's motion [52] for Leave to

Set Up Omitted Compulsory Counterclaim by Amendment and to Bring in Additional Parties is
DENIED. Signed by Judge Ro! yce C. Lamberth on 5/9/06. (lcrcl1, )

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**O:\Michael's Docs\05-2334 Buesgens v. Coates\Mem Op Transfer Order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/9/2006] [FileNumber=1100439-0]
[79306e78ff1a1fbadeb6ece6bcec410297d8056dcd2c63c730e35df3a42e6048b5727
c32c040869ae9fbfd67713999009ce79637a10cef07a7fba8192dbde4bd]]

**1:05-cv-2334 Notice will be electronically mailed to:**

Karen L. Melnik    karen.melnik@usdoj.gov,

Gregory O'Duden    greg.oduden@nteu.org

**1:05-cv-2334 Notice will be delivered by other means to:**

MICHAEL L. BUESGENS
500 East Stassney
Apartment 1023
Austin, TX 78745

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BUESGENS, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | |
| ) | |
| MARCIA H. COATES, ) | |
| as Director, Office of Equal Opportunity ) | |
| Program, et al., ) | Civil Action No. 05-2334 (RCL) |
| ) | |
| and ) | |
| ) | |
| COLLEEN M. KELLEY ) | |
| as National President, ) | |
| National Treasury Employees Union ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of defendant Colleen Kelley's ("Kelley") motion to dismiss [10] and

Federal defendants'[1] motion [25] to dismiss or, in the alternative, to transfer the pending action to

the United States District Court for the Western District of Texas, it is hereby

ORDERED that Federal defendants' motion [25] to transfer is GRANTED and this case

is transferred to the Western District of Texas.  It is further

ORDERED that Federal defendants' motion [25] to dismiss on other grounds remains

pending for decision by the transferee court.  It is further

ORDERED that defendant Kelley's motion [10] to dismiss is GRANTED and it is further

---

[1] Defendants include Marcia H. Coates, Director, Office of Equal Opportunity Program, Department of Treasury; Cari M. Dominguez, Chair, Equal Employment Opportunity Commission; Kay Coles James, Director, Office of Personnel Management; John W. Snow, Secretary, Department of Treasury; and J. Russell George, Inspector General, Treasury Inspector General Tax Administration.

ORDERED that this action is dismissed as to defendant Kelley, and it is further

ORDERED that plaintiff's motion [36] for Recusal and Disqualification and Reassignment of Judge and Law Clerk is DENIED. It is further

ORDERED that defendant Kelley's motion [10] for More Definite Statement, motion [44] for Extension of Time to Hold Rule 26(f) and Rule 16 Conferences, motion [45] for Protective Order are DENIED as MOOT. It is further

ORDERED that Federal defendants' motion [46] to Stay Discovery is GRANTED. It is further

ORDERED that plaintiff's motion [3] to Amend/Correct to Add a Party is DENIED. It is further

ORDERED that plaintiff's motion [7] for Reconsideration the Court's Order on Motion to Appoint Counsel is DENIED; it is further

ORDERED that plaintiff's motion [24] for Leave to File First Supplemental Complaint is DENIED; it is further

ORDERED that plaintiff's motion [35] for Extension of Time to File an Opposition to Defendants' Motion for Summary Judgment and Transfer of Venue is GRANTED, *nunc pro tunc*. Plaintiff's opposition will be deemed timely filed. It is further

ORDERED that plaintiff's second motion [37] to Join Additional Party Defendant is DENIED; it is further

ORDERED that plaintiff's motion [38] for Summary Judgment is DENIED; it is further

ORDERED that plaintiff's motion [41] for Discovery is DENIED. It is further

ORDERED that plaintiff's motion [47] for Extension of Time is DENIED. It is further

ORDERED that plaintiff's motion [49] for Disclosure is DENIED. It is further

ORDERED that plaintiff's motion [50] for Sanctions is DENIED.  It is further

ORDERED that plaintiff's motion [51] for Transfer to Transferee is DENIED.  It is

further

ORDERED that plaintiff's motion [52] for Leave to Set Up Omitted Compulsory

Counterclaim by Amendment and to Bring in Additional Parties is DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 9, 2006.

Clerk's Office
USDC - DC
333 Constitution Ave, NW
Washington DC 20001



