IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 MAY 10 PM 4: 07
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| MICHAEL L. BUESGENS | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CAUSE NO. A-06-CA-226- LY |
| | § | |
| FALCON RIDGE APARTMENTS, FALCON APARTMENTS OF AUSTIN, LTD., FALCON APARTMENTS OF AUSTIN I, INC., GREYSTAR PROPERTY MANAGEMENT, DEBI WEHMEIER, MANDY ROGERS AND AMANDA WILSON | § | |
| DEFENDANTS. | § | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case has been set for an INITIAL PRETRIAL CONFERENCE in Chambers, Second Floor of the United States Courthouse, 200 West 8th Street, Austin, Texas, on **Friday, May 26, 2006, at 9:30 a.m.** The parties may appear by phone with prior arrangement with the Court.

FURTHER, the parties are notified that at the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this 10th day of May, 2006.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

CLERK, U. S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
200 W. 8TH STREET, ROOM 130
AUSTIN, TEXAS 78701-9620

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

*((=—
1040    U.S. POSTAGE    PB 2214746
5409   $00.390   MAY 11 06
7222   MAILED FROM ZIP CODE   78701