

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20020

**FIRST CLASS MAIL**

IJAN 2 6 2006

Mr. Michael L. Buesgens
500 East Stassney #1023
Austin, TX 78745

Complaint of Michael L. Buesgens and
John W. Snow, Secretary of the Treasury
TD No. 05-2291

Dear Mr. Buesgens:

On January 24, 2006, this office received a package of documents from you regarding a tort claim under Civil Action No. 05-2334 (RCL) and other matters.

You have filed a number of employment discrimination complaints. Your complaint, TD No. 05-2291, is currently in the investigative stage. By copy of this letter, we are sending the package of documents to the Dallas Treasury Complaint Center to include it in the Investigative File if relevant or to return it to you.  *MICHAEL SALYARDS*

If you have any questions, please contact the Center at 972-308-1303.

Sincerely,

Mariam G. Harvey
Director
Office of Equal Opportunity and Diversity

cc (via e-mail, with attachment):
James C. Parker
Operations Director
Dallas Treasury Complaint Center