TD 05-2291                                                          MARCH 16, 2006
_____

# DEPARTMENT OF TREASURY FINAL AGENCY DECISION

### In the matter of

### Michael L. Buesgens v. John W. Snow, Secretary of the Treasury

This is the Departmental decision in the discrimination complaint filed by Michael L. Buesgens (Complainant) against the Department of the Treasury.

On April 7, 2005, the Complainant filed a formal complaint with the Treasury Complaint Center. In his complaint, the Complainant alleged that he was discriminated against and harassed based on his mental disability (depression, anxiety and bipolar) and reprised against for prior EEO activity when:

1) from 2002 through 2004 his medical information was shared with employees who had no need to know;
2) on an unspecified date in 2003, his reasonable accommodation request to be off the phones was denied;
3) on an unspecified date in April 2003, management threatened to change him to a lower grade if he did not accept the reasonable accommodation they offered him;
4) on an unspecified date in January 2004 he lost annual leave because management refused to restore it;
5) on an unspecified date in September 2004 he applied for disability retirement and management and the EEO officer delayed the process;
6) on an unspecified date in 2004, he received an unofficial reprimand due to sick leave usage;
7) on an unspecified date in 2004, he received a disciplinary letter that threatened his removal;
8) on an unspecified date in May 2004, his manager said that he lied about being in the hospital and requesting sick leave when he was in jail;
9) on an unspecified date in May 2004, he was placed on Absent Without Leave (AWOL) for the time he was arrested;
10) on an unspecified date in August 2004, he received an unfavorable (all 1s) departure rating;
11) on an unspecified date in August 2004, his co-workers received a detail which resulted in a loss of income for him while he was on furlough; and
12) on an unspecified date in January 2005, he received a 3-day suspension.

By letter dated May 4, 2005, the Complainant was asked to explain why he did not seek EEO counseling timely for Claims 1-11. By letter dated May 18, 2005, the Complainant

Michael L. Buesgens TD 05-2291                                                                 2

responded that his prior EEO complaints contained medical information which should suffice as the reason for his delay in contacting an EEO counselor.

By letter dated November 4, 2005, the Treasury Complaint Center dismissed Claims 1-11 because the Complainant did not contact an EEO counselor within 45 days of the alleged discrimination. By letter dated November 4, 2005, Claim 12 for was accepted for processing.

On January 24, 2006, the Office of Equal Opportunity and Diversity received a package of documents from the Complainant which consisted of a claim of employment discrimination, Case No. 1:05CV02334, filed on December 5, 2005, with the United States District Court, District of Columbia.

In his filing, the Complainant alleges discrimination and harassment by his supervisors ✓ over several years, which culminated in his retirement on disability.[1] The civil action includes the same matters covered in the administrative complaint referenced above.

Pursuant to EEOC regulations at 29 CFR §1614.107(a)(3), the agency shall dismiss a complaint that is the basis of a pending civil action in a United States District Court in which the complainant is a party provided that at least 180 days have passed since the filing of the administrative complaint. Therefore, in accordance with 29 CFR §1614.107(a)(3), we hereby dismiss TD 05-2291.

**DECISION**

It is the decision of the Department of the Treasury that TD 05-2291 is dismissed pursuant to 29 CFR §1614.107(a)(3). The Complainant's appeal rights are enclosed.

*Mariam G. Harvey* (signature)
Mariam G. Harvey
Director
Office of Equal Opportunity and Diversity

March 16, 2006
Date

*[Handwritten annotation:] DIRECTOR HARVEY APEX KNOWS THE LIES AND COVERUP ✓*

---

[1] The Complainant did not allege constructive discharge in his administrative complaint. ✓

Michael L. Buesgens TD 05-2291                                                                3

## OFFICE OF EQUAL OPPORTUNITY AND DIVERSITY

## CERTIFICATE OF SERVICE

On this date, I mailed a copy of the final agency decision on the complaint filed by Michael L. Buesgens, TD 05-2291, to the persons listed below by the methods specified. Including the certificate, EEOC Form 573 and the Notice of Appeal Rights, there are 8 pages.

_[signature]_                                                                   March 23, 2006
Reginald Shelton, Office Assistant                      Date
Department of the Treasury
Office of Equal Opportunity and Diversity
1750 Pennsylvania Avenue, NW, Room 8157
Washington, DC 20220
Telephone (202) 622-1160

**Complainant via First Class Mail**
Michael L. Buesgens
500 East Stassney #1023
Austin, TX 78745

**Bureau EEO Officer Via e-mail**
Roslyn D. Brown, Director, DCRU, EEOD, IRS
Sharice Edwards-Rutherford, EO Specialist, DCRU, EEOD, IRS
Kevin Deane, EO Specialist, DCRU, EEOD, IRS

**Treasury Complaint Center Director Via e-mail**
James C. Parker, Operations Director, Dallas Treasury Complaint Center
Jesus Gutierrez, Intake Clerk, DTCC
Cheryl L. Vuilleumier, EO Specialist, DTCC