DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20020

*DIANE WEBB*

Michael Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

December 14, 2005

Dear Mr. Buesgens:

This is in further response to the questions you raised in your phone call. Attached are sections of MD 110, relating to "Spin-off" complaints and official time.

With regard to your spin-off complaint, it was properly referred to the agency official responsible for complaint processing, Mariam G. Harvey, Director, Office of Equal Opportunity and Diversity. See Section D, 2 and 3. All documentation concerning the spin-off has been made part of the complaint file and will be considered by the EEOC if you request a hearing or appeal the Agency final decision.

Your reading of the Section 6 C on official time is incorrect. It reads, "Former employees of an agency who initiate the EEO process concerning an adverse action relating to their prior employment with the agency are employees within the meaning of 1614.605, and their representatives, if they are current employees of the agency, are entitled to official time. If you read the sentence it is clear that the representatives are entitled to official time if they are employees of the agency, not the former employees. Under Section C it says that employees and their reps are entitled to official time, if otherwise on duty. As a former employee, you are not "otherwise on duty" and you are not entitled to official time.

I know you disagree, but once your complaint has been investigated, you may raise these issues with the EEOC Administrative Judge if you request a hearing or if you appeal the Agency final decision you may raise them in your appeal. You might try to call the EEOC "officer of the day" at (202) 663-4599 to see if they read MD 110 differently.

Sincerely,

Pam Proctor

Pam Proctor
Equal Opportunity Specialist
Office of Equal Opportunity and Diversity

Attachments