

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-2520

*12/31/03*

Michael L. Buesgens
500 E. Stassney Lane, No. 1023
Austin, Texas 78745

Re: EEOC Docket No. 360-2003-08286X

Dear Mr. Buesgens:

This is in response to your letter, received December 30, 2003, in which you state concerns regarding the hearing process of this case.

Our records indicate that this case was heard and a bench decision rendered on December 16, 2003. When the court reporter provides the transcript of the decision to the Administrative Judge, a copy of the decision will be sent to the parties. With that decision will be a Notice To The Parties which states the obligations of an agency and the appeal rights of a complainant. The Agency must issue a final order and you have the right to appeal that final order. You may want to note your dissatisfaction with the hearing process if you appeal the Agency's final order. For your convenience, I have enclosed a copy of the Notice To The Parties.

I hope that this information is helpful.

Sincerely,

Katye Duderstadt
Supervisory Administrative Judge

Date: December 31, 2003

Enclosure

(Without enclosure)
Erin Eisner Timmons
Attorney
4050 Alpha Road, 14th Floor
MS 2500 MSRO
Dallas, Texas 75244