# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

September 27, 2005

Mr Eric S Dreiband
Equal Employment Opportunity Commission
Suite 7042
1801 L Street NW
Washington, DC 20507

Mr Alberto R Gonzales
US Department of Justice
Suite 4400
950 Pennsylvania Avenue NW
Washington, DC 20530

    No. 05-60879 Buesgens v. EEOC
    Agency No. 360-2003-8286X

You are served with the following document(s) under FED. R. APP. P. 15 **received on September 7, 2005:**

Petition for Review

See FED. R. APP. P. 16 and 17 as to the composition and time for the filing of the record.

Counsel who desire to appear in this case must sign and return a "Form for Appearance of Counsel" as required by 5TH CIR. R. 46 within 15 days from this date. You must name each party you represent, see FED. R. APP. P. and 5TH CIR. R. 12. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov. If you fail to send in the form, we will remove your name from our docket. Also, we cannot release official records on appeal unless an appearance has been entered.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Cindy Broadhead, Deputy Clerk
504-310-7707

Enclosure
cc w/encl:  Mr Michael L Buesgens