| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.) (Number, street, city, State and Zip Code)* |
|---|---|
| DEPARTMENT OF TREASURY DEPUTY GENERAL COUNSEL 1500 PENNSYLVANIA AVE NW WASHINGTON, DC 20220 | MICHAEL L. BUESGENS 500 E. STASSNEY APT 1023 AUSTIN, TX 78745 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME *(A.M. or P.M.)* |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 9-3-50 | SINGLE | MARCH 7 2005 | AM AND PM |

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof.) (Use additional pages if necessary.)*

CLAIMANT WAS CONSTRUCTIVELY DISCHARGED ON MARCH 7, 2005. THE CAUSE WAS NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. THE NEGLIGENT ACTS, INTENTIONAL ACTS, WRONGFUL ACTS, AND OMISSION FROM COLLUSION BY DEPARTMENT OF TREASURY AND INTERNAL REVENUE SERVICE EMPLOYEES AND OFFICERS ACTING WITHIN THE SCOPE OF THEIR OFFICIAL DUTIES.  [ADDITIONAL PAGES]

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

PERSONAL INJURY, PSYCHOLOGICAL INJURY, EMOTIONAL INJURY, ECONOMIC INJURY, EMOTIONAL DISTRESS, MENTAL ANGUISH, PAIN AND SUFFERING, LOSS OF ENJOYMENT   THE EXTENT OF THESE INJURIES IS PAST, PRESENT, FUTURE

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* | |
| RUSSELL BOKELMAN JAMES SHELTON SAL MACIAS | INTERNAL REVENUE SERVICE AUSTIN COMPLIANCE CENTER 1821 DIRECTORS BLVD AUSTIN, TEXAS 78767 | |

| 12. *(See instructions on reverse)* | AMOUNT OF CLAIM *(In dollars)* | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
| N/A | $2,346,464.00 | N/A | $2,346,464.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| *Michael R Buesgens* | 512-447-7031 | 8-19-05 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |

95-109
*Previous editions not usable.*

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

*FTCA CLAIM*

*SF 95*

 **UNITED STATES POSTAL SERVICE**

## Track/Confirm - Intranet Item Inquiry - Domestic

| Item: 7002 2030 0000 3739 5133 | | Date/Time Mailed: 08/19/2005 09:38 | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20220 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 78701 | **City:** AUSTIN | **State:** TX |

**Class:** Priority Mail

**Anticipated Delivery Date:** 08/22/2005

**Weight:** 3 lb(s) 4 oz(s)    **Postage:** $12.55

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| CERTIFIED MAIL | 7002 2030 0000 3739 5133 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 08/22/2005 08:01 | WASHINGTON, DC 20220 | L043800 |
| | Firm Name: TREASURY 20220 R4 | | |
| | Recipient: 'K ROBERTSON' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 08/22/2005 03:55 | WASHINGTON, DC 20022 | K240434 |
| ACCEPT OR PICKUP | 08/19/2005 09:38 | AUSTIN, TX 78701 | |

WASHINGTON, DC 20220

| Postage | $ | 8.30 | UNIT ID: 0130 |
|---|---|---|---|
| | | 2.30 | |
| | | 1.75 | Clerk: X69YV4 |
| Total | | 12.55 | 08/19/05 |

*DEPARTMENT OF TREASURY DEPUTY COUNSEL*
*1500 PENNSYLVANIA AVE NW*
*WASHINGTON, DC 20220*

TO:

DEPARTMENT OF TREASURY
DEPUTY GENERAL COUNSEL
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

SUBJECT

MICHAEL L. BUESGENS FTCA
COMPLAINT - FORM SF 95 SUBMITTED
BY CERTIFIED MAIL, RETURN RECEIPT
ON AUGUST 19, 2005.

WHAT IS THE STATUS OF THIS CLAIM?
WHAT IS THE DOCKET OR CLAIM
NUMBER?

FROM:

MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745
DATE: SEPTEMBER 23, 2005
TELEPHONE: 512-447-7031



OFFICE OF
CHIEF COUNSEL

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224
**OCT 3 1 2005**

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

Re: Federal tort claim for damages

Dear Ms. Buesgens:

We have received your letter concerning the status of the FTCA damage
claim you believe you filed with the U.S. Department of the Treasury on or
about August 19, 2005. It was forwarded to us from the Treasury General
Counsel's Office. Please be advised that the only correspondence regarding
your claim that we have received to date is the status letter. We have *not*
received your claim documentation.

Please resubmit your claim form and all supporting documentation to the
address noted below. Please also clarify if your claim involves an IRS
employee or a federal employee from a different federal agency.

Please also note that when a claim is filed under the FTCA, certain
information should be supplied to the appropriate federal agency to ensure a
completed claim is filed and to aid in the disposition of the claim. Specifically:
(1) the claim must be signed by either the claimant or his/her agent or
representative; (2) the total dollar amount (sum certain) of the claimed
damages must be stated; (3) substantiation for the damages claimed must be
provided; and (4) enough information concerning the matter being complained
about must be provided to the agency so the claim can be readily
investigated.

Please be advised that once a completed claim is filed under the FTCA, the
federal government agency responsible for handling the claim has *six
months* from the date a completed claim is filed to render a determination on
the claim. We try to review all completed claims very quickly, and many take
much less than six months. Please direct all documentation and/or
correspondence to my attention at the address below.

If you have any questions, please call me at (202) 283-7908.

Sincerely,

*Mary-Ellan Krcha*

Mary-Ellan Krcha, Claims Manager
IRS Office of Chief Counsel (CC:GLS:CLP)
General Legal Services
950 L'Enfant Plaza, SW, 2nd Floor
Washington, DC  20024

CLAIMS MANAGER, CC:GLS
Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224-0002

Official Business
Penalty for Private Use, $300

78745+3273-73 C025

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

US OFFICIAL MAIL
$300 Penalty
For Private Use



$0.37

NOVEMBER 5, 2005

MARY-ELLAN KRCHA, CLAIMS MANAGER
IRS OFFICE OF CHIEF COUNSEL
(CC: GLS: CLP)
GENERAL LEGAL SERVICES
950 L'ENFANT PLAZA, SW
2nd FLOOR
WASHINGTON, DC 20024

RE: YOUR LETTER DATED OCTOBER
31, 2005.

I DON'T KNOW WHY ANYONE WOULD
CONTACT YOU REGARDING MY
FTCA CLAIM.

BUT I SUGGEST YOU INVESTIGATE
THE FINGERPRINTS ON THAT CORRESPONDENCE.

2

ON AUGUST 19, 2005 I
MAILED CERTIFIED MAIL RETURN
RECEIPT

A 3 POUND 4 OUNCE FTCA

CLAIM FORM SF 95, SUM
CERTAIN TO :

✓ DEPARTMENT OF TREASURY
DEPUTY GENERAL COUNSEL
1500 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20220

IT WAS RECEIVED AUGUST 22, ✓
2005 8:01 AM.

Michael R Buespas ✓
November 5, 2005

3

MICHAEL L. BUESGENS
500 E. STASSNEY
   APT. 1023
AUSTIN, TX   78745

   512-447-7031



**OFFICE OF**
**CHIEF COUNSEL**

## DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE
### WASHINGTON, D.C. 20224

JAN 6 2006

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

Re: Federal tort claim for damages

Dear Mr. Buesgens:

This concerns my response, dated October 31, 2005, (copy attached) concerning the status of the FTCA damage claim you believe you filed with the U.S. Department of the Treasury on or about August 19, 2005.

Please be advised that I have checked with the appropriate offices within Treasury and the Internal Revenue Service to verify receipt of your tort claim. None of these offices has any record of receipt of your tort claim documentation.

As already stated in my October 31, 2005 letter, the only correspondence regarding your FTCA claim that has been received to date by either the Department or this agency is your undated letter asking the status of your FTCA claim (copy attached). That letter was forwarded to my office by the Treasury General Counsel's Office and was received here on October 28, 2005.

To pursue your FTCA matter administratively as required under the statute, you must resubmit your claim form and all supporting documentation to the address noted below.

Sincerely,

Mary-Ellen Krcha, Claims Manager
IRS Office of Chief Counsel (CC:GLS:CLP)
General Legal Services
950 L'Enfant Plaza, SW, 2nd Floor
Washington, DC 20024

US POSTAGE

US OFFICIAL MAIL
$.00 Penalty
First Class Use

CLAIMS MANAGER  CC:GLS
**Internal Revenue Service**
1111 Constitution Avenue NW
Washington, DC 20224-0002

Official Business
Penalty for Private Use, $300

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

78745#3275  C025



**OFFICE OF
CHIEF COUNSEL**

**DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224
JAN 9 2006**

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

Re:  Federal tort claim for damages; IRS Claim Number: 06-029

Dear Mr. Buesgens:

We have finally received the documentation for the claim you filed for damages arising from your employment with the Internal Revenue Service.

When a claim is filed under the FTCA, certain information should be supplied to the appropriate federal agency to ensure a completed claim is filed and to aid in the disposition of the claim.  Specifically: (1) the claim must be signed by either the claimant or his/her agent or representative; (2) the total dollar amount (sum certain) of the claimed damages must be stated; and (3) substantiation for the damages claimed must be provided.  On its face it appears that your claim is complete.  If we need additional information for consideration of your claim, you will be contacted.

Please be advised that once a completed claim is filed under the FTCA, the federal government agency responsible for handling the claim has *six months* from the date a completed claim is filed to render a determination on the claim.  We try to review all completed claims very quickly, and many take much less than six months.  Please direct all further documentation and/or correspondence to my attention at the address below.

If you have any questions, please call me at (202) 283-7908.

Sincerely,

Mary-Ellen Krcha

Mary-Ellen Krcha, Claims Manager
IRS Office of Chief Counsel (CC:GLS:CLP)
General Legal Services
950 L'Enfant Plaza, SW, 2nd Floor
Washington, DC  20024

$0.39

US POSTAGE
US POSTAGE
FIRST CLASS

US OFFICIAL MAIL
5300 Penalty Use
First Prison Use

CLAIMS MANAGER  CC:GLS
Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224-0002

Official Business
Penalty for Private Use, $300

Michael L. Buesgens
500 E. Stassney, Apt. 1023
Austin, TX 78745

78745+3273-73  C025