

**U.S. POSTAL INSPECTION SERVICE**

## Mail Fraud Report

*See Privacy Act Statement on Page 3*

### Complainant Information

Your Name: MICHAEL L. BUESGENS
SSN*:
Year of Birth*:
Address: 500 E. STASSNEY APT 1023
City: AUSTIN    State: TX    ZIP Code: 78745    Country: USA
Home Phone No. (Include Area Code): 512-447-7031
Work Phone No. (Include Area Code): SAME
E-Mail: NONE

*These two fields are optional, but the information may be helpful to Postal Inspectors tracking your complaint. Also, penalties may increase when certain crimes target particular age groups.

### Complaint Filed Against

Company Name: DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE
Person's Name and Title: (MARY-ELLEN KRCHA)
Address: IRS OFFICE OF CHIEF COUNSEL (CC:GLS:CLP) GENERAL LEGAL SERVICES
City: 950 L'ENFANT PLAZA, SW, 2nd Floor WASHINGTON, DC    ZIP Code: 20024    Country: USA
Home Phone No.: UNKNOWN
Work Phone No.: 202-283-7908
E-Mail: UNKNOWN
Fax No.: UNKNOWN
Web Address: UNKNOWN

### Details of Mail Fraud Complaint

Did You Lose Money?
☐ Yes. If so, how much? (MAYBE)    ☐ No
What Was the Advertised Cost of the Offer? FTCA CLAIM $2,346,464.00

How Did You Pay? (Check one)
☐ Postal Money Order   ☐ Electronic Transfer   ☐ Debit Card
☐ Cash   ☐ Check   ☐ Other Money Order   ☐ Credit Card   ☐ Telephone Bill
Date of Payment: NO PAYMENTS

Find the General Category Below that Describes Your Area of Concern, and Check the Specific Item. (Check one only)

**Advance Payment**
☐ Loan
☐ Credit Repair/Debt Consolidation
☐ Credit Card
☐ Student Loan
☐ Mortgage

☐ Chain Letter

☐ Charity Fraud

**Education**
☐ School
☐ Degree

**Employment**
☐ Postal Job
☐ Overseas Job
☐ Work at Home (Such as envelope stuffing)
☐ Distributorship/Multilevel Marketing

EMPLOYMENT TORT
CLAIM SF95
FTCA

**False Bill or Notice**
☐ Office Supplies
☐ Directory Solicitation
☐ Subscription/Periodical
☐ Classified Ad
☐ Taxes

☒ Harassment (Merchandise ordered in your name without your consent.)

**Investment**
☐ Real Estate
☐ Gems, Coins, Precious Metals
☐ Securities

**Lottery** (You pay to play.)
☐ Domestic
☐ Foreign

**Medical Quackery**
☐ Weight Loss
☐ AIDS Cure
☐ Cancer Cure
☐ Sexual Aid

**Merchandise or Service**
☐ Failure to Pay
☒ Failure to Provide
☒ Misrepresentation of Product/Service

☐ Nigerian Fraud

**Personals**
☐ Mail-Order Bride
☐ Dating Service
☐ False Divorce Decree

☐ Prize or Sweepstakes

☐ Sexually Oriented Advertisement

☐ Vacation or Travel

On What Date Did You Receive the Solicitation? HARASSMENT, FRAUD, DESERTION, OBSTRUCTION, DELAY AND DESTRUCTION OF MAIL, DECEPTIVE MAILING DATED OCTOBER 31, 2005

PS Form **8165**, January 1999 (Page 1 of 3)

1. Use this form for ordinary mail and Certified Mail™ only. Use Form 1000, *Domestic Claim or Registered Mail Inquiry*, to report loss or rifling of COD and domestic insured mail. Use Form 542, *Inquiry About a Registered Article or an Insured Parcel or an Ordinary Article*, to report loss or rifling of domestic registered mail.

2. Be sure to complete all applicable items in Part II.

3. Send Parts II-D and II-E immediately to: 1510 PROCESSING UNIT/ 222 S RIVERSIDE PL STE 1250/ U.S. POSTAL INSPECTION SERVICE/ CHICAGO IL 60606-6100.

4. If complaint indicates rifling, obtain envelope or wrapper (*if possible*) and forward it with the Form 1510 to the address given in paragraph 3.

5. If the complaint is made at stations or branches, send the remaining parts of the form to the main office, Claims and Inquiry Section.

6. Information outlining the processing of this form is contained in Section 169.5 of the *Postal Operations Manual*.

(Remove This Portion Before Mailing)

## Part I

**Postal Customer:**

The sender of the article decribed below has made an inquiry regarding delivery of the item. The article was not located at the mailing office. Therefore, we are contacting you to determine if the article has been delivered. Please indicate below if the article has been received. Return the form in the enclosed PRE-ADDRESSED ENVELOPE WHICH REQUIRES NO POSTAGE. Your response will assist the Postal Service™ in providing improved service. **PLEASE RETURN BOTH PARTS I AND II-A.**

**THANK YOU**

The Article Was:
- Received (*Date if known*) _____
- Not Received
- Refused

Date of Reply _____

Signature of Addressee or Agent _____

Remarks _____

PS Form **1510**, January 2005, (PSN 7530-01-000-9335)

## Part II-A
### U.S. Postal Service
### Mail Loss/Rifling Report

Note: Use ballpoint pen and press down firmly; you are making five copies.

1. Complaint Date
2. Office Accepting Complaint (*City and state*)
3. Complaint ✓ Loss ✓ Rifling

4. Article Was Mailed By
  a. Name: MICHAEL L. BUESGENS
  b. Return Address as on Article Mailed: 500 E STASSNEY APT 1023
  c. City: AUSTIN
  d. State: TX
  e. ZIP+4: 78745
  f. Day Telephone Number (Include area code): 512-447-7031

5. Article Was Addressed To
  a. Name: DEPARTMENT OF TREASURY, DEPUTY GENERAL COUNSEL
  b. Address as on Article Mailed: 1500 PENNSYLVANIA AVE, NW
  c. City: WASHINGTON
  d. State: DC
  e. ZIP+4: 20220
  f. Day Telephone Number (Include area code): 202-283-7908

6. Article Was Mailed
  a. Date: Month 8 Day 19 Year 05
  b. Time: 9:38 ✓ AM / PM

7. Article Was Sent
  - First-Class Mail®
  - Parcel Post®
  - Other (*Specify*): CERTIFIED

8. Type of Mail
  - Letter
  - ✓ Parcel
  - Other (*Specify*): _____

9. Special Services
  - Special Handling
  - Special Delivery
  - ✓ Certified Mail™ No. 7002 2030 0000 3739 5133
  - Return Receipt for Merchandise No. _____

10a. Place of Mailing
  - ✓ Main Post Office™
  - Station or Branch
  - Contract Station
  - Collection Box
  - Residence or Business

10b. Name and/or Address of Place of Mailing: UNITED STATES POSTAL SERVICE 510 GUADALUPE ST. AUSTIN, TEXAS

10c. City and State of Place of Mailing: AUSTIN, TEXAS

10d. ZIP+4 of Place of Mailing: 78701

11. Contents of Article (*Describe in detail, size, color, brand name, serial no., and amount, etc.*): 3 POUND 4 OUNCE FTCA CLAIM FORM SF 95 AND ATTACHMENTS APPROXIMATELY 200 PAGES

12. Value: $2,346,464.00

PS Form **1510**, January 2005, (PSN 7530-01-000-9335)

**UNITED STATES POSTAL SERVICE™**

**Mail Theft and Vandalism Complaint**

1. Post Office (Including Station or Unit and ZIP + 6)
WASHINGTON, DC 20220
LO 43800

2. Name of Complainant
MICHAEL L. BUESGENS

Street Address: 300 E. STASSNEY
Apt. No.: 1023
Home Telephone: 512-447-7031
City, State, and ZIP + 4: AUSTIN, TEXAS 78745
Work Telephone: SAME

3. Nature of Complaint
- [X] Theft of Mail
- [ ] Damage to Mailbox
- [X] Mail Tampering
- [X] Mail Rifling
- [X] False Change of Address
- [ ] Fire in Mailbox
- [X] Other (Describe): 18 USC 1708 & 1709

Occurrence Date and Hour: AUGUST 22, 2005 8:01 AM

4. Contents of Mail Stolen
- [ ] Correspondence
- [ ] Currency
- [ ] Check
- [ ] Bank Statement
- [ ] Credit Card
- [ ] ATP (Food stamps card)
- [ ] Credit Card Statement
- [X] Other (Describe): FEDERAL TORT CLAIMS ACT (FTCA) FORM SF95

5. Type of Delivery
- [ ] Apt. House; No. of Families
- [ ] Private Home
- [ ] P.O. Box
- [ ] Rooming House
- [ ] Office Building
- [ ] Rural or HCR
- [ ] Hotel/Hospital
- [X] Other (Describe): DEPUTY GENERAL COUNSEL DEPARTMENT OF TREASURY

6. Type of Receptacle
- [ ] Door Slot
- [ ] NDCBU
- [ ] Approved Apartment Panel
- [ ] Collection
- [ ] Residence
- [ ] Desk Service
- [ ] Rural Type
- [X] Combination

Locked?
- [X] Yes
- [ ] No

7. Particulars of Stolen Check
- [ ] 01) Personal
- [ ] 02) Commercial
- [ ] 03) Local
- [ ] 04) State
- [ ] 05) Federal
- [ ] 06) Money Order
- [ ] 07) ATP

Sender's Name and Address

Payee (If different from complainant)

| Amount $ | Check No. | Date | Symbol No. (If U.S. Treasury) |
|---|---|---|---|
| Maker of Check | | Bank on Which Drawn | |

8. Purpose for Which Check Issued

9. If Check or Money Order Was Cashed, Obtain Particulars (Date, place, person accepting it, etc.)

10. Suspects (Name, address, physical description, car description and license no.)
DEPUTY GENERAL COUNSEL AND TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION (TIGTA) DEPARTMENT OF TREASURY; K. ROBERTSON, DEPARTMENT OF TREASURY

11. Were Police Notified?
- [ ] Yes (If "Yes," give Police Report No.:_____)
- [X] No (If "No," instruct complainant to do so.)

12. Remarks (Continue on reverse, if necessary)
U.S. POSTAL SERVICE EMPLOYEE THAT DELIVERED THE 3LB 4OZ FTCA CLAIM. AND MARY-ELLEN KRCHA, CLAIMS MANAGER IRS OFFICE OF CHIEF COUNSEL, WASHINGTON, DC. 202-283-7908

13. Date of Complaint: 11/29/05

14. Complaint Received by (Signature): Michael D Buesgens

PS Form **2016**, March 1994

How Were You Contacted? *(Check one)*
- ☒ U.S. Mail
- ☐ Newspaper
- ☐ Radio/TV
- ☐ Internet
- ☐ Fax
- ☒ Telephone
- ☐ Magazine
- ☐ In Person
- ☐ E-Mail
- ☐ Other

If by Mail, Do You Have the Envelope It Was Mailed in?
☒ Yes   ☐ No

Does the Envelope Have a Permit Number Instead of a Stamp?
☒ Yes; Permit No.: _____   ☐ No

Does the Envelope Have a Postage Meter Number Instead of a Stamp?
☒ Yes; Meter No.: 6110414010035   ☐ No

How Did You Respond to the Offer? **22312 — MAILED FROM**
☒ U.S. Mail   ☒ Telephone   ☐ Internet   ☐ E-Mail   ☐ Fax

Do You Have a Mailing Receipt From Your Response (Such as for certified, insured or Express Mail)?
☒ Yes; Mail Receipt No.: **7002 2030 0000 3738 5133 CERTIFIED MAIL**

To What Address Did You Mail Your Response?
**DEPARTMENT OF TREASURY, DEPUTY COUNSEL, 1500 PENNSYLVANIA AVE NW, WASHINGTON, DC 20220**

What Did You Receive? **NOTHING**

How Did It Differ From What You Expected?
**IT MET MY EXPECTATIONS — THIS IS AN ABUSE OF POWER**

Do You Have the Item?
☐ Yes   ☒ No

How Was It Delivered?
☐ U.S. Mail   ☐ Private Courier   ☐ In Person

Have You Contacted the Company or Person About the Complaint?
☒ Yes
Date of Last Contact: **11/9/05 AT 3:45 pm CST TELEPHONE**

- ☐ No. Why?
- ☐ Delivery Attempted, Returned Endorsed Moved, Left No Address
- ☐ Unanswered Telephone
- ☐ Disconnected Telephone
- ☐ Unlisted Telephone
- ☐ Address Unavailable

Legitimate businesses appreciate feedback. Check the offer for the delivery time frame, usually 6 to 8 weeks, and then contact the company. Please wait 2 weeks after contacting them before sending us this form. When a delivery time is not specified, a Federal Trade Commission rule mandates fulfillment within 30 days, unless you applied for first-time credit with the company.

**Additional Information You Feel is Important**

18 USC 1700, 1701, 1702 & 1703
THE DEPARTMENT OF TREASURY HAS MY FTCA CLAIM FORM SF95 AND MARY-ELLEN KRECHA AT THE IRS OFFICE OF CHIEF COUNSEL IS HARASSING ME, CAUSING ME A LOSS IN SUBSTANTIAL DUE PROCESS RIGHTS AND MONETARY LOSS AND PSYCHOLOGICAL INJURY.
FOR ME TO SEND ANOTHER CLAIM WOULD SEVERELY AFFECT MY LEGAL RIGHTS

Print Your Name: **MICHAEL L. BUESGENS**   /s/ Michael L. Buesgens
Today's Date: **11/29/05**

Thank you for completing this form. Please mail it with copies *(not originals)* of any bills, receipts, advertisements, canceled checks (front and back) or correspondence related to your report to the address below.

The U.S. Postal Inspection Service is a federal law enforcement agency. Postal Inspectors gather facts and evidence to determine whether a violation has occurred under the Mail Fraud or False Representation Statutes. While the Postal Inspection Service can't guarantee that you'll recover money lost to fraud, the information can help alert Inspectors about new fraud schemes and prevent others from being victimized.

Postal Inspectors base mail fraud investigations on the number, substance, and pattern of complaints received from the public; therefore, we ask you to keep all original documents relating to your complaint, including the solicitation, any mailing envelopes, and canceled checks. Under our Consumer Protection Program, Postal Inspectors may contact individuals or businesses on your behalf to request that complaints be resolved. We will contact you if more information is needed.

Postal Inspectors caution that, once you've been targeted in a fraud scheme, your name may be passed along to other con artists, so beware of future solicitations. If you know of others who believe they were victimized in a fraud scheme, we recommend that you encourage them to submit a Mail Fraud Report as well.

Avoid being a victim: Postal Inspectors recommend that, before completing a business transaction, contact the Chamber of Commerce, Better Business Bureau, or county or state Office of Consumer Affairs in the area where the firm is located to get any information available on the company. If you have Internet access, you can get information from the Better Business Bureau online at: www.bbb.org, and from the individual state Attorneys General Consumer Protection Divisions at www.naag.org. Also, check the Postal Inspection Service Web site at: www.usps.gov/postalinspectors for more information on fraud schemes that involve the use of the mail.

**Remember: If a deal sounds too good to be true, it probably is!**

Please return this form to your postmaster, or mail to this address:

INSPECTION SERVICE SUPPORT GROUP
222 S RIVERSIDE PLAZA STE 1250
CHICAGO IL 60606-6100



UNITED STATES POSTAL INSPECTION SERVICE
INSPECTOR IN CHARGE - FORT WORTH DIVISION

January 9, 2006

Michael L Buesgens
500 E Stassney Ln Apt 1023
Austin, TX 78745-3275

Dear Mr. Buesgens:

This will acknowledge receipt of your letter relative to the mail fraud, mail loss and rifling complaint you sent certified mail #70051820000160797243.

When information is received from postal customers concerning a possible violation, it is reviewed to determine if a possible violation has occurred. We have carefully reviewed the information you sent and have determined that based on the information provided, no postal violation has occurred.

Daniel Cortez
Inspector in Charge

DIVISION HEADQUARTERS
14800 TRINITY BLVD., SUITE 600
FORT WORTH TX 76155-2675
TELEPHONE: 817-359-2700
FAX: 817-359-2708
http://www.usps.com/postalinspectors/