UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

      PLAINTIFF

V.

MARCIA H COATES, DIRECTOR
EQUAL EMPLOYMENT OPPORTUNITY
DIVERSITY
U.S. DEPT OF TREASURY, et al.
      AND
COLLEEN M. KELLEY,
PRESIDENT
NATIONAL TREASURY EMPLOYEES
UNION (NTEU)

      DEFENDANTS

CIVIL ACTION
NO.
05-2334
(RCL)

RECEIVED

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS MOTION TO ENLARGE
TIME, RULE 6(b) FEDERAL
RULES OF CIVIL PROCEDURE

IN THIS CIRCUIT, THERE IS A WELL-ACCEPTED STANDARD FOR A COURT TO EXTEND THE DEADLINE FOR A PARTY TO ACT.

PLAINTIFF HAS OBJECTED TO EVERY ORDER THIS COURT MADE ON MAY 9, 2006.

BUESGENS REQUESTS ENLARGEMENT OF TIME FOR THE FOLLOWING REASONS:

1. BUESGENS HAS BEEN ILL AND HIS ABILITY TO FOCUS HAS BEEN COMPROMISED.

U.S. ATTORNEYS WAINSTEIN AND CONTRERAS AND MELNIK AND O'QUDEN AND WYNNS AND WILSON HAVE PROVIDED THIS COURT WITH EVIDENCE THAT SUPPORTS BUESGENS MEDICAL CONDITION.

2

THE FOREGOING ATTORNEYS
HAVE CLAIMED THAT BUESGENS
IS UNINTELLIGIBLE AND FRIVOLOUS.

THAT ALL OF BUESGENS MOTIONS
ARE EITHER UNINTELLIGIBLE, FRIVOLOUS
OR BOTH AND SHOULD BE DENIED
AND THAT IS EXACTLY WHAT THE
COURT DID ON MAY 9, 2006.
DENY EVERY MOTION BUESGENS
SUBMITTED AND GRANT EVERY
MOTION THE FOREGOING ATTORNEYS
MADE.

IN SUPPORT OF THIS ACTION THE
COURT RELIED ON GENERAL
LEGAL SERVICES ATTORNEY
MICHAEL SALYARDS.
(WITH HOLD THE EVIDENCE)

AFFIDAVIT.

3

INSTEAD OF PUTTING WELL DESERVED SANCTIONS ON THE FOREGOING OFFICERS OF THE COURT, ATTORNEYS, THIS COURT PUT SANCTIONS ON BUESGENS UNINTELLIGIBLE MUSINGS AND WORTHLESS PLEADINGS AND MOTIONS BASED ON THE WORD OF THESE OFFICERS OF THE COURT.

BECAUSE THESE ATTORNEYS NEEDED PROTECTION FROM DISCOVERY ALL THE COURT HAD TO GO ON WAS MICHAEL SALYARDS PERFURED TESTIMONY AND NTEU ATTORNEYS CLAIMS THAT THEY ARE INNOCENT OF ANYTHING AND EVERYTHING.

NO DISCOVERY - NO DISCLOSURE FOR BUESGENS UNINTELLIGIBLE AND FRIVOLOUS GARBAGE.

4

**2** BUESGENS IS IN HOUSING DISCRIMINATION LITIGATION IN THREE DIFFERENT FORUMS.

THE FOLLOWING ATTORNEYS HAVE BEEN WITHHOLDING EVIDENCE AND ABUSING BUESGENS SINCE DECEMBER, 2005.

CHARLES E. BROWN AND GREGORY S. CAGLE AND SHELLEY BUSH MARMON AND WILLIAM S. WARREN.

BUESGENS WAS SERVED WITH A RETALIATORY EVICTION SUIT ON DECEMBER 30, 2005 AND THE FIGHT IS HEATING UP, AND BUESGENS STILL LIVES IN THE APARTMENT IN WHICH THE HOUSING DISCRIMINATION OCCURRED.

A SAFE HOUSE (APARTMENT 1023) SIMILAR TO THE ONE AL ZARQAWI WAS IN.

5

THE ATTORNEYS HAVE PUT
BUESGENS ON A TENANTS ✓
BLACKLIST THAT WILL PREVENT
HIM FROM SECURING HOUSING
WHEN HIS LEASE EXPIRES ON
OCTOBER 22, 2006.

3. BUESGENS IS IN THE
FORUM THAT ALL THESE
ATTORNEYS INSIST HE BELONGS
IN.
    U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE CHIEF JUDGE SAM SPARKS
IS A REPUBLICAN AND HIS PREVIOUS
WORK HISTORY CONSISTS OF
DEFENDING EMPLOYERS AGAINST
EMPLOYMENT DISCRIMINATION
COMPLAINTS.

6

BUESGENS IS ALONE AND HAS NO SUPPORT FROM ANYONE.

BUESGENS HAS BEEN SEVERELY BEATEN UP BY ALL THESE ATTORNEYS.

THE CENTRAL THEME FOR THE ATTORNEYS IN ALL THESE ACTIONS IS PROCEDURAL GAMESMANSHIP, PROTECTION FROM DISCOVERY AND MISREPRESENTATIONS TO BUESGENS AND THE COURT.

BUESGENS DISABILITY INCOME HAS BEEN REDUCED TO $1,200.00 PER MONTH AND HIS INDIVIDUAL RETIREMENT ACCOUNT IS SHRINKING.

BUESGENS BEEN UNABLE TO WORK SINCE MARCH 7, 2005.

7

4. BUESGENS is BEFORE THE M S P B DOCKET # DA-1221-06-0171-W-1 WASHINGTON, D.C.

GENERAL LEGAL SERVICES ATTORNEY MICHAEL SALYARDS IS AGAIN ABUSING BUESGENS IN THE M S P B FORUM.

SALYARDS ALSO ABUSED BUESGENS 2005 EEO COMPLAINT THAT LED TO BUESGENS FILING SUIT IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. 05-2334 (RCL).

SALYARDS FILED A RESPONSE TO MSPB ON MAY 26, 2006 AND HE TOLD THE MSPB THAT HE SENT BUESGENS A COPY CERTIFIED MAIL. BUESGENS DOES NOT HAVE A COPY OF HIS RESPONSE.

8

✓ <u>MICHAEL SALYARDS</u> AND
<u>MARY ELLAN-KRCHA</u> (I.R.S.
CLAIMS SUPERVISOR) PLAY
GAMES WITH CERTIFIED MAIL,
WITH THE HELP OF TREASURY
INSPECTOR GENERAL FOR TAX
ADMINISTRATION (TIGTA) AND
<u>UNITED STATES POSTAL INSPECTORS.</u>

FOR EXAMPLE SEE BUESGENS
FEDERAL TORT CLAIMS ACT (FTCA)
SUM CERTAIN FORM SF 95
RECEIVED BY DEPUTY GENERAL
COUNSEL, DEPARTMENT OF
TREASURY ON AUGUST 22,
2005 AT 8:01 AM IN
WASHINGTON, D.C.

✓ A 3LB 4OZ CLAIM THAT MUST
HAVE BEEN DELIVERED BY A CIA
TRAINED SPOOK UNSCHOOLED IN
BLOWBACK.

9

**5.** ADDITIONAL EVIDENCE THAT SUPPORTS AMENDED PETITION.

✓ IN THE WEEK BEGINNING MAY 22, 2006 TO THE PRESENT PRO SE HAS RECEIVED INFORMATION FROM THE OFFICE OF PERSONNEL MANAGEMENT (OPM) THAT THE VOLUME OF EVIDENCE THAT PRO SE SENT O P M GENERAL COUNSEL MARK ROBBINS ON NOVEMBER 29 2005 WAS DECLARED AN UNFAIR LABOR PRACTICE BY (NTEU) (FLRA) (I.R.S.) AND DEPARTMENT OF TREASURY.

✓ OPM CLAIMS THIS UNFAIR LABOR PRACTICE HAS NOTHING TO DO WITH THEM AND THEY DISPATCHED IT TO (THAT PART WAS UNINTELLIGIBLE).

10

THE FOREGOING INFORMATION (EVIDENCE) WAS CONVEYED TO BUESGENS VIA TELEPHONE CONVERSATIONS WITH OR BY THE FOLLOWING <u>OPM OFFICIALS</u>:

<u>KEN BATES</u>
PHONE: 202-606-1972
FAX: 202-606-2613

<u>KEVIN MAHONEY</u>
PHONE: 202-606-1144
FAX: 202-606-0557

<u>DAVID SCHOLL</u>
PHONE: 202-606-1700
FAX: 202-606-2609

<u>HEATHER KEHR</u>
PHONE: 202-606-1972
FAX: 202-606-2613

11

**6.** PRO SE FOIA COMPLAINT
AGAINST THE I.R.S. COMMISSIONER
AND TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION (TIGTA)
AND DEPARTMENT OF TREASURY.

WHERE IS THE VAUGHN INDEX
BUESGENS (PLAINTIFF) REQUESTED
FROM THEM IN THIS COURT
AND IN COMMUNICATIONS DURING
2005. **?**

**7.** PLAINTIFFS PRIVACY ACT
COMPLAINT BEFORE THIS COURT.
UNAUTHORIZED ACCESS TO
BUESGENS MEDICAL INFORMATION
BY DEPARTMENT OF TREASURY
AND I.R.S. OFFICIALS AND
THE DISTRIBUTION OF BUESGENS
MEDICAL INFORMATION IN UNSECURE
FORMATS (E-MAIL) BY LABOR
RELATIONS "IN HOUSE" EEO
AND THE FOREGOING OFFICIALS.

**8.** BUESGENS MEDICAL CONDITION HAS WORSENED INSOMNIA, STRESS, AGITATION ISOLATION, NO PLEASURE IN ANY ACTIVITIES, PROBLEMS CARING FOR HIMSELF, ANGER INTRUSIVE THOUGHTS, CONSTANTLY TALKING TO HIMSELF IN THE THIRD PERSON, DIFFICULTIES WITH FOCUS AND CONCENTRATION AND PHYSICAL SYMPTOMS.

✔ BUESGENS MUST DEAL WITH HIS HOUSING PROBLEM NOW AND THIS PREVENTS HIM FROM RESPONDING TO THIS COURTS TIMELINE AND DEFENDANTS CONTINUAL PROCEDURAL GAMESMANSHIP.

✔ BUESGENS REQUESTS THE DEFENDANTS AND THIS COURT VERIFY HIS MEDICAL CONDITION NOW. SEND BUESGENS YOUR DEMAND FOR PROOF.

13

## SUMMARY

ALL OF THESE ATTORNEYS HAVE IN THEIR POSSESSION THE EVIDENCE THAT SUPPORTS DUESGENS (PLAINTIFFS) CLAIMS.

HOWEVER THEY CONTINUALLY CLAIM PLAINTIFF — PRO SE — DUESGENS CASE HAS NO MERIT AND THEY MUST BE PROTECTED FROM ANY MEANINGFUL DISCOVERY OR DISCLOSURE AND THAT THE FORUM IS U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION.

WHAT IF PRO SE SAID THE PROPER FORUM IS A JUDGE WHO IS A DEMOCRAT WITH A PREVIOUS WORK HISTORY OF BRINGING DISCRIMINATION COMPLAINTS AGAINST EMPLOYERS. ?

14

✓  CAN THIS COURT NOW HEAR THE WHINING, SCREAMING AND CRYING FROM THE FOREGOING ATTORNEYS AND DEFENDANTS ?

## CONCLUSION

PLAINTIFF RESPECTFULLY REQUESTS THIS COURT GRANT AN ENLARGEMENT OF TIME FOR RESPONSE AND FOR PRO. SE TO CONSIDER THE FOLLOWING:

1. AMENDED COMPLAINT IN THIS COURT.

2. APPEAL TO THE U.S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA.

15

3. NEW FILING OF LAWSUIT IN THIS COURT.

4. PLAINTIFFS NOTICE OF DISMISSAL UNDER RULE 41 (a) (1) OF FEDERAL RULES OF CIVIC PROCEDURE.

5. PLAINTIFFS FILING OF INJUNCTIVE RELIEF.

6. PLAINTIFFS FILING OF A LEGAL MALPRACTICE CLAIM AGAINST MICHAEL SALYARDS AND THOSE OFFICERS OF THE COURT THAT HAVE FAILED TO REPORT HIS WITHHOLDING OF EVIDENCE FROM 2063 TO THE PRESENT.

16

PRO SE, HAS SEEN THESE
ATTORNEYS CITATIONS TO
AUTHORITIES IN THEIR VARIOUS
MOTIONS TO PREVENT DISCOVERY,
DISCLOSURE REVEAL MERIT,
TRANSFER CASE, DISMISSAL
ETC.

NONE OF THEIR AUTHORITIES
HAVE ANYTHING TO DO WITH
THE MERITS OF BUESGENS CIVIL
ACTION. SO WHY DOES ANYONE
PAY ATTENTION TO THEM?

RESPECTFULLY SUBMITTED,

Michael Buesgens
MICHAEL L BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
JUNE 10, 2006

17

## CERTIFICATE OF SERVICE

I, CERTIFY THAT ONE TRUE COPY OF PLAINTIFFS MOTION TO ENLARGE TIME WAS SERVED BY FIRST CLASS MAIL ON THIS 10TH DAY OF JUNE, 2006 ADDRESSED TO:

1. RICHARD ZORN
ASSISTANT GENERAL COUNSEL
FEDERAL LABOR RELATIONS AUTHORITY
1400 K STREET, NW
WASHINGTON, D.C. 20424-0001
PHONE: 202-218-7910
FAX: 202-482-6608

2. JULIE M. WILSON
ASSISTANT COUNSEL
NATIONAL TREASURY EMPLOYEES UNION
1750 H STREET, NW
WASHINGTON, D.C. 20004

18

3.   MICHAEL SALYARDS
GENERAL LEGAL SERVICES
ATTORNEY
DEPARTMENT OF TREASURY
4050 ALPHA ROAD
14TH FLOOR, MS 2500 MSRO
DALLAS, TEXAS 75244-4203

4.   KENNETH BATES
KEVIN MAHONEY
DAVID SCHOLZ
MARK ROBBINS
HEATHER KERR
EMPLOYEE ACCOUNTABILITY GROUP
OFFICE OF PERSONNEL MANAGEMENT
1900 E STREET, NW
ROOM 7H23
WASHINGTON, DC 20415

19

5. KATY F. OUDERSTADT
SUPERVISORY ADMINISTRATIVE JUDGE
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
5410 FREDRICKSBURG ROAD
SUITE 200
SAN ANTONIO, TEXAS 78229-3555
PHONE: 210-281-7600
FAX: 210-281-2522

JUDGE ROBERT POWELL
ATTORNEY MICHAEL SALYARDS
NTEU CHIEF STEWARD RUSSELL
BOKELMAN
MELINDA ESTRADA — EEO
CHARLES WASHINGTON, JR — DIRECTOR

20

6. KENNETH WAINSTEIN
~~RUDOLPH CONTRERAS~~
~~KAREN MELNIK~~
U.S. ATTORNEYS
UNITED STATES ATTORNEY'S OFFICE
CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, DC 20530
PHONE: 202-307-0338


Michael L. Buesgens
MICHAEL L. BUESGENS
PRO SE
500 E STASSNEY
APT 1023
AUSTIN, TEXAS 78745

512-447-7031


21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CLERKS OFFICE
ROOM 1225
333 CONSTITUTION AVENUE.,
NW
WASHINGTON, DC  20001

HONORABLE JUDGE ROYCE C. LAMBERTH

AS EVERYONE KNOWS BUESGENS
HAS ACCUMULATED SIGNIFICANT
POSTAGE AND COPYING COSTS
SINCE JANUARY 1, 2005.

BUESGENS HAS SIGNIFICANT
LABOR TIME DEVOTED TO THIS MESS.

HE REQUESTS A PAYMENT NOW
FOR THIS - $1.00 HOUR LABOR COST

TOTAL COST NOW  $5,000.00
APPROXIMATELY

22

✓ CHARLES E BROWN,
ATTORNEY
3624 NORTH HILLS DRIVE
SUITE B-100
AUSTIN, TEXAS   78731
PHONE: 512-346-6000
FAX: 512-346-6005

✓ WILLIAM S. WARREN,
ATTORNEY
1011 WESTLAKE DRIVE
AUSTIN, TEXAS   78746
PHONE: 512-347-8777
FAX: 512-347-7999

✓ GREGORY S. CAGLE,
ATTORNEY
ARMBRUST & BROWN, L.L.P.
100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS   78701
PHONE: 512-435-2300
FAX: 512-435-2360

23



✔ SHELLEY BUSH MARMON
CRADY, JEWETT & McCULLEY, LLP
2727 ALLEN PARKWAY
    SUITE 1700
HOUSTON, TEXAS  77019-2125
PHONE:  713- 739- 7007
   FAX:  713 - 739 - 8403


AUSTIN APARTMENT ASSOCIATION
✔ NON PROFIT 501 C (6)
KRISTAN ARRONA,
REGISTERED AGENT
4107 MEDICAL PARKWAY
SUITE 100
AUSTIN, TEXAS  78756
PHONE: 512-323-0990
   FAX: 512-323-2979
WWW. AUSTINAPTASSOC.COM


24