UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MICHAEL L. BUESGENS
        PLAINTIFF

V.                                          CIVIL ACTION
                                          A-05-CA-2334
                                               RCL

MARCIA H. COATES,
DIRECTOR EQUAL
EMPLOYMENT AND DIVERSITY
DEPARTMENT OF TREASURY
        DEFENDANTS
              E.T.AL.


PLAINTIFF'S NOTICE OF TRANSFER
AND MOL

    TRANSFEREE

    RESPECTFULLY SUBMITTED
    Michael L Buesgens
    JULY 18, 2006

RECEIVED

JUL 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED

JUL 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION


IN RE : INTERTWINED VIOLATIONS
OF FEDERAL STATUTES,
RULES AND REGULATION'S
IN COLLUSION AGAINST
MICHAEL L. BUESGENS AND
CLASS.

MDL NO. _____

MOTION FOR THE TRANSFER
OF ACTIONS PENDING IN DIFFERENT
DISTRICTS FOR THE PURPOSE OF
COORDINATED OR CONSOLIDATED
PRETRIAL PROCEEDINGS.

# BRIEF

PRO SE - PLAINTIFF - APPELLANT
MICHAEL L. BUESGENS FILES
THIS MOTION PURSUANT TO
SECTION 1407(a)
28 U.S.C.A. SECTION 1407

PRO SE REQUESTS ✓ THE
FOLLOWING CIVIL ACTIONS
BE TRANSFERRED TO U.S.
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA ✓
(1:2005 CV 02334).

1. U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF
TEXAS AUSTIN DIVISION
(1:2005 CV 00243)

AND THE TAGALONG ✓

2

**2.**    1: 2006 CV 00226

**3.**    1: 2006 CV 00260

<u>AT</u>
<u>U.S. COURT OF APPEALS
FOR THE FIFTH CIRCUIT</u>

THIS CASE WAS SENT
TO THE FIFTH CIRCUIT
ON JULY 14, 2006 BY
U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT,
AUSTIN DIVISION.

<u>COMPLAINT</u>

CIVIL ACTIONS 1:05-CV-
02334-RCL AND 1:2005
CV 000243 SS ARE
EMPLOYMENT DISCRIMINATION
BASED ON DISABILITY (BIPOLAR)

3

AND RETALIATION. THAT EXCEEDS THE ORIGINAL DISCRIMINATION. THAT BEGAN IN 2002.

CIVIL ACTIONS 1:2006 CV 00226 AND 1:2006 CV 00260 L.Y. ARE HOUSING DISCRIMINATION AND RETALIATORY EVICTION AND CONSTRUCTIVE EVICTION AND RETALIATION THAT EXCEEDS THE ORIGINAL DISCRIMINATION THAT BEGAN IN 2003.

## BACKGROUND

OPERATIVE TERMS

APARTMENT LEASE CONTRACT
TEXAS PROPERTY CODES
MUNICIPAL ORDINANCES

4

FORCIBLE DETAINER — TEXAS
RULES OF CIVIL PROCEDURE
(EVICTIONS)

NOTICE TO VACATE

REASONABLE ACCOMMODATION REQUEST

CITY OF AUSTIN FAIR HOUSING
OFFICE (HUD CERTIFIED)

EVICTION SUIT (041509) IN
JUSTICE OF THE PEACE PRECINCT
#3 AND #5, TRAVIS COUNTY
TEXAS — A-CA-06-260 LY

HOUSING DISCRIMINATION SUIT
IN STATE OF TEXAS DISTRICT
COURT D-1-GN-06-000262
(A-06-CA-226 LY)

REHABILITATION ACT OF 1973, AS AMENDED
FAIR HOUSING ACT, AND ADA
EEOC AND OPM REGULATIONS.

5

$10,000 APPEAL BOND PAID
BY BUESGENS FROM JUSTICE
COURT TO TRAVIS COUNTY COUNTY
COURT AT LAW #1 (JUDGE
DAVID PHILLIPS AND REMOVED

ON APRIL 10, 2006 TO JUDGE
LEE YEAKEL (A-06-CA-260LY)
AND REMANDED ON MAY 11,
2006.

✓ BECAUSE BUESGENS (PRO SE)
FILED HIS RESPONSE TO
MOTION UNDER CAUSE NO.
A-06-CA-226 LY INSTEAD
OF A-06-CA-260-LY

CAUSE NO. A-06-CA-226 LY
WAS REMOVED (UNLAWFULLY
ON MARCH 29, 2006) TO JUDGE
LEE YEAKEL AT U.S. DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS, AUSTIN DIVISION.

6

CIVIL ACTIONS A-06-CA-226LY AND A-06-CA-260LY ARE SIAMESE TWINS OF RETALIATORY EVICTION AND CONSTRUCTIVE EVICTION AND HOUSING DISCRIMINATION (FHA) AND VIOLATIONS OF THE REHABILITATION ACT OF 1973 AS AMENDED WHICH IS IN-CORPORATED INTO THE FAIR HOUSING ACT,

AND VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT (ADA). A MULTI JURISDICTIONAL COMPLAINT WITHIN A MULTI JURISDICTIONAL COMPLAINT.

SUIT WITHIN A SUIT.

HOWEVER U.S. DISTRICT JUDGE LEE YEAKEL REMANDED A-06-CA-260LY TO STATE COURT ON MAY 24, 2006.

7

TO   JUDGE DAVID PHILLIPS
TRAVIS COUNTY COURT AT LAW
#1 ( C-1-CV-06-000678 )
( A-06-CA-260 LY )

TRIAL WAS HELD ON JUNE
16, 2006 AND PRO SE WAS
SUBJECT TO ABUSE OF PROCESS
BY ATTORNEYS AND JUDGES
AND TOLD TO PAY $39,000.00 +
IN ATTORNEY MIS CONDUCT FEES.

EVERYONE IN THIS MESS
WANTED IT BIFURCATED AND
THEY BENT RULES OF LAW
AND PROCEDURE RIGHT OUT OF
SHAPE TO GET WHAT THEY
NEEDED.

PRO SE BUESGENS WAS EVICTED
FROM HIS APART MENT (1023)
ON JULY 5, 2006, AND HE WAS
REMANDED TO SETON SHOAL CREEK HOSPITAL.

8

PRO SE WAS ADMITTED TO SETON SHOAL CREEK (POOR MANS VERSION OF THE SNAKE PIT) HOSPITAL ON JULY 5, 2006 AND RELEASED ON JULY 12, 2006 WITH DISCHARGE SUMMARY OF RETURN TO THE NIGHTMARE AND SMILE SOMETIMES.

THE STAFF AND THE PATIENTS WERE OVER DIAGNOSED AND UNDER MEDICATED, AND IT REMINDED PRO SE BUESGENS OF JUSTICE OF THE PEACE COURT, AND TRAVIS COUNTY, TEXAS ELECTIONS.

ALL OF BUESGENS (PRO SE) BELONGINGS AND POSSESSIONS ALONG WITH EVIDENCE FOR THESE CIVIL ACTIONS WAS STOLEN WHEN TRAVIS COUNTY CONSTABLE #5 BRUCE ELFANT REMOVED

9

THEM FROM HIS APARTMENT AT

FALCON RIDGE APARTMENTS
500 E STASSNEY
APT. 1023
AUSTIN, TEXAS   78745

WHICH MAKES IT MORE DIFFICULT TO PRESENT THIS MOL TO THE COURTS AND DEFEND IT AGAINST THE INEVITABLE WHINING, CRYING AND SCREAMING ATTORNEYS IN THIS MESS.

MOREOVER FINDING HOUSING ACCOMMODATION AT THIS TIME HAS BECOME QUITE DIFFICULT BECAUSE FALCON APARTMENTS OF AUSTIN I INC GENERAL PARTNERS ARNOLD TAUCH AND JACK C. MOSS AND, AUSTIN APARTMENT ASSOCIATION

10

AND DOUG AND LINDA JERDET.
OF NTNA, INC. AKA NATIONAL
TENANTS NETWORK SAN
ANTONIO HAVE PUT PROSE
QUESGENS ON A TENANTS
BLACKLIST THAT VIRTUALLY
LOCKS HIM OUT OF THE
HOUSING MARKET NATIONWIDE
                AND
THAT PRESENTS A FAIR
CREDIT REPORTING ACT
(FCRA) AND DECEPTIVE TRADE
PRACTICES ACT (DTPA)
COMPLAINT THAT IS RIPE.


THE CREDIT AGENCY NATIONAL
TENANTS NETWORK SAN
ANTONIO CLAIM THEY ARE
A NATIONAL TENANT PERFORMANCE
RATING AGENCY.

11

THE TEXAS ATTORNEY GENERAL
AND TEXAS SECRETARY OF
STATE AND TEXAS COMPTROLLER
HAVE FAILED AND REFUSED
TO PERFORM A DUTY OWED
TO TENANTS AS CONSUMERS
AND THE PUBLIC INTEREST
BY ALLOWING CORPORATIONS
LIKE FALCON APARTMENTS OF
AUSTIN I, INC TO OPERATE
BY PRESENTING THEMSELVES
AS

FALCON RIDGE APARTMENTS.


FORTHERMORE THE PROPERTY
MANAGEMENT COMPANY GREYSTAR
MANAGEMENT SERVICES, LLP
A DOMESTIC CORPORATION (TEXAS)
AND GREYSTAR HOLDINGS, INC
A FOREIGN CORPORATION (DELAWARE)
AND GREP GENERAL PARTNER LLC
A FOREIGN CORPORATION (DELAWARE)

HAVE BEEN ALLOWED TO OPERATE AND CONDUCT BUSINESS AND TRANASACTIONS IN VIOLATION OF NUMEROUS TEXAS STATE STATUTES AND FLORIDA STATES STATUTES AND ARIZONA STATE STATUTES. (RELETTING FEES)

FOR EXAMPLE FAILING AND REFUSING TO PAY TAXES AND FILE REPORTS, VIOLATIONS OF ASSUMED NAME ACT, AND EVERYONE THAT FILES SUIT AGAINST THEM ANYWHERE WONDERS WHERE TO SERVE PROCESS BECAUSE CEO ROBERT A. FAITH CHARLESTON, SOUTH CAROLINA LIKES IT THAT WAY.

SO WHO OWNS 10% OF GREP. PARTNERS, AND 100% OF NOTHING—GREYSTAR HOLDINGS, INC. ?

13

## PRO SE EMPLOYMENT DISCRIMINATION CIVIL ACTIONS

1: 2005 CV 02334 RCL
        AND
1: 2005 CV 00243 SS

INVOLVES THE APEX IN WASHINGTON, D.C. AND THEIR SERVANTS.

THE PRIMARY AGENCY IS DEPARTMENT OF TREASURY AND INTERNAL REVENUE SERVICE (I.R.S.)

THIS DISEASE METASIZED FROM THE E E O C ADMINISTRATIVE HEARING SAN ANTONIO, TEXAS THAT OCCURRED ON DECEMBER 16, 2003, WITH ATTORNEY MICHAEL SALYARDS (GLS) WITHHOLDING EVIDENCE AND JUDGE POWELL AND DUDERSTADT ALLOWING IT.

14

THE FIFTH CIRCUIT REFUSED
TO CONDUCT A HEARING ON
PRO SE BUESGENS PETITION
FOR REVIEW. (2005)

THE PETITION FOR REVIEW (APPEAL)
WAS THE PLACE TO TAKE UP
THE EMPLOYMENT DISCRIMINATION
BECAUSE THE ROOT CAUSES
WOULD HAVE BEEN EXTRACTED
AT THE AGENCY LEVEL.

THIS WOULD HAVE ALSO HAD
THE EFFECT OF UNCLOGGING
CIVIL DOCKETS FROM SEA TO
SHINING SEA.

AT THIS TIME AGENCY'S HAVE
NO INCENTIVE TO MAKE CORRECTIONS
IN POLICIES IN PRACTICES AND
JUST PASS IT ALONG TO U.S.
DISTRICT COURTS AND U.S. ATTORNEYS.

15

THE EMPLOYMENT DISCRIMINATION
ALSO INVOLVES VIOLATIONS
OF THE FREEDOM OF INFORMATION
ACT (FOIA) AND PRIVACY
ACT (BUESGENS MEDICAL INFORMATION)

MOREOVER BUESGENS (PRO SE)
FILED A FEDERAL TORT CLAIMS
ACT (FTCA CLAIM) FORM
SF 95 ON AUGUST 21, 2005.

THAT IS DUE TO BE FILED
IN U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA.

FURTHERMORE PRO SE BUESGENS
FILED APPEAL TO FIFTH CIRCUIT
COURT OF APPEALS ON JULY 6,
2006 FOR CIVIL ACTION

A-06-CA-260 LY

16

## CONCLUSION

PRO SE BUESGENS REQUESTS TRANSFER OF MULTI DISTRICT LITIGATION TO WASHINGTON D.C. ON HIS INITIATIVE OR IN THE ALTERNATIVE ON THE MDL PANELS INITIATIVE AND TRANSFER ORDERS FOR TAGALONG ACTIONS IN U.S. DISTRICT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION AND U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT.

## FOR THE FOLLOWING REASONS:

1. THESE CIVIL ACTIONS HAVE COMMON QUESTIONS OF FACT DISCRIMINATION BASED ON DISABILITY (BIPOLAR) AND RETALIATION.

17

**2.** PRO SE BUESGENS WAS AND IS BEING SUBJECTED TO DISCRIMINATION AND RETALIATION BY DEPARTMENT OF TREASURY AND INTERNAL REVENUE SERVICE EMPLOYEES IN EMPLOYMENT AND HOUSING.

BUESGENS RETIRED (INVOLUNTARILY) ON MARCH 7, 2005 FROM THE INTERNAL REVENUE SERVICE AT 1821 DIRECTORS BLVD AUSTIN, TEXAS

BUESGENS HAS NOT BEEN EMPLOYED SINCE MARCH 7, 2005.

**3.** I.R.S. EMPLOYEES POLLUTED THE WELL AT FALCON RIDGE APARTMENTS 500 E STASSNEY AUSTIN, TEXAS 78745

18

BY TELLING GREYSTAR
MANAGEMENT, EMPLOYEES AND
FALCON RIDGE APARTMENT
MANAGERS THAT, BUESGENS
HAS A MENTAL ILLNESS THAT
MAKES HIM DANGEROUS AND
UNSTABLE AND NOT A GOOD
CITIZEN.   **STIGMA**

THIS BEGAN IN 2003 AND
AFFECTED BUESGENS RELATIONSHIP
WITH THE STAFF AT FALCON
RIDGE APARTMENTS AND IS A
DIRECT RESULT OF THE
RETALIATORY EVICTION AND
CONSTRUCTIVE EVICTION AND
HOUSING DISCRIMINATION (FHA)
THAT IS NOW THE MESS WE
ARE IN.

19

**4.** ALL OF PRO SE BUESGENS
EMPLOYMENT RECORDS AND
COMPLAINTS OF DISCRIMINATION
HAVE BEEN FILED WITH THE
<u>APEX</u> IN WASHINGTON, D.C.
IN 2004 AND 2005, AND
2006.

<u>APEX</u>
✓ DEPARTMENT OF TREASURY
✓ INTERNAL REVENUE SERVICE
✓ OFFICE OF PERSONNEL MANAGEMENT
✓ EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

✓ TREASURY INSPECTOR FOR TAX
ADMINISTRATION (TIGTA)
INVESTIGATION OF BUESGENS
IN 2003 AND HIS SUBSEQUENT
FOIA REQUESTS IN 2005
THAT WENT UNANSWERED.

20

✓ NATIONAL TREASURY EMPLOYEES UNION (NTEU). DISCRIMINATION AND FAILURE TO REPRESENT BUESGENS RESIDE IN WASHINGTON, D.C.

✓ GREYSTAR HOLDINGS, INC DELAWARE CORPORATION.

✓ GREP GENERAL PARTNERS, LLC DELAWARE PARTNERSHIP.
            ARE OWNERS OF

✓ GREYSTAR MANAGEMENT SERVICES, L.P. AND MANAGE FALCON RIDGE APARTMENTS FOR

✓ FALCON APARTMENTS OF AUSTIN I, INC GENERAL PARTNER

21

✓NATIONAL TENANT NETWORK,
DOUG AND LINDA FERDET
NTND, INC - THAT HAVE
BUESGENS ON A NATIONWIDE
TENANTS BLACKLIST THAT

PREVENTS HIM FROM SECURING
HOUSING A BASIC NEED.

AND

✓AUSTIN APARTMENTS ASSOCIATION
THAT IS ASSOCIATED WITH
TEXAS APARTMENT ASSOCIATION
THAT IS ASSOCIATED WITH
NATIONAL APARTMENT ASSOCIATION
IN WASHINGTON, D.C.
AND THAT

SPONSOR THE BOILERPLATE ✓LEASE
CONTRACT THAT TENANTS
NATIONWIDE ARE ABUSED ✓BY.

22

**5.** BUESGENS (PRO SE) HAS A COMPLAINT PENDING BEFORE THE MERIT SYSTEMS PROTECTION BOARD (M.S.P.B.) IN WASHINGTON, D.C.

**6.** PRO SE HAS A CLAIM PENDING BEFORE THE TEXAS SUPREME COURT ON THE ABUSE OF PROCESS FOR EVICTIONS BY TRAVIS COUNTY, TEXAS JUSTICE OF THE PEACE.

✔ FALCON APARTMENTS OF AUSTIN I INC GENERAL PARTNER AND OWNER OF FALCON RIDGE APARTMENTS DOES NOT RESPOND TO THIS COMPLAINT IN THE TEXAS SUPREME COURT AND THIS INDICATES THE COMPLAINT IS WORTHLESS THEIR.

23

RESPECTFULLY SUBMITTED,

*Michael L Buesgens*
MICHAEL L. BUESGENS
PRO SE,
PRIVATE ATTORNEY GENERAL

JULY 18, 2006


CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE
COPY OF THIS REQUEST FOR
TRANSFER OF ACTIONS TO MAL
WAS SERVED BY FIRST CLASS
MAIL ON THIS 18TH DAY OF
JULY, 2006  ADDRESSED TO:

1.  WILLIAM S. WARREN, ATTORNEY
AUSTIN APARTMENT ASSOCIATION
1611 WESTLAKE DRIVE
AUSTIN, TEXAS  78746
1: 2006 CV 00 226 LY
1: 2006 CV 00 260 LY
24



**2** DAVID ARMBRUST AND
FRANK BROWN AND
GREGORY S. CAGLE AND
CHARLES E. BROWN AND
SHELLEY BUSH MARMON AND
CRADY JEWETT AND McCOLLEY
AND ARMBRUST & BROWN
ATTORNEYS
100 CONGRESS AVENUE
#1300
AUSTIN, TX   78701

1: 2006 CV 00260 LY
1: 2006 CV 00226 LY

**3.** GREGORY O'DUDEN
ATTORNEY
NATIONAL TREASURY EMPLOYEES
UNION (NTEU)
1750 H STREET, NW
WASHINGTON, D.C. 20006
1: 2005 CV 02334 RCL

25

4. <u>KAREN MELNIK</u>
U.S. ASSISTANT ATTORNEY
555 4TH ST., N.W.
ROOM E 4112
WASHINGTON, D.C. 20530
1:2005 CV 02334 RCL

5. <u>R. BARRY ROBINSON</u>
816 CONGRESS AVENUE
SUITE 1000
AUSTIN, TEXAS 78701
1:2005 CV 00243 SS

6. U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF
TEXAS, AUSTIN DIVISION
CLERKS OFFICE
200 E 8TH ST.
AUSTIN, TX 78701

1:2005 CV 00243 SS
1:2006 CV 00226 LY
1:2006 CV 00260 LY (5TH CIRCUIT)

26

**7.** U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CLERKS OFFICE
ROOM 1225
333 CONSTITUTION AVENUE,
NW
WASHINGTON, DC 20001

1: 2005 CV 02334 RCL

Michael Buesgens
MICHAEL L. BUESGENS
PRO SE,
PRIVATE ATTORNEY GENERAL
3112 WINDSOR ROAD
# A.322
AUSTIN, TX 78703
PHONE: 512-339-6005

27