```
Civil Name Search Results
7 Total Case matches for selection BUESGENS,MICHAEL for ALL COURTS
Sun Jul 16 15:21:37 CDT 2006
```

| Name | Court | Case No. | Filed |
|------|-------|----------|-------|
| BUESGENS, MICHAEL L. | txwdc | 1:2006cv00226 | 03/29/2006 |
| BUESGENS, MICHAEL L. | txwdce | 1:2006cv00226 | 03/29/2006 |
| BUESGENS, MICHAEL L. | txwdc | 1:2005cv00243 | 04/29/2005 |
| BUESGENS, MICHAEL L. | txwdce | 1:2005cv00243 | 04/29/2005 |
| BUESGENS, MICHAEL L. | txwdc | 1:2006cv00260 | 04/10/2006 |
| BUESGENS, MICHAEL L. | txwdce | 1:2006cv00260 | 04/10/2006 |
| BUESGENS, MICHAEL L. | dcdce | 1:2005cv02334 | 12/05/2005 |

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**



200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

July 12, 2006

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      RE:   USCA#:   /   USDC#: A:06CV260-LY
      FALCON RIDGE APARTMENTS  vs.  MICHAEL L. BUESGENS

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

   X    Certified copies of the notice of appeal (dkt. #20) and docket entries.

        Certified copies of the notice of cross-appeal and docket entries.

        Record on appeal consisting of __ volume(s) of the record; __ volume(s) of the transcript; __ container(s) of exhibits; __ volume(s) of sealed documents; __ volume(s) of the sealed PSI and SOR page.

        Supplemental record on appeal consisting of: _ volume supplement to original record.

        Copy of CJA-20 appointing counsel or order appointing Federal Public Defender.

        Other:

In regard to the notice of appeal, the following additional information is furnished:

        The case IS proceeding IN FORMA PAUPERIS.

   X    * The filing fee _X_ HAS __ HAS NOT been paid.

        * Motion for IFP pending.

   X    The *DISTRICT* Judge entering the order/judgment being appealed is: **LEE YEAKEL**

   X    This case was decided without a hearing, and therefore there will be no transcript.

        The Court Reporter assigned to this case is:

Sincerely,

/s/

Jaye Kissler
Enc.
cc: Counsel of record w/o enclosure

CLOSED, JURY, PROSE-NP, TYPE-H

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:05-cv-02334-RCL

BUESGENS v. COATES et al
Assigned to: Judge Royce C. Lamberth
Cause: 29:791 Job Discrimination (Rehabilitation Act)

Date Filed: 12/05/2005
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**MICHAEL L. BUESGENS**                     represented by **MICHAEL L. BUESGENS**
500 East Stassney
Apartment 1023
Austin, TX 78745
US
(512) 447-7031
PRO SE

V.

**Defendant**

**MARCIA H. COATES**                        represented by **Karen L. Melnik**
*In her Official Capacity as Director*       U.S. ATTORNEY'S OFFICE
*Office of Equal Opportunity Program,*       555 Fourth Street, NW
*Department of Treasury*                     Room E4112
Washington, DC 20530
(202) 307-0338
Email: karen.melnik@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**COLLEEN M. KELLEY**                        represented by **Gregory O'Duden**
*In her Official Capacity as National*       NATIONAL TREASURY
*President, National Treasury Employee*      EMPLOYEES UNION
*TERMINATED: 05/09/2006*                     1750 H Street, NW
Washington, DC 20006-4600
(202) 572-5500
Fax: (202) 572-5645
Email: greg.oduden@nteu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L. Melnik**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**CARI M. DOMINGUEZ**
*In her Official Capacity as Chair and*
*Head Equal Employment Opportunity*
*Commission*

represented by **Karen L. Melnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KAY COLES JAMES**
*In her Official Capacity as Director*
*Office of Personnel Management*

represented by **Karen L. Melnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN W. SNOW**
*In his Official Capacity as Secretary,*
*Department of Treasury*

represented by **Karen L. Melnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J. RUSSELL GEORGE**
*in his Official Capacity as Inspector*
*General, Treasury Inspector General*
*Tax Administration*

represented by **Karen L. Melnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2005 | 1 | COMPLAINT against MARCIA H. COATES, COLLEEN M. KELLEY, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE (Filing fee $ 250) filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit (not numbered)# 10 Exhibit (not numbered)# 11 Exhibit 9# 12 Exhibit 10)(tg, ) (Entered: 12/07/2005) |
| 12/05/2005 | 2 | NOTICE OF RELATED CASE by MICHAEL L. BUESGENS. Case related to Case No. A05CA24355 (USDC Western District of Texas - Austin Division). (tg, ) (Entered: 12/07/2005) |
| 12/05/2005 | | Summons Issued (8) as to MARCIA H. COATES, COLLEEN M. KELLEY, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE, U.S. Attorney and U.S. Attorney General (tg, ) Modified on 12/15/2005 (ks, ). (Entered: 12/07/2005) |
| 12/13/2005 | 3 | MOTION to Amend the Complaint to Add a Party by MICHAEL L. BUESGENS. (tg, ) (Entered: 12/15/2005) |
| 12/13/2005 | 4 | MOTION Requesting Appointment of Counsel by MICHAEL L. BUESGENS. (tg, ) (Entered: 12/15/2005) |

| 12/16/2005 | 5 | ORDER denying 4 Motion to Appoint Counsel. Signed by Judge Royce C. Lamberth on 12/16/2005. (lcrcl1, ) (Entered: 12/16/2005) |
|---|---|---|
| 12/28/2005 | 6 | MOTION for Extension of Time to File Answer by COLLEEN M. KELLEY. (Attachments: # 1 Text of Proposed Order Mtn to Extend Time to Answer)(O'Duden, Gregory) (Entered: 12/28/2005) |
| 12/29/2005 | 7 | MOTION for Reconsideration re 5 Order on Motion to Appoint Counsel by MICHAEL L. BUESGENS. (tg, ) (Entered: 01/03/2006) |
| 01/05/2006 | 8 | Memorandum in opposition to re 6 Motion filed by MICHAEL L. BUESGENS. (tg, ) (Entered: 01/09/2006) |
| 01/05/2006 | 9 | MOTION to Compel Answer by MICHAEL L. BUESGENS. (tg, ) (Entered: 01/09/2006) |
| 01/13/2006 | 10 | MOTION to Dismiss, MOTION for More Definite Statement by COLLEEN M. KELLEY. (Attachments: # 1 Exhibit Attachment 1# 2 Exhibit Attachment 2# 3 Text of Proposed Order Proposed Order) (O'Duden, Gregory) (Entered: 01/13/2006) |
| 01/13/2006 | 11 | NOTICE *of Filing Cert of Service* by COLLEEN M. KELLEY re 10 MOTION to Dismiss MOTION for More Definite Statement (O'Duden, Gregory) (Entered: 01/13/2006) |
| 01/13/2006 | 12 | ORDER granting 6 defendant, Kelley's Motion for Extension of Time to Answer; denying plaintiff's 9 Motion to Compel. Signed by Judge Royce C. Lamberth on 1/13/2006. (lcrcl1, ) (Entered: 01/13/2006) |
| 01/20/2006 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to MARCIA H. COATES served on 12/20/2005, answer due 2/21/2006. (tg, ) (Entered: 01/24/2006) |
| 01/20/2006 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to COLLEEN M. KELLEY served on 12/19/2005, answer due 2/17/2006. (See Docket Number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |
| 01/20/2006 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to CARI M. DOMINGUEZ served on 12/16/2005, answer due 2/14/2006. (See docket number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |
| 01/20/2006 | 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to KAY COLES JAMES served on 12/19/2005, answer due 2/17/2006. (See docket number 13 for scanned document). (tg, ) (Entered: 01/24/2006) |
| 01/20/2006 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to JOHN W. SNOW served on 12/20/2005, answer due 2/21/2006. (See docket number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |
| 01/20/2006 | 18 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint |



| | | Executed as to J. RUSSELL GEORGE served on 12/19/2005, answer due 2/17/2006. (See docket number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |
|---|---|---|
| 01/20/2006 | 19 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. Served on 12/27/2005, answer due 2/27/2006. (See docket number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |
| 01/20/2006 | 20 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General (return receipt is not signed by the recipient and does not list a date of receipt). Date of mailing: 12/12/05. (See docket number 13 for scanned document). (tg, ) (Entered: 01/24/2006) |
| 01/20/2006 | 21 | SUPPLEMENT TO THE RECORD and Notice in Anticipation of Litigation In a Separate Civil Action Against The Department of Treasury. (tg, ) (Entered: 01/25/2006) |
| 01/23/2006 | 22 | Memorandum in opposition to re 10 Motion to Dismiss filed by MICHAEL L. BUESGENS. (tg, ) (Entered: 01/25/2006) |
| 01/25/2006 | 23 | REPLY to opposition to motion re 10 filed by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 01/25/2006) |
| 02/16/2006 | 24 | MOTION for Leave to File First Supplemental Complaint by MICHAEL L. BUESGENS. (Attachments: # 1 First Supplemental Complaint)(tg, ) (Entered: 02/17/2006) |
| 02/27/2006 | 25 | MOTION to Dismiss *or, in the alternative,*, MOTION to Transfer Case by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Attachments: # 1 Exhibit 1 (Salyards Declaration)# 2 Exhibit 2 (Texas Complaint)# 3 Exhibit 3 (Texas Amended Complaint))(Melnik, Karen) Modified on 2/27/2006 (lc, ). (Entered: 02/27/2006) |
| 02/27/2006 | 26 | MOTION for Extension of Time to *File Opposition to Plaintiff's Mtn to Add Party Def and Suppl Compl* by COLLEEN M. KELLEY. (Attachments: # 1 Text of Proposed Order Mtn Extension Time File Opposition)(O'Duden, Gregory) (Entered: 02/27/2006) |
| 02/27/2006 | 27 | ERRATA re document number 25 by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Attachments: # 1 Text of Proposed Order)(Melnik, Karen) Modified on 2/28/2006 (tg, ). (Entered: 02/27/2006) |
| 02/27/2006 | 28 | RESPONSE to 24 *Plaintiff's Motion to Join Additional Party Defendant and to File First Supplemental Complaint* filed by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Melnik, Karen) Modified on 2/28/2006 (nmw, ). (Entered: 02/27/2006) |
| 03/01/2006 | 29 | ORDER granting defendant Kelley's motion for an extension of time to file an opposition to plaintiff's motions to join an additional party |

| | | |
|---|---|---|
| | | defendant and to file a first supplemental complaint; defendant Kelley's time to file her opposition to plaintiff's motions is extended until March 10, 2006. Signed by Judge Royce C. Lamberth on 3/1/06. (lcrcl1, ) (Entered: 03/01/2006) |
| 03/01/2006 | | Set/Reset Deadlines: Defendant Kelley's Response to plaintiff's motions due by 3/10/2006 (mon, ) (Entered: 03/02/2006) |
| 03/07/2006 | 30 | REQUEST from Plaintiff for Stipulation (tg, ) (Entered: 03/08/2006) |
| 03/08/2006 | 31 | REQUEST from Plaintiff for Disclosure (tg, ) (Entered: 03/09/2006) |
| 03/08/2006 | 33 | NOTICE of Filing Proposed Orders by MICHAEL L. BUESGENS (tg, ) (Entered: 03/09/2006) |
| 03/09/2006 | 32 | REQUEST from Plaintiff for Pretrial Conference (tg, ) (Entered: 03/09/2006) |
| 03/09/2006 | 35 | MOTION for Extension of Time to File an Opposition to Defendants' Motion for Summary Judgment and Transfer Venue to Texas, USA. by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/13/2006) |
| 03/09/2006 | 36 | MOTION For Recusal and Disqualification and Reassignment of Judge and Law Clerk by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/13/2006) |
| 03/10/2006 | 34 | Memorandum in opposition to re 24 filed by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 03/10/2006) |
| 03/16/2006 | 37 | Second MOTION by Plaintiff to Join Additional Party Defendant by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/20/2006) |
| 03/22/2006 | 38 | MOTION for Summary Judgment and Plaintiff's Response to Defendant's Motion to Dismiss or for Transfer of Venue and Plaintiff's Claim of Fraudulent Concealment by Defendants by MICHAEL L. BUESGENS. (Attachments: # 1 Mem. of Points and Authorities (part 1)# 2 Mem. of points and authorities (part 2)# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10)(tg, ) (Entered: 03/23/2006) |
| 03/22/2006 | 39 | RESPONSE to 25 Motion to Dismiss of Transfer of Venue filed by MICHAEL L. BUESGENS. (See Document Number 38 for scanned document) (tg, ) (Entered: 03/23/2006) |
| 03/23/2006 | 40 | Memorandum in opposition to re 38 *Mtn for Summary Judgment* filed by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 03/23/2006) |
| 03/23/2006 | 41 | MOTION for Discovery and Production of Documents and Disclosure by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/27/2006) |
| 03/23/2006 | 42 | REPLY to Kelly's opposition to 24 MOTION for Leave to File Supplemental Complaint filed by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/27/2006) |
| 03/27/2006 | 43 | REPLY to opposition to motion re 25 MOTION to Dismiss *or, in the* |

| | | |
|---|---|---|
| | | *alternative,* MOTION to Transfer Case MOTION to Transfer Case filed by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Melnik, Karen) (Entered: 03/27/2006) |
| 03/28/2006 | 44 | MOTION for Extension of Time to *Hold Rule 26(f) and Rule 16 Conferences* by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 03/28/2006) |
| 03/28/2006 | 45 | MOTION for Protective Order by COLLEEN M. KELLEY. (Attachments: # 1 Memo in Support of Mtn for Protective Order# 2 Text of Proposed Order)(O'Duden, Gregory) (Entered: 03/28/2006) |
| 03/29/2006 | 46 | MOTION to Stay *Discovery* by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Attachments: # 1 Text of Proposed Order)(Melnik, Karen) (Entered: 03/29/2006) |
| 03/30/2006 | 47 | MOTION for Extension of Time by MICHAEL L. BUESGENS. (tg, ) Additional attachment(s) added on 4/3/2006 (tg, )# 1 Exhibit. Modified on 4/3/2006 (tg, ). (Entered: 04/03/2006) |
| 03/30/2006 | 48 | REPLY to opposition to 38 MOTION for Summary Judgment filed by MICHAEL L. BUESGENS. (tg, ) (Entered: 04/03/2006) |
| 04/03/2006 | 49 | MOTION for Disclosure by MICHAEL L. BUESGENS. (tg, ) (Entered: 04/04/2006) |
| 04/13/2006 | 50 | MOTION for Sanctions by MICHAEL L. BUESGENS. (Attachments: # 1 Attachments)(tg, ) (Entered: 04/17/2006) |
| 04/21/2006 | 51 | MOTION For Transfer to Transferee by MICHAEL L. BUESGENS. (tg, ) (Entered: 04/24/2006) |
| 04/26/2006 | 52 | MOTION for Leave to Set Up Omitted Compulsory Counterclaim by Amendment and to Bring in Additional Parties by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10)(tg, ) (Entered: 04/28/2006) |
| 05/01/2006 | 53 | Memorandum in opposition to re 51 MOTION to Transfer Case, 50 MOTION for Sanctions, 49 MOTION for Disclosure, 52 MOTION for Leave to File filed by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Melnik, Karen) (Entered: 05/01/2006) |
| 05/09/2006 | 54 | MEMORANDUM AND OPINION. Signed by Judge Royce C. Lamberth on 5/9/06. (lcrcl1, ) (Entered: 05/09/2006) |
| 05/09/2006 | 55 | ORDER granting defendant Colleen Kelley's motion to dismiss 10 and Federal defendants' motion 25 to dismiss or, in the alternative, to transfer the pending action to the United States District Court for the Western District of Texas; Federal defendants' motion 25 to transfer is GRANTED and this case is transferred to the Western District of Texas. |

| | | |
|---|---|---|
| | | Federal defendants' motion 25 to dismiss on other grounds remains pending for decision by the transferee court; defendant Kelley's motion 10 to dismiss is GRANTED; this action is dismissed as to defendant Kelley, plaintiff's motion 36 for Recusal and Disqualification and Reassignment of Judge and Law Clerk is DENIED; defendant Kelley's motion 10 for More Definite Statement, motion 44 for Extension of Time to Hold Rule 26(f) and Rule 16 Conferences, motion 45 for Protective Order are DENIED as MOOT. Federal defendants' motion 46 to Stay Discovery is GRANTED. It is furtherORDERED that plaintiff's motion 3 to Amend/Correct to Add a Party is DENIED; plaintiff's motion 7 for Reconsideration the Court's Order on Motion to Appoint Counsel is DENIED; plaintiff's motion 24 for Leave to File First Supplemental Complaint is DENIED; plaintiff's motion 35 for Extension of Time to File an Opposition to Defendants' Motion for Summary Judgment and Transfer of Venue is GRANTED, nunc pro tunc. Plaintiff's opposition will be deemed timely filed. Plaintiff's second motion 37 to Join Additional Party Defendant is DENIED; plaintiff's motion 38 for Summary Judgment is DENIED; plaintiff's motion 41 for Discovery is DENIED; plaintiff's motion 47 for Extension of Time is DENIED; plaintiff's motion 49 for Disclosure is DENIED; plaintiff's motion 50 for Sanctions is DENIED; plaintiff's motion 51 for Transfer to Transferee is DENIED; plaintiff's motion 52 for Leave to Set Up Omitted Compulsory Counterclaim by Amendment and to Bring in Additional Parties is DENIED. Signed by Judge Royce C. Lamberth on 5/9/06. (lcrcl1, ) (Entered: 05/09/2006) |
| 05/17/2006 | 56 | MOTION for Reconsideration re 55 Order on Motion for Extension of Time, Order on Motion for Miscellaneous Relief, Order on Motion for Leave to File, Order on Motion for Summary Judgment, Order on Motion for Discovery, Order on Motion for Protective Order, Order on Motion to Stay, Order on Motion for Disclosure, Order on Motion for Sanctions, Order on Motion to Transfer Case, Order on Motion to Amend/Correct, Order on Motion for Reconsideration, Order on Motion to Dismiss, Order on Motion for More Definite Statement, 54 Memorandum & Opinion, MOTION for Recusal of Judge Royce C. Lamberth, MOTION for Reassignment in the U.S. District Court for the District of Columbia, MOTION Reargument by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16)(tg, ) (Entered: 05/18/2006) |
| 05/23/2006 | | Leave to File Denied (Plaintiff's Response to Wainstein and Contreras and Melniks Whining and Crying and Legal Malpractice and Unethical Conduct). (FIAT: "Leave to file denied". "Transfer order entered" - Judge Lambert). Document will be returned to Filer. (tg, ) Modified on 6/6/2006 (tg, ). (Entered: 06/06/2006) |
| 05/30/2006 | 57 | Memorandum in opposition to re 56 MOTION for Reconsideration re 55 Order on Motion for Extension of Time to,,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,, Order on Motion for Leave to File,,,,,,,,, Order |

| | | on Motion for Summary Judgment,,,,,, MOTION for Recusal MOTION for Recusal MOTION for Recusal MOTION for Recusal MOTION to Reassign Case MOTION to Reassign Case MOTION to Reassign Case MOTION to Reassign Case MOTION Reargument MOTION Reargument MOTION Reargument MOTION Reargument filed by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Melnik, Karen) (Entered: 05/30/2006) |
|---|---|---|
| 06/12/2006 | <u>58</u> | MOTION for Extension of Time to File Various Pleadings by MICHAEL L. BUESGENS. (tg, ) (Entered: 06/14/2006) |
| 06/21/2006 | <u>59</u> | Memorandum in opposition to re <u>58</u> MOTION for Extension of Time to filed by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 06/21/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/16/2006 16:39:58 | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-02334-RCL |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00243-SS

Buesgens v. Snow
Assigned to: Honorable Sam Sparks
Demand: $0
Case in other court: USCA - 5th Circuit, :05- -50730
Cause: 42:12101 Americans with Disabilities Act of 1990

Date Filed: 04/29/2005
Jury Demand: None
Nature of Suit: 445 Civil Rights:
Americans with Disabilities -
Employment
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Michael L. Buesgens**

represented by **Michael L. Buesgens**
500 E. Stassney Apt. 1023
Austin, TX 78745
(512) 447-7031
PRO SE

V.

**Defendant**

**John W. Snow**
*Secretary of the Treasury*

represented by **R. Barry Robinson**
Assistant U.S. Attorney
816 Congress Avenue
Suite 1000
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5854
Email: barry.robinson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2005 | | Case assigned to Honorable Sam Sparks (af) (Entered: 04/07/2005) |
| 04/05/2005 | 1 | Motion by Michael L. Buesgens to proceed in forma pauperis (af) (Entered: 04/07/2005) |
| 04/05/2005 | 2 | Motion by Michael L. Buesgens for appointment of counsel (af) (Entered: 04/07/2005) |
| 04/05/2005 | | Motion referred : referred motion for appointment of counsel [2-1] to Judge Andrew W. Austin, referred motion to proceed in forma pauperis [1-1] to Judge Andrew W. Austin (af) (Entered: 04/07/2005) |
| 04/05/2005 | | Received Complaint from Michael L. Buesgens (af) (Entered: 04/07/2005) |

Case 1:05-cv-02334-RCL    Document 60-2    Filed 07/20/2006    Page 12 of 30
CM/ECF LIVE - U.S. District Court:txwd - Docket Report

Page 2 of 5

| 04/07/2005 | | Court file prepared and forwarded to Judge Austin (af) (Entered: 04/07/2005) |
|---|---|---|
| 04/26/2005 | 3 | Order denying motion for appointment of counsel [2-1], denying motion to proceed in forma pauperis [1-1] signed Judge Andrew W. Austin (mc2) (Entered: 04/27/2005) |
| 04/26/2005 | | Received, Court file from Magistrate Austin; forwarded to Judge Sparks 4/27/05. (mc2) (Entered: 04/27/2005) |
| 04/29/2005 | 4 | Complaint filed. Filing Fee: $ 250.00, Receipt # 380386. (Pages: 12) (mc2) (Entered: 04/29/2005) |
| 04/29/2005 | | Summons issued for John W. Snow (mc2) (Entered: 04/29/2005) |
| 05/02/2005 | 5 | Motion by Michael L. Buesgens for appointment of counsel (mc2) (Entered: 05/02/2005) |
| 05/09/2005 | 6 | Motion by Michael L. Buesgens for appointment of counsel (mc2) (Entered: 05/09/2005) |
| 05/10/2005 | 7 | Order denying motion to rescind Magistrate Austin's denial of motion for appointment of counsel [5-1] signed by Honorable Sam Sparks (mc2) (Entered: 05/10/2005) |
| 05/16/2005 | 8 | Return of service executed as to John W. Snow on 5/5/05 (jk) (Entered: 05/17/2005) |
| 05/16/2005 | 9 | Return of service executed as to Alberto Gonzales - U.S. Attorney General on 5/5/05 (jk) (Entered: 05/17/2005) |
| 05/16/2005 | 10 | Return of service executed as to U.S. Attorney on 5/2/05 (jk) (Entered: 05/17/2005) |
| 05/16/2005 | 11 | Notice of interlocutory appeal by Michael L. Buesgens order [7-1] (jk) (Entered: 05/17/2005) |
| 05/16/2005 | 12 | Motion by Michael L. Buesgens to proceed in forma pauperis (jk) (Entered: 05/17/2005) |
| 05/16/2005 | 13 | Motion by Michael L. Buesgens for appointment of counsel (jk) (Entered: 05/17/2005) |
| 05/17/2005 | | Notice of appeal and certified copy of docket & order appealed to USCA: appeal [11-1] (jk) (Entered: 05/17/2005) |
| 05/19/2005 | 14 | Response by Michael L. Buesgens to Judge Sparks' Order denying In Forma Pauperis. (jk) (Entered: 05/20/2005) |
| 05/23/2005 | 15 | Notice by Michael L. Buesgens of: request for production of documents for early discovery and inspection. (jk) (Entered: 05/24/2005) |
| 05/25/2005 | 16 | Order staying Notice of Request of Production of Documents for Early Discovery and Inspection 15 pending the return of this case from the USCA signed by Honorable Sam Sparks (jk) (Entered: 05/26/2005) |
| | | |

| 05/31/2005 | 17 | Amended complaint by Michael L. Buesgens , amending complaint [4-1] (Pages: 48) (jk) (Entered: 05/31/2005) |
|---|---|---|
| 06/01/2005 | 18 | Motion by Michael L. Buesgens for reconsideration of court order dated 5/25/05 (jk) (Entered: 06/01/2005) |
| 06/02/2005 | | Return of appeal information sheet received. appeal [11-1] USCA NUMBER: 05-50730 (jk) (Entered: 06/02/2005) |
| 06/03/2005 | 19 | Order denying motion for appointment of counsel [6-1] denying motion to proceed in forma pauperis [12-1] denying motion for appointment of counsel [13-1] denying motion for reconsideration [18-1] signed by Honorable Sam Sparks (jk) (Entered: 06/03/2005) |
| 06/06/2005 | | USCA appeal fees paid for appeal [11-1] : Appeal Fee: $ 255.00 Receipt # 380894 (jk) (Entered: 06/07/2005) |
| 06/07/2005 | | Certified and transmitted record on appeal to U.S. Court of Appeals: appeal [11-1] (jk) (Entered: 06/07/2005) |
| 06/07/2005 | 20 | Motion by Michael L. Buesgens to supplement amended complaint as a matter of course (jk) (Entered: 06/07/2005) |
| 06/09/2005 | | Transmitted supplemental record on appeal: appeal [11-1] (jk) (Entered: 06/09/2005) |
| 06/20/2005 | 21 | Return of service executed on 6/6/05 to U.S. Attorney General; 6/3/05 to John W. Snow; 6/2/05 U.S. Attorney (jk) (Entered: 06/21/2005) |
| 06/20/2005 | 22 | Return of service executed on 6/8/05 for John W. Snow; 6/1/05 for U.S. Attorney; 6/6/05 U.S. Attorney General (jk) (Entered: 06/21/2005) |
| 06/20/2005 | 23 | Return of service executed on 5/31/05 for U.S. Attorney General; 5/25/05 for U.S. Attorney; 6/3/05 for John W. Snow (jk) (Entered: 06/21/2005) |
| 06/20/2005 | 24 | Return of service executed on 5/6/05 for John W. Snow (jk) (Entered: 06/21/2005) |
| 06/20/2005 | | Return Letter of transmittal of ROA from USCA: appeal [11-1] (jk) (Entered: 06/21/2005) |
| 06/23/2005 | 25 | Certificate of service for amended complaint by Michael L. Buesgens (jk) (Entered: 06/24/2005) |
| 06/23/2005 | 26 | Certificate of service of complaint and summons by Michael L. Buesgens (jk) (Entered: 06/24/2005) |
| 06/23/2005 | 27 | Certificate of service for notice of request of production of documents for early discovery and inspection by Michael L. Buesgens (jk) (Entered: 06/24/2005) |
| 06/23/2005 | 28 | Certificate of service for notice of amended complaint as a matter of course by Michael L. Buesgens (jk) (Entered: 06/24/2005) |
| 06/28/2005 | | Return of Letter of transmittal from USCA: appeal [11-1] (jk) (Entered: 06/29/2005) |

| 07/01/2005 | 29 | Answer by John W. Snow (jk) (Entered: 07/05/2005) |
| 11/29/2005 | 30 | Motion by Michael L. Buesgens for Supplement (jk) (Entered: 11/29/2005) |
| 12/07/2005 | 31 | Motion by Michael L. Buesgens to Supplement the record with additional complaint (jk) (Entered: 12/07/2005) |
| 01/18/2006 | 32 | Motion by Michael L. Buesgens for discovery , and to compel (jk) (Entered: 01/19/2006) |
| 01/18/2006 | 33 | Supplement (to the Record Number 2) filed by Michael L. Buesgens Re: complaint [4-1] (jk) (Entered: 01/19/2006) |
| 01/18/2006 | 34 | Notice by Michael L. Buesgens in anticipation of litigation in a separate civil action against the Department of Treasury. (jk) (Entered: 01/19/2006) |
| 05/03/2006 | 35 | SCHEDULING ORDER: Docket Call set for 12/1/2006 11:00 AM before Honorable Sam Sparks. ADR Report Deadline due by 6/2/2006. Amended Pleadings due by 8/2/2006. Discovery due by 10/2/2006. Motions due by 10/9/2006.. Signed by Judge Sam Sparks. (mh, ) (Entered: 05/08/2006) |
| 05/03/2006 | 36 | ORDER parties shall follow scheduling order. Signed by Judge Sam Sparks. (mh, ) (Entered: 05/08/2006) |
| 05/12/2006 | 37 | USCA DECISION ON INTERLOCUTORY APPEAL affirming 11 Notice of Appeal - Interlocutory filed by Michael L. Buesgens, (jk, ) (Entered: 05/15/2006) |
| 05/12/2006 | | Appeal Record Returned from USCA: 11 Notice of Appeal - Interlocutory (jk, ) (Entered: 05/15/2006) |
| 05/12/2006 | 38 | Amended Scheduling ORDER re 35 Scheduling Order (amending to change signature date by Judge from 5/27/06 to 5/12/06. Signed by Judge Sam Sparks. (mc2, ) (Entered: 05/15/2006) |
| 05/16/2006 | 39 | MOTION to Stay scheduling order by Michael L. Buesgens. (mc2, ) (Entered: 05/16/2006) |
| 05/30/2006 | 40 | RESPONSE to 38 Amended Scheduling Order by Michael L. Buesgens. (Attachments: # 1 Exhibit Part 1# 2 Exhibit Part 2# 3 Exhibit Part 3) (mc2, ) (Entered: 06/01/2006) |
| 06/01/2006 | 41 | NON-CONSENT to Alternate Dispute Resolution (ADR) by John W. Snow(mc2, ) (Entered: 06/02/2006) |
| 06/02/2006 | 42 | SUPPLEMENT to 40 Response by Michael L. Buesgens. (mc2, ) (Entered: 06/05/2006) |
| 06/05/2006 | 43 | NON-CONSENT to Alternate Dispute Resolution (ADR) by Michael L. Buesgens(mc2, ) (Entered: 06/07/2006) |
| 06/06/2006 | 44 | ORDER denying 39 Motion to Stay Signed by Judge Sam Sparks. |

| | | (mc2, ) (Entered: 06/07/2006) |
|---|---|---|
| 06/08/2006 | 45 | MOTION request for court order by Michael L. Buesgens. (mc2, ) (Entered: 06/08/2006) |
| 06/16/2006 | 46 | ORDER denying 45 Motion for court order Signed by Judge Sam Sparks. (mc2, ) (Entered: 06/16/2006) |
| 06/26/2006 | 48 | RESPONSE to 46 Order on Motion for Miscellaneous Relief by Michael L. Buesgens. (Attachments: # 1 Exhibit Part 1# 2 Exhibit Part 2)(mc2, ) (Entered: 06/27/2006) |
| 06/30/2006 | 49 | ORDER outlining plaintiff's issues that will be addressed in this lawsuit. Signed by Judge Sam Sparks. (mc2, ) (Entered: 06/30/2006) |
| 07/06/2006 | 50 | MOTION to Continue by Michael L. Buesgens. (Attachments: # 1 Exhibit)(mc2, ) (Entered: 07/06/2006) |
| 07/11/2006 | 51 | ORDER denying 50 Motion to Continue Signed by Judge Sam Sparks. (mc2, ) (Entered: 07/12/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/16/2006 15:31:45 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00243-SS |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

**1:06-cv-00260-LY** Falcon Ridge Apartme v. Buesgens
Lee Yeakel, presiding
**Date filed:** 04/10/2006
**Date terminated:** 05/24/2006 **Date of last filing:** 07/12/2006

# Attorneys

**Charles E. Brown**
Charles E. Brown, PC
3624 North Hills Dr.
Suite B-100
Austin, TX 78731                          **Falcon Ridge Apartments**
(512)346-6000           representing
(512)346-6005 (fax)                       *(Plaintiff)*
 *Assigned: 04/10/2006*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

## U.S. District Court [LIVE]
### Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00260-LY

Falcon Ridge Apartme v. Buesgens
Assigned to: Judge Lee Yeakel
Demand: $0
Case in other court: Supreme Court of TX, 06-00157
                    TXWD - Austin, 1:06cv226LY
                    JP Court No. 3, :00- -00000
                    Travis Co., No. 1, C-1-CV-06-000678
Cause: 42:405 Fair Housing Act

Date Filed: 04/10/2006
Jury Demand: Plaintiff
Nature of Suit: 443 Civil Rights:
Accommodations
Jurisdiction: Federal Question

**Plaintiff**

**Falcon Ridge Apartments**          represented by **Charles E. Brown**
                                                Charles E. Brown, PC
                                                3624 North Hills Dr.
                                                Suite B-100
                                                Austin, TX 78731
                                                (512)346-6000
                                                Fax: (512)346-6005
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael L. Buesgens**          represented by **Michael L. Buesgens**
                                                  500 E. Stassney Apt. 1023
                                                Austin, TX 78745
                                                (512) 447-7031
                                                PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2006 | | Case assigned to Judge Lee Yeakel (tdk) (Entered: 04/10/2006) |
| 04/10/2006 | 1 | Notice for Removal by Michael L. Buesgens Filing Fee: $ 350.00 Receipt # 385222 (tdk) (Entered: 04/10/2006) |
| 04/10/2006 | | Court file prepared and forwarded to Judge Yeakel (tdk) (Entered: 04/10/2006) |
| 04/17/2006 | 2 | Notice of filing by Michael L. Buesgens "Removal" (mh) (Entered: 04/18/2006) |
| 04/27/2006 | 6 | MOTION to Remand to State Court by Falcon Ridge Apartments. (mh, ) (Entered: 05/24/2006) |
|  |  |  |

| 05/01/2006 | 3 | MOTION for Court Order on Removal by Michael L. Buesgens. (es) (Entered: 05/03/2006) |
| 05/05/2006 | 4 | AMENDED MOTION to Remand to State Court by Falcon Ridge Apartments. (mh, ) (Entered: 05/08/2006) |
| 05/11/2006 | 5 | ORDER to supplement record with state court filings. Signed by Judge Lee Yeakel. (tdk, ) (Entered: 05/11/2006) |
| 05/24/2006 | 7 | ORDER Granting Plaintiff's Motion to Remand / to County Court at Law No. 1 of Travis County, Texas.. Signed by Judge Lee Yeakel. (mh, ) (Entered: 05/26/2006) |
| 05/30/2006 | 8 | MOTION for Reconsideration by Michael L. Buesgens. (mh, ) (Entered: 06/01/2006) |
| 06/13/2006 | 9 | MOTION for Judicial Notice and Order for Civil Action Numbers A-06-CA-260-LY and A-06-CA-226-LY by Michael L. Buesgens. (Motion divided into 3 parts; see attachments 1 and 2)(es) (Entered: 06/14/2006) |
| 06/13/2006 | 10 | Pro Se Response to Magistrate Judge Robert Pitman's Report & Recommendations dated June 2, 2006, in Case No. A-06-CA-226-LY by Michael L. Buesgens. (Document divided into two parts due to file size.) (es) (Entered: 06/14/2006) |
| 06/13/2006 | 19 | MOTION for judicial notice and order by Michael L. Buesgens. (Attachments: # 1 Supplement Part 2)(mc2, ) (Entered: 07/07/2006) |
| 06/20/2006 | 11 | ORDER denying 8 Motion for Reconsideration, denying 9 Motion for judicial notice and order Signed by Judge Lee Yeakel. (mh, ) (Entered: 06/20/2006) |
| 06/26/2006 | 12 | MOTION to Amend or make additional factual findings re Order on Motion for Reconsideration, Order on Motion for Miscellaneous Relief by Michael L. Buesgens. (Attachments: # 1 Exhibit)(mc2, ) (Entered: 06/27/2006) |
| 06/26/2006 | 13 | MOTION to Proceed in forma pauperis by Michael L. Buesgens. (dm, ) (Entered: 06/27/2006) |
| 06/26/2006 | 14 | MOTION to Appoint Counsel by Michael L. Buesgens. (Attachments: # 1 Exhibit)(dm, ) (Entered: 06/27/2006) |
| 06/27/2006 | 15 | ORDER denying 12 Motion to Amend/Correct Signed by Judge Lee Yeakel. (td, ) (Entered: 06/28/2006) |
| 06/28/2006 | 16 | ORDER dismissing 13 Motion for Leave to Proceed in forma pauperis, dismissing 14 Motion to Appoint Counsel Signed by Judge Lee Yeakel. (mc2, ) (Entered: 06/29/2006) |
| 06/30/2006 | 17 | MOTION for Relief from Judgment or Order by Michael L. Buesgens. (mh, ) (Entered: 07/05/2006) |
| 07/03/2006 | 18 | ORDER dismissing 17 Motion for Relief from Judgment or Order Signed by Judge Lee Yeakel. (mh, ) (Entered: 07/05/2006) |

| 07/06/2006 | 20 | NOTICE OF APPEAL by Michael L. Buesgens. Filing fee $ 455, receipt number 386343. (Attachments: # 1 (Exhibit part 1 of 2) # 2 (Exhibit part 2 of 2))(jk, ) (Entered: 07/10/2006) |
| 07/12/2006 | 21 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 20 Notice of Appeal (jk, ) (Entered: 07/13/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/16/2006 15:34:25 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-00260-LY |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |


**1:06-cv-00260-LY** Falcon Ridge Apartme v. Buesgens
Lee Yeakel, presiding
**Date filed:** 04/10/2006
**Date terminated:** 05/24/2006 **Date of last filing:** 07/12/2006

# Associated Cases

### Other Court Information

| | |
|---|---|
| Supreme Court of TX | 06-0157 |
| TXWD - Austin | 1:06cv226LY |
| JP Court No. 3 | :00- -00000 |
| Travis Co., No. 1 | C-1-CV-06-000678 |

**1:06-cv-00260-LY** Falcon Ridge Apartme v. Buesgens
Lee Yeakel, presiding
**Date filed:** 04/10/2006
**Date terminated:** 05/24/2006 **Date of last filing:** 07/12/2006

# Case Summary

**Office:** Austin

**Jury Demand:** Plaintiff

**Nature of Suit:** 443

**Jurisdiction:** Federal Question

**County:** Travis

**Origin:** 2

**Lead Case:** None

**Related Case:** None

**Filed:** 04/10/2006

**Demand:** $0

**Cause:** 42:405 Fair Housing Act

**Disposition:** Transfer/Remand - Remanded to State Court

**Terminated:** 05/24/2006

**Reopened:**

**Other Court Cases:** 06-0157[Supreme Court of TX], 1:06cv226LY[TXWD - Austin], :00- -00000[JP Court No. 3], C-1-CV-06-000678[Travis Co., No. 1]

**Def Custody Status:**
**Flag:** APPEAL

Plaintiff **Falcon Ridge Apartments** represented by **Charles E. Brown**   **Phone:**(512)346-6000
                                                                           **Fax:**   (512)346-6005

Defendant **Michael L. Buesgens**

CASREF, MOTION_REFERRED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00226-LY-RP

| | |
|---|---|
| Buesgens v. Falcon Ridge Apartme, et al | Date Filed: 03/29/2006 |
| Assigned to: Judge Lee Yeakel | Jury Demand: None |
| Referred to: Honorable Robert Pitman | Nature of Suit: 443 Civil Rights: |
| Demand: $0 | Accommodations |
| Case in other court: 200th Dist, Travis, D-1-GN-06-000262 | Jurisdiction: Federal Question |
| Cause: 42:405 Fair Housing Act | |

**Plaintiff**

**Michael L. Buesgens**                    represented by  **Michael L. Buesgens**
c/o Seton Medical Creek Hospital
3501 Mills Avenue
Austin, TX 78731
(512) 447-7031
PRO SE

V.

**Defendant**

**Falcon Ridge Apartments**                represented by  **Charles E. Brown**
Charles E. Brown, PC
3624 North Hills Dr.
Suite B-100
Austin, TX 78731
(512)346-6000
Fax: (512)346-6005
*TERMINATED: 04/18/2006*
*LEAD ATTORNEY*

**Gregory Scott Cagle**
Armbrust & Brown LLP
100 Congress Ave.
Suite 1300
Austin, TX 78701-2744
(512) 435-2300
Fax: 512/435-2360
Email: gcagle@abaustin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelley B. Marmon**
Crady, Jewett, & McCulley, L.L.P.
2727 Allen Parkway

Suite 1700
Houston, TX 77019-2125
(713)739-7007
Fax: 713/739-8403
Email: marmonbkrtcy@cjmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Falcon Apartments of Austin, Ltd.**          represented by **Charles E. Brown**
(See above for address)
*TERMINATED: 04/18/2006*
*LEAD ATTORNEY*

**Gregory Scott Cagle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelley B. Marmon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Falcon Apartments of Austin I, Inc.**          represented by **Charles E. Brown**
(See above for address)
*TERMINATED: 04/18/2006*
*LEAD ATTORNEY*

**Gregory Scott Cagle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelley B. Marmon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greystar Property Management**          represented by **Charles E. Brown**
(See above for address)
*TERMINATED: 04/18/2006*
*LEAD ATTORNEY*

**Gregory Scott Cagle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Shelley B. Marmon
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Debi Wehmeier**                              represented by    **Charles E. Brown**
(See above for address)
*TERMINATED: 04/18/2006*
*LEAD ATTORNEY*

**Gregory Scott Cagle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelley B. Marmon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mandy Rogers**                               represented by    **Charles E. Brown**
(See above for address)
*TERMINATED: 04/18/2006*
*LEAD ATTORNEY*

**Gregory Scott Cagle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelley B. Marmon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amanda Wilson**                              represented by    **Charles E. Brown**
(See above for address)
*TERMINATED: 04/18/2006*
*LEAD ATTORNEY*

**Gregory Scott Cagle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelley B. Marmon**

| | | 04/19/2006) |
|---|---|---|
| 04/25/2006 | 11 | (request) Motion by Michael L. Buesgens for court order (mh) (Entered: 04/25/2006) |
| 04/27/2006 | | ****ERRONEOUS DOCKET ENTRY**** Document #12 erroneously docketed. Removed and associated to correct case: A:06-CV-260 LY. (Entered: 05/01/2006) |
| 04/28/2006 | 13 | Proposed scheduling order and MOTION for pretrial conference by Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, Amanda Wilson. (mh, ) (Entered: 05/01/2006) |
| 05/01/2006 | 14 | NOTICE of Attorney Appearance by William S. Warren, III on behalf of Austin Apartment Association (es) (Entered: 05/03/2006) |
| 05/01/2006 | 15 | RESPONSE to 13 Defendants' Proposed Scheduling Order and Request for Pretrial Conference, filed by Michael L. Buesgens. (es) (Entered: 05/03/2006) |
| 05/01/2006 | 16 | Remark (second part of document #15) (mh, ) (Entered: 05/04/2006) |
| 05/03/2006 | 17 | RESPONSE to Motion re 6 Motion for Summary JudgmentMotion to Transfer Case, 10 Motion to Transfer Case , filed by Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, Amanda Wilson. (mh, ) (Entered: 05/04/2006) |
| 05/08/2006 | 20 | MOTION for Directed Verdict by Michael L. Buesgens. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit)(mh, ) (Entered: 05/31/2006) |
| 05/10/2006 | 18 | ORDER INITIAL Pretrial Conference set for 5/26/2006 09:30 AM before Honorable Lee Yeakel.. Signed by Judge Lee Yeakel. (mh, ) (Entered: 05/11/2006) |
| 05/19/2006 | 19 | RESPONSE TO COURT'S ORDER DATED MAY 11, 2006 by Michael L. Buesgens (Appendix not available electronically at this time.) (mh, ) (Entered: 05/22/2006) |
| 05/26/2006 | 21 | MOTION to Compel Discovery by Michael L. Buesgens. (mh, ) (Entered: 05/31/2006) |
| 05/26/2006 | 22 | Minute Entry for proceedings held before Judge Lee Yeakel : Pretrial Conference held on 5/26/2006 (Minute entry documents are not available electronically.). (Court Reporter Kathy Carroll.) (mh, ) (Entered: 05/31/2006) |
| 05/26/2006 | 23 | ORDER Bench Trial set for 8/14/2006 09:00 AM before Honorable Lee Yeakel. Final Pretrial Conference set for 7/31/2006 11:00 AM before Honorable Lee Yeakel.. Signed by Judge Lee Yeakel. (mh, ) (Entered: 05/31/2006) |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Austin Apartment Association**          represented by  **William S. Warren, III**
                                                          Warren Law Firm
                                                          1011 Westlake Dr.
                                                          Austin, TX 78746
                                                          (512) 347-8777
                                                          Fax: (512) 347-7999
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2006 | | Case assigned to Judge Lee Yeakel (tdk) (Entered: 04/03/2006) |
| 03/29/2006 | 1 | Notice for Removal by Ltd, Falcon Apts. of Filing Fee: $ 250.00 Receipt # 385037 (tdk) (Entered: 04/03/2006) |
| 04/03/2006 | 2 | Order to supplement record with state court filings; signed by Judge Lee Yeakel (tdk) (Entered: 04/03/2006) |
| 04/03/2006 | | Court file prepared and forwarded to Judge Yeakel (tdk) (Entered: 04/03/2006) |
| 04/07/2006 | 3 | Response by Falcon Ridge Apartme, Ltd, Falcon Apts. of, Inc, Falcon Apts. of, Greystar Property Ma, Debi Wehmeier, Mandy Rogers, Amanda Wilson to order [2-1] (mh) (Entered: 04/07/2006) |
| 04/10/2006 | 4 | Designation of Lead Counsel of Record and Motion by Falcon Ridge Apartme, Ltd, Falcon Apts. of, Inc, Falcon Apts. of, Greystar Property Ma, Debi Wehmeier, Mandy Rogers, Amanda Wilson for Charles E. Brown to withdraw as attorney (mh) (Entered: 04/11/2006) |
| 04/11/2006 | 5 | Notice of filing State Court Pleadings by Falcon Ridge Apartme, Ltd, Falcon Apts. of, Inc, Falcon Apts. of, Greystar Property Ma, Debi Wehmeier, Mandy Rogers, Amanda Wilson (mh) (Entered: 04/13/2006) |
| 04/11/2006 | 6 | Motion by Michael L. Buesgens for summary judgment , or to transfer venue (mh) (Entered: 04/13/2006) |
| 04/17/2006 | 7 | Response by Michael L. Buesgens motion for Charles E. Brown to withdraw as attorney [4-1] (mh) (Entered: 04/18/2006) |
| 04/17/2006 | 8 | Motion by Michael L. Buesgens for discovery (mh) (Entered: 04/18/2006) |
| 04/18/2006 | 9 | Order granting motion for Charles E. Brown to withdraw as attorney [4-1] (Terminated signed by Judge Lee Yeakel (mh) (Entered: 04/18/2006) |
| 04/18/2006 | 10 | Motion by Michael L. Buesgens to transfer case (td) (Entered: |

| | | |
|---|---|---|
| 05/26/2006 | 24 | ORDER REFERRING CASE to Magistrate Judge Robert Pitman. Signed by Judge Lee Yeakel. (mh, ) (Entered: 06/01/2006) |
| 05/30/2006 | | Notice of Correction: Second Order of Referral Inadvertently docketed as document #25 (removed). (mh, ) (Entered: 06/01/2006) |
| 05/30/2006 | 25 | MOTION to Disqualify Judge by Michael L. Buesgens. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(mh, ) (Entered: 06/01/2006) |
| 05/31/2006 | | Notice of Correction: re [12] MOTION to Remand to State Court was filed in A:06-CA-260 LY. (mh, ) (Entered: 05/31/2006) |
| 06/02/2006 | 26 | ORDER granting 8 Defendant's Motion for Discovery, granting 11 Defnedant's Request for Court Order, and mooting 13 Defendant's Request for Scheduling Conference. Signed by Judge Robert Pitman. (es, ) (Entered: 06/02/2006) |
| 06/02/2006 | 27 | REPORT AND RECOMMENDATIONS re 6 Motion for Summary Judgment or for Transfer of Venue filed by Michael L. Buesgens, 10 Motion to Transfer Case filed by Michael L. Buesgens, and 20 MOTION for Directed Verdict filed by Michael L. Buesgens, Signed by Judge Robert Pitman. (es) (Entered: 06/02/2006) |
| 06/05/2006 | 28 | ORDER REFERRING MOTION: 25 MOTION to Disqualify Judge filed by Michael L. Buesgens, referred to Judge Sparks. Signed by Judge Lee Yeakel. (mh, ) (Entered: 06/06/2006) |
| 06/05/2006 | 29 | TRANSCRIPT of Proceedings held on 05/26/2006. Proceedings Transcribed:Initial Pretrial Conference. Court Reporter: Kathy Carroll. NOTE: Transcript document is not available online. (mh, ) (Entered: 06/06/2006) |
| 06/06/2006 | 30 | ORDER, Set Motion Hearing for 25 MOTION to Disqualify Judge Motion Hearing set for 6/16/2006 08:30 AM in Courtroom before Honorable Sam Sparks.. Signed by Judge Sam Sparks. (td, ) (Entered: 06/07/2006) |
| 06/06/2006 | 31 | NON-CONSENT to Alternate Dispute Resolution (ADR) by Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, Amanda Wilson(td, ) (Entered: 06/08/2006) |
| 06/06/2006 | 32 | RESPONSE to Motion re 21 MOTION to Compel , filed by Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, Amanda Wilson. (td, ) (Entered: 06/08/2006) |
| 06/07/2006 | 33 | Certified mail acknowledgment receipt for magistrate report and recommendations as to Austin Apartment Association. (td, ) (Entered: 06/08/2006) |
| 06/08/2006 | 34 | REPORT to Alternate Dispute Resolution (ADR) by Austin Apartment Association(mh, ) (Entered: 06/12/2006) |
| | | |

| 06/09/2006 | 35 | RESPONSE TO REQUEST FOR COURT ORDER by Austin Apartment Association. (mh, ) (Entered: 06/12/2006) |
|------------|----|--------------------------------------------------------------------------------------------------|
| 06/09/2006 | 36 | RESPONSE to Motion re 8 Motion for Discovery , filed by Austin Apartment Association. (mh, ) (Entered: 06/12/2006) |
| 06/12/2006 | 65 | Notice of appearance and designation as co-counsel and MOTION to Amend Complaint by Michael L. Buesgens. (mc2, ) (Entered: 07/07/2006) |
| 06/13/2006 | 37 | RESPONSE to 28 Order Referring Motion by Michael L. Buesgens. (Attachments: # 1 Exhibit)(mh, ) (Entered: 06/13/2006) |
| 06/13/2006 | 38 | Motion for Judicial Notice and Order in Civil Action Numbers A-06-CA-260-LY and A-06-CA-226-LY filed by Michael Buesgens.(Motion divided into 3 parts due to file size.)(es) (Entered: 06/14/2006) |
| 06/13/2006 | 39 | Pro Se Response to 27 Report and Recommendations by Michael L. Buesgens. (Attachments: # 1)(es) (Entered: 06/14/2006) |
| 06/13/2006 | 66 | MOTION for judicial notice and order by Michael L. Buesgens. (Attachments: # 1 Part 2)(mc2, ) (Entered: 07/07/2006) |
| 06/16/2006 | 40 | Minute Entry for proceedings held before Judge Sam Sparks : Motion Hearing held on 6/16/2006 re 25 MOTION to Disqualify Judge filed by Michael L. Buesgens, (Minute entry documents are not available electronically.). (Court Reporter Lily Reznik.) (mh, ) (Entered: 06/19/2006) |
| 06/16/2006 | 41 | MOTION to Remand by Michael L. Buesgens. (mh, ) (Entered: 06/19/2006) |
| 06/19/2006 | 42 | ORDER denying 25 Motion to Disqualify Judge Signed by Judge Sam Sparks. (mh, ) (Entered: 06/19/2006) |
| 06/19/2006 | 43 | MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by Michael L. Buesgens. (Attachments: # 1 Appendix)(mh, ) (Entered: 06/20/2006) |
| 06/21/2006 | 44 | RESPONSE to Motion re 43 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction , filed by Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Austin Apartment Association, Greystar Property Management, Debi Wehmeier, Mandy Rogers. (mh, ) (Entered: 06/23/2006) |
| 06/23/2006 | 45 | RESPONSE to Motion re 41 MOTION to Remand to State Court , filed by Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc.. (mh, ) (Entered: 06/23/2006) |
| 06/23/2006 | 46 | MOTION for Sanctions by Michael L. Buesgens. (mh, ) (Entered: 06/23/2006) |
| 06/26/2006 | 47 | RESPONSE to Motion re 41 MOTION to Remand to State Court , filed by Austin Apartment Association. (dm, ) (Entered: 06/26/2006) |

Case 1:05-cv-02334-RCL    Document 60-2    Filed 07/20/2006    Page 29 of 30

| 06/26/2006 | 48 | MOTION to Proceed in forma pauperis by Michael L. Buesgens. (dm, ) (Entered: 06/27/2006) |
|---|---|---|
| 06/26/2006 | 49 | MOTION to Appoint Counsel by Michael L. Buesgens. (Attachments: # 1 Exhibit)(dm, ) (Entered: 06/27/2006) |
| 06/28/2006 | 50 | RESPONSE to Motion re 46 MOTION for Sanctions , filed by Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, Amanda Wilson. (dm, ) (Entered: 06/29/2006) |
| 06/28/2006 | 51 | REPLY to Response to Motion re 41 MOTION to Remand to State Court , filed by Michael L. Buesgens. (Attachments: # 1 Exhibit)(dm, ) (Entered: 06/29/2006) |
| 06/29/2006 | 53 | AMENDED DOCUMENT by Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc.. Amendment to 45 Response to Motion. (mc2, ) (Entered: 06/30/2006) |
| 06/30/2006 | 52 | ORDER denying 43 Motion for TRO, denying 43 Motion for Preliminary Injunction Signed by Judge Lee Yeakel. (mc2, ) (Entered: 06/30/2006) |
| 06/30/2006 | 54 | ORDER denying 21 Motion to Compel Signed by Judge Lee Yeakel. (mh, ) (Entered: 07/03/2006) |
| 06/30/2006 | 55 | ORDER ADOPTING INTERIM REPORT AND RECOMMENDATIONS for 6 Motion for Summary Judgment, Motion to Transfer Case filed by Michael L. Buesgens,, 10 Motion to Transfer Case filed by Michael L. Buesgens,, 20 Motion for Directed Verdict filed by Michael L. Buesgens, . Signed by Judge Lee Yeakel. (mh, ) (Entered: 07/03/2006) |
| 06/30/2006 | 56 | MOTION Court Order and, MOTION for Intervention by Private Attorney General Buesgens, by Michael L. Buesgens. (mh, ) (Entered: 07/03/2006) |
| 06/30/2006 | 57 | RESPONSE to Motion re 46 MOTION for Sanctions , filed by Austin Apartment Association. (mh, ) (Entered: 07/03/2006) |
| 07/03/2006 | 58 | AMENDED EXPARTE MOTION for Temporary Restraining Order by Michael L. Buesgens. (mh, ) (Entered: 07/06/2006) |
| 07/03/2006 | 59 | MOTION to Continue Trial setting by Michael L. Buesgens. (mh, ) (Entered: 07/06/2006) |
| 07/03/2006 | 60 | SUBPOENA IN A CIVIL CASE, issued as to Megan Goeres (mh, ) (Entered: 07/06/2006) |
| 07/03/2006 | 61 | REPLY to Response to Motion re 46 MOTION for Sanctions , filed by Michael L. Buesgens. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (mh, ) (Entered: 07/06/2006) |
| 07/03/2006 | 62 | ORDER denying 58 Motion for TRO Signed by Judge Lee Yeakel. (mh, ) (Entered: 07/06/2006) |

| 07/06/2006 | 63 | MOTION for Sanctions by Michael L. Buesgens. (Attachments: # 1 Exhibit)(mc2, ) (Entered: 07/07/2006) |
|---|---|---|
| 07/06/2006 | 64 | MOTION for verification, standing and legal capacity of defendants named in this civil action complaint by Michael L. Buesgens. (Attachments: # 1 Exhibit # 2 Exhibit)(mc2, ) (Entered: 07/07/2006) |
| 07/10/2006 | 67 | ORDER denying 49 Motion to Appoint Counsel Signed by Judge Robert Pitman. (mh, ) (Entered: 07/10/2006) |
| 07/10/2006 | 68 | ORDER denying 48 Motion for Leave to Proceed in forma pauperis Signed by Judge Robert Pitman. (mh, ) (Entered: 07/10/2006) |
| 07/10/2006 | 69 | ORDER denying 38 Motion for Judicial Notice and Order Signed by Judge Robert Pitman. (mh, ) (Entered: 07/11/2006) |
| 07/10/2006 | 70 | NOTICE of Change of Address by Michael L. Buesgens (mh, ) (Entered: 07/12/2006) |
| 07/12/2006 | 71 | RESPONSE to SECOND Motion re 63 MOTION for Sanctions , filed by Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon Apartments of Austin I, Inc., Greystar Property Management, Debi Wehmeier, Mandy Rogers, Amanda Wilson. (mh, ) (Entered: 07/13/2006) |
| 07/13/2006 | 72 | REPORT AND RECOMMENDATIONS re 41 MOTION to Remand to State Court filed by Michael L. Buesgens, . Signed by Judge Robert Pitman. (mh, ) (Entered: 07/13/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/16/2006 15:26:17 | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-00226-LY-RP |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |