UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERKS OFFICE   ROOM 1225
333 CONSTITUTION AVE, NW
WASHINGTON, DC.   20001

JULY 23, 2006

CAUSE NO. A-05-CA-2334
              RCL

PLAINTIFF'S NEW ADDRESS

MICHAEL L. BUESGENS
3112 WINDSOR AVE.
# A.322
AUSTIN, TX   78703
FAX: 512-478-7608

*Michael L Buesgens*

**RECEIVED**

JUL 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT