UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
       PLAINTIFF

V.                                              CIVIL NO.
                                                A-05-CA-2334
MARCIA H COATES,                                    RCL
DIRECTOR, EQUAL
EMPLOYMENT AND DIVERSITY
DEPARTMENT OF TREASURY
                    ET AL
       DEFENDANTS

## PLAINTIFFS MOTION TO COMPEL ANSWERS TO INTERROGATORIES

PRO SE BUESGENS MAKES THIS REQUEST BECAUSE THE U.S. ATTORNEYS IN THIS CASE HAVE ACCESS TO THE RECORDS. AND

RECEIVED
JUL 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NO. A-05-CA-2334 RCL IS <u>INTERTWINED</u> AND <u>RELATED</u> TO CASE NO. A-06-CA-226 LY AND A-06-CA-260 LY AND A-05-CA-243 SS IN U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION.

<u>AND</u>

<u>ATTORNEY SHELLEY BUSH MARMON REFUSES</u> TO ANSWER THESE INTERROGATORIES IN U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION.

<u>AND</u>

THIS HAS <u>SEVERELY HARMED BUESGENS</u> LEGAL DUE PROCESS RIGHTS IN CASE NO. D-1-GN-06-00262, 200TH JUDICIAL DISTRICT, TRAVIS COUNTY DISTRICT COURT, AUSTIN, TEXAS

D-1-GN-06-00262 WAS <u>REMOVED</u> AND IS A-06-CA-226 LY

<u>AND</u>

2

C-1-CV-06-000678, TRAVIS COUNTY COURT AT LAW NO. 1 AUSTIN, TEXAS.

C-1-CV-06-000678 WAS <u>REMOVED</u> AND is A-06-CA-260 LY
  AND <u>REMANDED</u>
    <u>AND</u>
<u>TRIAL</u> WAS HELD ON <u>JUNE 16, 2006</u> AND BUESGENS CRUCIFIED AND CONVICTED AND SUBJECT TO LEGAL MALPRACTICE IN TRAVIS COUNTY COURT AT LAW NO. 1.
    <u>AND</u>
A-06-CA-260 LY is NOW IN THE FIFTH CIRCUIT COURT OF APPEALS CASE NO. <u>06-50-868</u>
    <u>AND</u>

THESE <u>INTERROGATORIES</u> WERE FILED IN FEBRUARY, 2006 UNDER CASE NO. D-1-GN-06-000262 AND IN APRIL, 2006 UNDER CASE NO. C-1-CV-06-000678 AND <u>NEVER ANSWERED</u>

3

<u>AND</u>
<u>TEXAS RULES OF CIVIL PROCEDURE
ALLOW THIS NUMBER OF
INTERROGATORIES</u> BUT THE
UNETHICAL AND UNLAWFUL <u>SHELLEY
BUSH MARMON</u> NOW WANTS TO USE
<u>FEDERAL RULES OF CIVIL PROCEDURE.</u>

<u>SHELLEY BUSH MARMON, ATTORNEY
CRADY JEWETT & McCULLEY
HARRIS COUNTY, HOUSTON, TEXAS</u>
<u>AND</u>
<u>CHARLES E. BROWN, ATTORNEY
           AUSTIN, TEXAS</u>
<u>AND</u>
<u>GREGORY S. CAGLE, ATTORNEY
ARMBRUST & BROWN   AUSTIN, TEXAS</u>
<u>AND</u>
<u>WILLIAM S. WARREN ATTORNEY
WARREN LAW FIRM, AUSTIN, TEXAS</u>

✓<u>SEE ATTACHED SECOND SET OF
INTERROGATORIES.</u> CASE NO:
   C-1-CV-06-000678
   D-1-GN-06-000262

4

CASE NO: <u>AND</u> A-06-CA-260 LY
CASE NO: <u>AND</u> A-06-CA-226 LY

RETALIATORY EVICTION, CONSTRUCTIVE EVICTION AND HOUSING DISCRIMINATION AND FHA AND ADA AND REHAB ACT AND HUD.

<u>ALL RELATED</u>

TO <u>EMPLOYMENT DISCRIMINATION</u> <u>AT THE DEPARTMENT OF TREASURY</u> <u>AND INTERNAL REVENUE SERVICE</u> <u>IN WASHINGTON, DC</u>
CASE NO: <u>A-05-CA-2334 RCL</u>

---

SEE SHELLEY BUSH MARMON ✓
CRADY JEWETT & McCULLEY
CORPORATE AND LIMITED PARTNERSHIP
HISTORY — <u>ATTACHED</u> ✓

5

RESPECTFULLY SUBMITTED

*Michael L. Buesgens*

MICHAEL L. BUESGENS
PRO SE
JULY 27, 2006

## CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION TO COMPEL ANSWERS TO INTERROGATORIES WAS SERVED BY FIRST CLASS MAIL ON THIS 27TH DAY OF JULY, 2006

ADDRESSED TO:

U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CLERKS OFFICE
ROOM 1225
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001
AND

6


<u>WILLIAM S. WARREN</u>
CHARLES E. BROWN
DEBI WEHMEIER, **PRESIDENT**
MANDY ROGERS
<u>WARREN LAW FIRM</u>
<u>AUSTIN APARTMENT ASSOCIATION</u>
<u>TEXAS APARTMENT ASSOCIATION</u>
<u>NATIONAL APARTMENT ASSOCIATION</u>
1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746

<u>AND</u>

<u>KAREN MELNIK</u>
ASSISTANT U.S. ATTORNEY
555 4TH ST. N.W.
Room E 4112
WASHINGTON, DC 20530

<u>AND</u>

7

<u>SHELLEY BUSH MARMON</u>
CRADY, JEWETT & McCULLEY
2727 ALLEN PKWY, STE 1700
HOUSTON, TEXAS 77019

<u>AND</u>

GREGORY O'DUDEN
ATTORNEY - <u>NTEU</u>
NATIONAL TREASURY EMPLOYEES UNION
1750 H STREET, NW
WASHINGTON, DC 20006

<u>AND</u>

<u>GREGORY S. CAGLE</u>
<u>ARMBRUST & BROWN</u>
100 CONGRESS AVENUE
# 1300
AUSTIN, TEXAS 78701

8

<u>ARMBRUST & BROWN, LLP</u>
FEDERAL TAX ID: <u>742827166</u>
TEXAS SOS NO: 500316424
    AND
FEDERAL TAX ID: <u>742827166</u>
TEXAS SOS NO: 800094789

<u>500316424 - TAX FORFEITURE</u>

### AND

<u>CRADY, JEWETT & McCOLLEY LLP</u>
FEDERAL TAX ID: <u>741966745</u>
TEXAS SOS NO: 800274661
    AND
TEXAS SOS NO: 800032718
    <u>EXPIRED</u>
    AND
TEXAS SOS NO: 500593824
    <u>EXPIRED</u>
    AND
TEXAS SOS NO: 500007024
    <u>EXPIRED</u>
    AND

9

TEXAS SOS NO: 500414624
<u>EXPIRED</u>

*Michael L Buesgens*
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
3112 WINDSOR RD
# A 322
AUSTIN, TEXAS 78703
PHONE: 512-339-6005 EXT 7391
JULY 27, 2006

10.