NO. C-1-CV-06-000678

FALCON RIDGE APARTMENTS

V.

MICHAEL L. BUESGENS

TRAVIS COUNTY COURT AT LAW #1

# DEFENDANTS SECOND SET OF INTERROGATORIES TO PLAINTIFF FALCON RIDGE APARTMENTS

SUBMITTED TO THE COURT BECAUSE OF CHARLES E. BROWN CONTINUAL REFUSAL TO COOPERATE IN DISCOVERY.

PRETRIAL CONFERENCE

PLAINTIFF PRO SE HEREBY REQUESTS THAT DEFENDANTS ANSWER THE FOLLOWING INTERROGATORIES UNDER OATH IN ACCORDANCE WITH RULE 197 AND RULE 198 OF THE TEXAS RULES OF CIVIL PROCEDURE, WITHIN 30 DAYS AFTER SERVICE THEREOF.

INTERROGATORIES

1. PLEASE STATE THE NAMES AND ADDRESSES OF ALL INTERNAL REVENUE SERVICE (I.R.S.) EMPLOYEES THAT HAVE LEASED AN APARTMENT OR LIVED AT FALCON RIDGE APARTMENTS BEGINNING JANUARY 1, 2003 AND ENDING ON JANUARY 1, 2006.

2 PLEASE STATE THE TOTAL AMOUNT OF TIME THAT THESE I.R.S. EMPLOYEES IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 1 HAVE LIVED AT FALCON RIDGE APARTMENTS.

3 FOR EACH I.R.S. EMPLOYEE IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 1 STATE THE NATURE OF YOUR RELATIONSHIP.

4 FOR EACH I.R.S. EMPLOYEE IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 1 STATE THE DATE THAT I.R.S. EMPLOYEE MOVED OUT OF FALCON RIDGE APARTMENTS.

5 FOR EACH I.R.S. EMPLOYEE IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 4 STATE THE REASON BOTH ORALLY AND IN WRITING FOR THEIR DECISION TO MOVE FROM FALCON RIDGE APARTMENTS.

6 FOR EACH I.R.S. EMPLOYEE IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 4 STATE WHETHER THIS INDIVIDUAL MOVED OUT OF FALCON RIDGE APARTMENTS PRIOR TO THE EXPIRATION OF THEIR LEASE.

7 PLEASE STATE THE NATURE AND CONTENT OF ANY CONVERSATIONS YOU HAVE HAD WITH ANY I.R.S. EMPLOYEES REGARDING PLAINTIFF, BUESGENS (APARTMENT 1023).

8 PLEASE IDENTIFY BY NAME AND ADDRESS ALL I.R.S. EMPLOYEES THAT SAID ANYTHING TO YOU ABOUT PLAINTIFF, BUESGENS.

9 PLEASE STATE THE DATE I.R.S. EMPLOYEE DORIENE BONILLA MOVED INTO FALCON RIDGE APARTMENTS.



10. PLEASE STATE THE DATE I.R.S. EMPLOYEE DORIENNE BONILLA MOVED OUT OF FALCON RIDGE APARTMENTS.

11. PLEASE STATE THE REASONS BOTH ORALLY AND IN WRITING THAT I.R.S. EMPLOYEE DORIENNE BONILLA GAVE FOR MOVING OUT OF FALCON RIDGE APARTMENTS.

12. PLEASE STATE THE NATURE OF YOUR RELATIONSHIP WITH I.R.S. EMPLOYEE DORIENNE BONILLA.

13. PLEASE STATE THE NATURE AND CONTENT OF ANY CONVERSATIONS OR OTHER CONTACT THAT YOU HAVE HAD WITH I.R.S. EMPLOYEE DORIENNE BONILLA AFTER SHE MOVED OUT OF FALCON RIDGE APARTMENTS.

14. PLEASE STATE THE NAMES AND ADDRESSES OF ANY I.R.S. EMPLOYEES THAT HAVE LIVED OR ARE NOW LIVING IN BUILDING 10 AT FALCON RIDGE APARTMENTS, BEGINNING ON JANUARY 1, 2003 TO THE PRESENT IN 2006.

15. PLEASE STATE NAMES, ADDRESSES AND DATES OF ANY PERSON'S OR INDIVIDUALS OR GOVERNMENT AGENCIES THAT HAVE MADE ANY INQUIRES ABOUT PLAINTIFF BUESGENS.

16. FOR EACH PERSON IDENTIFIED IN RESPONSE TO INTERROGATORY NO. 15 STATE THE NATURE AND CONTENT OF THEIR INQUIRY.

17. PLEASE STATE THE DATES THAT EITHER YOU OR YOUR AGENT DID A CREDIT HISTORY ON PLAINTIFF BUESGENS.

18. PLEASE STATE THE REASON YOU DID A CREDIT HISTORY ON BUESGENS FOR EACH CREDIT INQUIRY.

19. PLEASE STATE THE DATES THAT EITHER YOU OR YOUR AGENT DID A CRIMINAL HISTORY AND INVESTIGATION OF PLAINTIFF BUESGENS.

20. PLEASE STATE THE REASON YOU DID A CRIMINAL INVESTIGATION OF PLAINTIFF BUESGENS.



21. PLEASE STATE THE RESULTS OF YOUR CREDIT HISTORY CHECK AND CRIMINAL INVESTIGATION.

22. PLEASE STATE THE NATURE AND CONTENT THAT EITHER YOU OR YOUR AGENT HAVE OR ARE DOING TO SECURE PLAINTIFF BUESGENS MEDICAL INFORMATION.

23. PLEASE STATE THE NATURE AND CONTENT OF MEDICAL INFORMATION THAT YOU HAVE FOR PLAINTIFF BUESGENS.

24. PLEASE STATE THE SOURCE OF THE MEDICAL INFORMATION THAT EITHER YOU OR YOUR AGENT HAS OR WILL HAVE FOR PLAINTIFF BUESGENS.

Michael L. Buesgens
MICHAEL L. BUESGENS
PLAINTIFF, PRO SE
APRIL 14, 2006

MICHAEL L. BUESGENS, PRO SE
500 E STASSNEY
APT 1023
AUSTIN, TX 78745
PHONE: 512-447-7031
DATE: APRIL 14, 2006

FILED AT COUNTY COURT AT LAW #1 CLERK OFFICE AND HAND DELIVERED TO CHARLES E BROWN ON APRIL 14, 2006

Michael L Buesgens
MICHAEL L BUESGENS

TEXAS COMPTROLLER

1. TAX ID : 17603247440 ✓
SOS NO : 91567762
SHELLEY A. BUSH, P.C.
FORFEITED EXISTENCE - JULY 9, 2004

SECTION 171.302 TEXAS TAX CODE
171.309

NEW REGISTERED AGENT
SHELLEY BUSH MARMON ATTORNEY
HARRIS COUNTY, TEXAS
2727 ALLEN PARKWAY, SUITE 1700
HOUSTON, TEXAS 77019
PHONE: 713-739-7005
PUBLIC INFORMATION REPORT - 2002

✓ TO PROVIDE PROFESSIONAL LEGAL SERVICES

CRADY, JEWETT & McCULLEY, LLP
TEXAS SOS NO: 800274661







Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 91567702 | **Entity Type:** | Domestic Professional Corporation |
| **Original Date of Filing:** | December 13, 1990 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17603247440 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** SHELLEY A. BUSH, P.C.

**Address:** 2727 ALLEN PKWY STE 1700
Houston, TX 77019 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| Shelley Bush Marmon | 2727 Allen Parkway, Suite 1700<br>Houston, TX 77019 USA | |

Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.






Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 91567702 | **Entity Type:** | Domestic Professional Corporation |
| **Original Date of Filing:** | December 13, 1990 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17603247440 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** SHELLEY A. BUSH, P.C.
**Address:** 2727 ALLEN PKWY STE 1700
Houston, TX 77019 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 5672550 | Articles Of Incorporation | December 13, 1990 | December 13, 1990 | No | 6 |
| | 29815500001 | Public Information Report (PIR) | December 31, 2001 | March 20, 2003 | No | 1 |
| | 26948220001 | Public Information Report (PIR) | December 31, 2002 | February 14, 2003 | No | 1 |
| | 28892440002 | Change of Registered Agent/Office | March 10, 2003 | March 10, 2003 | No | 2 |
| | 64498243062 | Tax Forfeiture | July 9, 2004 | July 9, 2004 | No | 1 |

Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Geoffrey S. Connor
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
# of
# SHELLEY A. BUSH, P.C.

File Number : 91567702

Certificate / Charter forfeited : July 09, 2004

The Secretary of State hereby determines and finds the following:

1. The Secretary of State received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.
2. That the entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.
3. The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that charter or certificate of authority of the referenced entity be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.





Geoffrey S. Connor
Secretary of State

05-102 (Rev. 9-99/18) 3333

a. T Code ■ 13196

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

MUST be filed with your Corporation Franchise Tax Report

Do not write in the space above

c. Taxpayer identification number ■ 17603247440

d. Report year ■ 2002

Corporation name and address

SHELLEY A. BUSH, P.C.
2727 ALLEN PARKWAY, SUITE 1700
HOUSTON, TX 77019-2125

e. PIR / IND ■ ☐ 1, 2, 3, 4

Secretary of State file number or, if none, Comptroller number

Item k on Franchise Tax Report form, Page 1 0091567792

*The following information MUST be provided for the Secretary of State (S.O.S.) by each corporation that files a Texas Corporation Franchise Tax Report. The information will be available for public inspection.*

"SECTION A" MUST BE COMPLETE AND ACCURATE.
If preprinted information is not correct, please type or print the correct information.

☐ Check here if there are currently no changes to the information preprinted in Sections A, B, and C of this report.

Corporation's principal office: HOUSTON, TEXAS

Principal place of business: HOUSTON, TEXAS

**SECTION A.** Name, title and mailing address of each officer and director. Use additional sheets, if necessary.

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|---|---|---|---|
| SHELLEY A. BUSH | PRESIDENT | [X] YES | |
| MAILING ADDRESS: 2727 ALLEN PARKWAY, SUITE 1700, HOUSTON, TEXAS 77019-2125 | | | Expiration date (mm-dd-yy) |
| NAME | TITLE | DIRECTOR ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yy) |
| NAME | TITLE | DIRECTOR ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yy) |
| NAME | TITLE | DIRECTOR ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yy) |
| NAME | TITLE | DIRECTOR ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yy) |

**SECTION B.** List each corporation in which this reporting corporation owns an interest of ten percent (10%) or more. Enter the information requested for each corporation. If none, enter "NONE." Use additional sheets, if necessary.

| Name of owned (subsidiary) corporation | State of incorporation | Texas S.O.S. file number | Percentage interest |
|---|---|---|---|
| None | | | |
| | | | |

**SECTION C.** List each corporation that owns an interest of ten percent (10%) or more in this reporting corporation. Enter the information requested for each corporation. If none, enter "NONE." Use additional sheets, if necessary.

| Name of owning (parent) corporation | State of incorporation | Texas S.O.S. file number | Percentage interest |
|---|---|---|---|
| None | | | |

Registered agent and registered office currently on file. (Changes must be filed separately with the Secretary of State.)

Agent: SHELLEY A. MARMON

Office: 2727 ALLEN PARKWAY, SUITE 1700
HOUSTON, TEXAS 77019

[X] Check here if you need forms to change this information.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or a related corporation.

| sign here | Officer, director or other authorized person | Title | Date | Daytime phone (Area code and number) |
|---|---|---|---|---|
| | Shelley Bush Marmon | President | 3/1/02 | 713.739.7005 |

180001 11-14-01

CCH

17450227 746130 SAB,PC 2001.04010 SHELLEY A. BUSH, P.C. SAB_PC_1

TEXAS COMPTROLLER

2 TAX ID: 17603191200
SOS NO: 116478000
SEA TRADERS LINE INC
2350 N SAM HOUSTON PKWY 750
HOUSTON, TEXAS 77032

FORFEITED EXISTENCE - JULY 7, 2006

SECTION 171.302 TEXAS TAX CODE
171.309

REGISTERED AGENT
SHELLEY B. MARMON
2727 ALLEN PARKWAY, SUITE 1700
HOUSTON, TX 77019

KEITH BUFORD PRESIDENT
PUBLIC INFORMATION REPORT - 2004

CRADY, JEWETT & McCULLEY, LLP
TEXAS SOS NO: 800274661






Business Organizations | Trademarks | Help/Fees |

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 116478000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 29, 1990 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17603191200 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** SEA TRADERS LINE, INC.

**Address:** 2350 N SAM HOUSTON PKWY 750
HOUSTON, TX 77032 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Shelley B. Marmon | 2727 Allen Parkway, Suite 1700<br>Houston, TX 77019 USA | |

Return to Search

Instructions:

- To place an order for additional information about a filing press the 'Order' button.




SOSDirect




**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 116478000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 29, 1990 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17603191200 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** SEA TRADERS LINE, INC.

**Address:** 2350 N SAM HOUSTON PKWY 750
HOUSTON, TX 77032 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 6147791 | Articles Of Incorporation | August 29, 1990 | August 29, 1990 | No | N/A |
| N/A | 6147792 | Articles Of Amendment | October 30, 1997 | October 30, 1997 | No | N/A |
| | 29220040001 | Public Information Report (PIR) | December 31, 2002 | March 12, 2003 | No | 1 |
| | 51413610001 | Public Information Report (PIR) | December 31, 2003 | January 13, 2004 | No | 1 |
| | 66966720002 | Change of Office by Registered Agent | August 6, 2004 | August 6, 2004 | No | 1 |
| | 82450900001 | Public Information Report (PIR) | December 31, 2004 | February 11, 2005 | No | 1 |
| | 99150310003 | Change of Registered Agent/Office | August 1, 2005 | August 1, 2005 | No | 2 |
| | 135881113470 | Tax Forfeiture | July 7, 2006 | July 7, 2006 | No | 1 |

Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Roger Williams
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code of SEA TRADERS LINE, INC.

File Number : 116478000

Certificate / Charter forfeited : July 07, 2006

The Secretary of State hereby determines and finds the following:

1. The Secretary of State has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.
2. The entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.
3. The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that the entity's charter or certificate of authority be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.



Roger Williams
Secretary of State

04266190228

05-102
(Rev. 2-03/21)
a. T Code ■ 13196

3333

Do not write in the space above

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

MUST be filed to satisfy franchise tax requirements

c. Taxpayer identification number ■ ~~30114174490~~ 17603191200

d. Report year ■ 2004

e. PIR / IND ■ 1 1, 2, 3, 4

Corporation name and address

SEA TRADERS LINE, INC

2350 N SAM HOUSTON PKWY 750
HOUSTON TX 77032

Secretary of State file number or, if none, Comptroller unchartered number

Item k on Franchise Tax Report form, Page 1 g. ■ 0116478.00

The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

If the preprinted information is not correct, please type or print the correct information. **Please sign below!**

☐ Check here if there are currently no changes to the information preprinted in Sections A, B, and C of this report.

Corporation's principal office
2350 N SAM HOUSTON PKWY 750 HOUSTON TX 77032

Principal place of business
2350 N SAM HOUSTON PKWY 750 HOUSTON TX 77032

**SECTION A.** Name, title, and mailing address of each officer and director.

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|---|---|---|---|
| HOWARD K BUFORD | PRES | ☒ YES | 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 |
| **MAILING ADDRESS** 2350 N SAM HOUSTON PKWY 750 HOUSTON TX 77032 | | | Term expiration (mm-dd-yyyy) 12/31/04 |
| NAME | TITLE | DIRECTOR ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Term expiration (mm-dd-yyyy) |
| NAME | TITLE | DIRECTOR ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Term expiration (mm-dd-yyyy) |
| NAME | TITLE | DIRECTOR ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Term expiration (mm-dd-yyyy) |
| NAME | TITLE | DIRECTOR ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Term expiration (mm-dd-yyyy) |

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| LST GROUP INC | TX | 32001262297 | 80.0 |
| | | | 0.0 |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| NONE | | | 0.0 |

Registered agent and registered office currently on file. (See instructions if you need to make changes.)

Agent: HOWARD K BUFORD
Office: 2350 N SAM HOUSTON PKWY 750
HOUSTON TX 77032

☐ Check here if you need forms to change this information.

UTS

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

sign here ▶ Officer, director, or other authorized person: Howard K. Buford | Title: President | Date: 9/14/04 | Daytime phone (Area code & no.): 281-590-9600

Copyright form software only, 2003 Universal Tax Systems, Inc. All rights reserved. TX051021 Rev. 1

TEXAS COMPTROLLER

3. TAX I.D. NONE
SOS NO. 80035280
SRH HOMES, L.P.
P.O. BOX 581
4582-E KINGWOOD DRIVE
KINGWOOD, TX 77345

NOTICE OF FORFEITED RIGHTS FOR NON-FILING OF PERIODIC REPORT ON FEBRUARY 10, 2006

INVOLUNTARY CANCELLATION ON JUNE 14, 2006

SHELLEY A. MARMON, REGISTERED AGENT
2727 ALLEN PARKWAY, SUITE 1700
HOUSTON, TX 77019

CRADY, JEWETT & McCULLEY, LLP
TEXAS SOS NO: 800274661




SOSDirect

Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800035280 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | December 12, 2001 | **Entity Status:** | Cancelled |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | INVOLUNTARY |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | SRH Homes, L.P. |
| **Address:** | P.O. Box 501, 4582-E Kingwood Drive<br>Kingwood, TX 77345 USA |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| Shelley A. Marmon | 2727 Allen Parkway, Suite 1700<br>Houston, TX 77019 USA | |

Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.




SOSDirect

Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800035280 | **Entity Type:** | Domestic Limited Partnership (LP) |
| **Original Date of Filing:** | December 12, 2001 | **Entity Status:** | Cancelled |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** SRH Homes, L.P.

**Address:** P.O. Box 501, 4582-E Kingwood Drive
Kingwood, TX 77345 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 4786880002 | Certificate of Limited Partnership | December 12, 2001 | December 12, 2001 | No | 1 |
| | 113572320001 | Report Notice | January 10, 2006 | January 10, 2006 | No | 1 |
| | 116930620001 | Notice of Forfeited Rights for non-filing of Periodic Report | February 10, 2006 | February 10, 2006 | No | 1 |
| | 132934560001 | Involuntary Cancellation | June 14, 2006 | June 14, 2006 | No | 1 |

Return to Search

Instructions:

- To place an order for additional information about a filing press the 'Order' button.

TEXAS COMPTROLLER

4. TAX I.D: 30118559548
SOS NO: 139859000
CONSULTRADE INC
P.O. BOX 302
SIMONTON, TX 77476

FORFEITED EXISTENCE
TAX FORFEITURE AUGUST 25, 1998

SHELLEY A. BUSH, REGISTERED AGENT
909 FANNIN STE 1400
HOUSTON, TX 77010-1006

CRADY, JEWETT & McCULLEY, LLP
TEXAS SOS NO: 800274661






Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 139859000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | May 7, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118559548 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | CONSULTRADE, INC. |
| **Address:** | PO BOX 302<br>Simonton, TX 77476 USA |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| Shelley A Bush | 909 FANNIN STE 1400<br>Houston, TX 77010-1006 USA | |

Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.







Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 139859000 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | May 7, 1996 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30118559548 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | CONSULTRADE, INC. |
| **Address:** | PO BOX 302<br>Simonton, TX 77476 USA |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| N/A | 6717037 | Articles Of Incorporation | May 7, 1996 | May 7, 1996 | No | N/A |
| N/A | 6717038 | Change Of Registered Agent/Office | February 28, 1997 | February 28, 1997 | No | N/A |
| N/A | 6717039 | Tax Forfeiture | August 25, 1998 | August 25, 1998 | No | N/A |

Return to Search

Instructions:

- To place an order for additional information about a filing press the 'Order' button.

TEXAS COMPTROLLER

SHELLEY BUSH MARMON IN EXISTENCE
CRADY, JEWETT, MCCULLEY, LLP

MARMON ENTERPRISES, INC
2727 ALLEN PARKWAY SUITE 1700
HOUSTON, TX 77019

SOS NO: 800002992
TAX ID: 17606888869

SHELLEY B. MARMON, REGISTERED AGENT

AND

CUTTHROAT HOLDINGS L.L.C.
2727 ALLEN PKWY STE 1700
HOUSTON, TX 77019-2125

SOS NO: 800026589
TAX ID: 17606980799

ATTORNEY'S IN TEXAS ARE NOT REQUIRED TO FILE TAX REPORTS OR PAY TAXES







Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800002992 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 16, 2001 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17606888869 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Marmon Enterprises, Inc.
**Address:** 2727 ALLEN PARKWAY SUITE 1700
HOUSTON, TX 77019 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| Shelley B. Marmon | 2727 Allen Parkway, Suite 1700<br>Houston, TX 77019-2125 USA | |

Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.






Business Organizations | Trademarks | Help/Fees |

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800026589 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | November 8, 2001 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17606980799 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Cutthroat Holdings, L.L.C. | | |
| **Address:** | 2727 ALLEN PKWY STE 1700<br>HOUSTON, TX 77019-2125 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| **Name** | **Address** | **Inactive Date** |
|---|---|---|
| Shelley A. Marmon | 2727 Allen Pkwy., Ste. 1700<br>Houston, TX 77019 USA | |

Return to Search

Instructions:

- To place an order for additional information about a filing press the 'Order' button.