UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
    PLAINTIFF

V.

MARCIA H. COATES
    AND
NATIONAL TREASURY
EMPLOYEES UNION
        ET AL
    DEFENDANTS

CASE NO.
A-05-CA-2334
RCL

ORIGINAL RECEIVED
AUG 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS NOTICE OF
MULTI-JURISDICTIONAL LITIGATION

PRO SE BUESGENS RESPECTFULLY
SUBMITS THE FOLLOWING TO
THIS COURT:

LETTER TO BEN FLOKEY ATTORNEY

## BACKGROUND

On July 6, 2006 Buesgens was admitted to Seton Shoal Creek Hospital, Austin, Texas and discharged on July 12, 2006

On July 6, 2006 all of Buesgens possessions, identification (SSN) (passport) (tax returns) etc. were stolen in a constructive eviction and housing discrimination

Writ of possession was executed by Bruce Elfant, Constable Precinct 5, Travis County, Texas
and
All of Buesgens possessions were placed curbside at
 FALCON RIDGE APARTMENTS
Jack C. Moss, Mindy Rogers
500 E. Stassney
Austin, TX 78745

On July 6, 2006.

## BACKGROUND

On July 6, 2006 Buesgens was admitted to Seton Shoal Creek Hospital, Austin, Texas and discharged on July 12, 2006

On July 6, 2006 all of Buesgens possessions, identification (SSN) (passport) (tax returns) etc. were stolen in a constructive eviction and housing discrimination

Writ of possession was executed by Bruce Elfant, Constable Precinct 5, Travis County, Texas
and
All of Buesgens possessions were placed curbside at
 FALCON RIDGE APARTMENTS
Jack C. Moss, Mindy Rogers
500 E. Stassney
Austin, TX 78745

On July 6, 2006.

ROY'S TAXI ($20.00) CONFIRMED THIS TO BUESGENS ON JULY 6, 2006. (DRIVE BY)

THE <u>AUSTIN POLICE DEPARTMENT REFUSED</u> TO INVESTIGATE THIS OR TAKE A <u>THEFT</u> REPORT FROM BUESGENS

THE AUSTIN POLICE DEPARTMENT SAY THIS IS CIVIL AND NOT CRIMINAL AND DON'T BOTHER ME ANYMORE.

BUESGENS BELIEVES <u>BRUCE ELFANT OR THE ATTORNEYS INVOLVED</u> IN THESE CIVIL ACTIONS <u>KNOW WHERE OR WHO HAS HIS POSSESSIONS AND ALL THE</u>

<u>EVIDENCE FOR PRESENTATION TO THE COURTS</u>

RESPECTFULLY SUBMITTED
Michael F Buesgens 7/31/2006
Michael F Buesgens

3

MICHAEL L. BUESGENS
3112 WINDSOR RD
#A322
AUSTIN, TX 78703
512-339-6005 EXT 7391
FAX: 512-478-7608
MIKEBUESGENS@HOTMAIL.COM

JULY 31, 2006

BEN FLOREY, ATTORNEY
1800 GUADALUPE ST.
AUSTIN, TX 78701
PHONE: 512-479-8600
        512-479-8641
FAX: 512-479-6035

RE: A-05-CA-243 SS
    A-05-CA-2334 RCL

DEAR MR. FLOREY

.I REQUEST YOUR TESTIMONY IN THE FOREGOING CIVIL ACTIONS YOU HAVE RELATED AND RELEVANT EVIDENCE.

PAGE 1 OF 15

<u>A-04-CR-00171 LY</u>

<u>CHARLES (CHUCK) G. HERNDON</u>
I.R.S.
DEPARTMENT OF TREASURY
1821 DIRECTORS BLVD
AUSTIN, TX

CASEY URIAS
VANESSA DIAZ
VERA DIAZ
<u>FALCON RIDGE APARTMENTS</u>
500 E STASSNEY
AUSTIN, TX 78745


<u>A-02-CV-526 SS</u>
AND
<u>A-03-CV-661</u>

TAX SUIT
WHISTLE BLOWER
<u>RODOLFO LIZCANO</u>
DEPARTMENT OF TREASURY - I.R.S.
1821 DIRECTORS BLVD
AUSTIN, TX

2

A-05-CA-243 SS
A-05-CA-2334 RCL
A-06-CA-260 LY
A-06-CA-226 LY

MICHAEL L. BOESGENS
DEPARTMENT OF TREASURY
I.R.S.
1821 DIRECTORS BLVD
AUSTIN, TX

FALCON RIDGE APARTMENTS
500 E. STASSNEY
#1023
AUSTIN, TX 78745

THESE CASES ARE LINKED
BY COMMON COMPLAINTS
1. DISCRIMINATION
2. WHISTLE BLOWER
3. RETALIATION
RODOLFO LIZCANO
MICHAEL L. BOESGENS

3

CHARLES G. HERNDON, SUPERVISOR OF RODOLFO LIZCANO

THESE CASES ARE LINKED BY THE SAME LOCATION
1821 DIRECTORS BLVD
AUSTIN, TX
AND
500 E STASSNEY
AUSTIN, TX 78745

THESE CASES ARE LINKED BY
I.R.S.
EMPLOYEES
MANAGERS
SUPERVISORS
1821 DIRECTORS BLVD
AUSTIN, TX
AND
500 E STASSNEY
AUSTIN, TX 78745
FALCON RIDGE APARTMENTS

4

THESE CASES ARE LINKED BY THE SAME TIME FRAME 2002 THROUGH 2006

THESE CASES ARE LINKED BY THE SAME ABUSE OF PROCESS AND POWER AT
DEPARTMENT OF TREASURY
I.R.S.
1821 DIRECTORS BLVD
AUSTIN, TEXAS

CHARLES G. HERNDON - I.R.S.
$5,000.00 UNSECURED BOND
PROBATION

RODOLFO LIZCANO - I.R.S. PRO SE
SUMMARY JUDGMENT
DISCRIMINATION
WHISTLE BLOWER
RETALIATION
ABUSE OF EARNED INCOME TAX CREDIT BY I.R.S. SUPERVISORS.
SELECTIVE AUDITS.

5

MICHAEL L. BUESGENS - I.R.S.
PRO SE
PRIVATE ATTORNEY GENERAL
ROAD KILL

A-05-CA-243 SS
A-05-CA-2334 RCL
A-06-CA-260 LY
A-06-CA-226 LY

DISCRIMINATION
RETALIATION

WHY DID CHARLES G. HERNDON RECEIVE PROBATION ? WHAT WAS THE DEAL MADE WITH U.S. ATTORNEYS ?

WHY DID RODOLFO LIZCANO RECEIVE SUMMARY JUDGMENT ON HIS CLAIMS AGAINST CHARLES G. HERNDON ?

WHY IS MICHAEL L BUESGENS, ROAD KILL, DEAD ON ARRIVAL IN U.S. DISTRICT COURT?

WHERE IS CHARLES G. HERNDON?

WHERE IS RODOLFO LIZCANO?

WHERE ARE THE WITNESSES AT DEPARTMENT OF TREASURY I.R.S. 1821 DIRECTORS BLVD AUSTIN, TEXAS

THAT ARE AFRAID TO TALK BECAUSE OF RETALIATION AT WORK FROM THE WITNESSES THE U.S. ATTORNEYS HAVE AGAINST

RODOLFO LIZCANO
AND
MICHAEL L. BUESGENS

7

## ASSISTANT U.S. ATTORNEYS

STEVEN B. BASS
GERALD CONLEY CARROTH
DANIEL M. CASTILLO
R. BARRY ROBINSON
KAREN MELNIK

## DEPARTMENT OF TREASURY
## I.R.S. WITNESSES

1. MICHAEL SALYARDS, ATTORNEY ✓
2. DONALD TAWNEY ✓
3. ANNA MEDLOCK
4. NANCY SESSION
5. MELINDA ESTRADA ✓
6. MARGARET WAITES ✓
7. MARTHA SCHANHALS
8. CHARLES WASHINGTON, JR
9. CHARLES (CHUCK) G. HERNDON ✓
10. THOMAS THEIS ✓
11. BARRY D. HOWE
12. MARY E. CARROLL

8

13. OSCAR LEAL ✓
14. MARK GASKAMP
15. DANIEL PALACIOS
16. EODA A. FAHLAND

17. RICHARD R. AUBY ✓

18. JOHN M. DALRYMPLE
19. JOHN C. DUDER
20. LINDA STIFF
21. NINA E. OLSEN
22. ROBERTA L. SHUMWAY
23. ROSEMARY GUZMAN
24. SUSAN SERRANO
25. THOMAS R. LEGER
26. VERDA L. HENDERSON

27. ANGELA GOODIN-DOYLE ✓

28. KATYE OUDERSTADT, EEOC ADMINISTRATIVE JUDGE

29. ROBERT POWELL, EEOC ADMINISTRATIVE JUDGE SAN ANTONIO, TEXAS

9

30 VICTOR REYES
31 MARCIA H. COATES

AND THERE ARE MORE.
ALL HUNG WITH THE SAME
MALIGNANT DISEASE.

SANCTIONED, ENDEMIC, MANAGEMENT
CONDONED ORGANIZATIONAL
  MISCONDUCT
      AND
  ABUSE OF POWER
  ABUSE OF RELATIONSHIPS
  ABUSE OF PROCESS
  ABUSE OF KNOWLEDGE


SINCERELY
*Michael L Buesgens*
MICHAEL L. BUESGENS
JULY 31, 2006

10

## CERTIFICATE OF SERVICE

I, CERTIFY THAT ONE TRUE COPY OF THIS RESPONSE TO THE HONORABLE JUDGE SAM SPARKS ORDERS AND LETTER TO BEN FLOREY WERE SERVED BY FIRST CLASS MAIL ON THIS 31ST DAY OF JULY, 2006 ADDRESSED TO:

R. BARRY ROBINSON
ASSISTANT U.S. ATTORNEY
816 CONGRESS AVENUE
SUITE 1000
AUSTIN, TX   78701

GREGORY S. CAGLE
ARMBRUST & BROWN LLP
100 CONGRESS AVE
SUITE 1300
AUSTIN, TX   78701

11

<u>WILLIAM S. WARREN</u>
AUSTIN APARTMENT ASSOCIATION
1011 WESTLAKE DRIVE
AUSTIN, TX 78746

U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
<u>AUSTIN DIVISION</u>
CLERKS OFFICE
200 W 8TH ST.
AUSTIN, TX 78701

<u>BEN FLOREY   ATTORNEY</u>
1800 GUADALUPE ST.
AUSTIN, TX 78701

<u>JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION</u>
THURGOOD MARSHALL FEDERAL
JUDICIARY BUILDING
ONE COLUMBUS CIRCLE, NE
ROOM G-255, NORTH LOBBY
WASHINGTON, DC 20002-8004

12

GREGORY O'DUDEN
NATIONAL TREASURY EMPLOYEES UNION
NTEU
1750 H STREET, NW
WASHINGTON, DC 20006
A-05-CA-2334
RCL

IS CHARLES G. HERNDON A MEMBER OF NTEU?

IS RUDOLFO LIZCANO A MEMBER OF NTEU?

WHERE ARE THEY?

13

U.S. DISTRICT COURT
FOR THE <u>DISTRICT OF COLUMBIA</u>
CLERKS OFFICE Room 1225
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001
A-05-CA-2334 RCL

<u>KAREN MELNIK</u>
ASSISTANT U.S. ATTORNEY
555 4TH ST. NW
Room E 4112
WASHINGTON, DC 20530

*Michael L Buesgens*
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
3112 WINDSOR RD
#A 322
AUSTIN, TX 78703
PHONE: 512-339-6005
EXT 7391
JULY 31, 2006
*Michael L Buesgens*

14