EXHIBITS     26 PAGES

CHARLES G. HERNDON
DEPARTMENT OF TREASURY
I.R.S.

RODOLFO LIZCANO
DEPARTMENT OF TREASURY
I.R.S.

15

```
Criminal Name Search Results
2 Total Case matches for selection HERNDON,CHARLES for ALL COURTS
Sun Jul 16 16:11:23 CDT 2006
```

| Name | Court | Case No. | Filed |
|------|-------|----------|-------|
| HERNDON, CHARLES G. | txwdc | 1:2004cr00171 | 07/20/2004 |
| HERNDON, CHARLES G. | txwdce | 1:2004cr00171 | 07/20/2004 |

# Case Summary

### 1:04-cr-00171-LY USA v. Herndon
### Date filed: 07/20/2004

**Charles G. Herndon (1)**
**Office:** Austin      **Filed:** 07/20/2004
**County:** Travis      **Terminated:**             **Reopened:**
**Magistrate Case:**      1:04-mj-00194

**Count:** 1-6      **Citation:** 18:1030A.F      **Offense Level:** 4
   18:1030A.F FRAUD ACTIVITY CONNECTED WITH COMPUTERS - Unauthorized computer access.
**Count:** 7      **Citation:** 26:7206B.F      **Offense Level:** 4
   26:7206B.F FRAUD AND FALSE STATEMENTS - False statements in IRS records.
**Count:** 8      **Citation:** 26:7213A.F      **Offense Level:** 4
   26:7213A.F UNAUTHORIZED DISCLOSE OF INCOME TAX RETURN - FED. EMPLOYEE - Unauthorized disclosure of tax information.
**Count:** 9      **Citation:** 26:7214A.F      **Offense Level:** 4
   26:7214A.F UNLAWFUL ACTS OF REVENUE OFFICERS/AGENTS - Unlawful solicitation by IRS employee.
**Def Custody Status:** Released
**Flag:** CLOSED

Plaintiff **USA** represented by **Gerald Conley Carruth**    **Phone:**(512) 916-5858
                                     **Fax:**    512/370-1292
                                     **Email:** gerald.carruth@usdoj.gov

**1:04-cr-00171-LY** USA v. Herndon
Date filed: 07/20/2004

# Attorneys

**Gerald Conley Carruth**
Assistant United States Attorney

816 Congress Ave., # 1000
Austin, TX 78701
(512) 916-5858                    representing    **USA**
512/370-1292 (fax)                               *(Plaintiff)*
gerald.carruth@usdoj.gov
 *Assigned: 07/20/2004*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Ben C. Florey, Jr.**
Law Offices of Ben Florey
1800 Guadalupe Street                            **Charles G. Herndon** (1)
Austin, TX 78701                                 *TERMINATED: 12/20/2004*
(512)479-8641                     representing
512/479-6035 (fax)                               *(Defendant)*
 *Assigned: 07/15/2004*
 *TERMINATED: 12/20/2004*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/16/2006 15:48:00 | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 1:04-cr-00171-LY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

Case 1:05-cv-02334-RCL    Document 63-2    Filed 08/02/2006    Page 5 of 27

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-00171-LY-1

Case title: USA v. Herndon        Date Filed: 07/20/2004
Magistrate judge case number: 1:04-mj-00194

Assigned to: Judge Lee Yeakel

### Defendant

**Charles G. Herndon** (1)      represented by   **Ben C. Florey, Jr.**
*TERMINATED: 12/20/2004*                      Law Offices of Ben Florey
                                       1800 Guadalupe Street
                                         Austin, TX 78701
                                         (512)479-8641
                                         Fax: 512/479-6035
                                         *TERMINATED: 12/20/2004*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: Retained*

### Pending Counts

**18:1030A.F FRAUD ACTIVITY CONNECTED WITH COMPUTERS -** Unauthorized computer access. (1-6)

**26:7206B.F FRAUD AND FALSE STATEMENTS -** False statements in IRS records. (7)

**26:7213A.F UNAUTHORIZED DISCLOSE OF INCOME TAX RETURN - FED. EMPLOYEE -** Unauthorized disclosure of tax information. (8)

**26:7214A.F UNLAWFUL ACTS OF REVENUE OFFICERS/AGENTS -** Unlawful solicitation by IRS employee. (9)

### Disposition

COUNTS 1-9, Probation 3 years; In Lieu of Fine 100 hours of Community Service; Special assessment $450.00 (counts 1-6 $25.00 & counts 7-9 $100.00)

COUNTS 1-9, Probation 3 years; In Lieu of Fine 100 hours of Community Service; Special assessment $450.00 (counts 1-6 $25.00 & counts 7-9 $100.00)

COUNTS 1-9, Probation 3 years; In Lieu of Fine 100 hours of Community Service; Special assessment $450.00 (counts 1-6 $25.00 & counts 7-9 $100.00)

COUNTS 1-9, Probation 3 years; In Lieu of Fine 100 hours of Community Service; Special assessment $450.00 (counts 1-6 $25.00 & counts 7-9 $100.00)

## Highest Offense Level (Opening)

Felony

## Terminated Counts                                    Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                                           Disposition

Defendant - complete willful
unauthorized access to the IRS
Integrated Data Retrieval System
(IDRS) from 4/28/03 to 7/11/03 in order
to access the Federal Income tax
account of Casey Urias, her sister
Vanessa Diaz, and her mother Vera
Diaz, in an attempt to trade IRS Federal
income tax information for sexual
benefits in violation of Title 18 and 25,
USC, Section 1030(a)(3) and 7214(a)
(9). [ 1:04-m -194 ]

---

## Plaintiff

**USA**                    represented by **Gerald Conley Carruth**
                                          Assistant United States Attorney
                                          816 Congress Ave., # 1000
                                          Austin, TX 78701
                                          (512) 916-5858
                                          Fax: 512/370-1292
                                          Email: gerald.carruth@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2004 |  | Case assigned to Judge Robert Pitman [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/24/2004 | 1 | Motion by USA as to Charles G. Herndon to seal complaint [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/24/2004 | 2 | Order granting motion to seal complaint [1-1] as to Charles G. Herndon (1) signed by Judge Robert Pitman [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |

| 06/24/2004 | 3 | Complaint filed against Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
|---|---|---|
| 06/24/2004 | | Arrest warrant issued for Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | | Defendant(s) Charles G. Herndon first appearance held; Defendant informed of rights. [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | 4 | Minutes of proceedings for Initial Appearance conducted on 6/25/04 as to Charles G. Herndon by Judge Pitman. Court Reporter: ERO [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | | Arrest of Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | | Oral order as to Charles G. Herndon by Judge Robert Pitman oral order to unseal complaint upon arrest of defendant [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | 5 | Order bond set: Bond set to $5,000.00 unsecured for Charles G. Herndon. Mooted Bond Motion(s) signed by Judge Robert Pitman [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | 6 | Bond filed: $5,000.00 unsecured for Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/28/2004 | 7 | Notice setting preliminary exam for 9:30 7/15/04 for Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 07/15/2004 | 8 | Notice of attorney appearance for Charles G. Herndon by Ben C. Florey Jr. [ 1:04-m -194 ] (lc) (Entered: 07/15/2004) |
| 07/15/2004 | 9 | Waiver of preliminary examination by Charles G. Herndon : Defendant held to district court. [ 1:04-m -194 ] (lc) (Entered: 07/15/2004) |
| 07/20/2004 | | Case assigned to Judge Lee Yeakel (mc2) (Entered: 07/20/2004) |
| 07/20/2004 | | Court file prepared and forwarded to Judge Yeakel. (mc2) (Entered: 07/20/2004) |
| 07/20/2004 | 10 | Indictment filed against Charles G. Herndon count(s) 1-6, 7, 8, 9 (Pages: 6) (mc2) (Entered: 07/21/2004) |
| 07/20/2004 | 11 | Notice setting arraignment for 2:00 7/29/04 for Charles G. Herndon before Magistrate Austin. (mc2) (Entered: 07/21/2004) |
| 07/28/2004 | 12 | Waiver of personal appearance at arraignment and entry of plea not guilty by Charles G. Herndon count(s) 1-6, 7, 8, 9 signed by Judge Andrew W. Austin (mc2) (Entered: 07/28/2004) |
| 08/25/2004 | 13 | Scheduling order as to Charles G. Herndon setting ; Plea agreement to be submitted on or before 5:00 9/23/04 for Charles G. Herndon ; Jury trial set for 9:00 9/28/04 for Charles G. Herndon ; Jury Selection set for 9:00 9/28/04 for Charles G. Herndon , termed motions signed by Judge Lee Yeakel (td) (Entered: 08/26/2004) |

| | | |
|---|---|---|
| 08/25/2004 | 14 | Order on Courtroom Decorum and Trial Procedures as to Charles G. Herndon signed by Judge Lee Yeakel (td) (Entered: 08/26/2004) |
| 08/26/2004 | 15 | Motion by USA as to Charles G. Herndon for reciprocal discovery and inspection (mh) (Entered: 08/27/2004) |
| 09/22/2004 | 16 | Order as to Charles G. Herndon set docket call 2:00 9/24/04 for Charles G. Herndon signed by Judge Lee Yeakel (mh) (Entered: 09/22/2004) |
| 09/27/2004 | 17 | Consent to administration of guiltyplea and Rule 11 Allocution by a United States Magistrate Judge as to Charles G. Herndon (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | 18 | Factual basis by USA as to Charles G. Herndon (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | 19 | Order of Referral to U.S. Magistrate Austin on felony guilty plea as to Charles G. Herndon signed by Judge Lee Yeakel (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | 20 | Minutes of proceedings for rearraignment conducted on 9/27/04 as to Charles G. Herndon by Judge Austin. Court Reporter: ERO. (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | | Rearraignment as to Charles G. Herndon held (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | | Plea of guilty entered by Charles G. Herndon count(s) 1-6, 7, 8, 9 (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | | Referred to Probation for Pre-Sentence Report as to Charles G. Herndon (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | 21 | Findings of Fact and Recommendation on felony guilty plea before the United States Magistrate Judge Austin as to Charles G. Herndon Recommendation that the District Court accept the guilty plea. (mc2) (Entered: 09/28/2004) |
| 09/30/2004 | | Acknowledgment receipt of Charles G. Herndon as to Charles G. Herndon magistrate report and recommendations (9/29/04) (td) (Entered: 09/30/2004) |
| 10/01/2004 | 22 | Order setting sentencing for 2:00 12/20/04 for Charles G. Herndon signed by Judge Lee (mc2) (Entered: 10/01/2004) |
| 10/05/2004 | | Acknowledgment receipt of USA as to Charles G. Herndon magistrate report and recommendations on 10/4/04. (mc2) (Entered: 10/06/2004) |
| 12/20/2004 | | Guilty plea accepted by the court as to Charles G. Herndon (1) count(s) 1-6, 7, 8, 9 ; Mooted Motions: motion for reciprocal discovery and inspection [15-1] as to Charles G. Herndon (1) (td) (Entered: 12/27/2004) |
| 12/20/2004 | | Sentencing , Charles G. Herndon (1) count(s) 1-6, 7, 8, 9 held Charles G. Herndon (1) count(s) 1-6, 7 , 8 , 9 . COUNTS 1-9, Probation 3 years; In Lieu of Fine 100 hours of Community Service; Special assessment |

|  |  | $450.00 (counts 1-6 $25.00 & counts 7-9 $100.00). (td) (Entered: 12/27/2004) |
|---|---|---|
| 12/20/2004 |  | SEALED PSI PLACED IN VAULT as to Charles G. Herndon (td) (Entered: 12/28/2004) |
| 12/21/2004 | 23 | Minutes of proceedings for Sentencing conducted on 12/20/04 as to Charles G. Herndon by Judge Yeakel. Court Reporter: Kathy Carroll (td) (Entered: 12/27/2004) |
| 01/06/2005 | 24 | Judgment and Commitment as to Charles G. Herndon count(s) 1-6, 7, 8, 9 (Pages: 54) signed by Judge Lee Yeakel (mc2) (Entered: 01/06/2005) |
| 08/05/2005 |  | SEALED PSI and Statement of Reasons as to Charles G. Herndon returned to Probation Office (mh) (Entered: 08/05/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/16/2006 15:46:24 | | |
| **PACER Login:** |  | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 1:04-cr-00171-LY |
| **Billable Pages:** | 4 | **Cost:** 0.32 |

**1:04-cr-00171-LY** USA v. Herndon
**Date filed:** 07/20/2004

| Associated Cases |
| --- |
| Lead Docket: None |
| Related Cases: None |
| Dkt# in other court: 1:04-mj-00194 |

```
Civil Name Search Results
5 Total Case matches for selection LIZCANO,RODOLFO for Texas Western
Sun Jul 16 15:55:37 CDT 2006
```

| Name | Court | Case No. | Filed |
|------|-------|----------|-------|
| LIZCANO, RODOLFO | txwdc | 1:1993cv00018 | 02/16/1993 |
| LIZCANO, RODOLFO | txwdc | 1:2002cv00526 | 08/20/2002 |
| LIZCANO, RODOLFO | txwdce | 1:2002cv00526 | 08/20/2002 |
| LIZCANO, RODOLFO | txwdc | 1:2003cv00661 | 09/23/2003 |
| LIZCANO, RODOLFO | txwdce | 1:2003cv00661 | 09/23/2003 |

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:02-cv-00526-SS

| | |
|---|---|
| USA v. Lizcano | Date Filed: 08/20/2002 |
| Assigned to: Honorable Sam Sparks | Jury Demand: None |
| Demand: $0 | Nature of Suit: 871 Tax Suits: IRS-Third Party |
| Cause: 26:7402 IRS: Petition to Enforce IRS Summons | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**USA**                                 represented by **Steven B. Bass**
Assistant U.S. Attorney
816 Congress Avenue
Suite 1000
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5854
Email: steven.bass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rodolfo Lizcano**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2002 | 1 | Petition to enforce IRS summons by USA (tdk) (Entered: 08/22/2002) |
| 08/20/2002 | | Case assigned to Honorable Sam Sparks (fe) (Entered: 08/20/2002) |
| 08/22/2002 | | Court file forwarded to Judge Sparks (tdk) (Entered: 08/22/2002) |
| 08/29/2002 | 2 | Order granting petition [1-1] to enforce IRS summons; Ordered that Resp. appear at the IRS on 9/9/02 at 12:30 set show cause hearing for 9:00 9/13/02 if Resp. fails to appear at the IRS. (tdk) (Entered: 08/29/2002) |
| 08/29/2002 | | USM-285 with attachments forwarded to Marshal Service (tdk) (Entered: 08/29/2002) |
| 09/10/2002 | 3 | Return of service executed as to Rodolfo Lizcano on 9/4/02 (tdk) (Entered: 09/11/2002) |
| 09/13/2002 | | Rec'd proposed Order of Dismissal (tdk) (Entered: 09/13/2002) |
| 09/18/2002 | 4 | Order of dismissal dismissing petition [1-1] without prejudice. (tdk) |

Case 1:05-cv-02334-RCL    Document 63-2    Filed 08/02/2006    Page 13 of 27

| | | (Entered: 09/19/2002) | |
| 09/18/2002 | | Case closed (tdk) (Entered: 09/19/2002) | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/16/2006 16:00:10 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:02-cv-00526-SS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

Filer Query                                                                                                           Page 1 of 1

**1:03-cv-00661-SS** Lizcano v. Internal Revenue Ser, et al
Sam Sparks, presiding
**Date filed:** 09/23/2003
**Date terminated:** 12/14/2004 **Date of last filing:** 12/17/2004

# Filer Charles Herndon

| Doc. No. | Event Name | Filed |
|---|---|---|
| | Summons Issued | 10/20/2003 |
| 28 | Motion to Dismiss | 12/23/2003 |
| 54 | Judgment | 12/14/2004 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/16/2006 16:07:49 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Filer List | **Search Criteria:** | 1:03-cv-00661-SS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**1:03-cv-00661-SS** Lizcano v. Internal Revenue Ser, et al
Sam Sparks, presiding
**Date filed:** 09/23/2003
**Date terminated:** 12/14/2004 **Date of last filing:** 12/17/2004

# Associated Cases

## Other Court Information

| | |
|---|---|
| Austin, TX | A:02-cv-00526 |
| Austin, TX | A:93-cv-00018 |
| McAllen, Texas | M-03-044 |

**1:03-cv-00661-SS** Lizcano v. Internal Revenue Ser, et al
Sam Sparks, presiding
**Date filed:** 09/23/2003
**Date terminated:** 12/14/2004 **Date of last filing:** 12/17/2004

# Attorneys

**Daniel M. Castillo**
Assistant United States Attorney

816 Congress Avenue
Suite 1000
Austin, TX 78701
(512) 916-5858
512/916-5854 (fax)
daniel.castillo@usdoj.gov
  *Assigned: 12/23/2003*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing    **Department of the Treasury**

*(Defendant)*


**United States**
*(Defendant)*


**Barry D. Howe**
*(Defendant)*


**Charles Herndon**
*(Defendant)*


**Charles O. Rossotti**
*(Defendant)*


**Daniel Palacios**
*(Defendant)*


**Edda A. Fahlund**
*(Defendant)*


**John M. Dalrymple**
*(Defendant)*


**John C. Duder**

*(Defendant)*

**John W. Snow**
*(Defendant)*

**Linda E. Stiff**
*(Defendant)*

**Mark W. Everson**
*(Defendant)*

**Nina E. Olson**
*(Defendant)*

**Richard R. Auby**
*(Defendant)*

**Roberta L. Shumway**
*(Defendant)*

**Rosemary Guzman**
*(Defendant)*

**Susan Serrano**
*(Defendant)*

**Thomas R. Leger**
*(Defendant)*

**Verda L. Henderson**
*(Defendant)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/16/2006 16:04:47 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 1:03-cv-00661-SS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

**1:03-cv-00661-SS** Lizcano v. Internal Revenue Ser, et al
Sam Sparks, presiding
**Date filed:** 09/23/2003
**Date terminated:** 12/14/2004 **Date of last filing:** 12/17/2004

# Filer Richard R. Auby

| Doc. No. | Event Name | Filed |
|----------|------------|-------|
|  | ❏Summons Issued | 10/20/2003 |
| 28 | ❏Motion to Dismiss | 12/23/2003 |
| 48 | ❏Motion to Dismiss | 11/01/2004 |
| 51 | ❏Reply to Response to Motion | 12/06/2004 |
| 54 | ❏Judgment | 12/14/2004 |

**1:03-cv-00661-SS** Lizcano v. Internal Revenue Ser, et al
Sam Sparks, presiding
**Date filed:** 09/23/2003
**Date terminated:** 12/14/2004 **Date of last filing:** 12/17/2004

# Filer Rodolfo Lizcano

| Doc. No. | Event Name | Filed |
|---|---|---|
| 1 | ❍Motion to Proceed in forma pauperis | 09/18/2003 |
| 25 | ❍Motion to Stay | 12/22/2003 |
| 31 | ❍Motion for Extension of Time to File | 01/26/2004 |
| 33 | ❍Response to Motion | 02/26/2004 |
| 34 | ❍Response to Motion | 02/26/2004 |
| 37 | ❍Motion for Extension of Time to File | 03/22/2004 |
|  | ❍Scheduling Recommendations | 04/22/2004 |
| 39 | ❍Motion for Extension of Time to File | 04/22/2004 |
| 40 | ❍Motion for Reconsideration Motion to Amend/Correct | 04/22/2004 |
| 40 | ❍Motion to Amend/Correct | 04/22/2004 |
| 42 | ❍Amended Complaint | 05/18/2004 |
| 47 | ❍Notice of Filing | 10/27/2004 |
| 49 | ❍Motion for Entry of Default | 11/24/2004 |
| 50 | ❍Reply to Response to Motion | 11/30/2004 |
| 55 | ❍Response | 12/17/2004 |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/16/2006 16:08:34 | | |
| **PACER Login:** |  | **Client Code:** |  |
| **Description:** | Filer List | **Search Criteria:** | 1:03-cv-00661-SS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

Case 1:05-cv-02334-RCL    Document 63-2    Filed 08/02/2006    Page 20 of 27

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:03-cv-00661-SS

Lizcano v. Internal Revenue Ser, et al
Assigned to: Honorable Sam Sparks
Demand: $0
Case in other court: Austin, TX, A:02-cv-00526
        Austin, TX, A:93-cv-00018
        McAllen, Texas, M-03-00044
Cause: 26:7401 IRS: Tax Liability

Date Filed: 09/23/2003
Jury Demand: Plaintiff
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Rodolfo Lizcano**        represented by **Rodolfo Lizcano**
                     1614 Walnut Ave
                     McAllen, TX 78501-4239
                     PRO SE


V.

**Defendant**

**Internal Revenue Service**

**Defendant**

**United States**        represented by **Daniel M. Castillo**
                     Assistant United States Attorney
                     816 Congress Avenue
                     Suite 1000
                     Austin, TX 78701
                     (512) 916-5858
                     Fax: 512/916-5854
                     Email: daniel.castillo@usdoj.gov
                     *LEAD ATTORNEY*
                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Department of the Treasury**      represented by **Daniel M. Castillo**
                     (See above for address)
                     *LEAD ATTORNEY*
                     *ATTORNEY TO BE NOTICED*

**Defendant**

**John W. Snow**        represented by **Daniel M. Castillo**
*Secretary of the Treasury*             (See above for address)
                     *LEAD ATTORNEY*
                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark W. Everson**
*Commissioner of the Internal Revenue Service*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles O. Rossotti**
*Former Commissioner of the Internal Revenue Service*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nina E. Olson**
*National Taxpayer Advocate*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Linda E. Stiff**
*Director of the Compliance Services*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John C. Duder**
*Deputy Commissioner of the Wage and Investment Operating Division*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John M. Dalrymple**
*Commissioner of the Wage and Investment Operating Division Divi*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard R. Auby**
*Field Director*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Palacios**
*Exam Operations Manager*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rosemary Guzman**

represented by **Daniel M. Castillo**

*Exam Program Manager*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas R. Leger**                          represented by   **Daniel M. Castillo**
*Program Analyst*                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Barry D. Howe**                            represented by   **Daniel M. Castillo**
*Labor Relations Specialist*                                 (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Herndon**                          represented by   **Daniel M. Castillo**
*Team Leader Group 112*                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Edda A. Fahlund**                          represented by   **Daniel M. Castillo**
*Tax Compliance Officer*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Susan Serrano**                            represented by   **Daniel M. Castillo**
*Group Manager*                                              (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Verda L. Henderson**                       represented by   **Daniel M. Castillo**
*Group Manager*                                              (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Roberta L. Shumway**                       represented by   **Daniel M. Castillo**
*Senior Attorney*                                            (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2003 | | Case assigned to Honorable Sam Sparks (fe) (Entered: 09/18/2003) |

| | | |
|---|---|---|
| 09/18/2003 | 1 | Original file, certified copy of transfer order and docket sheet received from Southern District of Texas, McAllen Division. (mc2) (Entered: 09/19/2003) |
| 09/18/2003 | 1 | Motion by Rodolfo Lizcano to proceed in forma pauperis (mc2) (Entered: 09/19/2003) |
| 09/18/2003 | | Motion referred to proceed in forma pauperis [1-1] to Honorable Stephen H. Capelle (mc2) (Entered: 09/19/2003) |
| 09/19/2003 | | Court file prepared and forwarded to Magistrate Capelle. Sent letter to plaintiff advising of transfer case number and judge assignment. (mc2) (Entered: 09/19/2003) |
| 09/23/2003 | 2 | Order granting motion to proceed in forma pauperis [1-1] signed by Honorable Stephen H. Capelle (mc2) (Entered: 09/23/2003) |
| 09/23/2003 | 3 | Complaint filed. Filing Fee: IFP (Pages: 20) (mc2) (Entered: 09/23/2003) |
| 09/23/2003 | | Sent letter with blank summons and USM 285 forms for completion and return by plaintiff for service upon defendants. (mc2) (Entered: 09/23/2003) |
| 10/20/2003 | | Summons issued for Internal Revenue Ser, United States, Dept. of Treasury, John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway (fe) (Entered: 10/20/2003) |
| 11/06/2003 | 4 | Return of service executed as to Linda E. Stiff on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 5 | Return of service executed as to Internal Revenue Ser, United States, Dept. of Treasury, John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway by service upon the U.S. Attorney for the Western District of Texas on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 6 | Return of service executed as to Richard R. Auby on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 7 | Return of service executed as to Charles Herndon on 10/23/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 8 | Return of service executed as to Daniel Palacios on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 9 | Return of service executed as to Thomas R. Leger on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 10 | Return of service executed as to Barry D. Howe on 10/22/03 (mc2) |

Case 1:05-cv-02334-RCL    Document 63-2    Filed 08/02/2006    Page 24 of 27

| | | (Entered: 11/07/2003) |
|---|---|---|
| 11/06/2003 | 11 | Return of service executed as to Roberta L. Shumway on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 12 | Return of service executed as to Susan Serrano on 10/23/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 13 | Return of service executed as to Verda L. Henderson on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 14 | Return of service executed as to Edda A. Fahlund on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 15 | Return of service executed as to John C. Duder on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 16 | Return of service executed as to Internal Revenue Ser, United States, Dept. of Treasury, John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway, by service upon the U.S. Attorney General on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 17 | Return of service executed as to Mark W. Everson on 10/29/03 (mc2) (Entered: 11/07/2003) |
| 12/08/2003 | 18 | Return of service executed as to Rosemary Guzman on 11/29/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 19 | Return of service unexecuted as to Charles O. Rossotti (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 20 | Return of service executed as to Internal Revenue Ser on 10/27/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 21 | Return of service executed as to John M. Dalrymple on 10/27/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 22 | Return of service executed as to Nina E. Olson on 10/27/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 23 | Return of service executed as to John W. Snow on 10/27/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 24 | Request for U.S. Marshals service expenses in pauper case. (mc2) (Entered: 12/09/2003) |
| 12/22/2003 | 25 | Motion by Rodolfo Lizcano to stay proceedings (mc2) (Entered: 12/23/2003) |
| 12/23/2003 | 26 | Motion by United States, Dept. of Treasury partial - to dismiss (mc2) (Entered: 12/29/2003) |
| 12/23/2003 | 27 | Answer by Dept. of Treasury (mc2) (Entered: 12/29/2003) |

| | | |
|---|---:|---|
| 12/23/2003 | 28 | Motion by John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway to dismiss (mc2) (Entered: 12/29/2003) |
| 12/29/2003 | 29 | Order setting scheduling recommendations for 2/20/04 signed by Honorable Sam Sparks (mc2) (Entered: 12/30/2003) |
| 12/30/2003 | 30 | Order dismissing without prejudice to refiling until defendants have been served, filed an answer, and had opportunity to contest motion to stay proceedings [25-1] signed by Honorable Sam Sparks (mc2) (Entered: 12/30/2003) |
| 01/26/2004 | 31 | Motion by Rodolfo Lizcano to extend time to answer defendants' motions to dismiss (mc2) (Entered: 01/26/2004) |
| 02/05/2004 | 32 | Order granting motion to extend time to answer defendants' motions to dismiss [31-1] until 2/24/04, signed by Honorable Sam Sparks (mc2) (Entered: 02/06/2004) |
| 02/26/2004 | 33 | Response by Rodolfo Lizcano to U.S. Treasury Dept. motion partial - to dismiss [26-1] (rg) (Entered: 02/27/2004) |
| 02/26/2004 | 34 | Response by Rodolfo Lizcano to individual defendant's motion to dismiss [28-1] (rg) (Entered: 02/27/2004) |
| 02/27/2004 | 35 | Recommendations for scheduling order by Dept. of Treasury (mc2) (Entered: 03/01/2004) |
| 03/09/2004 | 36 | Order granting in part, denying in part motion partial - to dismiss [26-1] granting in part, denying in part the individual defendants' motion to dismiss [28-1]. All causes of action against the defendants in their official capacities are dismissed. All causes of action against the individual defendants and relating to the Family Medical Leave Act, The Federal Torts Cliam Act, the Whistleblower Act, Bivens doctrine and state tort claims are dismissed. Plaintiff has 15 days in which to specifically replead in an amended complaint. signed by Honorable Sam Sparks (rg1) (Entered: 03/09/2004) |
| 03/22/2004 | 37 | Motion by Rodolfo Lizcano to extend time to answer court interrogatories to plaintiff, to file an amended complaint and file a motion to reconsider (mc2) (Entered: 03/23/2004) |
| 03/26/2004 | 38 | Order granting in part the plaintiff's motion to extend time to answer court interrogatories to plaintiff, to file an amended complaint (4/15/04) and file a motion to reconsider,plaintiff has until 4/15/04 to file a proposed scheduling order [37-1] signed by Honorable Sam Sparks (mb1) (Entered: 03/29/2004) |
| 04/22/2004 | 39 | Motion by Rodolfo Lizcano to enlarge time to file amended complaint ... (rec'd amd cmp) (td) (Entered: 04/23/2004) |
| 04/22/2004 | 40 | Motion by Rodolfo Lizcano to amend complaint [3-1] , and for |

Case 1:05-cv-02334-RCL    Document 63-2    Filed 08/02/2006    Page 26 of 27

| | | |
|---|---|---|
| | | reconsideration of Bivens claims (td) (Entered: 04/23/2004) |
| 04/22/2004 | | Recommendations for scheduling order by Rodolfo Lizcano (td) (Entered: 04/23/2004) |
| 05/18/2004 | 41 | Order granting motion to amend complaint [3-1] [40-1], granting motion for reconsideration of Bivens claims [40-2], granting motion to enlarge time to file amended complaint ... [39-1] signed by Honorable Sam Sparks (mc2) (Entered: 05/18/2004) |
| 05/18/2004 | 42 | Amended complaint by Rodolfo Lizcano, amending complaint [3-1] (Pages: 14) (mc2) (Entered: 05/18/2004) |
| 05/21/2004 | 43 | Scheduling order setting Joining of parties, amending of pleadings on 6/10/04 Deadline for filing of all motions 11/5/04 Discovery cutoff 10/22/04 ; Docket Call set for 11:00 12/17/04 ; Alternate Dispute Resolution Report due by 6/1/04, signed by Honorable Sam Sparks (mc2) (Entered: 05/21/2004) |
| 06/02/2004 | 44 | Letter/Correspondence submitted by United States regarding: that 9 individual defendants have not been properly served with plaintiff's amended complaint. (mc2) (Entered: 06/04/2004) |
| 10/06/2004 | 45 | Order setting status conference for 3:30 10/20/04 signed by Honorable Sam Sparks (mc2) (Entered: 10/06/2004) |
| 10/20/2004 | 46 | Minutes of proceedings for status conference conducted on 10/20/04 by Judge Sparks. Court Reporter: Lily Reznik. (mc2) (Entered: 10/20/2004) |
| 10/20/2004 | | Status conference held (mc2) (Entered: 10/20/2004) |
| 10/27/2004 | 47 | Notice of filing by Rodolfo Lizcano will pursue this civil cause to the best of his abilities... (mh) (Entered: 10/28/2004) |
| 11/01/2004 | 48 | Motion by Richard R. Auby, Daniel Palacios, Edda A. Fahlund, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Susan Serrano, Roberta L. Shumway, Verda L. Henderson to dismiss (identified as "dispositive motion" (mc2) (Entered: 11/02/2004) |
| 11/24/2004 | 49 | Motion by Rodolfo Lizcano for clerk to enter default as to Internal Revenue Ser, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway, Richard R. Auby (mc2) (Entered: 11/29/2004) |
| 11/30/2004 | 50 | Reply by Rodolfo Lizcano to response to motion to dismiss (identified as "dispositive motion" [48-1] (mc2) (Entered: 11/30/2004) |
| 12/06/2004 | 51 | Reply by Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway to response to motion to dismiss (identified as "dispositive motion" [48-1] (mc2) (Entered: 12/07/2004) |
| 12/14/2004 | 52 | Order denying motion for clerk to enter default as to Internal Revenue Ser, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. |

| | | Shumway, Richard R. Auby [49-1] signed by Honorable Sam Sparks (mc2) (Entered: 12/14/2004) |
|---|---|---|
| 12/14/2004 | 53 | Order granting motion to dismiss (identified as "dispositive motion" [48-1] signed by Honorable Sam Sparks (mc2) (Entered: 12/14/2004) |
| 12/14/2004 | 54 | Judgment for Internal Revenue Ser, United States, Dept. of Treasury, John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway against Rodolfo Lizcano signed by Honorable Sam Sparks (Pages: 1) (mc2) (Entered: 12/14/2004) |
| 12/14/2004 | | Case closed (mc2) (Entered: 12/14/2004) |
| 12/17/2004 | 55 | Response by Rodolfo Lizcano to reply supporting dispositive motion [51-1], [50-1] (td) (Entered: 12/20/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/16/2006 16:06:08 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:03-cv-00661-SS |
| Billable Pages: | 5 | Cost: | 0.40 |