UNITED STATES DISTRICT FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS

PLAINTIFF

V.

MARCIA H. COATES, DIRECTOR, OFFICE OF EQUAL OPPORTUNITY PROGRAM DEPARTMENT OF TREASURY
AND
COLLEEN M. KELLEY PRESIDENT, NATIONAL TREASURY EMPLOYEES UNION   ET AL

DEFENDANTS

CASE NO. A-05-CV-02334 RCL

RECEIVED
AUG 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS MOTION FOR JUDICIAL NOTICE

<u>OF ADJUDICATIVE FACTS AND LEGISLATIVE FACTS AND VERIFIABLE FACTS</u>

TO THE HONORABLE JUDGE ROYCE C. LAMBERTH:

BUESGENS FILES THIS MOTION PURSUANT TO RULE 44 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 201 OF THE FEDERAL RULES OF EVIDENCE.

1. ON <u>MARCH 9, 2006</u> BUESGENS FILED MOTION FOR RECUSAL AND DISQUALIFICATION OF THE HONORABLE ROYCE C. LAMBERTH AND HIS LAW CLERK <u>DOCUMENT NO. 36</u>

2. ON <u>DECEMBER 13, 2005 BUESGENS</u> FILED MOTION FOR APPOINTMENT OF COUNSEL, <u>DOCUMENT #4</u>

3. ON DECEMBER 16, 2005 JUDGE LAMBERTH ORDER DENIED APPOINTMENT OF COUNSEL. DOCUMENT #5

4. ON DECEMBER 29, 2005 BUESGENS FILED MOTION FOR RECONSIDERATION FOR APPOINTMENT OF COUNSEL. DOCUMENT #7.

5. ALL OF BUESGENS (PLAINTIFF) MOTIONS WERE DENIED BY JUDGE ROYCE C. LAMBERTH ON DECEMBER 16, 2005 - DOCUMENT NO. 5 AND ON MAY 9, 2006 DOCUMENT NO. 55, IN THIS CIVIL ACTION.

6. ALL OF DEFENDANT'S MOTIONS WERE GRANTED BY JUDGE ROYCE C. LAMBERTH IN THIS CIVIL ACTION CASE NO. A-05-CV-02334 RCL.

3

7. THAT ON JANUARY 13, 2006 DEFENDANT COLLEEN M. KELLEY ATTORNEYS FILED MOTION TO DISMISS, DOCUMENT NO. 10

8. THAT ON MAY 9, 2006 JUDGE ROYCE LAMBERTH ORDERED DISMISSAL ON DEFENDANT KELLEY. DOCUMENT NO. 55

9. THAT ON APRIL 13, 2006 BUESGENS FILED MOTION FOR SANCTIONS, DOCUMENT NO. 50

10. THAT ON MARCH 28, 2006 DEFENDANT KELLEY FILED MOTION FOR PROTECTIVE ORDER. DOCUMENT NO. 45

11. THAT ON MARCH 29, 2006 DEFENDANTS MARCIA H. COATES, ET. AL. AND ATTORNEYS FILED MOTION TO STAY DISCOVERY DOCUMENT NO. 46

4

12. THAT ON MAY 9, 2005 JUDGE ROYCE LAMBERTH ENTERED ORDER TRANSFERRING CASE NO. A-05CV-02334 RCL TO WESTERN DISTRICT OF TEXAS. DOCUMENT NO. 55

13. THAT CASE NO. A-05-CV-02334 RCL HAS NOT BEEN TRANSFERRED TO THE U.S. DISTRICT COURT FOR WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

14. THAT JUDGE ROYCE LAMBERTH HAS NOT ENTERED ANY ORDERS ON THIS CIVIL ACTION SINCE MAY 9, 2006.

15. THAT BUESGENS HAS FILED A MOTION FOR RECONSIDERATION OF JUDGE LAMBERTH'S ORDER TRANSFERRING CASE NO. A-05-CV-02334 RCL AND

✓ NO ORDER HAS BEEN ENTERED

5

16. THAT PLAINTIFF-PRO SE BUESGENS WAS ADMITTED TO SETON SHOAL CREEK HOSPITAL AUSTIN, TEXAS ON JULY 6, 2006

17. THAT A WRIT OF POSSESSION WAS EXECUTED ON BUESGENS AT FALCON RIDGE APARTMENTS APARTMENT 1023 500 E STASSNEY AUSTIN, TEXAS 78745

ON JULY 6, 2006 BY TRAVIS COUNTY CONSTABLE BRUCE ELFANT PRECINCT 5, AUSTIN TEXAS

18. THAT ALL OF BUESGENS POSSESSIONS AND IDENTIFICATION AND COURT FILINGS AND EVIDENCE FOR CASE NO. A-05-CV-02334 RCL WERE REMOVED AND STOLEN FROM APARTMENT 1023 ON JULY 6, 2006.

6

19. THAT BUESGENS WAS DISCHARGED FROM SETON SHOAL CREEK HOSPITAL, AUSTIN, TEXAS ON JULY 12, 2006.

20. THAT CASE NO. A-05-CV-02334 RCL IS RELATED TO CASE NO. A-06-CA-260 LY AND CASE NO. A-06-CA 226 LY AND CASE NO. A-05-CA-243 SS AND CASE NO. 06-50868 AT U.S. COURT OF APPEALS FIFTH CIRCUIT AND CASE NO. 06-50953 AND CASE NO. 06-50961.

21. THAT ALL OF THESE MATERIAL FACTS ARE EASILY DETERMINABLE FROM COURT RECORDS AND OTHER SOURCES BY THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ✓ AND JUDGE ROYCE C. LAMBERTH.

RESPECTFULLY SUBMITTED,

*Michael L Buesgens*
MICHAEL L. BUESGENS
PLAINTIFF
PRO SE
PRIVATE ATTORNEY GENERAL
3112 WINDSOR RD
#A322
AUSTIN, TX 78703

## CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE AND VERIFIABLE FACTS WAS SERVED BY FIRST CLASS MAIL ON THIS 13TH DAY OF AUGUST, 2006 ADDRESSED TO:

8

KAREN MELNIK AND
R. BARRY ROBINSON
ASSISTANT U.S. ATTORNEY
816 CONGRESS AVE, #1000
AUSTIN, TX 78701
CASE NO: A-05-CA-243 SS

AND
WILLIAM S. WARREN, ATTORNEY
DEBI WEHMEIER
AUSTIN APARTMENT ASSOCIATION
1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
  AND
GREGORY O'DUDEN
NATIONAL TREASURY EMPLOYEES UNION
1750 H STREET, NW
WASHINGTON, DC 20006-4600
CASE NO: A-06-CA-260 LY
        A-06-CA-226 LY
        A-05-CA-243 SS
        A-05-CV-02334 RCL
AND

9

SHELLEY BUSH MARMON
DUNHAM JEWETT
CRADY JEWETT, McCULLEY LLP
2727 ALLEN PARKWAY #1700
HOUSTON, TEXAS 77019-2125
CASE NO: A-05-CA-243 SS
CASE NO: A-06-CA-260 LY
CASE NO: A-05-CV-02334 RCL
CASE NO: A-06-CA-226 LY
AND
DAVID ARMBRUST & CHARLES E BROWN
& FRANK BROWN & GREGORY S. CAGLE
ARMBRUST & BROWN, LLP
100 CONGRESS AVE #1300
AUSTIN, TX 78701

*Michael L Buesgens*
MICHAEL L. BUESGENS
PLAINTIFF
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703
512-339-6005 EXT 7391
MIKEBUESGENS@HOTMAIL.COM

10