# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 31, 2006

TO CLERKS OF THE FOLLOWING U. S. DISTRICT COURTS:

DISTRICT OF DISTRICT OF COLUMBIA
WESTERN DISTRICT OF TEXAS

MDL-1800 -- In re Michael L. Buesgens Litigation

    *Michael L. Buesgens v. Marcia H. Coates, et al.,* D. District of Columbia, C.A. No. 1:05-2334
    *Michael L. Buesgens v. John W. Snow,* W.D. Texas, C.A. No. 1:05-243
    *Michael L. Buesgens v. Falcon Ridge Apartments, et al.,* W.D. Texas, C.A. No. 1:06-226

Dear Clerks:

    I am enclosing a certified copy of an order filed today by the Panel in the above matter.

                             Very truly,

                             Jeffery N. Lüthi
                             Clerk of the Panel

                        By
                             Mecca S. Carter
                             Deputy Clerk

Enclosure

cc:  Transferor Judges:     Judge Royce C. Lamberth
                                       Judge Sam Sparks
                                         Judge Lee Yeakel

JPML Form 32



A CERTIFIED TRUE COPY

AUG 31 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 31 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1800

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MICHAEL L. BUESGENS LITIGATION

*Michael L. Buesgens v. Marcia H. Coates, et al.*, D. District of Columbia,
   C.A. No. 1:05-2334
*Michael L. Buesgens v. John W. Snow*, W.D. Texas, C.A. No. 1:05-243
*Michael L. Buesgens v. Falcon Ridge Apartments, et al.*, W.D. Texas,
   C.A. No. 1:06-226

### ORDER DEEMING MOTION MOOT

Before the Panel is a motion by plaintiff (*Buesgens*) in this docket seeking transfer, pursuant to 28 U.S.C. § 1407, of the above-captioned actions to the District of District of Columbia for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the listed District of District of Columbia action was dismissed as to one defendant, and the matter transferred to the United States District Court for the Western District of Texas as to the remaining defendants by the Honorable Royce C. Lamberth, in an order filed on May 9, 2006, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel