UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

SEP - 7 2006

RECEIVED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
PLAINTIFF

V.

MARCIA H. COMTES
DIRECTOR, AT
"IN HOUSE" **EEO**
DEPARTMENT OF TREASURY
AND
COLLEEN M. KELLEY
PRESIDENT NATIONAL
TREASURY EMPLOYEES
UNION.
                    ET AL.
        DEFENDANTS

CASE NO.
1:05-CV-02334
RCL

**RECEIVED**

SEP 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS
## FOR THE
## DISTRICT OF COLUMBIA
FOR STAY OR INJUNCTION PENDING
APPEAL TO DISTRICT COURT ON TRANSFER
OF CASE TO U.S. DISTRICT COURT, AUSTIN

# CONTENTS

1. NOTICE OF APPEAL AND REQUEST FOR STAY OR INJUNCTION PENDING APPEAL
   PAGE 6

2. MOTIONS FILED BY PLAINTIFF APPELLANT BUESGENS AND NOT RULED ON.
   PAGE 12

3. CERTIFICATE OF SERVICE
   PAGE 16

4. MOL CASES
   PAGE 19

2

RULE 8 OF THE FEDERAL
RULES OF APPELLATE
PROCEDURE

8 (a) (2)

**A** IT IS NOT PRACTIBLE TO
FILE THIS REQUEST FOR
STAY OR INJUNCTION PENDING
APPEAL IN THE DISTRICT OF
COLUMBIA COURT.

**B.** BECAUSE APPELLANT - PLAINTIFF -
PRO SE BUESGENS HAS
COMPLAINTS WITH THE METHODS
AND OPERATIONS OF THE U.S.
DISTRICT FOR THE DISTRICT OF
COLUMBIA    THE HONORABLE
    JUDGE ROYCE C. LAMBERTH
            AND
    LAW CLERK
    MICHAEL SONG

3

C. THE DISTRICT COURT HAS DENIED APPELLANTS MOTIONS FOR RELIEF AND FAILED TO PROVIDE RELIEF AND

D. INTENTIONALLY MISINFORMED PRO SE ON THE STATUS OF HIS CIVIL ACTION

E. SPECIFICALLY THE PERIOD FROM MAY 9, 2006 THROUGH AUGUST 31, 2006.

F. THE REASONS FOR THIS COURTS GRANTING OF RELIEF ARE STATED IN THE FOLLOWING SUBMISSION TO THIS COURT

G. A COPY OF DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, GENERAL LEGAL SERVICES <u>ATTORNEY</u>

MICHAEL SALYARDS
<u>PERJURED AFFIDAVIT</u> IS ON FILE WITH DISTRICT OF COLUMBIA COURT

4

**H.** APPELLANT DOES NOT HAVE THE RELEVANT PARTS OF THE RECORD.

**I.** BECAUSE HIS RECORDS WERE STOLEN AS EXPLAINED IN THIS NOTICE OF APPEAL.

**J.** APPELLANT IS PROVIDING NOTICE TO THE PARTIES AND MDL TODAY SEPTEMBER 5, 2006

5

I. MICHAEL L. BUESGENS THE PLAINTIFF APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT FROM THE ORDERS AND TRANSFER OF THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ENTERED IN THIS CASE ON THE FOLLOWING:

1. MICHAEL L. BUESGENS — PLAINTIFF — PRO SE MOTION FOR RECUSAL AND DISQUALIFICATION AND REASSIGNMENT OF JUDGE AND LAW CLERK ENTERED ON MARCH 13, 2006.
DOCUMENT NO. **36**

2. PRO SE MOTION FOR TRANSFER TO TRANSFEREE BY MICHAEL L. BUESGENS ENTERED ON APRIL 24, 2006
DOCUMENT NO. **51**

6

3. ORDERS DENIED ON PLAINTIFF BUESGENS MOTIONS AND ORDERS, GRANTED ON DEFENDANTS MOTIONS ENTERED ON MAY 9, 2006 DOCUMENT NO. **55**

4. ORDERS ENTERED ON MAY 17, 2006 DOCUMENT NO. **56**

5. LEAVE TO FILE DENIED ORDER ENTERED ON MAY 23, 2006, AND MODIFIED ON JUNE 6, 2006

6. AND PLAINTIFF - PRO SE BUESGENS MOTIONS FILED SUBSEQUENT TO ORDER DATED MAY 9, 2006 FOR EXAMPLE: RECONSIDERATION

**7**

**7.** THIS IS A COMPLAINT ON THE WAY ORDERS WERE ENTERED AND THE ORDERS DOCUMENTS MAILED TO PRO SE.

THEY WERE ALL PUT TOGETHER AND CONFUSING AND PRO SE BUESGENS WAS CONFUSED AS TO WHAT WAS DECIDED AND WHAT WAS NOT DECIDED.

**8.** DURING THIS TIME BUESGENS WAS ILL AND BEING SUBJECT TO HOUSING DISCRIMINATION AND RETALIATORY EVICTION FROM HIS APARTMENT.

**9.** ON JULY 6, 2006 BUESGENS WAS CONSTRUCTIVELY EVICTED FROM HIS APARTMENT
MICHAEL L. BUESGENS
FALCON RIDGE APARTMENTS
APARTMENT 1023
500 E. STASSNEY
AUSTIN, TEXAS 78745

**8**



10. ALL OF BUESGENS POSSESSIONS AND PROPERTY AND COURT FILINGS AND EVIDENCE AND DOCUMENTS AND NOTES AND REFERENCE MATERIALS FOR THIS CIVIL ACTION

WERE

REMOVED AND STOLEN AND SUBJECT TO CONVERSION UNDER THE COLOR OF STATE LAW ON JULY 6, 2006. FROM HIS APARTMENT 1023

11. ON JULY 6, 2006 BUESGENS WAS ADMITTED TO SETON SHOAL CREEK HOSPITAL, AUSTIN, TEXAS.

12. ON JULY 12 2006 BUESGENS WAS DISCHARGED FROM HOSPITAL

13. BUESGENS IS A QUALIFIED INDIVIDUAL WITH A DISABILITY (BIPOLAR) PER ADA AND REHAB ACT.

9

**14.** BUESGENS HAS BEEN AND
CONTINUES TO BE UNDER
EXTREME STRESS AND
ANXIETY AND DEPRESSI
AS A RESULT OF A
SEQUENCE OF EVENTS
(ADVERSE ACTIONS) THAT BEGAN
IN DECEMBER, 2005.

FOR EXAMPLE:
HOUSING DISCRIMINATION THAT
IS RELATED TO EMPLOYMENT
DISCRIMINATION AND EEOC
COMPLAINTS AND
            HUD COMPLAINTS

AND THE RETALIATORY EVICTION

THAT BEGAN ON DECEMBER
30, 2005 AND

WRIT OF POSSESSION EXECUTED
ON JULY 6, 2006
CONSTRUCTIVE EVICTION

**10**

15. ON DECEMBER 13, 2005
PRO SE BUESGENS FILED
MOTION REQUESTING APPOINTMENT
OF COUNSEL.
   ENTERED  12/15/2005

16. JUDGE ROYCE C. LAMBERTH
ENTERED ORDER DENYING
APPOINTMENT OF COUNSEL
ON  12/16/2005
DOCUMENT NO. 5

17. ON DECEMBER 29, 2005
PLAINTIFF FILED MOTION
FOR RECONSIDERATION TO
APPOINT COUNSEL
   ENTERED  1/3/2006

11

## II. MOTIONS FILED BY PLAINTIFF-PRO SE BUESGENS AND NOT RULED ON BY DISTRICT OF COLUMBIA COURT.

18. MAILED JULY 18, 2006
FROM AUSTIN, TEXAS
TO U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFFS' NOTICE OF
TRANSFER AND MDL

19. JULY 31, 2006

PLAINTIFFS NOTICE OF
MULTI JURISDICTION LITIGATION

20. JULY 27, 2006

PLAINTIFFS MOTION TO COMPEL
ANSWERS TO INTERROGATORIES

12

21. AUGUST 13, 2006

PLAINTIFFS MOTION FOR
JUDICIAL NOTICE

22. ON AUGUST 28, 2006
BY PRIORITY MAIL
BUESGENS SUBMITTED A
NEW ORIGINAL COMPLAINT
TO U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL TORT CLAIMS ACT
    FORM SF 95.    FTCA
    SUM CERTAIN
        AND
FOIA COMPLAINT
        AND
PRIVACY ACT COMPLAINT

13

23. BUESGENS WAS OPPOSED
    TO
    COLLEEN M. KELLEY
    MOTION FOR PROTECTION
    CASE NO. 1:05-CV-02334RCL

    AND

    MARCIA H. COATES
    MOTION FOR STAY OF
    DISCOVERY
        SAME CASE

24. PLAINTIFF IS OPPOSED
    TO COURTS ORDER ENTERED
    ON MAY 9, 2006 GRANTING
    DEFENDANT COLLEEN KELLY'S
    MOTION TO DISMISS
        DOCUMENT NO. 55

14

**25.** BUESGENS (PRO SE) IS OPPOSED TO U.S. DISTRICT COURT ORDER DATED AUGUST 31, 2006 TRANSFERRING CASE NO. 1:05-CV-02334 RCL TO U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

AND THE

**26.** SUBSEQUENT DISMISSAL OF BUESGENS MDL LITIGATION AS MOOT ON AUGUST 31, 2006.

CASE NO. **1800 MDL**

THE PARTY TO THE ORDER AND DECREE APPEALED FROM IS
SEPTEMBER 5, 2006
Michael L Buesgens
PRO SE
*15*

RESPECTFULLY SUBMITTED,

Michael Buesgens
MICHAEL L BUESGENS
PRO. SE
PRIVATE. ATTORNEY GENERAL
PLAINTIFF
APPELLANT
SEPTEMBER 5, 2006

## CERTIFICATE OF SERVICE

I, CERTIFY THAT ONE TRUE
COPY OF THIS APPEAL AND
REQUEST FOR STAY OR
INJUNCTION TO THE U.S. COURT
OF APPEALS FOR DISTRICT OF
COLUMBIA WAS SERVED BY
FIRST CLASS MAIL ON THIS
5TH DAY OF SEPTEMBER, 2006
ADDRESSED TO :

16



1. <u>COLLEEN M. KELLEY</u>
GREGORY O'DUDEN
NATIONAL TREASURY EMPLOYEES UNION
1750 H STREET, NW
WASHINGTON, DC 20006-4600
AND

2. <u>KAREN MELNIK</u>
ASSISTANT U.S. ATTORNEY
555 4TH ST, NW
E 4112
WASHINGTON, DC 20530
AND

3. <u>WILLIAM S. WARREN, III</u>
AUSTIN APARTMENT ASSOCIATION
CHARLES E. BROWN, ATTORNEY
DEBI WEHMEIER, PRESIDENT
1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512-347-8777
FAX: 512-347-7999

AND


17

4.  GREGORY S. CAGLE
    SHELLEY BUSH MARMON
    DAVID ARMBRUST
    FRANK BROWN
    DON HAM JEWETT
    ARMBRUST & BROWN, LLP
    CRADY, JEWETT, & McCULLEY LLP
    100 CONGRESS AVE, #1300
    AUSTIN, TEXAS 78701

              AND

5. JUDICIAL PANEL ON MULTIDISTRICT
        LITIGATION  NO. 1800
   ONE COLUMBUS CIRCLE, NE
   ROOM G-255
   WASHINGTON, DC 20002
   PHONE: 202-502-2800
   FAX: 202-502-2888
              AND
6. UNITED STATES COURT OF APPEALS
   FOR THE DISTRICT OF COLUMBIA
   333 CONSTITUTION AVE, NW
        ROOM 5423
   WASHINGTON, DC 20001

                18

Michael L Buesgens
MICHAEL L. BUESGENS
APPELLANT
PLAINTIFF
3112 WINDSOR RD.
#A322
AUSTIN, TEXAS 78703
512-339-6005 EXT 7391
FAX: 512-478-7608: ATTN A322
MIKEBUESGENS@Hotmail.com

**MDL - 1800**
MICHAEL L. BUESGENS LITIGATION
CASE NO.    1:05-CV-02334 RCL

CASE NO.    A-06-CV-226 LY
GREP GENERAL PARTNER, **LLC**
FALCON APARTMENTS OF AUSTIN **I, INC**
AUSTIN APARTMENT ASSOCIATION
CHARLES E. BROWN, ATTORNEY
MEGAN GOERES, TENANT
**ET. AL.**
CASE NO. A-05-CV-243 SS
JOHN W. SNOW
**19**

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 09/05/2006 09:04
                                    NAME  : ESD NORTH CENTRAL
                                    FAX   : 5123396099
                                    TEL   : 5123396005
                                    SER.# : BROM4J175473
```

```
DATE,TIME              09/05  08:58
FAX NO./NAME           12025022888
DURATION               00:05:52
PAGE(S)                20
RESULT                 OK
MODE                   STANDARD
                       ECM
```

*MOL*

UNITED STATES OF AMERICA

JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

MDL - 1800
MICHAEL L. BUESGENS
LITIGATION

PRO SE BUESGENS MOTION TO
STAY DISMISSAL AS MOOT
ENTERED ON AUGUST 31, 2006
BY MDL

PENDING

BUESGENS NOTICE OF APPEAL
AND STAY OR INJUNCTION
REQUEST TO THE U.S. COURT
OF APPEALS FOR THE DISTRICT
OF COLUMBIA
IN CASE NO. 1:05-CV-02334RCL

20 PAGES