```
66
THANK YOU
   CHECK TENDERED $          $455.00
        455.00
===== T O T A L =======
        455.00
086900   FILING FEE  CIVIL
CASE # 05-2334
======NO REFUND WITHOUT RECEIPT======
  DC  1-1 CALLIS        Receipt # 139157
  10/10/06                9:50:33 AM
        WASHINGTON D.C.
   U.S. DISTRICT COURT
```