UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL BUESGENS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MARCIA H. COATES,** )<br>as Director, Office of Equal Opportunity )<br>Program, <u>et</u> <u>al.</u>, )<br>)<br>and )<br>)<br>**COLLEEN M. KELLEY** )<br>as National President, )<br>**National Treasury Employees Union** )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2334 (RCL) |

## ORDER

By Memorandum Opinion reported at *Buesgens v. Coates*, 435 F. Supp. 2d 1 (D.D.C. May 9, 2006), this Court ruled on numerous pending motions, including one for recusal, on May 9, 2006.

On September 7, 2006, plaintiff filed a notice of appeal, thereby divesting this Court of jurisdiction to rule on the following motions by plaintiff, which are all therefore DENIED for lack of jurisdiction:

- Motion [56] for Reconsideration, Recusal, Reassignment of Case, and Reargument
- Motion [58] for Extension of Time to File Various Pleadings
- Motion [60] to Transfer and for MDL
- Motion [62] to Compel Answers to Interrogatories
- Motion [64] for Judicial Notice

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 13, 2006.