# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5314**            **September Term, 2006**

05cv02334

Filed On: March 27, 2007 [1031073]

Michael L. Buesgens,
    Appellant

v.

Marcia H. Coates, In her Official Capacity as Director Office of Equal Opportunity Program, Department of Treasury, et al.,
    Appellees

---

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 6/27/07

BY: _____, Deputy Clerk

ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

---

07-5011                                        06cv01558

**FILED**
JUL 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael L. Buesgens,
    Appellant

v.

Henry M. Paulson, Jr., Secretary of the Treasury,
    Appellee

**BEFORE:**    Brown, Griffith, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motions for summary affirmance in No. 06-5314, the oppositions thereto, and the supplemental opposition; the petition for a writ of mandamus and memorandum of law and fact in No. 06-5314; the motion for appointment of counsel in No. 06-5314; the motion for records in No. 06-5314; and the motion to consolidate, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motions for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5314**                                          **September Term, 2006**

---

Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly dismissed appellant's claims against National Treasury Employees Union President Colleen Kelley. See Patent Office Professional Ass'n v. Federal Labor Relations Authority, 128 F.3d 751, 753 (D.C. Cir. 1997); Steadman v. Governor, U.S. Soldiers' and Airmen's Home, 918 F.2d 963, 966 (D.C. Cir. 1990). It is

**FURTHER ORDERED** that the petition for a writ of mandamus be denied. The district court did not abuse its discretion in transferring Buesgens' claims against the federal appellees to the Western District of Texas. See 42 U.S.C. § 2000e-5(f)(3); 28 U.S.C. § 1406(a). It is

**FURTHER ORDERED** that the motion for records be denied. It is

**FURTHER ORDERED** that the motion to consolidate be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate in No. 06-5314 until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**